IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00467-BO

| | |
|---|---|
| JUSTIN J. WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VANCE COUNTY, NORTH CAROLINA; )<br>VANCE COUNTY SHERIFF'S OFFICE; )<br>PETER WHITE, in his official and individual )<br>capacities; LAWRENCE D. BULLOCK, in his )<br>official and individual capacities; )<br>WELDON WALLACE BULLOCK, in his )<br>official and individual capacities, )<br>)<br>Defendants. ) | **DEFENDANTS' CONSENT<br>TO COURT'S APPOINTMENT<br>OF MEDIATOR** |

NOW COME the remaining defendants, Sheriff Peter White, Lawrence D. Bullock, and Weldon W. Bullock, by and through counsel, and, pursuant to the Court's Scheduling Order and the Court's text order of May 13, 2020, notify the Court that they consent to the Court's appointment of a mediator from the list of court-certified mediators.

Respectfully submitted, this 13th day of May, 2020.

/s/ Erin H. Epley
CHRISTOPHER J. GEIS, N.C.S.B No. 25523
ERIN H. EPLEY, N.C.S.B No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
Email: Chris.Geis@wbd-us.com
Erin.Epley@wbd-us.com
*Attorneys for defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on May 13, 2020, I electronically filed the foregoing **DEFENDANTS' CONSENT TO COURT'S APPOINTMENT OF MEDIATOR** with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following CM/ECF participant:

Sharika M. Robinson
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Telephone: 704-561-6771
Facsimile: 704-561-6773
srobinson@sharikamrobinsonlaw.com
*Attorney for Plaintiff*

/s/ Erin H. Epley
Erin H. Epley
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
Email: Erin.Epley@wbd-us.com
*Attorney for defendants*