IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**
**FILE NUMBER: 5:19-CV-00467-BO**

| | |
|---|---|
| **JUSTIN J. WHITE**,<br><br>    **Plaintiff**,<br><br>v.<br><br>**VANCE COUNTY, NORTH CAROLINA,**<br>**VANCE COUNTY SHERIFF'S OFFICE,**<br>**PETER WHITE**, in his official and individual capacities, **LAWRENCE D. BULLOCK**, in his official and individual capacities,<br>**WELDON WALLACE BULLOCK**, in his official and individual capacities.<br><br>    **Defendants**. | INDEX OF EXHIBITS |

**PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF**
**IN SUPPORT OF MOTION TO COMPEL AND SANCTION DEFENDANTS**

Exhibit A: May 8, 2020 Email re Complete Insurance Information and Surety

Exhibit B: June 1, 2020 Email re COVID-19

Exhibit C: June 24, 2020 Discovery Requests

Exhibit D: June 30, 2020 Request for Discovery