## Insurance Information

Sharika M. Robinson <srobinson@sharikamrobinsonlaw.com>
Fri 5/8/2020 7:47 PM
**To:** Geis, Chris <Chris.Geis@wbd-us.com>

Chris-

I am in receipt of your initial disclosures. However, it appears that some information might be missing from the insurance information. For example, the Pool requires that notice be provided, but there is no notice address.

As you can contemplate, I intend to add the surety as a defendant in this action. Do you represent the surety or Sedgwick? Do you have the notice address?

Also, please send me the binder and other insurance documents that will hold such information as required as part of the initial disclosures.

Thank you,

Sharika

Get Outlook for iOS