## Re: Requests For Admission in Justin White v Vance County et.al

Michael McGurl <mmcgurl@sharikamrobinsonlaw.com>
Wed 6/24/2020 3:56 PM

**To:** Geis, Chris <Chris.Geis@wbd-us.com>
**Cc:** Sharika M. Robinson <srobinson@sharikamrobinsonlaw.com>

◎ 3 attachments (760 KB)
Request for Admissions P White.pdf; RFA WW Bullock.pdf; RFA L Bullock.pdf;

Dear Mr. Geis,
Here are the RFAs in PDF form. I apologize for sending them in .docx.

Please respond to the PDF documents.

Sincerely,
Michael McGurl

**From:** Michael McGurl
**Sent:** Wednesday, June 24, 2020 3:52 PM
**To:** Geis, Chris <Chris.Geis@wbd-us.com>
**Cc:** Sharika M. Robinson <srobinson@sharikamrobinsonlaw.com>
**Subject:** Requests For Admission in Justin White v Vance County et.al

Dear Mr. Geis,

Please see attached

Thank you,
Michael McGurl