## White Matter

Sharika M. Robinson <srobinson@sharikamrobinsonlaw.com>
Thu 7/30/2020 6:13 PM
**To:** chris.geis@wbd-us.com <chris.geis@wbd-us.com>

📎 1 attachments (84 KB)
RR - 7-23-2020 - White.pdf;

Please see the attached.  I have also hired an economist to provide a total valuation of damages.

Please let me know if you plan to comply with my discovery requests or if you need additional time.

Best,

Sharika M. Robinson

The Law Offices of Sharika M. Robinson
10230 Berkeley Place Drive, Suite 220
Charlotte, North Carolina 28262

Phone: (704) 561-6772
Fax: (704) 561-6773