# EXHIBIT A

**Justin White v. Vance County Sheriff et. al.**
Comparisons of Counts in Complaint and Proposed Amended Complaint

| **COMPLAINT** | **PROPOSED AMENDED COMPLAINT** | |
|---|---|---|
| **Count I**<br>Violation of 42 U.S.C. § 1983<br>Disparate Treatment Under 42 U.S.C. § 1981<br>(Against All Defendants) | **Count I**<br>Violation of 42 U.S.C. § 1983<br>Disparate Treatment Under 42 U.S.C. § 1981<br>(Against All Defendants) | No change |
| **Count II**<br>Violation of 42 U.S.C. § 1983<br>Hostile Work Environment Under 42 U.S.C. § 1981<br>(Against All Defendants) | **Count II**<br>Violation of 42 U.S.C. § 1983<br>Hostile Work Environment Under 42 U.S.C. § 1981<br>(Against All Defendants) | No change |
| **Count III**<br>Violation of 42 U.S.C. § 1983<br>Unlawful Retaliation Under 42 U.S.C. § 1981<br>(Against All Defendants) | **Count III**<br>Violation of 42 U.S.C. § 1983<br>Unlawful Retaliation Under 42 U.S.C. § 1981<br>(Against All Defendants) | No change |
| **Count IV**<br>Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* Govt. Employees Rights Act of 1991, 42 U.S.C. § 2000e-16a *et seq*<br>Disparate Treatment<br>(Against All Defendants) | **Count IV**<br>Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Govt. Employees Rights Act of 1991, 42 U.S.C. § 2000e-16a et seq<br>Disparate Treatment<br>(Against All Defendants) | No change |
| **Count V**<br><br>Violation of Title VII of Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* Govt. Employees Rights Act of 1991, 42 U.S.C. § 2000e-16a *et seq* | **Count V**<br><br>Violation of Title VII of Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Govt. Employees Rights Act of 1991, 42 U.S.C. § 2000e-16a et seq | No change |

| | | |
|---|---|---|
| Hostile Work Environment (Against All Defendants) | Hostile Work Environment (Against All Defendants) | |
| **Count VI** Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* Govt. Employees Rights Act of 1991, 42 U.S.C. § 2000e-16a *et seq* Retaliation (Against All Defendants) | **Count VI** Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* Govt. Employees Rights Act of 1991, 42 U.S.C. § 2000e-16a *et seq* Retaliation (Against All Defendants) | No change |
| **Count VII** Breach of Contract (Against the County and VCSO Defendants) | **Count VII** Breach of Contact (Against the County and VCSO Defendants and Sheriff White) | No change (except now alleged against former sheriff White too) |
| **Count VIII** Tortious Interference with Employment and Related Opportunities (Individual Defendants) | **Count VIII** Tortious Interference with Employment and Related Opportunities (Against Individual Defendants) | No change |
| **Count IX** Negligent Retention and Negligent Supervision (Against Individual Defendants Sheriff White and Chief Deputy Bullock) | **Count IX** Tortious Interference with Prospective Economic Advantage (Against Individual Defendants) | ***NEW CLAIM*** |
| **Count X** Ratification (Against Individual Defendants Sheriff White and Chief Deputy Bullock) | **Count X** Intentional Infliction of Emotional Distress (Against Individual Defendants) | ***NEW CLAIM*** |
| **Count XI** Punitive Damages (All Defendants) | **Count XI** Negligent Infliction of Emotional Distress | ***NEW CLAIM*** |

| | | |
|---|---|---|
| | (Against Individual Defendants) | |
| | **Count XII**<br>Wrongful Discharge under the Equal Employment Practices Act N.C. Gen. Stat. § 143-422.2 (Against Individual Defendants Sheriff White and Chief Deputy Bullock) | ***NEW CLAIM*** |
| | **Count XIII**<br>Negligent Retention and Negligent Supervision (Against Individual Defendants Sheriff White and Chief Deputy Bullock) | No change<br><br>(but re-numbered from Count IX in Complaint) |
| | **Count XIV**<br>Ratification (Against Individual Defendants Sheriff White and Chief Deputy Bullock) | No change<br><br>(but re-numbered from Count X in Complaint) |
| | **Count XV**<br>Defamation/Libel (Against All Defendants) | ***NEW CLAIM*** |
| | **Count XVI**<br>Punitive Damages (All Defendants) | No change<br><br>(but re-numbered from Count XI in Complaint) |