womblebonddickinson.com

# WOMBLE BOND DICKINSON

Womble Bond Dickinson (US) LLP

June 8, 2020

One West Fourth Street
Winston-Salem, NC 27101

Sharika M. Robinson
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262

t: 336.721.3600
f: 336.721.3660

Re: <u>Justin J. White v. Vance County Sheriff et. al.</u>
5:19-CV-00467-BO

Christopher J. Geis
Direct Dial: (336) 721-3543
Direct Fax: (336) 726-2221
E-mail: Chris.Geis@wbd-us.com

Dear Ms. Robinson:

Enclosed please find a copy of and information on Sheriff White's official bond from Western Surety Company. We will be defending Western Surety in this matter if it is joined as a defendant.

Sincerely yours,

**Womble Bond Dickinson (US) LLP**

Christopher J. Geis

cc: Erin Epley

Enclosure


Ex. D

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.



# Western Surety Company

FILED
2014 NOV 21 AM 9:23
VANCE COUNTY, C.S.C.
BY: _____

CONTINUATION CERTIFICATE

Western Surety Company hereby continues in force Bond No. __70203564__

briefly described as __SHERIFF VANCE COUNTY BOARD OF COMMISSIONERS__

for __PETER WHITE__, as Principal,

in the sum of $ __Ten Thousand and 00/100__ Dollars, for the term beginning __November 30__, __2014__, and ending __November 30__, __2018__, subject to all the covenants and conditions of the original bond referred to above.

This continuation is issued upon the express condition that the liability of Western Surety Company under said Bond and this and all continuations thereof shall not be cumulative and shall in no event exceed the total sum above written.

Dated this __22nd__ day of __October__, __2014__.

WESTERN SURETY COMPANY

By _____
Paul T. Bruflat, Vice President

[Western Surety Company Corporate Seal, South Dakota]

THIS "Continuation Certificate" MUST BE FILED WITH THE ABOVE BOND.

Form 90-A-8-2012



North Carolina

# Western Surety Company

## OFFICIAL BOND

KNOW ALL PERSONS BY THESE PRESENTS:   Bond No. 70203564

That we, Peter White
of Manson, North Carolina, as Principal, and WESTERN SURETY COMPANY, a corporation duly licensed to do business in the State of North Carolina, as Surety, are held and firmly bound unto Vance County Board of Commissioners
in the sum of Ten Thousand and 00/100 DOLLARS ($ 10,000.00 ),
for the payment of which well and truly to be made, we bind ourselves and our legal representatives, jointly and severally by these presents.

Dated this 21st day of November, 2006.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, That whereas, the said Principal has been ☐ appointed ☐ elected to the office of Sheriff,
for the term beginning the 30th day of November, 2006, and ending the 30th day of November, 2010.

NOW THEREFORE, if the said Principal shall in all things faithfully perform the duties of his office and shall honestly account for all moneys and effects that may come into his hands in his official capacity during the said term, then this obligation to be void, otherwise to remain in full force and effect.

This bond is executed by the Surety upon the following express conditions, which shall be conditions precedent to the right of recovery hereunder:

FIRST: The Surety shall not be liable for the loss of any public moneys or funds resulting from the failure of or default in payment by any Banks or Depositories in which any public moneys or funds have been deposited.

SECOND: This bond may be cancelled by the Surety as to future liability by giving written notice, by certified mail, addressed to each, the Principal and the Obligee at Vance County Board of Commissioners, North Carolina, and thirty (30) days after the mailing of said notices by certified mail, this bond shall be cancelled and null and void as to any liability thereafter arising, the Surety remaining liable, however, subject to all the terms and conditions of this bond for any and all acts covered by this bond up to the date of such cancellation.

Witness to Principal

_____                             _____
                                                                                      Principal

Witness to Surety                                         WESTERN SURETY COMPANY

By _____
   Paul T. Bruflat, Senior Vice President

Countersigned _____
                                North Carolina Resident Agent

Approved this 30th day of November, 2006.

Form 1264-A-11-2002

Case 5:19-cv-00467-BO   Document 40-4   Filed 08/27/20   Page 3 of 6

# Western Surety Company

## CONTINUATION CERTIFICATE

FILED 2006 JUL 28 A 11:00 VANCE COUNTY C.S.C. BY ___pls___

Western Surety Company hereby continues in force Bond No. __58402252__ briefly described as __Sheriff Vance County Board of Commissioners dba County of Vance__,

for ROBERT THOMAS BREEDLOVE _____, as Principal,

in the sum of $ __TEN THOUSAND AND NO/100__ Dollars, for the term beginning __September 14__, __2006__, and ending __September 14__, __2007__, subject to all the covenants and conditions of the original bond referred to above.

This continuation is issued upon the express condition that the liability of Western Surety Company under said Bond and this and all continuations thereof shall not be cumulative and shall in no event exceed the total sum above written.

Dated this __08__ day of __May__, __2006__.

WESTERN SURETY COMPANY

By _____
Paul T. Bruflat, Senior Vice President

THIS "Continuation Certificate" MUST BE FILED WITH THE ABOVE BOND.

Form 90-A-4-2002

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

_____Paul T. Bruflat_____ of _____Sioux Falls_____,
State of _____South Dakota_____, its regularly elected _____Senior Vice President_____,
as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One __Sheriff Vance County Board of Commissioners dba County of Vance__

bond with bond number __58402252__

for __Robert Thomas Breedlove__

as Principal in the penalty amount not to exceed: __$10,000.00__

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Senior Vice President with the corporate seal affixed this __08__ day of __May__, __2006__.

ATTEST

_L. Nelson_
L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY

By _Paul T. Bruflat_
Paul T. Bruflat, Senior Vice President

STATE OF SOUTH DAKOTA } ss
COUNTY OF MINNEHAHA }

On this __08__ day of __May__, __2006__, before me, a Notary Public, personally appeared __Paul T. Bruflat__ and __L. Nelson__ who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as __Senior Vice President__ and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

D. KRELL
NOTARY PUBLIC
SOUTH DAKOTA

_D. Krell_
Notary Public

My Commission Expires November 30, 2006

Form F1975-3-2006

Case 5:19-cv-00467-BO   Document 40-4   Filed 08/27/20   Page 5 of 6

# Western Surety Company

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

**Paul T. Bruflat** of **Sioux Falls**, State of **South Dakota**, its regularly elected **Senior Vice President**, as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One **Sheriff Vance County Board of Commissioners dba County of Vance**

bond with bond number **58402252**

for **Robert Thomas Breedlove**

as Principal in the penalty amount not to exceed: **$10,000.00**

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Senior Vice President with the corporate seal affixed this **08** day of **May**, **2006**.

ATTEST  
*L. Nelson*  
L. Nelson, Assistant Secretary

WESTERN SURETY COMPANY  
By *Paul T. Bruflat*  
Paul T. Bruflat, Senior Vice President

STATE OF SOUTH DAKOTA } ss  
COUNTY OF MINNEHAHA }

On this **08** day of **May**, **2006**, before me, a Notary Public, personally appeared **Paul T. Bruflat** and **L. Nelson** who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as **Senior Vice President** and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

D. KRELL  
NOTARY PUBLIC  
SOUTH DAKOTA

My Commission Expires November 30, 2006

*D. Krell*  
Notary Public

Form F1975-3-2006

Case 5:19-cv-00467-BO   Document 40-4   Filed 08/27/20   Page 6 of 6