# EXHIBIT A

| From: | Michael McGurl |
|---|---|
| To: | Geis, Chris |
| Cc: | Epley, Erin; Sharika M. Robinson |
| Subject: | White v. Vance County Deposition Notices |
| Date: | Thursday, October 01, 2020 3:34:03 PM |

EXTERNAL EMAIL: Open Attachments and Links With Caution.

Dear Mr. Geis,

In addition to the email service of our notices of deposition, you will also be receiving copies of the notices by fax and mail. Please keep an eye out for them. The fax should arrive this afternoon.

Stay safe and healthy,

Michael McGurl
The Law Offices of Sharika M. Robinson