## Remote Depositions

Sharika M. Robinson <srobinson@sharikamrobinsonlaw.com>
Fri 10/2/2020 5:02 PM

**To:** Geis, Chris <Chris.Geis@wbd-us.com>

I agree to an electronic/remote depositions.

Everyday someone I know or know of catches COVID, now our President has it. I'm not going to put you or your elderly clients at risk for something that can be performed remotely.

Also, send me a few dates that work for you this month for those deponents.

Best,

Sharika

Get [Outlook for iOS](#)