

Eff. Jan 2018

## NORTH CAROLINA DEPARTMENT OF JUSTICE
## SHERIFFS' STANDARDS DIVISION

POST OFFICE BOX 629
RALEIGH, NC 27602 - 0629
TELEPHONE: 919-779-8213 FAX 919-662-4515

JOSH STEIN
ATTORNEY GENERAL

DIANE KONOPKA
DIRECTOR

### REPORT OF SEPARATION
### FORM F-5

[✓] DEPUTY SHERIFF      [ ] DETENTION OFFICER

**INSTRUCTIONS:** Please type or print all information clearly. This form shall be completed upon separation from one or both certified positions. This form must be submitted to the Commission **NO LATER THAN 10 DAYS AFTER FINAL SEPARATION.** A copy of this form must be retained in the appointing Agency's Personnel file.

SEPARATING AGENCY **VANCE COUNTY SHERIFF'S OFFICE**  PHONE NUMBER **(252) 738-2200**
ADDRESS **156 CHURCH STREET, SUITE 004, HENDERSON, NC**  ZIP CODE **27536**
OFFICER'S NAME **JUSTIN**           **JAMEL**           **WHITE**
              (First)              (Middle)            (Last)
CURRENT HOME ADDRESS **130 CHAPPELL LANE, KITTRELL, NC 27544**
DATE OF BIRTH **08/15/1989**                   SOCIAL SECURITY NUMBER _____
DATE OF EMPLOYMENT: DEPUTY **06/05/2017**         DETENTION OFFICER _____

POSITION/RANK **DEPUTY SHERIFF**        [✓] Full-Time    [ ] Part-time

DATE OF SEPARATION **10/24/2018**

[ ] Death

Was this separation a result of a criminal investigation or violation of Commission rules?
[ ] YES  [✓] NO

Are you aware of any on-going or substantiated internal investigation regarding this officer within the last 18 months?
[✓] YES  [ ] NO

I, as an official representative of this agency, do advise that the above-named officer has been separated from this agency on the date indicated herein. In addition, pursuant to the requirements of 12 NCAC 10B .0405(c), the officer has been notified of this separation as evidenced by his/her signature below or the attached letter. IF this officer was ACTIVE between January and July, and did not complete the mandated In-Service Training, he/she must do so before becoming Active again. In addition, the obligation to notify the Sheriffs' Standards Division of criminal charges, domestic violence orders and civil no contact orders continues for one year from the date of separation.

_____  Sheriff   10-25-18
Signature of Sheriff or Registered Authorized Representative   Title   Date

"Signature on file"
Signature of Officer                             Date

**Officer has the right to submit a written statement of additional information to the Sheriffs' Standards Division regarding this separation

Case 5:19-cv-00467-BO   Document 56-1   Filed 01/20/21   Page 1 of 1