IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00467-BO

| | |
|---|---|
| JUSTIN J. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>VANCE COUNTY, NORTH CAROLINA, VANCE COUNTY SHERIFF'S OFFICE, PETER WHITE, in his official and individual capacities, LAWRENCE D. BULLOCK, in his official and individual capacities, WELDON WALLACE BULLOCK, in his official and individual capacities, and WESTERN SURETY COMPANY, a division of CNA Surety Company,<br><br>    Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

  NOW COME the defendants, by and through counsel, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment in their favor on the plaintiff's claims, for the reasons set forth in their supporting Memorandum of Law, which is filed contemporaneously with this motion. The defendants submit that no genuine material fact exists as to the plaintiff's claims and, additionally, the individual defendants are entitled to qualified immunity, sovereign/governmental immunity, and public officer's immunity as set out in the Memorandum of Law. In addition, defendant Western Surety is entitled to summary judgment on the plaintiff's claims on the bond.

Respectfully submitted, this 30th day of March, 2021.

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS, N.C.S.B. NO. 25523
BRIAN F. CASTRO, N.C.S.B. NO. 53412
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
Email: Chris.Geis@wbd-us.com
　　　　Brian.Castro@wbd-us.com
*Attorneys for defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that, on March 30, 2021, I electronically filed the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following CM/ECF participant:

Sharika M. Robinson
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Telephone: 704-561-6771
Facsimile: 704-561-6773
srobinson@sharikamrobinsonlaw.com
*Attorney for Plaintiff*

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS, N.C. State Bar No. 25523
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
Email: Chris.Geis@wbd-us.com
*Attorney for Defendants*