IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00467-BO

| | |
|---|---|
| JUSTIN J. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>VANCE COUNTY, NORTH CAROLINA, VANCE COUNTY SHERIFF'S OFFICE, PETER WHITE, in his official and individual capacities, LAWRENCE D. BULLOCK, in his official and individual capacities, WELDON WALLACE BULLOCK, in his official and individual capacities, CURTIS R. BRAME, in his official and individual capacities, and WESTERN SURETY COMPANY a division of CNA SURETY.<br><br>    Defendants. | **MOTION FOR SUMMARY JUDGMENT** |

  NOW COMES, Justin J. White (hereinafter referred to as the "Plaintiff"), by and through the undersigned counsel, and pursuant to Rule 56 of the North Carolina Rules of Civil Procedure, hereby prays for an order granting summary judgment against Defendants on the grounds that the Plaintiff is entitled to judgment as a matter of law because there is no genuine issue as to any material fact as established by the pleadings, nor any other relevant materials in this case.

This 31st day of March, 2021.

PLAINTIFF,

JUSTIN J. WHITE
By his Attorney:
/s/Sharika M. Robinson
SHARIKA M. ROBINSON,
North Carolina Bar No.: 44750
THE LAW OFFICES OF SHARIKA M ROBINSON, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Telephone: (704) 561 6771
Telefax: (704) 561-6773
*Counsel for Plaintiff Justin J. White*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, the foregoing was served on the following by electronic mail:

Christopher Geis (Chris.Geis@wbd-us.com)

ATTORNEY FOR DEFENDANTS

This, 31th day of March, 2021.

/s/ Sharika M. Robinson
SHARIKA M. ROBINSON,
North Carolina Bar No.: 44750
The Law Offices of Sharika M. Robinson, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Telephone: (704) 561 6771
Telefax: (704) 561-6773
srobinson@sharikamrobinsonlaw.com
*Counsel for Plaintiffs*