IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00467-BO

| | |
|---|---|
| JUSTIN J. WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>VANCE COUNTY, NORTH CAROLINA, VANCE COUNTY SHERIFF'S OFFICE, PETER WHITE, in his official and individual capacities, LAWRENCE D. BULLOCK, in his official and individual capacities, WELDON WALLACE BULLOCK, in his official and individual capacities, CURTIS R. BRAME, in his official and individual capacities, and WESTERN SURETY COMPANY a division of CNA SURETY.<br><br>        Defendants. | **APPENDIX TO STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

NOW COMES, Justin J. White (hereinafter referred to as the "Plaintiff"),by and through the undersigned counsel, and pursuant to Rule 56.1 of the North Carolina Rules of Civil Procedure. Plaintiff respectfully submits the Appendix to Statement of Facts in Support of Plaintiff's Motion for Summary Judgment. The exhibits are as follows:

| | |
|---|---|
| 1. | J. White Dep. |
| 2. | W. Bullock Dep. |
| 3. | P. White Dep. |
| 4. | W. Bullock – A.1 & A.2 Ethics |
| 5. | W. Bullock –B.6 Domestic Disturbance |

| | |
|---|---|
| 6. | W. Bullock – B.8 Treatment of Prisoners |
| 7. | W. Bullock – B.9 Use of Force |
| 8. | W. Bullock – BLET Use of Force |
| 9. | W. Bullock – D.7 Grievance Procedure |
| 10. | W. Bullock – E.1 Personal Conduct |
| 11. | W. Bullock – E.2 Investigate Complaints |
| 12. | W. Bullock – E.3 Workplace Harassment |
| 13. | W. Bullock – F.3 Arrest Procedures |
| 14. | W. Bullock – F.13 Use of K-9s |
| 15. | W. Bullock – F.5 Report of Separation |
| 16. | W. Bullock – J White Background Check Letters |
| 17. | W. Bullock – J White Use of Force Investigation |
| 18. | W. Bullock – Ogletree Letter |
| 19. | W. Bullock – Ord. re K9 Dave |
| 20. | W. Bullock – State v. Hargrove |
| 21. | W. Bullock – Termination Action |
| 22. | W. Bullock – Vance County Personnel Policy |
| 23. | W. Bullock – W. Bullock Firearms Quals |
| 24. | W. Bullock – W. Bullock Signed Force Policy |
| 25. | W. Bullock – White Letters re Previous Employment |
| 26. | W. Bullock – White VCSO Application |
| 27. | P. White- Campbell Statement re Incident with J. White |
| 28. | P. White- J. White Firearms Qual |
| 29. | P. White- J. White Raise |

| | |
|---|---|
| 30. | P. White- J. White Rebuttal to Alexander Appraisal |
| 31. | P. White- Notice of Charge of Discrimination |
| 32. | P. White- P. White Response to J. White re Complaint |
| 33. | P. White- Request for Training Waiver |

Respectfully submitted, this 31st day of March, 2021.

.

PLAINTIFF,

JUSTIN J. WHITE
By his Attorney:
/s/Sharika M. Robinson
SHARIKA M. ROBINSON,
North Carolina Bar No.: 44750
THE LAW OFFICES OF SHARIKA M ROBINSON, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Telephone: (704) 561 6771
Telefax: (704) 561-6773
*Counsel for Plaintiff Justin J. White*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, the foregoing was served on the following by electronic mail:

Christopher Geis (Chris.Geis@wbd-us.com)

ATTORNEY FOR DEFENDANTS

This, 31th day of March, 2021.

/s/ Sharika M. Robinson
SHARIKA M. ROBINSON,
North Carolina Bar No.: 44750
The Law Offices of Sharika M. Robinson, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Telephone: (704) 561 6771
Telefax: (704) 561-6773
srobinson@sharikamrobinsonlaw.com
*Counsel for Plaintiffs*