2. W. Bullock Dep.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00467-BO

JUSTIN J. WHITE,

    Plaintiff,

    vs.

VANCE COUNTY, NORTH CAROLINA;
VANCE COUNTY SHERIFF'S OFFICE;
PETER WHITE, in his official
and individual capacities;
LAWRENCE D. BULLOCK, in his
official and individual
capacities; and WELDON WALLACE
BULLOCK, in his official and
individual capacities,

    Defendants.

**CERTIFIED TRANSCRIPT**

(taken via Zoom)

        Oral deposition of WELDON WALLACE BULLOCK,

located in Vance County, North Carolina, taken by

Plaintiff on Thursday, February 25, 2021, commencing

at 10:06 a.m., before Janet Cooper Haas, a Registered

Professional Reporter and Notary Public located in

Charlotte, Mecklenburg County, North Carolina.



APPEARANCES:

LAW OFFICES OF SHARIKA M. ROBINSON, PLLC
BY: SHARIKA M. ROBINSON, ESQUIRE
MICHAEL McGURL, ESQUIRE
10230 Berkeley Place Drive
Suite 220
Charlotte, North Carolina 28262
704.561.6771
srobinson@sharikamrobinsonlaw.com
mmcgurl@sharikamrobinsonlaw.com
Counsel for Plaintiff (via Zoom)

WOMBLE BOND DICKINSON
BY: CHRISTOPHER J. GEIS, ESQUIRE
LOUISA C. CLARK, ESQUIRE
One West 4th Street
Winston-Salem, North Carolina 27101
336.721.3543
chris.geis@wbd-us.com
louisa.clark@wbd-us.com
Counsel for Defendants (via Zoom)

ALSO PRESENT:

Peter White, Defendant

EXAMINATION INDEX

WELDON WALLACE BULLOCK (via Zoom)
BY MS. ROBINSON 4

EXHIBIT INDEX

| | | MARKED |
|---|---|---|
| Exhibit 1 | 3-4-17 J. White VCSO application | 21 |
| Exhibit 2 | J. White background check letters | 21 |
| Exhibit 3 | Directive B.9, Use of Force | 46 |
| Exhibit 4 | J. White use-of-force administrative investigation | 48 |
| Exhibit 5 | BLET subject control/arrest techniques | 66 |
| Exhibit 6 | Directive F.13, Use of Canines | 84 |
| Exhibit 7 | 8-20-18 A. Hight employee counseling record | 86 |
| Exhibit 8 | 9-6-18 W. Bullock firearms qualification record instructions | 89 |
| Exhibit 9 | 9-6-18 use-of-deadly-force handout | 90 |

P R O C E E D I N G S

Pursuant to NCGS 10B-25, WELDON WALLACE BULL
having been duly sworn remotely, was examined and
testified as follows:

EXAMINATION

BY MS. ROBINSON:

**Q. Good morning, Mr. Bullock. I'm not goi repeat what I just said. Okay? But I did want t introduce myself as Sharika Robinson. I have my colleague, Michael McGurl -- he's here also and w be participating.**

**Have you ever been deposed before or a witness?**

A. Yes, ma'am.

**Q. You have? Okay. So you know the drill then. The reporter -- everybody asks that you an questions in "yes" or "no." And for purposes of I will refer to Mr. White, the Plaintiff, as "Mr. White" and Sheriff White, the sheriff, as "Sheriff White" so there's no confusion.**

**Is there any way that you would like fo to refer to you?**

A. Mr. Bullock is fine.

**Q. Mr. Bullock? So we don't confuse the t Bullocks. Okay.**

**So are you prepared to testify? Have y you're free of medications, free of anything that would impair your testimony today?**

A. Yes.

**Q. Okay. So will you state your name for record.**

A. Weldon Bullock.

**Q. And your birthdate?**

A. March 28th, 1967.

**Q. Okay. Can you tell me your address.**

A. 1029 Wood Owl Way in Durham, North Carc

**Q. Okay. Have you always resided in North Carolina?**

A. For a brief period of time, I wasn't.
in New Jersey.

**Q. What about high school? Where did you high school?**

A. In North Carolina.

**Q. Can you tell me the name of that.**

A. Vance Senior High.

**Q. Yes. And did you go to college?**

A. I did.

**Q. Where did you go to college?**

A. North Carolina Central University.

**Q. Okay. And what did you major in?**

Page 6

A. Criminal justice.

**Q. Did you seek any education after your bachelor's degree?**

A. I briefly started on my master's in education, but I didn't complete it.

**Q. Okay. And where was that at?**

A. At North Carolina Central University.

**Q. Okay. So can you tell me about your career as a police officer or as a sheriff's deputy or -- so after college, where did you work?**

A. I was recruited by the U.S. Drug Enforcement Administration out of Newark, New Jersey. I worked with them briefly as an intern. And then I came back to Vance County, and I worked for the Vance County school system probably less than three years. And then in 1992, I started working at the Vance County Sheriff's Office.

**Q. Okay. What was your position initially?**

A. Deputy sheriff.

**Q. How long were you a deputy sheriff?**

A. I think my first promotion was to investigator, and that was in 1997. So from -- worked the road as a deputy sheriff as a patrol deputy. Then I was switched to the civil division. I worked in the civil division for a little while, and

Page 7

then I was promoted to investigations.

**Q. Okay. So when you started as a deputy sheriff, were you trained at all?**

A. Yes.

**Q. Okay. What type of training did you undergo?**

A. I went to the basic law enforcement school here in Vance County, and when I completed that basic law enforcement school, I went through a training phase for about -- I'm not sure of how long a time. I had to ride with a sergeant for a while. And then once I finished that training phase, then I was sort of on my own.

**Q. Okay. "For a while," would you say a week or two weeks or --**

A. No. It -- it was -- it was at least two months, a minimum of two months. It might have been longer, and I don't know how long it was.

**Q. Okay. So you mentioned that you started at -- so you started as a deputy sheriff, and you did a little patrol.**

**Can you explain what that entailed.**

A. You was assigned to a district, and you would answer calls that were given to you. You would do things like transport mental patients. You would

Page 8

work court. You would serve your warrants and se your criminal papers from some of the subpoenas. Sometimes there were papers.

**Q. Okay. And so we're at -- 1992 is when started at Vance County Sheriff's Office, and the were promoted in 1997 to patrol.**

**And what happened next in your career?**

A. I was promoted in 1997 to investigation

**Q. To investigations? Okay.**

**And what type of investigations?**

A. I was promoted to criminal investigatio I worked, you know, all types of criminal cas but I specialized in child sex abuse.

**Q. Okay. And how long were you in that position?**

A. I was an investigator -- I was an investigator until 2005. I had to serve some act supervisor roles in investigation, but I don't kn when those dates were. But once I came out of investigations, I came out of investigations and t promoted to a lieutenant in administration, and t was either 2004 or 2005. I'm not quite sure of t date. I mean, I'm not quite sure of the year.

**Q. All right. And as a lieutenant, what w your job duties?**

Page 9

A. I was an administrative lieutenant. I over records. I was -- I believe I was doing thi in evidence. I was over the civil division. I d administrative investigations. Well, I actually administrative investigations as early as -- in m since my criminal -- that's my investigative posi So I continued doing those type investigations. Right now, that's what's coming to mind

**Q. Okay. In terms of the obligations?**

A. Uh-huh.

**Q. So you said that you were over evidence What does that mean?**

A. When deputies or investigators, offices the sheriff's office collected evidence on the sc I was the person they turned it in to, and I was charge of the evidence room.

**Q. Okay. And how long were you in that position?**

A. I started as an investigator, and I don know what year. And in some form or fashion, I w involved with it until I retired.

**Q. Okay. Did you ever go to court when yo were in that position?**

A. I did.

**Q. Is that where you were primarily depose**



Page 10

A. No. I've been deposed on -- when you say
"go to court," I went to court in criminal cases to
testify in criminal cases.
**Q. Okay.**
A. Things from homicide to break-ins, to child
sex abuse cases.
**Q. Okay. So I'm going to come back to you
saying that you were specifically over evidence.
When you were in that position, did you ever
misplace or lose evidence?**
A. No. I never misplace or lose evidence.
**Q. Had evidence ever been misplaced or lost in
Vance County?**
A. Yes.
**Q. In what situation?**
A. I can remember one time one of the drug
officers, what he -- what he noted on the sealed
envelope as far as the money -- what he noted was an
amount that wasn't in the sealed envelope. When the
lawyer and I sat down and opened the sealed envelope,
it was, like, $20 short.
I remember an incident where a gun was taken
from an investigative scene out in the public that --
never -- it was never turned in to evidence. I never
received it into evidence. And even though I

Page 11

received it into evidence, it was still something that
the Vance County Sheriff's Office at some point had
control over, even though it never made it into the
evidence room.
And then I remember an incident where a
deputy took a gun off of somebody, and that never got
into evidence. It never made it into evidence.
**Q. Why would items never make it into evidence?**
A. I can't answer that. I can't answer what --
why somebody else did something, that they didn't turn
it in. I was the one responsible for it once it got
into evidence.
**Q. Okay. But did situations like that ever
happen before at Vance County -- in Vance County?**
A. Yes, ma'am.
**Q. Okay. So let's change gears a little bit
and discuss the current hiring process at the Vance
County Sheriff's Office.**
A. I don't know anything about the current
hiring process. I don't -- I'm retired. I don't --
**Q. Well, when you were there. I don't -- okay.
I don't want you to speak for, you know, Sheriff Brame
and what he does.**
A. Okay.
**Q. So when you were there, what was the typical**

Page 12

**hiring process of a sheriff's deputy?**
A. We would have an in-house application t
someone may turn in, or sometimes they would go c
and turn in the F-3 form without going -- having
the in-house application done. I would do
criminal background check, a pre-employment crimi
background check, on the applicant, and then we w
set the applicant up for an interview.
The applicant would come in for an inte
as little as one time, as many maybe as three tim
you know, according to what the circumstances are
Typically, that was a three-person panel intervie
and then once that process is complete, then we w
make our recommendations to the sheriff and then
whether or not to hire or not to hire or our opin
**Q. Who is "we"? Was there a specific pane
designated panel?**
A. Yes. So, typically -- and I don't reme
them all over the years. But, typically, there w
lieutenant, myself, and maybe a captain or anothe
lieutenant. So I don't know who they were, you k
every single time, but there's typically three pe
That -- Lieutenant Shearin was one of them that I
remember and Watkins. I don't know if he was a
captain or lieutenant over time. He might have b

Page 13

promoted. You know, at some point, he might have
a lieutenant. Then he might have been a captain.
the use of names without the rank, Shearin has dc
it, Watkins has done it, I believe Shelton has dc
it, Stainback has done it.
So over the years, there have been diff
people that -- along with me who have performed t
duties.
**Q. -- But it's been primarily lieutenants?**
A. Primarily, the lieutenants or higher.
**Q. Can you help me understand just the
structure of the Vance County Sheriff's Office.
I'm not in law enforcement at all. Just pretend
I know nothing about law enforcement from a -- wh
are the particular roles? Lieutenant, deputy --
mean deputy, lieutenant, captain or --**
A. So the -- starting from the lower level
going up through the ranks, you may have a person
who -- who's hired and not gone through BLET yet.
we would hire that person, offer the person a job
that person may be with us and then go through BI
You know, that's -- you know, the kind of terminc
for that is -- you know, that's, like, a candidat
a new hire or, you know, however you want to do i
That person may be working with us as a sworn off



but hadn't done the state basic law enforcement training. In terms of responsibility, that's probably the lowest level of responsibility. And then you -- you're a deputy once you finish out that period. And the deputies are the ones that primarily take on the bulk of the calls and do the -- serving the papers and stuff like that.

Within that shift over time, in absence of a sergeant, then you may have what's -- what we refer to as a senior deputy. And that's a deputy who has more experience than the BLET candidate, has been around long enough to kind of understand the jobs and roles of deputy, who may understand the roles of a supervisor but not -- has not been officially promoted to sergeant, which is the next step up.

The sergeant is the first-line supervisor that runs the shift, and within that shift, there are deputies in which is he supervises on the shift. In the same instance where -- on the patrol side in criminal investigations, there may be detectives who, in an instance, would have been promoted. If you were a deputy and you went to -- as a detective, they would consider that a promotion.

Some may say that the -- transferring from a sergeant to a detective may be a lateral transfer kind

of because the pay is almost the same when you look at whether it's a promotion or not, but you have nonsupervisory employees working. It's just like deputies, but they're called investigators. And then within investigations, you have a supervisor, which is a sergeant, a detective sergeant.

On the same line, you may have a civil division. Within the civil division, you may have deputies working, and then you may have a sergeant working within the civil division.

Over time there have been detectives in the drug unit that may or may not have a sergeant supervising them. Sometimes it was a sergeant, sometimes they weren't. And then after the sergeant level, then you have the starting of the command staff of lieutenants.

In the patrol division, typically we had two lieutenants that would supervise two sergeants who supervised however number of deputies that was on the shift. In investigation, there was a lieutenant who supervised the sergeant, who supervised the investigators on the shift.

Then you had a patrol commander, which was a captain. You had an admin commander, which was the position I served in for a while. And then there were

times we did and did not have a chief deputy. Th[ere] were times we had a chief deputy, and the two cap[tains] would team up to report to the chief deputy. The chief deputy was directly to the sheriff.

**Q. And so you recently retired. What was your position when you retired?**

A. I was chief deputy.

**Q. Chief deputy? And so as chief deputy, [you] were over -- you were one of those people who wou[ld] hire and make use-of-force decisions and things o[f] that nature?**

A. Say that again.

**Q. You would hire, make hiring decisions a[nd] or recommendations and use-of-force decisions?**

A. Well, that -- some of those recommendations I don't -- "decision" might not b[e] the right word. But some of those recommendations, I [was] doing that as a captain.

**Q. As a captain?**

A. Yeah.

**Q. But you were definitely doing it as a c[hief] deputy, too, also, right, recommendations?**

A. Yes.

**Q. Okay. So I would like to talk more abo[ut] Mr. White specifically. Can you -- can you expla[in]**

**the hiring process when it came to Mr. White.**

A. Just like before, he filled out an application, whether it was in-house or he had an[...] come to me. I don't know which one. He sat down [with] a panel, and then the panel interviewed him. I w[as] the one that did his criminal background check.

And once we got all of that stuff toget[her], then the sheriff made the decision to hire him. [And] then once he got hired, he eventually went to the patrol division.

**Q. Did you review his application?**

A. Yeah. I would have been the one that l[ooked] at his -- well, yeah. I think I was the first on[e] -- I think I was the first officer to see his applicat[ion]. I don't know if the sheriff saw it before I did, [but I] had it extensively because I was the one that act[ually] did his background check.

**Q. Okay. I'm going -- I'm going to pull u[p] application and make sure that this is what you l[ooked] at.**

**Can you take a look at this document.**

A. It looks like what I remember to be his [...] with it. That's the form which we used.

**Q. Just review it for -- can you scroll -- you need us -- can we continue to scroll?**

(866) 715-7770
advancedONE.com



Page 18

A. Yeah.
**Q. Okay. Just let us know when to keep going.**
A. Keep going. Okay. Okay. You can go. Okay. You can go. Okay. You can go. Okay. You can go. Okay. You can go. You can go.
**Q. That's the last page, Mr. Bullock.**
A. Okay.
**Q. I want to ask you some questions about this document.**
A. Okay.
**Q. So you -- can you identify this document.**
A. It's the document that we used as an in-house form to gather information on potential applicants.
**Q. Okay. And this is Mr. White's application?**
A. I believe it to be.
MS. ROBINSON: Okay. Michael, can you scroll. And stop right here.
BY MS. ROBINSON:
**Q. Do you see where it says Shaw University?**
A. Yes, ma'am.
**Q. And you see where it says "reason for leaving"? Can you read that to me.**
A. "Terminated."
**Q. And Louisburg College. Can you read the reason for leaving.**

Page 19

A. Yes. "Terminated."
MS. ROBINSON: Let's go to the next. Let's go down a little bit more.
BY MS. ROBINSON:
**Q. So is it fair to say that Mr. White disclosed that he had been terminated?**
A. Yes, ma'am.
**Q. Okay. And let's go down. I have another question I want to ask you about this document while we're up -- while we have it up.**
MS. ROBINSON: Keep going. Keep going.
BY MS. ROBINSON:
**Q. Can you read the last sentence on this page.**
A. "Are you willing to sign a two-year contract for employment?"
**Q. And what was his response?**
A. Yes.
**Q. I think that's it for this document. I'll get back to the contract.**
**So after you -- after you reviewed Mr. White's application, you said you conducted a criminal background check?**
A. Yes, ma'am.
**Q. What did that entail?**

Page 20

A. I have to go through DCI and run his criminal record, his driving record. I have to g request from the clerk of courts anyplace he's ei lived or went to school or graduated from high sc and pull the criminal records from the clerk of courts.
I think Mr. White had gotten some highe education that might have been outside of North Carolina, and so I might have had to request for criminal histories in those places that he lived went to school outside of North Carolina.
**Q. So would you say --**
A. His driving record would have been also part of the criminal background check.
**Q. Would you say it was a pretty extensive background check?**
A. I wouldn't say it was extensive.
**Q. You wouldn't say it was?**
A. No.
**Q. Okay.**
MS. ROBINSON: Michael, can you pull up the -- so we're going to mark Exhibit Number So --
MR. GEIS: I don't think we marked Exhibit Number 1.

Page 21

MS. ROBINSON: Well, let's mark Exhibit Number 1 as Mr. White's application employment.
(Exhibits 1 and 2 were marked for identificatio
MS. ROBINSON: And we sent you this via email, too, Mr. Geis.
MR. GEIS: Well, I didn't get the email and I looked at my emails 30 minutes ago. Y perfectly willing -- or you're perfectly wit your rights to introduce these documents. I think you should mark them.
MS. ROBINSON: All right. I want you - want you to have them. Okay? And you do ha them. So if you need to take a break and ch your email, please let me know.
MR. GEIS: We will take a break. We'll about a ten-minute break. Thank you.
MS. ROBINSON: Thank you.
(Recess in proceedings from 10:35 to 11:01 a.m
BY MS. ROBINSON:
**Q. So, Mr. Bullock, I was asking you about Mr. White's background, and I asked whether or no was extensive or not. Thank you. And you said t it wasn't extensive.**
MS. ROBINSON: Michael, can you pull up



document that shows -- yes.
BY MS. ROBINSON:
**Q. Can you see that document?**
MS. ROBINSON: Let's go to Page 1 of it so
Chris can identify that.
MR. GEIS: You need to read that.
BY MS. ROBINSON:
**Q. And I'm going to give you a few. It's a**
**23-page document, so I'm going to give you a few --**
**you know, as long as you like to look over it.**
A. Can I move towards the screen?
**Q. Yes, sir. And, Mr. Bullock, if you would**
**just let him know when to scroll down in the same**
**fashion.**
A. You can scroll down. Okay. Okay. Okay.
Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay.
Put it so I can see the top of it. Okay. Okay.
Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay.
Okay. Okay.
**Q. And do you recognize this document -- these**
**documents?**
A. Yes, ma'am.
**Q. And is that your signature on these**
**documents?**
A. Yes, ma'am.

**Q. And can you identify these documents?**
A. Those forms -- those AOC forms are forms
which I used to reach out to our clerks of court
requests for criminal background information.
**Q. And for purposes of the record, I would just**
**like for you to -- we're going to start from the top**
**and go to -- and then each county that you reached out**
**to.**
**Can you read that county. Just read the**
**county.**
A. Martin County, North Carolina; Merrimack
County, New Hampshire; Hillsborough County, New
Hampshire; Hillsborough County, New Hampshire.
Is that the same document?
**Q. That's the same document.**
A. Okay. Wayne County, North Carolina;
Franklin County, North Carolina; Wake County, North
Carolina; Bertie County, North Carolina; Chowan
County, North Carolina; Pasquotank County, North
Carolina; Perquimans County, North Carolina; Pitt
County, North Carolina; Union County, North Carolina.
**Q. I think that was the last county, correct?**
A. (The witness nodded.)
**Q. And I'm going to ask you some more**
**questions, but I think we're done with these**

**documents, this exhibit.**
**And so after reaching out to all those**
**counties, obtaining Mr. White's criminal record,**
**driving record, and other -- and reviewing his**
**application, what questions did you have about hi**
**employment?**
A. About his what?
**Q. About his prospects for employment.**
A. I don't remember specific questions tha
had. We, in general, go over people's work histo
where he went to school, where he lived, any crim
charges you may have. We might talk about his
career's history. We would talk about his employ
history. We might -- some people we give, like,
like scenarios on how you will respond to a
particular scenario.
That's what's coming to mind right now.
There may be others.
**Q. Well, I want you to, if you can recall,**
**be more specific now about Mr. White.**
**After you performed this background che**
**him, what was his next step in the employment pro**
A. He would have been sworn in. And at so
point, he'll go to a shift. You know, he might n
have immediately gone to a shift because we're a

small, poor county. We might not have uniforms t
at this point. Sometimes cars aren't available a
that point.
Typically, what happens is there may be
waiting period, depending on when that applicant
in because of uniforms and whatever, other
certifications he might have. Like, he would hav
go qualify for his service work, so that had to t
time. And so typically what we do when we have p
who are kind of caught in that phase, we have --
well -- the sheriff's office is responsible for
courthouse security, and so sometimes we'll send
people up to the X-ray for an undetermined amount
time until all these things come, and then we can
him ready to go to a shift.
Then once he goes -- if he's -- in his
particular case, he was hired to be a deputy. So
know, he would be waiting for a shift assignment
to a shift. Some people we hire, and we have a -
like an investigator's opening, and we hire an
investigator. Then an investigator would go stra
to investigation. But, again, everybody has to w
to get qualified because of what happens at that
point.
After he's sworn in, he's -- you know,

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

Page 26

a sworn deputy sheriff at that point.
**Q. Okay. Well, let's rewind. Let's rewind.**
**He would have had his panel interview before you ran his background, or would that panel interview have come afterwards?**
A. No. I would have ran his background beforehand the panel review.
**Q. Okay. So after you ran his background, then explain what happened next in Mr. White's case, if you can recall.**
A. I can't recall specifically. I can tell you what I generally do. I can't recall specifically with Mr. White. But you know, I -- the background comes in different forms. They come in what you see here, the Administrative Office of Courts request. They come through DCI, they come through NCIC, and they come through DMV.
So I would have done all those things, and this stuff I may have gotten back or may not have gotten back. I'm caught at the mercy of the clerks in terms of getting back whatever information I need to get back. And what -- but all this stuff is ongoing, and it's always compiling.
Mr. White would have had to provide some documents for us, like his degrees, his -- copy of his

Page 27

driver's license, social security card. Because he was a previously sworn law enforcement officer, I would have had to have gotten his basic law enforcement certificate.
So at some point in time, all that stuff is being gathered and compiled as we're going through the process of trying to get him hired.
**Q. Okay. But is it safe to say that the panel, the three panel, would have convened after you received all of the necessary documents?**
A. No, no. Not necessarily. It wouldn't be safe to say that, because, again, some of this stuff you get back ahead of time; some of the stuff you don't get back ahead of time. It just depends on when I had time to put it out, when I sat down at the computer and ran the information and then when his panel interview was.
Specifically to Mr. White, I can't tell you how that fell in line.
**Q. Okay. Do you recall Mr. White's panel interview and how many of those interviews he had?**
A. I do not. He had a minimum of one, but just like anybody else, they could do one or two. It just really depends. And maybe sometimes even three. You know, it depends on certain circumstances. But for

Page 28

Mr. White specifically, I do not recall how many. minimum of one, though.
**Q. Why would you ever perform three panel interviews?**
A. Sometimes we get information that we do have ahead of time sometimes. Sometimes the appl might not have information that we need when we a for it. There's just various reasons why we do i And, again, a minimum of one that's bee done. For an example, what will be an example of minimum of one, let's say there was an officer wh worked here before and he went and, say, worked a another place and then came back shortly after. still might have a one panel interview because we more familiar with that particular officer.
Sometimes we have people who we've been working with for years, like, at the police department. This is a small town, who we all -- know, we know. They might have an interview -- a the minimum of one. And some people, for whatever reasons, background, where they live, trying to g information in, you know, it's just -- it's no -- no concrete reason every single time it was done particular way.
**Q. Okay. So moving on. So Mr. White was**

Page 29

**ultimately recommended for hire.**
**Who made that recommendation?**
A. The recommendation to hire -- when you first recommended to hire, we send it to the sher out to training standards. To training standards, made the recommendation. It should be on a form that I sent to training standards saying I recomm the hire.
**Q. Okay. So can you tell me, how does tha process work? Would you recommend him for hire t sheriff first and then to training standards or -**
A. Yeah. After we finish the last panel interview, then a recommendation would be made tc sheriff on whether to hire or not to hire.
**Q. Okay. And so the recommendation ultima was recommended to hire Mr. White?**
A. Not to the sheriff.
**Q. Not to the sheriff?**
A. That's correct.
**Q. So who recommended Mr. White for hire?**
A. Once the panel -- our recommendations i just a recommendation. Ultimately, the sheriff h the last say on whether or not we're going to swe him in and I get all the information to training standards. He has that final say; the panel does



have that final say.
**Q. Okay. I understand. I'm just trying to get a timeline together.**
A. I don't know the timeline. I don't know.
**Q. So -- but he was ultimately -- we know he was hired.**
**So the panel recommended him to be hired?**
A. No, the panel did not recommend him to be hired.
**Q. The panel didn't recommend Mr. White to be hired by the sheriff?**
A. That's correct.
**Q. Okay. So what did the panel do, then, if it didn't recommend him to be hired?**
A. I don't -- maybe I don't understand the question.
**Q. Yeah. If the panel convened and interviewed Mr. White to determine if he was to be recommended to the sheriff to be hired, right, that was the whole purpose of convening the panel, correct?**
A. The whole purpose of the panel is to gather information about the applicant so that we can determine whether or not we recommend him to be hired or not.
**Q. Right. And that's what I'm saying.**

**Did this panel recommend Mr. White for hiring?**
A. No. Not to the sheriff.
**Q. Okay. So what did the panel do, then?**
A. We recommended not to hire him.
**Q. You recommended the sheriff not to hire Mr. White?**
A. That's correct.
**Q. And the sheriff went ahead and hired him, anyhow?**
A. Yes, ma'am.
**Q. Okay. Can you tell me about that recommendation.**
A. I think vaguely we discussed that he had been fired for so many -- from previous positions that he had, and I think that was the reason why we recommended not to hire him.
**Q. Did you-all put that recommendation in writing?**
A. I think we walked down to the sheriff and talked to him.
**Q. And what did the sheriff say when you said it?**
A. He said, "Unless he's killed the president, I'm going to hire him."

**Q. And who was "we"? Who is "we"?**
A. I'm -- you know, typically we go back i whoever was with me during the time that we interviewed Mr. White, who -- the gentlemen -- th three of us would go back in -- or two of us, how many it was, would go back in and talk to the she
**Q. But you don't remember who "we" was?**
A. No. I don't remember.
**Q. In this particular one, how many -- how officers have you recommended in -- or deputies h you recommended not to be hired?**
A. I don't have a number. I've been doing since 1997. I couldn't -- there's no -- I have n of knowing. There have been a lot we recommended to hire. There have been a lot we've recommended hire.
**Q. Give me just a roundabout number as in [illegible] Five?**
A. It's -- if you could somehow tally up t amount of applications we've had since 1997 until he left office, I mean, I cannot put a number on it because I have no way of formulating how many. I [illegible] just be making up something.
**Q. So in 1997, you were in investigation? [illegible] sat on panels in 1997 also?**

A. I did. I did. As a matter of fact, th forms you see, because it was so -- done so haphazardly before, I created these forms. I'm t one that started the process of coming in and goi through -- sitting down and going through a proce back when I got hired and back under -- not Sheri White but the other sheriff. You would walk in, he would shake your hand when you were hired.
I was hired that way. I was hired with even putting an application in. He said, "You're hired." I came back to get an application after process, and I thought that wasn't how the proces to be. So this particular format you see here is doing. I came up with that.
So I've been doing that type work since 1997.
**Q. Okay. Okay. So when you say -- you're talking about the letter on the sheriff's letterh**
A. Yes.
**Q. Not the court form?**
A. No, not the court form.
**Q. Okay. But the court form requesting th background would have been part of the hiring pro**
A. Like, if you're referring to the AOC 31 form --

(866) 715-7770
advancedONE.com

Page 34

**Q. Yes.**
A. Right. This is something that we done, but I have been at the sheriff's office where this wasn't even done.
**Q. Okay.**
A. That's why I -- the process had started.
**Q. Okay. Can -- when did that process -- when did the process of seeking a criminal background check start? Do you recall that?**
A. Well, you have to -- you have to run somebody's criminal background check. Training standards won't allow you to submit an applicant without a background check being done. So the background had to be done in some form or fashion.
The way in which it was done, you know, early on, even -- even through me, you would call the clerk up and say, "This is me. Send me information you've got on this person right here," and they would do it. But then over time, that didn't go. That didn't wash. So over time, we had to formally request it in writing and sign it as the requester, and then they would send us the information.
**Q. Was that a --**
A. The way that started, I don't know, but I know in the beginning, it wasn't that way.

Page 35

**Q. Was that due to a change in policy of training standards or policy of Vance County?**
A. No. That was just my own personal taking the bull by the horns and doing it because I didn't like the way it was done.
**Q. Okay. Okay. So Mr. White was not recommended but was hired.**
**Do you recall Mr. White when he started at the sheriff's department? Do you recall any -- any specifics about his employment?**
A. No. Once I -- because he's not coming to my division, I don't -- I wouldn't see him on a day-to-day basis, or I wouldn't interact with him on a day-to-day basis. You know, I -- once all the paperwork is gone, I don't -- you know, I don't have anything more in terms of directly interacting with him on a day-to-day basis. I don't have anything about that I recall that I could add.
**Q. Okay. How did that make you feel that the sheriff did not take your recommendation?**
A. It didn't make me feel any kind of way. That -- it wouldn't be the first time he didn't take my recommendation.
**Q. Okay. How long had he been the sheriff at that point?**

Page 36

A. I'm sorry?
**Q. How long had he been the sheriff at that point?**
A. He became sheriff in '06, I think. Hol '06. And he stopped being sheriff in 2018.
**Q. Okay. So you said it wasn't the first Can you name an instance in which he di take your recommendation?**
A. He didn't take my recommendation for Mr. White.
**Q. Aside from Mr. White.**
A. Oh, yes. There was a young lady named Kimberly Gregory from Durham.
MR. GEIS: You can't talk about any particular person.
THE WITNESS: Oh, okay. All right. Well, there was a young lady who was fr Durham Police Department that I recommended the panel recommended to hire, and he didn't hire, which stood out. The reason why that stands out in my mind is because her trainin portfolio was really, really thick. It was thick as this right here, and I thought she have been a good hire.
BY MS. ROBINSON:

Page 37

**Q. Okay. So I want to -- I want to unders your role a little more. I know you sat on these hiring panels, and that was probably one aspect o your role at the time of Mr. White's employment, particular. And I've asked you some about it, bu would -- you said that you were in a different division.**
**What division were you in?**
A. I was in charge of the administration division and the divisions that are under me.
**Q. So what does "administrative" mean, "administrative division"?**
A. I'm responsible for records, like for t DCI records, gun permits, concealed handgun permi civil papers, criminal investigations, evidence, background information, fingerprints. I was in c that division.
**Q. So, Mr. Bullock, walk me through, like, a typical day in your life when -- at the time of Mr. White's employment.**
A. I don't know. I don't know if I can sa typical day. I don't know if --
MR. GEIS: Objection. Relevance.
BY MS. ROBINSON:
**Q. You can answer the question. Please an**



**the question.**

A. I would come to work, and I would do my duties as -- you know, I would go over the reports. I would look at them. It was there -- there were times that I might not come to work because I was out on a homicide the night before.

**Q. What type of reports would you go over?**

A. I would go over the incident reports.

**Q. Okay. And what is an incident report?**

A. It's reports generated by officers when they're assigned a department number to a particular incident, a particular record.

**Q. By "incident" and "record," what does that -- does it mean something went wrong? Does it mean something went right? What does that mean, an "incident report"?**

A. It means that the sheriff's department was involved in something that required a report to be written. The reports could be on forms that's called investigation incident reports. The reports can be an something on a form called operation reports. It's just -- they have numbers that you can track them and see, you know, who was assigned to it. If the information was generated through 911, a report number that could be trackable and kind of figure out what

happened, what went on. And the deputies would write those reports. And in the mornings, I would come in, and I would look at those.

**Q. Are there any instances in which an incident report is required to be written?**

A. Yes.

**Q. What are those instances?**

A. A murder, you have to write an incident report. A break-in, you got to write an incident report. A rape, you got to write an incident report. A chase, you got to write an incident report. Use of force, you got to write an incident report. If you got bit by a dog, you got to write an incident report.

There's a lot more than I could probably name.

**Q. Okay.**

A. Those are just examples.

**Q. Okay. And what are examples of when you don't have to write an incident report?**

A. I don't know how to answer that question. What are examples of when you don't? I don't know that I can answer that question. It's not -- like, if you're driving down the road and you see some trash in the road and you get out of your car and you get the trash out of the road, you wouldn't have to write an

incident report for that. I don't know.

**Q. You wouldn't have to do that at all, ri That's not part of your job. You know, when is t**

A. If debris was in the road big enough to that would impede traffic, then, yeah, you would been expected to stop and get that stuff out of t road and move it over to the side.

**Q. Okay.**

A. You wouldn't write a report for that.

**Q. Okay. So you mentioned incident report You mentioned use of force.**

**Tell me about your involvement in use-of-force engagements or investigations.**

A. Some use-of-force reports would come th on the days that I was working. I would take a l at them. I would try to contact the person's supervisor and sort of engage what was going on w that. And then if I felt that it was necessary f to generate an administration investigation, I wo start an administrative investigation.

**Q. So would all use-of-force reports go th you?**

A. No. Not necessarily. They would -- depending on who -- you know, how extensive they Something in which someone was hurt, that would c

Something that you drew your gun and you didn't do anything else but drew your gun, that wouldn't come to me.

**Q. Okay. So officers are required to repo when they draw their gun?**

A. Yes.

**Q. And what would that -- that would be a use-of-force report?**

A. Use-of-force report and an investigatio incident report.

**Q. Okay. And so you said the typical proc would be for you to contact the person's supervis**

A. Yeah. I would have a conversation abou what the officer writes, and I want to kind of ge feel and let the supervisor know what was going c want to make sure the supervisor knew, and it may something as simple as a telephone call. And depending on when you were working, I just may ha them come to my office. I may walk up to where t are and just say, "Hey, do you know about this? you know what happened?"

**Q. Okay. And what would you do next typic**

A. If it rose to the level of an administr investigation, I would start an administrative investigation.



**Q. And that would consist of what? Explain what an administrative investigation is.**
A. I would gather information concerning the particular incident, whether it be witness statements or -- it may be having another officer go out and talk to a person while I do something else. Eventually it will come down to talk to the officer that was -- the subject of that particular use of force.
**Q. And, typically, how long does those investigations take to be resolved?**
A. There's no typical. It depends on the circumstances.
**Q. Okay.**
A. So I can't tell you what -- how long typically they last, and I don't have a working frame of, you know, how long these things take. I don't have that committed to any type of memory.
**Q. On average?**
A. You know, we've had officers to shoot people, so that takes a little bit longer. We had officers to do something a lot less than shoot people, and they will be a little shorter, but I don't have a working memory of how long they take.
Things can be delayed by getting information, and things can be delayed by somebody not

working or somebody in place. I don't have -- I don't have a working memory of what -- how long something like that would take.
**Q. Can you tell me about the steps? Was there any set number of steps that you would take from a report to completion?**
A. I don't know that I understand. What do you mean by "steps"?
**Q. Any way in which you would operate to investigate a case? Would you convene a panel? Would you -- you know, you talked about meeting with supervisor.**
A. So, no, I wouldn't convene a panel. I would, again, interview any witnesses, interview any victims. I would gather data from 911. I would gather data from the officer. I would talk to the officer. Any documentation that's relevant to whatever happened, I would gather those documents.
**Q. Okay. And would you then make a recommendation to the --**
A. After I had finished everything that I know to do, then I would make a recommendation.
**Q. And who would you make a recommendation to?**
A. To the sheriff.
**Q. To the sheriff?**

**Q. And the recommendation would be to -- w this is?**
A. It could be to exonerate. It could be suspension with pay. It could be to demote. It cou to tell them their services are no longer needed.
**Q. Was there a particular continuum? So, like, a -- if -- say an officer had -- Offic had been involved in an incident report before, a use-of-force report before, was there any type of escalation, any type of process?**
A. I don't know that I understand.
**Q. Were there -- were there steps to the consequences or -- to your recommendation? Did t progressively get worse?**
A. Oh, did the recommendation steps get wo based on what they did before?
**Q. Yes.**
A. No. I just -- my recommendation is bas the incident I had before me.
**Q. Okay. So it could be a first-time inci that if you felt like it was egregious enough, th**
A. That's correct.
**Q. So I want to -- are you familiar with t you're familiar with the use-of-force policy, cor**
A. I don't have it to memory now because I

haven't looked at it in a long, long time. So --
MS. ROBINSON: Michael, can we get the use-of-force policy pulled up.
BY MS. ROBINSON:
**Q. Take a moment to look over it, if you w**
A. Okay.
**Q. Okay. Can you read the name at the bot of this policy, Vance County.**
A. Vance County Sheriff's Office Policy Ma
**Q. Okay. And then can you identify this policy.**
A. Like, read from the bottom line?
**Q. No. At the directive. Which directive this? Look in the top right-hand corner, Mr. Bul**
A. Oh, I can't see the top right-hand corn
**Q. Oh, you don't have it in front of you?**
A. Directive B.9.
**Q. Okay. And what's the effective date of policy?**
A. 7-15-2009.
**Q. And so it's safe to say this is Vance County's use-of-force policy?**
A. (The witness nodded head.)
**Q. Have you had a chance to review the che agents section of this policy on Page 1?**



Page 46

MR. GEIS: Is this an exhibit that's marked?
MS. ROBINSON: This is Exhibit Number 3.
MR. GEIS: Okay. It would be helpful to mark these exhibits.
MS. ROBINSON: They will be. You know, honest to God, you-all didn't mark any exhibits. I will say that.
MR. GEIS: It would be helpful to mark the exhibits so we know what we're talking about.
MS. ROBINSON: We will. We will.
(Exhibit 3 was marked for identification.)
MR. GEIS: If you could put Number 3 on the bottom of that. Do you need a pen?
THE WITNESS: Okay.
BY MS. ROBINSON:
**Q. Have you had a chance to review the chemical agents?**
A. Yes, ma'am.
**Q. And do you mind reading that second bullet?**
A. "Prior to issuance of Oleoresin Capsicum Spray (OC Spray), all deputies shall receive training in its use, which will include instruction and actual application to afford the deputy an understanding of the effects. Any use of OC Spray other than in a training situation or spraying of animals for

Page 47

self-protection shall be reported, as required by this policy."
**Q. Okay. And as someone who evaluates use of force, what does that sentence mean -- or those sentences mean?**
A. That you can only carry the mace that the sheriff's office issues you, and you have to have some proof that you've been trained, and you can't spray animals.
**Q. Okay. Okay. I want to -- I'm going to come back to this policy, so just kind of leave it out, if you will.**
**But for now, I want to talk some about the incident that you investigated in terms of Mr. White. Okay?**
MS. ROBINSON: Michael, can we get that report up.
BY MS. ROBINSON:
**Q. Can you take a minute and review that document, please.**
MS. ROBINSON: Chris, while he's reviewing that document, I'm just going to go get a refill on coffee.
MR. GEIS: Okay.
(Recess in proceedings from 11:50 to 11:55 a.m.)

Page 48

BY MS. ROBINSON:
**Q. Mr. Bullock, you've had an opportunity review this document?**
A. Yes, ma'am.
**Q. Okay. And can you define what this doc is.**
A. It's the documents that contained some information from my administrative investigation Deputy White's actions pertaining to use of force against Latwanya Oliver.
MS. ROBINSON: Okay. Let the record re that the witness has identified what should marked as Exhibit 4.
(Exhibit 4 was marked for identification.)
BY MS. ROBINSON:
**Q. Do you recall this incident? Do you re drafting this document?**
A. Yes.
**Q. Okay. Can you explain to me the proces which you employed when conducting this investiga**
A. I gathered up the use-of-force report, incident report, the information that was obtaine from Ms. Oliver, the information that was obtaine from the hospital. I listened to the 911 tapes, recordings. I conducted interviews.

Page 49

**Q. So Ms. Oliver filed a complaint? Is th what you're saying?**
A. Yes. Ms. Oliver filed a complaint.
**Q. Okay. When did she -- do you recall wh she filed that complaint, that written complaint?**
A. I don't know the day.
**Q. On the date of the incident, the date a the incident?**
A. It was within that same week, but I don know exactly when she did it.
**Q. Okay. So after she filed a written complaint, what occurred next? How was this comp processed?**
A. She may have talked to Captain Watkins. would have talked to Mr. White. I talked to his supervisors. I gathered the documents that I jus mentioned before.
**Q. So who do you recall speaking to?**
A. I recall speaking to Mr. White. I reca speaking to Lieutenant Goolsby, Sergeant Welborn, Captain Watkins, Ms. Oliver.
In order to get the reports from 911, I would have spoken to somebody at 911, but I don't know who. I'm sure at some point in time, I talked to the sheriff.



Page 50

**Q. Let's go to -- I think it should be Page 2 and 3 of that report. I'm going to come back and ask you questions about these conversations, but I want you to go to Page 2 and 3 of the report. It illustrates what you based your decision on.**

**Do you see Mr. White's statement listed?**

A. It seems like the first -- are you referring to when he first said, "All hell broke loose"?

**Q. No. Page 2 and 3 where it says "illustrations," your conclusion.**

A. All right.

**Q. Right above your conclusions.**

A. Okay. And what was the question?

**Q. The question is, this isn't -- these are illustrations of which you based your decision on, correct?**

A. Yes.

**Q. Okay. Do you see Mr. White's statement listed?**

A. Yes.

**Q. Where is Mr. White's statement?**

A. It's -- what he wrote was in the use report -- use of -- I mean the incident report 1801-3870 and a use-of-force report.

**Q. Okay. So are those the investigations that**

Page 51

**you had with Mr. White?**

A. Are those the what?

**Q. Investigations that you had with Mr. White.**

A. I don't understand your question.

**Q. Did you have direct conversations with Mr. White, or did you base it on these use-of-force reports and the incident report?**

A. Yes. I had direct conversation with Mr. White.

**Q. But your conclusion wasn't based on that direct conversation?**

A. It was based on everything I had gotten, either through talking or whatever was written. It was based on everything that I compiled in order to produce this report and make a recommendation.

**Q. But it's not noted on this document, is that fair to say?**

A. Is what not noted?

**Q. Your conversations with Mr. White.**

A. It's not fair to say because I quote some of the things he said.

**Q. Okay. So let's go back to your statements with -- or your conversations with, you said, Mr. White. Let's start with Mr. White.**

**How did that conversation go? When did you**

Page 52

**have that conversation?**

A. Sometime between me getting the inciden report and use-of-force report and submitting the conclusion. I don't know exactly what day and ti that was on there. I don't know the exact date a time.

**Q. Okay. That's fair. What -- how -- wha occurred during that conversation? What transpir**

A. He -- he sat down in my office and told what he had -- you know, his point of view of wha happened. And I listened, and then we -- I conti on with the investigation.

**Q. Did you take notes?**

A. I would imagine that I did. I don't ha my notes, but I would imagine that I did, but I know that to be factual. I might have been typin the time. I don't know. I don't remember.

**Q. But there would have been typewritten n**

A. I'm sorry?

**Q. There would have been typewritten notes**

A. I'm saying I might have been -- I don't if I was typing little snippets at the time. I j don't remember. I don't know if I was typing or writing. I don't remember.

**Q. And what did he say occurred?**

Page 53

A. I don't know that I can summarize it. don't know verbatim. You know, he basically saw speeding the day before. He turned around on it. think he ran the registration. He confronted the driver about her speeding. She became verbal wit and walked off. I think she -- he got back out, to the office. He realized there was warrants. went to the house to try to serve the warrants or to the house to try to make contact with her. I he called it an investigation at first. He did n make contact. His shift ended.

He came back the following shift or the following -- the next day or night. He went ther check on the warrants. She seemed cooperative at first. He tried to put the handcuffs on her. I he said something about she wouldn't let him get handcuffs on her, and he -- he said he performed takedown maneuver.

I asked him what takedown maneuver he performed, and he couldn't tell me.

**Q. And how long did this conversation last**

A. I don't recall.

**Q. Was it a half day? Was it an hour conversation?**

A. I don't know.



Page 54

**Q. Was Mr. White the first person who you spoke to about this incident?**
A. No.
**Q. Who was the first person?**
A. It might have been Sergeant Welborn or Lieutenant Goolsby.
**Q. What did they tell you?**
A. I don't know. I don't remember what they told me. I have the incident report. You know, like as a standard practice, I checked with the supervisor to make sure they were aware of it and -- but I don't remember what they told me.
**Q. Was it an in-person meeting or a phone call?**
A. I don't remember.
**Q. You don't remember? You don't remember for either of them?**
A. No. At some point in time, they were both in my office talking, but whether or not that was the first time or not, I don't know. And they were in the office talking when Mr. White was in the office with me. I mean, they were in the office present when Mr. White was in the office with me.
**Q. Okay. So your testimony is that Welborn and Goolsby were -- Welborn and Goolsby and Mr. White, you spoke to them all at once?**

Page 55

A. At some point in time, I was -- at some point in time, they were in my office together at some point in time. That's the point in time that I actually spoke to Goolsby and Welborn without Mr. White being in my presence. Whether that was on the phone or in my office or in their office, I just don't recall when.
**Q. What did you say when you spoke to them outside of Mr. White's presence?**
A. I don't recall what I said.
**Q. Can you tell me what you do recall about this investigation. Just kind of walk me through it.**
A. I remember having knowledge of the incident report. I remember having seen a statement by Ms. Oliver. I remember talking to Captain Watkins. I can remember talking to Lieutenant Goolsby. I remember talking to Sergeant Welborn. I can remember talking to Mr. White in my office with Lieutenant Goolsby and Sergeant Welborn, and I can remember gathering the documents for this report.
And I remember taking -- once I finished it, taking the report to the sheriff with the recommendation.
**Q. Okay. But you can't remember what you said to them or what they said to you?**

Page 56

A. When you say "they," who are you referr to?
**Q. Welborn, Goolsby.**
A. No. I don't remember what they said to I don't remember what I said. You know, again, a part of my -- during this investigation, I always checked with the supervisors to make sure they ar aware of what's going on, but I don't know exactl what they said.
**Q. Got you. Well, you said you spoke to Mr. Watkins.**
**What did that conversation --**
A. I don't remember the details, but what I remember about Mr. Watkins' conversation is he wa the one that initially spoke to Ms. Oliver, and that' I remember about that.
**Q. Okay. You said you had a conversation Sheriff White?**
A. Yes.
**Q. Do you recall that conversation?**
A. As I complete the investigation, I let know that I've completed it. I let him know I completed it, and then I turn it over to him, and walk away.
**Q. So that was the extent of your conversa**

Page 57

A. When I do these investigations, I let h know. He knows that I was doing it, because it's a part of my standard operating procedure to do t things. But when I'm done, I let him know that I'm done. I go in, and he'll -- you know, I'll say t recommendation, and he'll flip through it as I'm talking to him. And I tell him what the recommendation is, and then I leave. I didn't ha anything to do with it after that --
**Q. Okay.**
A. -- except this report.
**Q. Okay. Well, we spoke generally. I'm t to speak more specifically about this incident. what you can recall you said to Sheriff White, wh you can recall you did.**
A. I recall letting him know that I've completed it, and I recall giving it to him.
**Q. And he didn't ask you what's your -- di ask you what the outcome was?**
A. As we're -- as he's talking, he saw wha recommendation is. You know, I pointed out what recommendation is as it reads.
**Q. Okay. And what did he say?**
A. I don't know what he said.
**Q. You don't know?**



A. I don't remember staying around to talk about anything.

**Q. So you recommended that -- you recommended that Deputy White be terminated, correct?**

A. I don't use those terms, so that's not correct.

**Q. What term did you use? Well, let's read the recommendation. So pull up the document, please. Let's read your -- can you, please, read your recommendation.**

A. "It is the recommendation of Captain Watkins, Lieutenant Goolsby, Sergeant Welborn, and the investigator officer that Deputy Justin White's service with the Vance County Sheriff's Office is no longer needed."

**Q. Okay. So the effect is termination, right?**

A. Yes.

**Q. Okay. And can you explain to me how you reached this recommendation, this conclusion.**

A. He slammed the victim and broke her arm.

**Q. So what did you base your decision on? What rule? What policy?**

A. Use-of-force, Directive B.9I.

**Q. And how did you come to the conclusion that he violated that policy?**

A. He slammed the lady to the ground and broke her arm.

**Q. Okay. Earlier you testified that you investigated brandishing and actual shootings before, correct?**

A. That's correct.

**Q. All right. Let's talk about some of those.**

**Do you always recommend departure or separation -- let's call it separation since you don't like "termination" -- separation from employment when someone is injured?**

A. I don't always recommend it.

**Q. Okay. When do you recommend separation?**

A. When I feel that they violated policy.

**Q. You just feel it?**

A. Sorry?

**Q. You just feel it? You just get a feeling, "I'm --"**

A. No. I didn't say "feeling." I said when they -- when I see that they violated policy.

**Q. Okay. And in your opinion, what could Mr. White have done differently?**

A. He certainly shouldn't have slammed her and broke her arm. He could have used his mace to try to get her under control, or he could have used some

control or technique that would be in standards w any training that law enforcement officers have. We're not trained to slam people down on the grou

**Q. Okay. Tell me about some of those subj control techniques.**

A. He could have done an arm bar takedown. could have done a leg sweep. He could have done basic wrist come-along.

**Q. Can you explain to me what's an arm bar technique.**

A. Basically, when you have a person by th arm, and the arm straight, you then kind of actually on to the arm and put them down on the ground and cuffs them.

**Q. Okay. Do you know -- do you know if Mr. White did not perform an arm bar technique?**

A. Yes, I do. He slammed her down on the ground. The arm bar technique doesn't require yo slam anybody.

**Q. Who said Mr. White slammed Ms. Oliver t ground? How did you make that conclusion? How d you conclude that?**

A. Ms. Oliver said that Mr. White slammed to the ground.

**Q. So I asked you earlier about how many**

**use-of-force investigations have you conducted. said very many, correct?**

A. Yes.

**Q. Do you substantiate the majority of the based on a suspect's testimony or statement?**

A. I don't know. I don't have a working m of how many are substantiated and how many unsubstantiated. I have not kept -- there have b people who have been exonerated. There have been people who have been substantiated. Like, I don' know the -- you know, the difference. I don't kn the tally.

**Q. Okay. Have -- did you discuss this investigation with anyone other than those person you identified?**

A. Yes.

**Q. Who?**

A. I discussed it with Mr. Geis, and I discussed it with Lawrence Bullock.

**Q. I don't want to know what you told Mr. at all.**

**But what discussions did you have with Bullock?**

A. After this suit came out, you know, he called me and said, "Hey, you know, J.J., why are



Page 62

suing us?"
I said, "For what?"
He said, "Well, you talked about -- you talked about this." But I'm not -- you know, I don't know what thing he was saying, because he -- I didn't get it at the same time he got it. I got it at a later -- you know, I live out of town, so he got it before I got it, before they got it.
So he was wherever before I got it, so we discussed it in that manner. That's it.
**Q. What did you-all say?**
A. "Hey, we're being sued. We got to talk --" You know, I think we -- arrangements were made for us to meet with our attorney.
That's about the gist of it.
**Q. Do you recall the length of that conversation?**
A. I don't.
**Q. Do you recall --**
A. It would -- it would -- no. I don't recall that conversation.
**Q. How many times have you-all discussed the suit since?**
A. The times we've discussed the suit since the first time he told me about it is how many times that

Page 63

I've met with him and Mr. Geis and Mr. -- and Sheriff White. I don't know how many times that's been.
**Q. Okay.**
A. All the discussions have been during that time.
**Q. Okay. Okay. And those are the only persons who you discussed this incident with?**
A. Those are the only persons I discussed this incident with.
**Q. Okay. Are you familiar with the use-of-force continuum?**
A. Vaguely. Again, over time, I have lost -- that stuff has faded out of my memory. I can't quote it to you exactly. I know it, and I recognize -- I can see it. I recognize it.
**Q. Okay. I don't want you to quote it to me. I just kind of want you to explain the continuum as someone who made use-of-force calls.**
A. The continuum starts with presence and verbal and then soft hands, hard hands. Then you got other, like, techniques like mace and pepper spray, and then you have deadly force.
**Q. Where does a firearm fit in all of this on the continuum?**
A. If it's discharged, it would be deadly

Page 64

force.
**Q. Deadly force?**
A. Uh-huh.
**Q. But even if it's just brandished, you s have to report it?**
A. No. Because the deputy wears a uniform the gun is seen all the time, so that -- to see i simply wouldn't be something you have to report.
**Q. Okay.**
A. Just if you see a gun. But if you were put your hands on it and draw it, then that would be something you would have to report.
**Q. Okay. Okay. And that was something th would be run by you also?**
A. Say that again.
**Q. That report would be run through you in cases or in certain cases?**
A. What report?
**Q. If an officer drew a gun.**
A. Not necessarily.
**Q. Not -- okay. So we talked about this continuum. So when are soft hands to be used? Because you said you got a presence, you had a ve you have soft hands, pepper spray, force, and dea force.**

Page 65

A. Soft hands would be the -- grabbing somebody's wrist or hand, placing their hands beh their back and handcuffing them. That would be a example of soft hands. Sometimes deputies place handcuffs on the front of somebody. That would b soft hands. Soft hands could be you're guiding somebody, just holding their shoulder and just wa with them. That could be soft hands.
**Q. Okay. And according to the continuum, hands is less intrusive than lethal weapons, such batons and Tasers and pepper spray; is that corre**
A. What's the question?
**Q. Are soft-hand techniques -- according t continuum, a soft-hand technique is less intrusiv less of a measure than weapons such as batons, Ta and pepper spray?**
A. Ma'am, I don't have that continuum to - can't answer that without actually looking at the continuum. My law enforcement time has ended, an I don't keep things in memory. I will have to look it.
**Q. Okay. Okay. When did your law enforce time end?**
A. I retired in April 2019.
**Q. And you lost 20-something years of**

**experience?**
A. Yes. I don't -- I can't keep in my head every little thing that has happened and that I learned over the years. I know what the use -- what it looks like, but I don't know that I'm naming them in the exact order.
**Q. Okay. Okay. So does the Vance County Sheriff's Office follow the BLET? You talked about BLET training.**
A. Yes.
**Q. The Vance County Sheriff's Office does follow BLET? Okay. I'm going to pull up the BLET policy, and I want to -- I just want to direct you to a certain page of it. Okay? And Mr. Geis has it.**
MR. GEIS: Which exhibit is this? Which number?
MS. ROBINSON: We're marking this as Exhibit Number 5.
(Exhibit 5 was marked for identification.)
BY MS. ROBINSON:
**Q. If you can just turn to Page 37.**
MS. ROBINSON: Michael, can we go up a page. I want to see something right quick. I'm going to start at 36 and 37.
And, Mr. Geis, if it's okay with you -- and,

once I wrap this up, can we take a lunch break?
MR. GEIS: Yes.
MS. ROBINSON: Okay.
MR. GEIS: Are you ready?
THE WITNESS: Okay. I'm sorry. I'm ready.
BY MS. ROBINSON:
**Q. Okay. So this is a -- this policy -- can you tell us what this policy describes.**
A. I don't know this to be a policy.
**Q. Technique. What this technique describes.**
A. On Page 36, it starts off with shin kick.
Is that what you're referring to?
**Q. The quick takes.**
A. The first one is bent wrist. The second one is arm bar. The third one is multiple-officer takedown. The fourth one is close quarter control.
**Q. And isn't it true that someone can be accidentally injured in any of these methods?**
A. In a few.
**Q. Have a deputy -- has a deputy accidentally injured a citizen under your leadership?**
A. I don't have anything coming to mind right now.
**Q. Can you recall an incident where you recommended separation for an officer who used a**

**soft-hand technique other than the one at issue?**
A. I don't know if you consider a person c
ground as a soft-hand technique, so I can't compa
to what I consider to be a soft-hand techniq
**Q. Okay. Okay. Well, let's just ask a mo**
**general question.**
**Have you ever or can you recall an inci**
**in which you recommended separation when an offic**
**employed a soft-hand technique?**
A. I don't recall any right now.
**Q. Have you ever recommended separation wh**
**officer employed a soft-hand technique?**
A. I don't recall that right now.
**Q. You -- let's go back to what was marked**
**Exhibit Number 4, and that is your report.**
A. I have it.
**Q. You have your report in front of you?**
A. I have it.
**Q. You have it? Okay. You said that in y**
**conclusion -- do you mind reading that next -- th**
**next to the last sentence where it says, "Deputy**
**could have used other options."**
A. "Deputy White could have used other opt
prior to slamming Oliver to the ground. Deputy W
has mace at his disposal but believed it to be

ineffective because Oliver was wearing glasses an
moving uncontrollably. Deputy White's takedown
maneuver was contrary to policy in that it caused
fracture of the humerus bone in her left arm."
**Q. Okay. So let's tease that apart a litt**
**bit.**
**Was the maneuver contrary to policy bec**
**it caused a fracture?**
A. The maneuver was a slamming, and we don
have anything in our policy or training that allo
you to slam anybody.
**Q. Okay. Well, this doesn't say that the**
**maneuver was a slamming and is contrary to policy**
**does it not?**
A. No.
**Q. Okay. This makes it seem as if the inj**
**is what was contrary to policy. I have -- I want**
**ask you about mace. You said that Deputy White c**
**have used mace or pepper spray.**
**Are there any dangers associated with t**
**use of pepper spray?**
A. I have never experienced any danger tha
associated with the use of mace. I have not
experienced that.
**Q. You haven't? So you have -- you've use**

AdvancedONE LEGAL (866) 715-7770 advancedONE.com

Page 70

**force.**

**Have you completed an excessive force report before?**

A. Yes.

**Q. Okay. We'll get back to that.**

**Has a citizen ever had an adverse reaction to pepper spray?**

A. I don't know of any citizen having an adverse reaction to pepper spray that I have been involved in. Do I -- do I -- I don't know of any that comes to mind right now that I am aware of any -- having other than sometimes you -- they get -- what is it? I'm at a loss of words. Not hyperventilate but -- I can't think of the word that I want to use. Over excitedly and panic -- panic, yeah. Panic attacks.

**Q. Okay. And if -- even if someone had, say, asthma, that could be harmful, correct?**

A. I don't know that to be the case.

**Q. You don't know that to be --**

A. I don't know if anybody who had asthma has been sprayed that had a harmful effect. I don't know of anybody. I don't have any personal knowledge.

**Q. Okay. Do you -- I want to pull up the use-of-force policy up again, so --**

Page 71

A. Is it Number 3?

**Q. Yes, that's Exhibit Number 3.**

MS. ROBINSON: Let's go down. Let's scroll down some, Michael. That's not what I'm looking for. Hold on. Go back up. Go back up. Right here. Up, up, up. Right -- right there. Give me a second to find the exact sentence.

Let's pull up the BLET policy, and that is Exhibit Number 5.

BY MS. ROBINSON:

**Q. We already discussed that the use of a chemical dispersant was not a substitute for a soft technique, correct?**

A. I don't -- I don't recall -- I don't recall that.

**Q. On the continuum of force.**

A. I don't recall saying that.

**Q. But you do recall saying that Vance County employs the BLET's techniques in subject control arrests?**

A. No. You asked me did Vance County follow the training, have BLET training, follow BLET training. And I said yes to that.

**Q. So are you saying that Vance County Sheriff's Office does not follow the BLET subject control arrest continuum?**

Page 72

A. No. I'm not saying that. I answered t question about the -- Vance County following BLET training. I said yes.

**Q. Okay.**

A. Just the way you phrased it to me, does Vance County deputies go to BLET training, and I said yes.

**Q. Okay. Well, let me ask this question. Does the Vance County Sheriff's Office follow the BLET subject control arrest techniques continuum?**

A. Yes.

**Q. Okay. Does Vance County follow the BLE policies and procedures?**

A. I don't know what their policies and procedures are.

**Q. Okay. So you said that you have been involved in use of force -- the subject of a use-of-force investigation yourself?**

A. Yes.

**Q. Can you explain that to me. How many t How many times have you been the subject of a use-of-force investigation?**

A. Between 5 and 15.

Page 73

**Q. 5 and 15 times? Can you explain those incidents to me. What occurred?**

A. I pepper-sprayed people. That caused m have to be the subject of use of force. There wa time that I had -- I was trying to do a clavicle strike on an individual, and I hit him in the hea Those were the times.

**Q. Okay. Let's unpack that some.**

**So you were saying you were trying to d clavicle strike?**

A. Yes.

**Q. Explain what that is.**

A. I was trying to get a subject under con by striking him in the clavicle. That's no longe allowed. That was my early training that initial allowed it, and now it's no longer allowed.

**Q. So you struck the individual in the hea**

A. Yes.

**Q. Was the individual injured?**

A. No.

**Q. Did the individual complain?**

A. No. I had to report it as a part of my reporting.

**Q. And so you used pepper spray on individ**



Page 74

**Q. Can you tell me about those instances.**
A. I've had several occasions tried to arrest people who resisted, and I had to pepper spray them.
**Q. By "resist," what do you mean? Did the people attack you?**
A. I mean, there have been multiple incidents. I've had a situation where I tried to arrest somebody. I tried to get them to push off of me, and then I sprayed them. There's been incidents where, you know, I tried to get the subject out of a car. They refused to come out of the car, and I had to spray them.
**Q. Have you ever used any soft-hand techniques over chemical dispersants?**
A. Yes.
**Q. Can you explain those instances.**
A. Ma'am, I've arrested -- I can't put a number on the people I've arrested and I grabbed them by the hand, put their arms behind their back, and I arrested them. That's one of the soft-hand approaches. And I've put my hands on people to arrest them.
**Q. Okay. But that's pretty common.**
A. Yes.
**Q. Do you put your hands on --**
A. For me.
**Q. Okay. Did any of these use-of-force instances in which you were a subject in result in any type of investigation?**

Page 75

A. When I was a deputy at the time, I had to write a use-of-force report. I had to talk to the captain at the time, and then I haven't heard anything else from it since those -- then.
**Q. And this occurred at the Vance County Sheriff's Office, correct?**
A. Yes, ma'am.
**Q. Does the Vance County Sheriff's Office train officers on the use of force?**
A. We have BLET update that mandate training that we go through, and we have a training officer that takes us through those legal updates. That's what it was when I was here. I don't know what it is now.
**Q. All right. Who was the training officer?**
A. It's Captain Shelton.
**Q. And what would he train the officers on? What techniques?**
A. He would go through the arm bar techniques. You know, the chin strike has to be a little bit simulated because it's -- you don't want anybcdy's chin being struck. We would go through the two-man takedown subject control techniques.

Page 76

A. I have to go to the restroom. Do you k[illegible] how much longer?
**Q. No. We can actually break for lunch no[illegible] How long -- can we go of the record.**
(Recess in proceedings from 12:53 to 2:06 p.m.)
BY MS. ROBINSON:
**Q. Mr. Bullock, I think we -- we left off the -- at your investigations in which you were t[illegible] subject of an excessive force investigation, and I'd like to do is to shift a little bit into -- a[illegible] you familiar with the concept of 20/20 hindsight?**
A. Can you explain it.
**Q. So, typically -- and it might be in som[illegible] your policies. You know, some of the policies fo[illegible] Vance County quote Supreme Court authority. But hindsight -- and Mr. Geis can tell you this too -[illegible] is --**
MR. GEIS: Here we go now.
MS. ROBINSON: Huh?
MR. GEIS: Oh, nothing.
BY MS. ROBINSON:
**Q. -- is a concept in which you, looking b[illegible] could have maybe done something differently but weren't necessarily unreasonable.**
**Are you familiar with that concept?**

Page 77

A. I understand how you explained it to me[illegible] understand what you're saying.
**Q. Okay. Okay. Did that at all factor in[illegible] your evaluation of Mr. White?**
A. No.
**Q. No? Okay. Why not?**
A. You're asking me about the concept of 2[illegible] hindsight. At the time I did Mr. White's investigation, 20/20 hindsight wasn't in my mind. It played no bearing on my decision -- on my recommendation. Not decision, but recommendation.
**Q. Okay. Another question I had -- we tal[illegible] about the reports that you relied on or the state[illegible] that you relied on.**
**Did -- were they all written statements[illegible] Goolsby and Welborn made written statements, prov[illegible] written statements?**
A. I believe they did.
**Q. Okay. Earlier in the morning, probably early in the morning, you talked about the use of canines in conjunction with incident reports.**
A. I don't recall using the word "canines."
**Q. Well, is a canine a use of force or subject -- would the use of a canine be subject t[illegible] incident report?**

Page 78

A. Yes.

Q. Okay.

MS. ROBINSON: Michael, can you -- I have some questions.

BY MS. ROBINSON:

Q. So does the Vance County Sheriff's Office employ canine units and canine handlers?

A. Yes. We did back then.

Q. Back then? Okay. And so let me -- let me clarify this too. And I'll go on the record saying this, you know, as clearly as possible. Nothing you say will be outside of the scope of your tenure there. Okay?

A. Okay.

Q. So just feel free, understanding that all of your answers speak for your knowledge and your tenure there. Okay?

And so do the deputies control their animals?

A. The canine handler -- each animal is assigned to one handler, and it's the handler's responsibility to control that dog.

Q. And those handlers are trained to control their dogs?

A. Yes.

Page 79

Q. Has there ever been an incident when a canine unit injured a citizen?

A. Yes.

Q. Can you describe these incidents to me.

A. We've had -- in the process of taking subjects into custody where the -- the criteria met where the canine could be released to try to take the subject in custody, the dog has bitten subjects.

Q. Okay. So you said the dog has bitten subjects?

A. Yes.

Q. Is there a certain heightened situation in which a canine unit will be brought out, like a misdemeanor, a felony, or --

A. We've taken canines on situations where we've had to hunt for felons that may have run off in the woods. And we've called out and gave them ample time to turn themselves in and say we're going to release the canine, and then the canine goes in and he's bitten people.

We've had cases where we've taken a canine with us on drug raids. I can't recall any specific incident where, you know, they've bitten people in the drug raids, but we use them there. And then the deputies use canines sometimes on traffic stops to --

Page 80

the canines -- some of the canines also had a dua purpose in which they were used for drug-sniffing purposes to apprehend.

Q. Okay. How do you-all train the canines sniff for drugs?

A. Say that again. I'm sorry?

Q. How do you train the canines to sniff o identify drugs?

A. I don't know, ma'am. I don't have any knowledge of that at all.

Q. That was just a stray question. Were any of the incidents known suspect that you can recall of?

A. In what incidents?

Q. Where the canine has attacked someone, they just -- were there any nonsuspects?

A. Yes. A canine has bitten a handler.

Q. And that's the only kind of nonsuspect situation?

A. I don't -- you know, what's -- what's f my memory is that, you know, we had a dog who often bite his handler. So that's fresh in my me I think there's -- I don't remember the details, think a lady got bit by a dog during a building s or doing an area search at an old school supply p

Page 81

That's sort of fresh in my mind, where the office thought the place was vacant and someone had got

Q. Was -- did you investigate that handler

A. I don't -- I don't think that came to m

Q. Okay. Do you recall if that handler wa terminated?

A. I do not.

Q. Have there been instances in -- where t use of a canine has been considered excessive for

A. It has not come to me, no. Not where i arose where it came to me.

Q. But you've conducted investigations of canine handlers?

A. No.

Q. You have not?

A. No.

Q. So that would go to someone else?

A. Yes.

Q. Like who?

A. Probably the commander, whatever -- wha shift commander that would -- would have been wor at the time who was supervising that officer.

Q. Why wouldn't it rise to you? Why would it rise to the level of you?

A. -- It has never been put in practice. I m



Page 82

there hasn't been an incident where we felt that -- I felt that a handler has used a canine in such egregious way that it would rise to me.

**Q. But canines have bitten people and bitten suspects and injured them, but it hasn't made it to your desk?**

A. Yes, ma'am. That's the -- that's posted by the suspects.

**Q. How many civil suits result from excessive force in Vance County?**

A. I have no idea.

**Q. No idea? If there were, would you know about it?**

A. Not necessarily.

**Q. What does "not necessarily" mean?**

A. If I pick it up or hear somebody talking about it. But they wouldn't come to me and say, "Hey, there's a civil suit because of this." It's -- I wouldn't have anything to do with that.

**Q. I do want to kind of go back to how these canines are trained because, you know, those are considered weapons, correct?**

A. Those are considered what?

**Q. They're considered -- they're considered utensils of the sheriff's.**

Page 83

A. No, ma'am. I think they're considered canines. I don't know anything about canine training.

**Q. You don't know anything about it, but you can --**

A. All I know is that a canine officer have to go through training in order to become a canine handler. I don't know anything about the specifics of their training.

**Q. Do you know something about the use of the canine?**

A. Yes.

**Q. Okay. Do you keep -- do they keep records?**

**Who's in charge of canine training? Who's responsible?**

A. There would be different people over time, and I don't know who they were in any given particular time. Once -- Lieutenant Shearin has been in charge of canine records. There's an Officer Swilley who used to be in charge of canine records.

But over time, I don't know who were in charge at all in a particular time.

**Q. Okay. So you talked about the use of canines during a drug bust.**

**Have you ever used them personally?**

A. No. I never used a canine personally.

Page 84

**Q. Okay. Michael has pulled up -- and thi will be Exhibit 6.**

(Exhibit 6 was marked for identification.)

BY MS. ROBINSON:

**Q. The canines. Do you have that policy i front of you?**

A. Yes, ma'am.

**Q. Just take a moment and skim that policy**

MS. ROBINSON: Slow down. Let's go som more.

THE WITNESS: Okay.

BY MS. ROBINSON:

**Q. Okay. So are you familiar with this po**

A. I know that it exists. I'm not intimat familiar with it, but I know that it exists.

**Q. And you've reviewed it?**

A. I said I know that it does exist. I'm intimately familiar with it, but I do know that i exists.

**Q. Okay. Well, my follow-up question is t you're comfortable now with your review of it?**

A. I'll answer questions based on what's h before me.

**Q. Okay. Thank you. There are approximat 12 pages in front of you.**

Page 85

**Can you go to Page 4, please.**

A. Okay.

**Q. I would like for you to read that first bullet point.**

A. "Controlled substances used as training will be obtained through the courts after final disposition of the cases. A court order must be prepared by the presiding judge of the case. The order will designate the controlled substance fro case to be used by the Vance County Sheriff's Off for canine training. All controlled substances w be obtained from cases in which the Sheriff's Off or federal agency was the arresting entity. Pr to obtaining these training aids, they must be te and weighted by an approved laboratory."

**Q. So does Vance County used controlled substances to train their canines?**

A. I'm not familiar with it, ma'am.

**Q. Would you be surprised if a canine bit suspect --**

A. No, ma'am, I would not be surprised if canine bit a suspect.

**Q. -- who had a controlled substance that canine was trained and used to detect, based on u of drugs?**



Page 86

A. Can you repeat that. I don't --
**Q. That's fine. I want to --**
MS. ROBINSON: Let's bring up -- pull up the incident with the canine.
MR. GEIS: What exhibit?
THE WITNESS: I don't know what exhibit that you're referring to.
BY MS. ROBINSON:
**Q. No, no. I'm talking to Michael, not you, sir.**
A. Oh, I'm sorry.
**Q. Are you -- take a minute and review this document. Let's mark this as Exhibit Number 7.**
(Exhibit 7 was marked for identification.)
THE WITNESS: Okay.
BY MS. ROBINSON:
**Q. Are you familiar with this?**
A. Yes, ma'am. That's what I referred to earlier when you asked me about incidents of people being bit.
**Q. So what occurred?**
A. The officer had the dog out at one of the warehouses. He thought the warehouse was vacant, and a lady was out there working, and the dog got bit. I mean, it bit the lady. The dog bit the lady.

Page 87

**Q. So this was a civilian?**
A. Yes, ma'am.
**Q. Was she injured?**
A. I imagine she was. I wasn't there. I don't know the details of it. I just know it existed. It happened. I don't know to the extent of her injuries.
**Q. Do you know if she went to the hospital?**
A. I do not know.
**Q. Do you know if this officer was reprimanded in any other way?**
A. I don't know. I don't know if he was reprimanded in any other way.
**Q. Did the officer remain on the Vance County Sheriff's Office payroll in the office?**
A. Yes, ma'am. I think he did.
**Q. Okay. Okay. I saw that you are --**
MS. ROBINSON: Let's pull up -- Michael, let's pull up Mr. Bullock's training -- gun training record.
BY MS. ROBINSON:
**Q. Mr. Bullock, you are -- you're kind of like a gun specialist, correct?**
A. No, ma'am.
**Q. No? You wouldn't call yourself a gun specialist?**

Page 88

A. No, ma'am. Not at all.
**Q. But you were a certified gun trainer, r**
A. No, I'm not.
**Q. Huh?**
A. No, I'm not.
**Q. You weren't a gun instructor? You didn have any --**
A. No, ma'am.
**Q. Okay. But you don't have a problem deploying and using your gun?**
A. For what situation? To train with?
**Q. To train, to apprehend.**
A. I don't have a problem with the use of weapon.
**Q. And by "weapon," we mean gun, correct?**
A. I mean the weapon that was assigned to the Vance County Sheriff's Office. I mean the customary weapon that I qualified with under the direction of the Vance County Sheriff's Office.
**Q. You said what? Repeat that. I'm sorry**
A. I don't have a problem with the use of weapon that's been assigned to me by the Vance Co Sheriff's Office, and any personal weapon that I used to train with under the direction of the Van County Sheriff's Office I have no problem using.

Page 89

MS. ROBINSON: Chris, Mr. Geis, can you up and mark it as Exhibit 8.
MR. GEIS: Mark what?
MS. ROBINSON: Mr. Bullock's gun traini
MR. GEIS: Do you have that? It's from personnel record.
(Exhibit 8 was marked for identification.)
BY MS. ROBINSON:
**Q. So we actually might need a second over to pull that document up.**
**Mr. Bullock, have you had a chance to r what has been marked as Exhibit 8?**
A. Yes, ma'am.
**Q. And this is an accurate record of your training, correct?**
A. Yes, ma'am.
**Q. And are you familiar with the firearms policy for Vance County?**
A. Yes, ma'am. I'm somewhat familiar with Not -- again, not intimately familiar with it, bu somewhat familiar with it. Yes, ma'am.
**Q. And this is your -- you know, your Clas requirement for the use of your firearm, correct?**
A. What you're showing up now is -- you're asking me that?

(866) 715-7770
advancedONE.com



Q. Yes.
A. This is actually the field portion. This is
not the (audio interference) portion.
THE REPORTER: What portion?
THE WITNESS: Field portion, actual going
out into the range and using the range. Field
and range are used interchangeably.
(Off-the-record statement by the reporter.)
BY MS. ROBINSON:
Q. So, Mr. Bullock, what we have on the screen
now is your signature on the use-of-deadly-force
handout.
A. Yes, ma'am.
Q. Okay. Can you read "C" for us, please.
Well, first, before you do this, review the document.
MS. ROBINSON: Michael, please scroll down
so he can review this document. Scroll down so
we can see his signature. I can't --
THE WITNESS: Okay.
BY MS. ROBINSON:
Q. Is that your signature?
A. Yes, ma'am.
MS. ROBINSON: Exhibit 9.
(Exhibit 9 was marked for identification.)
BY MS. ROBINSON:



Q. And do you recognize this document?
A. Yes, ma'am. This is the document which we
have found the training on about September the 6th,
2018, where Instructor Bartholomew signed it and where
I signed it as a student.
Q. Okay. And can you read "C." Well, let's
read -- let's go back to the --
MS. ROBINSON: Scroll up some, Michael.
BY MS. ROBINSON:
Q. So this is the deadly force policy and
handout?
A. Yes, ma'am. This is what the instructor
gives us to sign when we're in the classroom portion
of the firearms qualification.
Q. Okay. So let's read the use of force to
arrest. It says, "A law enforcement officer
you can't finish -- can you finish that sentence for
me. On here it's "C," so --
A. Start with "C"?
Q. We want to read where it says, "A law
enforcement officer...." and then end with "C," that
sentence.
A. "A law enforcement officer is justified in
using deadly physical force upon another person for
[the] purpose specified in Subdivision (1) of this



subsection only when it is or appears to be reaso
necessarily thereby to defend himself or a third
person from what he reasonably believes to [be] t
use of imminent use of deadly physical force; to
effect an arrest or prevent the escape from the
custody of a person who he reasonably believes is
attempting to escape by means of a deadly weapon
who by his conduct or any other means indicates t
he presents an imminent threat of death or seriou
physical injury to others unless apprehended with
delay; or to prevent the escape of a person from
custody imposed upon him as a result of [a] convi
for a felony."
Q. Okay. So let's go back to what was mar
as Exhibit 4, which was your investigation to
Ms. Oliver's complaint.
A. Okay.
Q. Mr. White was serving two felony warran
correct?
A. Yes.
Q. Mr. White informed you that Ms. Oliver
assaulted him, correct?
A. Yes.
Q. And under that policy that you just rea
could have used deadly force, correct?



A. No, ma'am.
Q. She was a felon under "C." Read
Subsection C.
A. Under "C," ma'am, "to prevent the escap
a person from custody imposed upon him as a resul
[a felony conviction]."
She hadn't been convicted, and this is,
more less, used for people who are -- has a sentenc
imposed on them, like in the prison system. To s
a nonviolent felony warrant is not justification
use deadly force.
Q. Okay.
A. And she hasn't been convicted of any fe
Q. Okay. So let's talk about that. That
came back to your memory very well, so let's see if al
these other conversations come back to your memor
the same way.
So you said that you interviewed Goolsb
correct?
A. No, ma'am. I never said I interviewed
Goolsby. I said I talked with him. I said I tal
with him, I talked with Sergeant Welborn, and I t
with Captain Watkins. I never said I interviewed
them.
Q. Okay. Well, you talked with them.



**Q. Are any of those conversations coming back to memory?**
A. No.
**Q. None?**
A. None.
**Q. Welborn isn't coming back to memory?**
A. No, ma'am.
**Q. Watkins?**
A. The only thing I can say before -- the only thing from Watkins I remember is he was the one that initially spoke with Ms. Oliver. That's what's coming back to my -- to memory with.
**Q. Okay. Okay. That's fair. In your -- I calculated from 1997 until 2018, you were in an administrative role.**
**How many officers had used deadly force in your tenure?**
A. I don't know, ma'am. I would say -- oh, how many used deadly force?
**Q. Right.**
A. Is that what you said? Okay. Oh, yes. Three are coming to mind that I can recall right now as we're talking, at least three.
**Q. And what were those instances?**
A. We had a deputy who was assisting the animal

control unit to take somebody's dog, and the lady came out with shotgun. And the deputy several times told her to "Drop the shotgun, drop the shotgun, drop the shotgun." And when the person started lowering the shotgun towards him pointing, he shot her. That's one incident.
Another incident is where we were in a car chase.
**Q. Was the outcome of that? Was that deadly force investigated?**
A. Yes, ma'am.
**Q. And what was the outcome?**
A. He was exonerated.
**Q. Exonerated? Okay. And then another one was what?**
**That person was shot? That citizen was shot?**
A. Yes, ma'am.
**Q. And injured, dead or alive?**
A. They didn't die.
**Q. They didn't die. But no fatality, that person shot?**
A. No, no. She wasn't -- she wasn't killed.
**Q. Okay. And -- okay. And the other instance? Any?**
A. There's an incident in which we were looking

for two murder suspects that had committed murder in our county and a neighboring county.
**Q. Had they been convicted of murder?**
A. I don't know what their convictions wer
**Q. No, no. You said "committed."**
**Had they been convicted at that time?**
A. Not on those particular murder charges. had warrants for murder.
**Q. Okay.**
A. And the deputy came upon the vehicle th were in, and a chase ensued. And when the deputy out of the car, they fired. The deputy returned fire. That was another deadly force use that was exoner
And then the last one that's coming to is there was a chase that ensued, and the vehicle tried to run over one of the officers. And he fi and he was exonerated.
**Q. Tell me about that vehicle chase.**
A. The last one I was referring to?
**Q. Uh-huh.**
A. There was a chase. I don't know the re for the chase, but there was a chase. The vehicl went to the lake area and got into, like, a woode area. And the deputies thought that he was going to jump and run from the vehicle. They started runn

into the woods. As they were running to the wood came out of woods. He saw one of the deputies. turned towards the deputy and accelerated at a hi rate of speed towards the deputy, and the deputy fired.
**Q. And the deputy was exonerated?**
A. Yes, ma'am.
**Q. Was the person injured?**
A. Yes.
**Q. How so?**
A. He was grazed in the shoulder.
**Q. How long did it take before that deputy exonerated? Do you recall?**
A. I don't know. I don't know how long it any of them to be exonerated, because all of them involved also the SBI having to come in and do th investigation -- do an investigation as well.
**Q. Well, I'm glad you mentioned that becau was wondering if you acted as your own internal affairs department or if the SBI gets involved or what that process looks like in your use of force.**
A. Any officer-involved shooting, the SBI is called.
**Q. Okay. That's the policy, the practice?**



Page 98

A. That's the practice.
**Q. Does Vance County have an internal affairs department, or are you it?**
A. I conduct most of them, and then there have been occasions in where, depending on the size of it, I've had to rely on other officers, other detectives that's appointed by the sheriff. Typically, it may be a detective and another officer.
**Q. What training do those officers have?**
A. I don't know what training -- I don't know what their training is.
**Q. I do want to talk about training a little bit.**
**What training did you have to conduct use-of-force investigations?**
A. I've only -- you know, in terms of my training, my training was early on in my -- in my career when I first started doing these administrative investigations. The other training has been through -- going through, having done these over time. When I first started doing this internal affairs investigation, I was under the supervision of -- at the time, the captain at the time.
**Q. What time --**
A. My training came through -- and my training

Page 99

came through him as far as the on-the-job training.
**Q. So you said when you "first started doing these."**
**And "doing these," you mean use-of-force investigations?**
A. I mean internal affairs investigations.
**Q. Internal affairs, which would encompass use of force?**
A. Some of them encompass use of force.
**Q. What year did you start that?**
A. 1997.
**Q. 1997? Okay. And you were trained by the captain --**
A. Yes.
**Q. -- at the time?**
**Did you take any classes?**
A. I can only remember one time going to a class in internal affairs investigation, and I don't remember going any time but one time.
**Q. Okay. What time -- what -- do you recall what year?**
A. It would -- it would have been, you know, shortly thereafter in 1997, but I -- I don't know if it was in 1998 or -- you know, I don't know how long. I just don't -- I don't remember the exact year, but

Page 100

it was after I had started helping the captain wi that type of investigations.
**Q. And for the most part, you conducted th investigations as a single individual?**
A. For the most part, yes, ma'am.
**Q. Did you ever request help?**
A. I'm sorry?
**Q. Did you ever request help?**
A. Help has been had. You know, the -- in earlier part of my -- doing these investigations, captain has had other officers helping some of th times. When you have an officer-involved shootin then I request help from the SBI.
**Q. Okay. And not within your department?**
A. I'm sorry?
**Q. Not within your department? You don't request help within your department?**
A. There have been a rare occasion. Again and that's -- for the most part, it's been early
**Q. Did you -- can you recall a time in whi you had, like, a panel of investigators?**
A. Yes. There was an officer who was a pa deputy working an area of the county in which his in-laws lived, and it was determined that he went broke into the in-laws' house, burglarized their

Page 101

And then when the alarm -- or when the call was m he went back down there to do the investigation o that break-in, and it was determined that he was one that actually did the break-in.
More than one investigator worked that one.
**Q. Tell me about that. What do you mean m than one worked it? What did they do?**
A. I -- a minimum of three people, maybe f helped with that investigation. That officer was ended up being fired and criminally charged.
**Q. That's, like, a common theme right now, right, in Vance County?**
MR. GEIS: Don't answer.
MS. ROBINSON: Did you object, Chris? think I heard you say something.
BY MS. ROBINSON:
**Q. You said more than one investigator worked -- let me just make a note, and this is -- let's go off the record for this.**
(Discussion off the record.)
(Recess in proceedings from 2:57 to 3:01 p.m.)
BY MS. ROBINSON:
**Q. Mr. Bullock?**
A. Yes, ma'am.



**Q. Did you just have a conversation off the record?**
A. Yes.
**Q. Was it about your questions, responses?**
A. No, ma'am.
**Q. What was it about?**
A. It was about how long -- how much longer it's going to take for us to finish this and --
**Q. I got an answer for you.**
A. Oh.
**Q. I'm going to get you out of here. Okay. I'm almost done.**
A. Okay.
**Q. I'm almost done. Okay. And we, really, might be approaching done. Now, you know, I can hold you for seven hours and question, question, question, but I --**
A. It's totally okay. You have a right to do it. I'm okay with it.
**Q. No. I asked you some about Mr. White earlier, and I think you told me you didn't have very much interaction with him, correct?**
A. That's correct.
**Q. And you didn't hear much about him, either?**
A. No, ma'am, I didn't. He was from another

division from me, so he wasn't in my direct line of command. So other than seeing him in the office, or him passing through the office, it was just nominal. He would come -- he's walked by my office before, and he's poked in, and, you know, we spoke before. But, again, it was so far and few between.
**Q. Okay. We were talking about the investigations that you completed at Vance County. And from what I understand, most of them were one person. And you were telling me about the time in which there was more than one investigator, and that situation involved an incident in which an officer had behaved, you know, badly.**
**Did you seek assistance in that investigation, or did -- was assistance provided to you?**
A. At the time I was captain -- there was a captain that was doing those investigations then. That particular case was assigned to me, and he made the decision as to what other officers would help.
**Q. So that was around the 1997 when you were telling me you had been trained?**
A. Well, no. It was -- it might have been in 200- -- I mean, a significant -- you know, it might have -- it wasn't early on. It was, you know --

I think it was before -- it was between 19- -- I me between 1997 and 2001. It was somewhere in that range.
**Q. But it was significant enough for you t remember?**
A. Yes, ma'am. Because I had an officer - yes. That was very significant.
**Q. Why was it significant?**
A. I considered him a friend.
**Q. Okay. Can you recall the number of cit who have complained to Vance County or filed grievances or any of that nature?**
A. No, ma'am.
**Q. Would you say it's a lot, a little?**
A. I don't -- again, I just don't have a - don't have anything to go on. I don't have anyth significant to go on with that for me -- for it t you know, flare up in my memory.
There could have been complaints that w directed to an officer's supervisor, and that wou have gone on. And someone would have looked into that, and that supervisor would have handled that know, outside my knowledge. So I -- and even wit ones that I -- did eventually come to my desk, I don't have a working number on how many that coul

have been.
**Q. Okay. Well, you just don't appear to m like a person who would scare easily; is that tru**
A. I'm scared of snakes and dogs.
**Q. Okay. But you can handle complaints wh you're doing your job?**
A. I can handle what?
**Q. Complaints when you're doing your job.**
A. Yes, ma'am.
**Q. So you -- do you have a working knowled the number of times the county sheriff's departme has succumbed to, like, threats of suit? Is that**
A. I don't know what -- threats of soup?
**Q. How many people -- how many citizens threatened to sue the sheriff's office?**
A. Oh, I have no idea.
**Q. Has any citizen threatened to sue you i didn't investigate?**
A. No, ma'am. You know, I don't -- you kn I've been sued before, but I don't know the numbe people who have threatened to sue the sheriff's office. And I've never been threatened to, "If y don't do something, I'm going to sue you."
I've never had that to happen.
**Q. Or sue the sheriff's office?**

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

A. Or sue the sheriff's office. I mean, I -- people -- you know, I -- you know, it is -- it happens -- it's a -- it's a common thing for people to say, "Oh, I'm going to sue you." But I -- you know, for me -- for me, there's nothing that has an effect on me to say, "Oh, my God. This person will sue me. I better do X, Y, Z." I don't -- I don't have a -- that doesn't sway me one way or another. I've heard the words "I'm going to sue you" a lot. You know, "I'm going to sue you-all" a lot. But you have a right to sue, so --

**Q. So -- but you've been sued before?**

A. Yes, ma'am.

**Q. How many times?**

A. I would say four other times, four or five other times.

**Q. Do you recall those instances?**

A. Oh, yes, ma'am. That's significant in my memory. So yes.

**Q. Can you explain them to me.**

A. Okay. There was a time that I was a deputy, that I had -- I was driving north on the interstate, and then a highway patrolman was working a wreck that had already occurred. And I stopped because the road was partially blocked by the ambulance and the

trooper's car and the -- one of the victims' cars. So I stopped and backed up and put on -- put out flares, put on my traffic vest. And I start directing traffic, slowing traffic down, because the wreck was kind of a little bit over a slight decline.

And I had been out there slowing traffic down for about 20 minutes or so, and then a person pulling a mobile home, like a transport truck pulling a mobile home, came through at a very, very high rate of speed and was not obeying my traffic -- my signals for him to slow down. And then at the last minute, he looked up, and he locked the brakes. The trailer came off and just wiped out the ambulance and other cars.

And so that was one time.

**Q. What did he sue you for?**

A. I guess it was, like, failure to discharge my duty, causing that wreck. But that -- that ended up -- it didn't get far.

Another time I was working the evidence room, and I was leaving to go to lunch. And a deputy and a city officer had a person stopped in a traffic stop. I drove up and said, "You-all got everything?"

And they said "yeah." And I drove off, and then that person sued me as a result of what had transpired in that traffic stop.

I got sued one time where a fight had happened at a club. An officer put a suspect in back of a car. The suspect kicked out the glass. officers tried to get the suspect out of the car. They started fighting with him, like, from the in of the car. He was kicking officers, kicking officers.

Another officer sprayed him with mace, his foot was broke. We don't know if it was brok a result of him kicking the glass out or kicking officers or what, but that person sued me and all other officers there.

And then I think two occasions I've bee sued for people who were dead at the jail.

**Q. Okay. Thank you. Thank you for explai those situations.**

**The only question I have is if you -- t extent you are able to share, what were the outc**

A. I guess the correct word -- I don't kn don't know the legal term, but I considered it as exonerated. I was exonerated on all of them.

**Q. Okay. So I want to -- I want to get -- want to make sure I understand this.**

**There is no board review -- no standard board review on use-of-force incidents?**

A. There is no standard board review?

**Q. So there is no board that will convene saying, you know, this member must be a part of t board, that member; you get an amount of time to respond; there is --**

A. That wasn't a practice.

**Q. It wasn't a practice? Was it a practic Was there a standard number of complaints th must be had before an officer is dismissed?**

A. No, ma'am. Each thing is done, you kno per incident. It wasn't, like, a buildup of anyt I'm going to stand up. My back is hurt I'm going to stand up and stretch. I can st here. I just need to stand up.

**Q. Mr. Bullock, if you want to take a ten-minute break --**

A. No, no, no. I don't. I don't.

**Q. Okay. Okay.**

A. I just didn't want you to say, "What ar doing?" I just needed to stretch.

**Q. Okay. That's fine.**

**Is there a certain threshold that incre the likelihood to be dismissed from --**

A. I don't understand that question.

**Q. So is a severity of a deputy's actions,**



Page 110

**increases his or her likelihood to be dismissed?**
A. We work at the pleasure of the sheriff. I can't answer that question.
**Q. Well, for your recommendation.**
A. My recommendation is done on a case-by-case basis.
**Q. Do you find that different sheriffs have different thresholds?**
A. I don't know how to apply that question. It's apples to oranges, in a way. By working at the pleasure of sheriff, I can't apply that.
**Q. Now I'm asking you, would soliciting sexual favors from citizens be a serious complaint?**
A. I think that it would.
**Q. And just so I can understand it, is this is you.**
**Is assault a serious infraction?**
A. Assaults can mean -- have a range, so it depends on the range of the assault.
**Q. Is it a requirement that supervisors report instances in which deputies are involved in domestic violence?**
A. I don't know when you say supervisors, is it a requirement for supervisors to report. If a -- if a -- if a deputy is called to a house where another

Page 111

deputy is involved in domestic violence, there should have been an incident report generated from that.
**Q. There should have been an incident?**
A. Uh-huh. If it's a substantiated report, a substantiatable (sic) report.
**Q. Were you made aware of any instances in which deputies were involved in domestic violence?**
A. Yes.
**Q. Tell me about those instances or that incident.**
A. I don't -- there's an officer that had gone out of town, for some reason, with another officer. And when he got back into town, he discovered that his wife was with another gentleman at the Cracker Barrel. And because of the way he conducted himself, his service was no longer needed. His conduct was towards his wife.
**Q. Is that the only one you can think of?**
A. That's the only one that's coming to mind right now, and I'm not saying that's the only one. That's what's coming to mind right now.
**Q. Did you make that recommendation?**
A. Yes, ma'am.
**Q. Were there any criminal charges brought against that individual?**

Page 112

A. I don't remember any.
**Q. How much discretion does an officer hav enforce the law, would you say?**
A. I don't know if I can put a quantitativ number on how much discretion an officer has. An officer has some discretion. An officer is not without discretion. An officer doesn't have unli discretion.
**Q. Are there instances in which an officer has no discretion to enforce the law?**
A. Yes, ma'am. I believe there are instan that an officer has no discretion to enforce the
**Q. What are those instances?**
A. If a person murdered someone in front c officer, I think the officer doesn't have any discretion to enforce the law. I think he would to enforce the law.
**Q. So if a sheriff's officer shot a citize they should be placed under arrest immediately? and killed.**
A. No, ma'am. It depends on the circumsta In the first incident, I said "murder." If a sheriff's officer shot somebody and it wasn't mur then, no, they shouldn't be arrested. If they sh them in self-defense, then they shouldn't be arre

Page 113

If a sheriff's officer murdered somebody in front another officer, then I think the arresting offic doesn't have any discretion.
**Q. So self-defense plays a role in the scenario?**
A. Yes, ma'am. And in that scenario, yes, ma'am.
MS. ROBINSON: I think we can take a five-minute break. I want to just review sc things and then see if -- you know, can we g the record.
(Recess in proceedings from 3:26 to 3:33 p.m.)
BY MS. ROBINSON:
**Q. Mr. Bullock, I have, like, a couple follow-up questions, and this is just for my own clarification. We talked about the canine incide and the -- a report shows that it was Adam Hight, you said the canine bit a woman.**
**And that was the woman who was in the warehouse, correct?**
A. Yes, ma'am.
**Q. A civilian?**
A. Yes, ma'am.
**Q. Okay. It wasn't Adam Hight.**
**You also mentioned the domestic -- we t**



about the domestic violence situation.
A. Yes, ma'am.
Q. And you recommended separation from employment?
A. Yes, ma'am.
Q. Was that recommendation received?
A. I gave a recommendation to the sheriff.
Q. And the sheriff separated employment?
A. Yes, ma'am.
Q. Do you recall the year of that?
A. I do not.
Q. Was that Sheriff White?
A. Yes.
Q. That was Sheriff White?
A. Yes.
MS. ROBINSON: I don't think I have any further questions at this moment.
MR. GEIS: Okay. I have no questions at all. I guess we'll just reconvene tomorrow morning for Sheriff White's deposition.
MS. ROBINSON: Okay. Well, thank you.
(Whereupon, at 3:35 p.m., the taking of the deposition ceased. Signature was reserved.)

WITNESS CERTIFICATION

I hereby acknowledge that I have read the foregoing transcript of my deposition testimony, and that my answers to the questions propounded, with the attached corrections or changes, if any, are true and correct.

_______________ _________________________________

DATE WELDON WALLACE BULLOCK

________________________________

PRINTED NAME

Subscribed and sworn to on the ______ day of ________________________ 20______ before me.

_____________________________

Notary Public, in and for the State of ____________________

WHITE

vs.

VANCE COUNTY, NC, et al.

ERRATA PAGE

List any corrections by page and line number on this sheet. If additional pages are necessary please furnish same and attach them to this errata page. You are allowed 30 days within which to complete the witness certification and errata pages. After completing these pages, please return them to:

Advanced One Legal
1600 Market Street
Suite 1700
Philadelphia, Pennsylvania 19103

Case Name: White vs. Vance County, NC, et al.
Witness Name: WELDON WALLACE BULLOCK
Deposition Date: February 25, 2021

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
_______________________________________________
Reason for Change ______________________________

Page _____ Line _____ Change ______________________
Reason for Change ______________________________

_______________ ________________________________

DATE WELDON WALLACE BULLOCK

CERTIFICATE OF REPORTER

STATE OF NORTH CAROLINA )

COUNTY OF MECKLENBURG )

According to the emergency video notarization requirements contained in NCGS 10B-25, I, Janet Cooper Haas, RPR, Notary Public, do hereby certify that the identity of WELDON WALLACE BULLOCK was confirmed by me over Zoom, that the witness was located in Vance County, that the witness was remotely sworn by me prior to the taking of the foregoing deposition, that the parties were present as stated, that said deposition was taken and transcribed under my supervision and direction, and that I am not of counsel for or in the employment of any of the parties to this action, nor am I interested in the outcome of this action.

Additionally, I certify that the foregoing 114 pages constitute a true and accurate transcript of the testimony, and that the witness reserved signature.

This the 5th day of March 2021.

______________________________

JANET COOPER HAAS, RPR

NOTARY PUBLIC #19973240043



**Exhibits**

**Exhibit 1** 3:7 20:25 21:2

**Exhibit 2** 3:8 20:22

**Exhibit 3** 3:9 46:2, 11 71:2

**Exhibit 4** 3:10 48:13,14 68:15 92:15

**Exhibit 5** 3:11 66:18,19 71:9

**Exhibit 6** 3:12 84:2, 3

**Exhibit 7** 3:13 86:13,14

**Exhibit 8** 3:15 89:2, 7,12

**Exhibit 9** 3:16 90:23,24

**$**

**$20** 10:21

**0**

**06** 36:4,5

**1**

**1** 20:25 21:2,4 22:4 44:7 45:25 89:22 91:25

**1029** 5:11

**10:35** 21:19

**10B-25** 4:2

**11:01** 21:19

**11:50** 47:25

**11:55** 47:25

**12** 84:25

**12:53** 76:5

**15** 72:25 73:1

**1801-3870** 50:24

**19-** 104:1

**1967** 5:9

**1992** 6:16 8:4

**1997** 6:22 8:6,8 32:13,20,24,25 33:16 94:14 99:11, 12,23 103:21 104:2

**1998** 99:24

**2**

**2** 20:22 21:4 50:1,4, 9

**20** 107:7

**20-something** 65:25

**20/20** 76:11,15 77:7,9

**200-** 103:24

**2001** 104:2

**2004** 8:22

**2005** 8:17,22

**2018** 36:5 91:4 94:14

**2019** 65:24

**23-page** 22:9

**28th** 5:9

**2:06** 76:5

**2:57** 101:22

**3**

**3** 46:2,11,12 50:2,4, 9 71:1,2

**30** 21:8

**31** 33:24

**36** 66:24 67:11

**37** 66:21,24

**3:01** 101:22

**3:26** 113:12

**3:33** 113:12

**4**

**4** 48:13,14 68:15 85:1 92:15

**5**

**5** 66:18,19 71:9 72:25 73:1

**6**

**6** 84:2,3

**6th** 91:3

**7**

**7** 86:13,14

**7-15-2009** 45:20

**8**

**8** 89:2,7,12

**9**

**9** 90:23,24

**911** 38:24 43:15 48:24 49:22,23

**A**

**a.m.** 21:19 47:25

**able** 108:18

**about** 5:16 6:8 7:10 11:19 13:14 16:24 18:8 19:10 21:17, 21 24:5,7,8,12,13, 20 30:22 31:12 33:18 35:10 36:14 37:5 40:12 41:13, 20 43:4,11 46:9 47:13 50:3 53:5,16 54:2 55:11 56:14, 16 57:13 58:2 59:7 60:4,25 62:3,4,15, 25 64:21 66:8 69:18 72:3 74:1 77:7,13,20 82:13, 17 83:2,3,7,9,22 86:19 91:3 93:14 96:18 98:12 101:7 102:4,6,7,20,24 103:7,10 107:7 111:9 113:16

**above** 50:12

**absence** 14:8

**abuse** 8:13 10:6

**accelerated** 97:3

**accidentally** 67:18, 20

**according** 12:11 65:9,13

**accurate** 89:14

**acted** 97:19

**acting** 8:17

**actions** 48:9 109:25

**actual** 46:22 59:4 90:5

**actually** 9:4 17:16 55:4 60:12 65:18 76:3 89:9 90:2 101:4

**Adam** 113:17,24

**add** 35:18

**address** 5:10

**admin** 15:24

**administration** 6:12 8:21 37:9 40:19

**administrative** 9:1, 4,5 26:15 37:11,12 40:20 41:23,24 42:2 48:8 94:15 98:18

**adverse** 70:6,9

**affairs** 97:20 98:2, 21 99:6,7,18

**afford** 46:23

**after** 6:2,10 15:14 19:21 24:2,21 25:25 26:8 27:9 28:13 29:12 33:11 43:21 49:7,11 57:9 61:24 85:6 100:1

**afterwards** 26:5

**again** 16:12 25:22 27:12 28:9 43:14 56:5 63:12 64:15 70:25 80:6 89:20 100:18 103:6 104:15

**against** 48:10 111:25

**agency** 85:13

**agents** 45:25 46:17

**ago** 21:8

**ahead** 27:13,14 28:6 31:9

**aids** 85:5,14

**alarm** 101:1

**alive** 95:19

**all** 7:3 8:12,24 12:19 13:13 17:7 21:12 24:2 25:14 26:18,22 27:5,10 28:18 35:14 36:16 40:2,21 46:21 50:8, 11 54:25 56:15 59:7 61:21 63:4,23 64:7 75:17 77:3,15 78:15 80:10 83:5, 21 85:11 88:1 93:15 97:15 108:11,21

**allow** 34:12

**allowed** 73:16,17

**allows** 69:10

**almost** 15:1 102:12,14

**along** 13:7

**already** 71:11 106:24

**also** 4:10 16:22 20:13 32:25 64:14 80:1 97:16 113:25

**always** 5:12 26:23 56:6 59:8,12

**am** 70:11

**ambulance** 106:25 107:13

**amount** 10:19 25:13 32:20 109:4

**ample** 79:17

**an** 6:13,21 8:16 9:1, 19 10:18,22,23 11:5 12:2,8,9 14:21 15:24 17:2,3 18:12 25:13,20,21 28:10, 11,19 33:10,11 34:12 36:7 38:9,15 39:4,8,9,10,11,12, 13,19,25 40:19,20 41:9,23,24 42:2 44:7,8 46:1,23 48:2 53:10,23 54:13 60:6,9,16 64:19 65:3 67:24,25 68:7, 8,11 70:2,6,8 73:7 76:9 77:24 79:1 80:25 82:1,2 83:18 85:15 89:14 92:5,9 94:14 95:25 97:17 98:2 100:12,22,23 102:9 103:12 104:6,20 106:5 108:2 109:4,9 111:2,3,11 112:2,5, 6,7,9,12

**and** 4:3,10,17,19 5:8,21,25 6:6,13, 14,15,22,25 7:8,11, 18,20,23 8:1,4,5,7, 10,12,14,20,21,24 9:15,17,19,20 10:20,25 11:5,6,17, 23 12:4,7,13,14,18, 20,24 13:17,19,20, 21 14:3,4,6,10,12, 17,22 15:4,9,14,25 16:1,2,5,8,10,13,14 17:5,7,8,19 18:15, 18,22,25 19:9,17 20:1,5,9 21:4,5,8, 13,14,22,23 22:8, 12,20,23 23:1,5,7, 24 24:2,4,23 25:6, 9,12,14,19,20 26:16,18,22,23 27:6,16,21,24 28:9, 12,13,20 29:11,15, 24 30:17,25 31:9, 16,20,22 32:1,6 33:4,5,6,7,12 34:17,18,21 35:4 36:5,19,23 37:3,5, 10 38:2,9,13,22,25 39:1,2,3,18,23,24 40:6,7,17,18 41:1, 7,9,11,14,15,16,17, 20,22 42:1,5,9,15, 22,25 43:19,23 44:1 45:10,18,21 46:19,22 47:3,7,8, 19 48:5 50:2,4,9, 13,24 51:7,15 52:3, 4,5,9,11,25 53:6, 17,20,21 54:11,19, 23,24 55:4,19,21 56:15,23 57:5,6,7, 8,17,18,23 58:12, 18,20,24 59:1,4,21, 23 60:13 61:7,18, 25 63:1,6,14,19,20, 21,22 64:6,11,13, 24 65:3,7,9,11,14, 16,19,25 66:3,13, 14,24,25 67:17 68:15 69:1,9,13 70:15,17 71:8,23 72:7,15,16,25 73:1, 7,17,25 74:3,8,11, 17,18,19 75:5,7,13,

19 76:9,13,16 77:16 78:7,9,10,16, 18,21,23 79:17,18, 19,24 80:18 81:2 82:4,5,17 83:16 84:1,8,16 85:15,24 86:12,23,24 88:10, 15,23 89:2,14,17, 22 90:6,7 91:1,4,6, 10,21 92:24 93:7, 13,22 94:24 95:1,2, 4,12,14,19,24 96:2, 10,11,14,15,16,17, 23,24,25 97:3,4,6, 16 98:4,8,25 99:4, 12,18 100:3,14,19, 24 101:1,3,11,19 102:8,14,16,21,24 103:4,5,6,9,10,11, 19 104:2,20,21,22, 23 105:4,22 106:23,24,25 107:1,2,3,6,7,10, 11,12,13,14,20,21, 22,23 108:8,11,13 109:13 110:15 111:13,15,20 112:20,23 113:6, 10,15,17,19

**animal** 78:20 94:25

**animals** 46:25 47:9 78:19

**another** 12:20 19:9 28:13 42:5 77:12 91:24 95:7,14 96:13 98:8 102:25 106:8 107:19 108:8 110:25 111:12,14 113:2

**answer** 4:16 7:24 11:9 37:25 39:20, 22 65:18 84:22 101:14 102:9 110:3

**answered** 72:2

**answers** 78:16

**any** 4:21 6:2 24:11 35:9,21 36:14 39:4 42:17 43:5,9,14,17 44:9,10 46:6,24 52:15 60:2 67:18 68:10 69:20,22 70:8,10,23 74:12, 25 75:1 79:22 80:9, 12,16 83:16 87:10, 12 88:7,21,23 92:8 93:13 94:1 97:15, 22,24 99:16,19 104:12 105:17 111:6,24 112:1,15 113:3

**anybody** 27:23 60:19 69:11 70:11, 21,23

**anybody's** 75:23

**anyhow** 31:10

**anyone** 61:14

**anyplace** 20:3

**anything** 5:2 11:19 35:16,17 41:2 57:9 58:2 67:22 69:10 75:5 82:19 83:2,3,7 104:16 109:11

**AOC** 23:2 33:24

**apart** 69:5

**appear** 105:2

**appears** 92:1

**apples** 110:10

**applicant** 12:7,8,9 25:5 28:6 30:22 34:12

**applicants** 18:14

**application** 12:2,5 17:3,11,14,19 18:15 19:22 21:2 24:5 33:10,11 46:23

**applications** 32:20

**apply** 110:9,11

**appointed** 98:7

**apprehend** 80:3 88:12

**apprehended** 92:10

**approaches** 74:19

**approaching** 102:15

**approved** 85:15

**approximately** 84:24

**April** 65:24

**are** 5:1 12:11 13:15 14:5,17 19:15 23:2 25:10 29:3 37:10 39:4,7,17,18,21 41:4,20 44:5,23 50:7,14,25 51:2 56:1,7 61:7,25 63:6,8,10 64:22 65:13 67:4 69:20 71:24 72:17 76:10, 25 78:23 82:21,23 84:13,24 86:12,17 87:16,21 89:17 90:7 93:8 94:1,22 98:3 108:18 109:19 110:21 112:9,11,13

**area** 80:25 96:23,24 100:23

**aren't** 25:2

**arm** 58:20 59:2,24 60:6,9,12,13,16,18 67:15 69:4 75:21

**arms** 74:18

**arose** 81:11

**around** 14:11 53:3 58:1 103:21

**arrangements** 62:13

**arrest** 72:1,11 74:2, 7,20 91:16 92:5 112:19

**arrested** 74:16,17, 18 112:24,25

**arresting** 85:13 113:2

**arrests** 71:20

**as** 4:4,9,18,19 6:9, 13,23 7:2,20 8:24 9:5,19 10:18 12:10 13:25 14:10,22 16:8,18,19,21 18:12 21:2 22:10 27:6 32:17 33:1 34:21 36:22,23 38:3 41:17 47:1,3 48:13 54:10 56:5, 21 57:6,20,22 63:17 65:10,15 66:17 68:3,14 69:16 73:23 78:11 85:5 86:13 89:2,12 91:5 92:12,15 93:5 94:23 97:1,17,19 99:1 100:4 103:20 107:24 108:9,20

**Aside** 36:11

**ask** 18:8 19:10 23:24 28:7 50:2 57:18,19 68:5

69:18 72:9

**asked** 21:22 37:5 53:19 60:25 71:21 86:19 102:20

**asking** 21:21 77:7 89:25 110:12

**asks** 4:16

**aspect** 37:3

**assault** 110:17,19

**assaulted** 92:22

**Assaults** 110:18

**assigned** 7:23 38:11,23 78:21 88:16,22 103:19

**assignment** 25:18

**assistance** 103:14, 15

**assisting** 94:25

**associated** 69:20, 23

**asthma** 70:18,21

**at** 6:6,7,16 7:3,16, 20 8:4,5 11:2,14,17 13:1,13 15:1 17:13, 20,21 21:8 24:23 25:2,23 26:1,20 27:5,15 28:12,17 34:3 35:8,24 36:2 37:4,19 38:4 39:3 40:2,16 45:1,7,13 49:23,24 52:16,22 53:10,14 54:17,25 55:1,2 61:21 62:6 65:18,20 66:24 68:1,25 70:13 75:3, 5,7 76:7,8 77:3,8 80:10,25 81:22 83:21 86:22 88:1 94:23 96:6 97:3 98:22,23 99:15 103:8,17 107:9,11 108:2,14 110:2,10 111:14

**attack** 74:5

**attacked** 80:15

**attacks** 70:16

**attempting** 92:7

**attorney** 62:14

**audio** 90:3

**authority** 76:15

**available** 25:2

**average** 42:18

**aware** 54:11 56:8 70:11 111:6

**away** 56:24

**B**

**B.9.** 45:17

**B.9I.** 58:23

**bachelor's** 6:3

**back** 6:13 10:7 19:20 26:19,20,21, 22 27:13,14 28:13 32:2,5,6 33:6,11 47:11 50:2 51:22 53:6,12 65:3 68:14 70:5 71:5 74:18 76:22 78:8,9 82:20 91:7 92:14 93:15, 16 94:1,6,12 101:2 108:3 109:12 111:13

**backed** 107:2

**background** 12:6,7 17:6,17 19:23 20:14,16 21:22 23:4 24:21 26:4,6,8 28:21 33:23 34:8, 11,13,14 37:16

**backgrounds** 26:13

**badly** 103:13

**bar** 60:6,9,16,18 67:15 75:21

**Barrel** 111:14

**Bartholomew** 91:4

**base** 51:6 58:21

**based** 44:16,18 50:5,15 51:10,12, 14 61:5 84:22 85:24

**basic** 7:7,8 14:1 27:3

**basically** 53:2 60:11

**basis** 35:13,14,17 110:6

**batons** 65:11,15

**be** 4:11 13:21,25 14:20,25 16:16 17:22 18:16 24:18, 20 25:4,17,18 27:11 28:10,14 29:6,13 30:7,8,10, 14,18,19,23 32:11, 23 33:13 34:14 35:22 38:18,19,20, 25 39:5 41:7,12,16 42:4,5,10,22,24,25 44:1,3,4,20 46:3,5, 8 47:1 48:12 50:1 52:16 58:4 60:1 63:25 64:8,11,14, 16,22 65:1,3,5,6,8 67:9,17 68:4,25 70:18,19,20 73:5 75:22 76:13 77:24 78:12 79:7,13 83:15,19 84:2 85:6, 7,10,12,14,19,21 92:1,3 97:15 98:7 102:15 109:3,9,23 110:1,13 112:19, 24,25

**bearing** 77:10

**became** 36:4 53:5

**because** 15:1 17:16 24:25 25:6,23 27:1, 12 28:14 32:22 33:2 35:4,11 36:21 38:5 44:25 51:20 57:2 62:5 64:6,23 69:1,7 75:23 82:18, 21 97:15,18 104:6 106:24 107:4 111:15

**become** 83:6

**been** 4:3,12 7:17 10:1,12 12:25 13:1, 2,6,9 14:11,14,21 15:11 17:12 19:7 20:8,13 24:23 28:9, 16 31:15 32:12,14, 15 33:15,23 34:3 35:24 36:2,24 40:6 44:8 47:8 52:16,18, 20,21 54:5 61:8,9, 10 63:2,4 70:9,22 72:18,23 74:6,9 79:1 81:8,9,21,25 82:1 83:17 88:22 89:12 93:7,13 96:3, 6 98:5,19 99:22 100:9,18,19 103:22,23 104:19 105:1,20,22 106:12 107:6 108:13 111:2,3

**before** 4:12 11:14 17:2,15 26:3,6 28:12 33:3 38:6 44:8,9,16,19 49:17 53:3 59:4 62:8,9 70:3 84:23 90:15 94:9 97:12 103:4,5 104:1 105:20 106:12 109:9

**beginning** 34:25

**behaved** 103:13

**behind** 65:2 74:18

**being** 27:6 34:13 36:5 55:5 62:12 75:24 86:20 101:11

**believe** 9:2 13:4 18:16 77:18 112:11

**believed** 68:25

**believes** 92:3,6

**bent** 60:8 67:14

**Bertie** 23:18

**better** 106:6

**between** 52:2 72:25 103:6 104:1,2

**big** 40:4

**birthdate** 5:8

**bit** 11:16 19:4 39:13 42:20 69:6 75:22 76:10 80:24 81:2 85:19,22 86:20,24, 25 98:13 107:5 113:18

**bite** 80:22

**bitten** 79:8,9,20,23 80:17 82:4

**BLET** 13:19,21 14:11 66:8,9,12 71:8,22,25 72:3,7, 11,14 75:12

**BLET's** 71:19

**blocked** 106:25

**board** 108:24,25 109:1,2,4

**bone** 69:4

**both** 54:17

**bottom** 45:7,12 46:13

**brakes** 107:12

**Brame** 11:22

**brandished** 64:4

**brandishing** 59:4

**break** 21:14,16,17 67:1 76:3 109:16 113:9

**break-in** 39:9 101:3,4

**break-ins** 10:5

**brief** 5:14

**briefly** 6:4,13

**bring** 86:3

**broke** 50:8 58:20 59:1,24 100:25 108:9

**brought** 79:13 111:24

**building** 80:24

**buildup** 109:11

**bulk** 14:6

**bull** 35:4

**bullet** 46:19 85:4

**Bullock** 4:2,7,23,24 5:7 18:6 21:21 22:12 37:18 45:14 48:2 61:19,23 76:7 87:21 89:11 90:10 101:24 109:15 113:14

**Bullock's** 87:18 89:4

**Bullocks** 4:25

**burglarized** 100:25

**bust** 83:23

**but** 4:8 6:5 8:13,18, 19 10:23 11:13 12:19,22 13:2,9 14:1,14 15:2,4 16:17,21 17:15 23:25 25:22 26:13, 22 27:8,22,25 30:5 32:7 33:7,22 34:2, 19,24 35:7 37:5 41:2 42:22 47:13 49:9,23 50:3 51:10, 16 52:15,18 54:11, 18 55:24 56:8,13 57:4 61:22 62:4 64:4,10 66:5 68:25 70:14 71:18 74:21 76:15,23 77:11 79:24 80:23 81:12 82:4,5,17 83:3,20 84:15,18 88:2,9 89:20 95:21 96:22 99:19,23,25 102:17 103:5 104:4 105:5, 20 106:4,10,12 107:17 108:11,20

**by** 4:6 6:11 18:19 19:5,13 21:20 22:2, 7 30:11 35:4 36:25 37:24 38:10,13 39:13 42:24,25 43:8 45:4 46:15 47:1,18 48:1,15 55:14 60:11 64:14 66:20 67:6 71:10 73:15 74:4,17 76:6, 21 78:5 80:24 82:7 84:4,12 85:8,10,15 86:8,16 87:20 88:15,16,22 89:8 90:8,9,20,25 91:9 92:7,8 98:7 99:12 101:17,23 103:4 106:25 110:10 113:13

### C

**calculated** 94:14

**call** 34:16 41:17 54:13 59:9 87:24 101:1

**called** 15:4 38:19, 21 53:10 61:25 79:17 97:23 110:25

**calls** 7:24 14:6 63:18

**came** 6:13 8:19,20 17:1 28:13 33:11, 14 53:12 61:24 81:4,11 93:14 95:1 96:10 97:2 98:25 99:1 107:9,12

**can** 5:10,19 6:8 7:22 10:16 13:11 16:25 17:21,24,25 18:3,4,5,11,17,23, 25 19:14 20:21 21:25 22:3,5,11,15, 17 23:1,9 24:19 25:14 26:10,11 29:9 30:22 31:12 34:7 36:7 37:21,25 38:20,22 39:22

(866) 715-7770
advancedONE.com

42:24,25 43:4 45:2, 7,10 47:6,16,19 48:5,19 53:1 55:11, 16,17,19 57:14,15 58:9,18 60:9 63:15 66:21,22 67:1,7,17, 24 68:7 72:22 73:1 74:1,15 76:3,4,12, 16 78:3 79:4 80:13 83:4 85:1 86:1 89:1 90:14,17,18 91:6, 17 94:9,22 99:17 100:20 102:15 104:10 105:5,7 106:20 109:13 110:15,18 111:18 112:4 113:8,10

**can't** 11:9 26:11,12 27:18 36:14 42:14 45:15 47:8 55:24 63:13 65:18 66:2 68:3 70:14 74:16 79:22 90:18 91:17 110:3,11

**candidate** 13:23 14:11

**canine** 77:23,24 78:7,20 79:2,7,13, 19,21 80:15,17 81:9,13 82:2 83:2, 5,6,10,13,18,19,25 85:11,19,22,24 86:4 113:16,18

**canines** 77:21,22 79:15,25 80:1,4,7 82:4,21 83:2,23 84:5 85:17

**cannot** 32:21

**Capsicum** 46:20

**captain** 12:20,25 13:2,16 15:24 16:18,19 49:14,21 55:15 58:11 75:5, 18 93:23 98:23 99:13 100:1,11 103:17,18

**captains** 16:2

**car** 39:24 53:2 74:10,11 95:7 96:12 107:1 108:3, 4,6

**card** 27:1

**career** 6:8 8:7 98:18

**Carolina** 5:11,13, 18,24 6:7 20:9,11 23:11,16,17,18,19, 20,21

**carry** 47:6

**cars** 25:2 107:1,13

**case** 25:17 26:9 43:10 70:19 85:8, 10 103:19

**case-by-case** 110:5

**cases** 8:12 10:2,3,6 64:17 79:21 85:7, 12

**caught** 25:10 26:20

**caused** 69:3,8 73:4

**causing** 107:17

**Central** 5:24 6:7

**certain** 27:25 64:17 66:14 79:12 109:22

**certainly** 59:23

**certificate** 27:4

**certifications** 25:7

**certified** 88:2

**chance** 45:24 46:16 89:11

**change** 11:16 35:1

**charge** 9:16 37:9, 16 83:13,17,19,21

**charged** 101:11

**charges** 24:12 96:7 111:24

**chase** 39:11 95:8 96:11,15,18,21,22

**check** 12:6,7 17:6, 17 19:23 20:14,16 21:14 24:21 34:8, 11,13 53:14

**checked** 54:10 56:7

**chemical** 45:24 46:16 71:12 74:13

**chief** 16:1,2,3,4,7,8, 21

**child** 8:13 10:5

**chin** 75:22,24

**Chowan** 23:18

**Chris** 22:5 47:21 89:1 101:15

**circumstances** 12:11 27:25 42:12 112:21

**citizen** 67:21 70:6,8 79:2 95:16 105:17 112:18

**citizens** 104:10 105:14 110:13

**city** 107:21

**civil** 6:24,25 9:3 15:7,8,10 37:15 82:9,18

**civilian** 87:1 113:22

**clarification** 113:16

**clarify** 78:10

**class** 89:22 99:18

**classes** 99:16

**classroom** 91:13

**clavicle** 73:6,11,15

**clearly** 78:11

**clerk** 20:3,5 34:17

**clerks** 23:3 26:20

**close** 67:16

**club** 108:2

**coffee** 47:23

**colleague** 4:10

**collected** 9:14

**college** 5:21,23 6:10 18:25

**come** 10:7 12:9 17:4 25:14 26:5,13, 14,15,16 38:2,5 39:2 40:14,25 41:3, 19 42:7 47:10 50:2 58:24 74:11 81:10 82:17 93:16 97:16 103:4 104:24

**come-along** 60:8

**comes** 25:5 70:11

**comfortable** 84:21

**coming** 9:8 24:17 33:4 35:11 67:22 94:1,6,11,22 96:14 111:19,21

**command** 15:15 103:2

**commander** 15:23,



24 81:20,21

**committed** 42:17 96:1,5

**common** 74:21 101:12 106:3

**compare** 68:3

**compiled** 27:6 51:14

**compiling** 26:23

**complain** 73:22

**complained** 104:11

**complaint** 49:1,3,5, 12 92:16 110:13

**complaints** 104:19 105:5,8 109:8

**complete** 6:5 12:13 56:21

**completed** 7:8 56:22,23 57:17 70:2 103:8

**completion** 43:6

**computer** 27:16

**concealed** 37:14

**concept** 76:11,22, 25 77:7

**concerning** 42:3

**conclude** 60:22

**conclusion** 50:10 51:10 52:4 58:19, 24 60:21 68:20

**conclusions** 50:12

**concrete** 28:23

**conduct** 92:8 98:4, 14 111:16

**conducted** 19:22

48:25 61:1 81:12 100:3 111:15

**conducting** 48:20

**confronted** 53:4

**confuse** 4:24

**confusion** 4:20

**conjunction** 77:21

**consequences** 44:13

**consider** 14:23 68:2,4

**considered** 81:9 82:22,23,24 83:1 104:9 108:20

**consist** 42:1

**contact** 40:16 41:12 53:9,11

**contained** 48:7

**continue** 17:25

**continued** 9:7 52:11

**continuum** 44:6 63:11,17,19,24 64:22 65:9,14,17, 19 71:16 72:1,12

**contract** 19:15,20

**contrary** 69:3,7,13, 17

**control** 11:3 59:25 60:1,5 67:16 71:19 72:1,11 73:14 75:25 78:18,22,23 95:1

**controlled** 85:5,9, 11,16,23

**convene** 43:10,13

109:2

**convened** 27:9 30:17

**convening** 30:20

**conversation** 41:13 51:8,11,25 52:1,8 53:21,24 56:12,14, 17,20,25 62:17,21 102:1

**conversations** 50:3 51:5,19,23 93:16 94:1

**convicted** 93:7,13 96:3,6

**conviction** 92:12

**conviction]** 93:6

**convictions** 96:4

**cooperative** 53:14

**copy** 26:25

**corner** 45:14,15

**correct** 23:22 29:19 30:12,20 31:8 44:22,24 50:16 58:4,6 59:5,6 61:2 65:11 70:18 71:13 75:8 82:22 87:22 88:15 89:15,23 92:19,22,25 93:19 102:22,23 108:19 113:20

**could** 27:23 32:19 35:18 38:19,25 39:14 44:3,4,20 46:12 59:21,24,25 60:6,7 65:6,8 68:22,23 69:18 70:18 76:23 79:7 92:25 104:19,25

**couldn't** 32:13 53:20

**counties** 24:3

**county** 6:14,16 7:8 8:5 10:13 11:2,14, 18 13:12 23:7,9,10, 11,12,13,16,17,18, 19,20,21,22 25:1 35:2 45:8,9 58:14 66:7,11 71:18,21, 24 72:3,7,10,14 75:7,10 76:15 78:6 82:10 85:10,16 87:13 88:17,19,22, 25 89:18 96:2 98:2 100:23 101:13 103:8 104:11 105:11

**County's** 45:22

**couple** 113:14

**court** 8:1 9:22 10:2 33:20,21,22 37:17 76:15 85:7

**courthouse** 25:12

**courts** 20:3,6 23:3 26:15 85:6

**Cracker** 111:14

**created** 33:3

**criminal** 6:1 8:2,11, 12 9:6 10:2,3 12:6 14:20 17:6 19:23 20:2,5,10,14 23:4 24:3,11 34:8,11 37:15 111:24

**criminally** 101:11

**criteria** 79:6

**cuff** 60:14

**current** 11:17,19

**custody** 79:6,8 92:6,12 93:5

**customary** 88:18

## D

**danger** 69:22

**dangers** 69:20

**data** 43:15,16

**date** 8:23 45:18 49:7 52:5

**dates** 8:19

**day** 37:19,22 49:6 52:4 53:3,13,23

**day-to-day** 35:13,14,17

**days** 40:15

**DCI** 20:1 26:16 37:14

**dead** 95:19 108:14

**deadly** 63:22,25 64:2,24 91:10,24 92:4,7,25 93:11 94:16,19 95:9 96:13

**death** 92:9

**debris** 40:4

**decision** 16:16 17:8 50:5,15 58:21 77:10,11 103:20

**decisions** 16:10,13,14

**decline** 107:5

**defend** 92:2

**define** 48:5

**definitely** 16:21

**degree** 6:3

**degrees** 26:25

**delay** 92:11

**delayed** 42:24,25

**demote** 44:4

**department** 28:18 35:9 36:18 38:11,17 97:20 98:3 100:14,16,17 105:11

**departure** 59:8

**depending** 25:5 40:24 41:18 98:5

**depends** 27:14,24,25 42:11 110:19 112:21

**deploying** 88:10

**deposed** 4:12 9:25 10:1

**deputies** 9:13 14:5,18 15:4,9,19 32:10 39:1 46:21 65:4 72:7 78:18 79:25 96:24 97:2 110:21 111:7

**deputy** 6:9,19,20,23,24 7:2,20 11:6 12:1 13:15,16 14:4,10,13,22 16:1,2,3,4,7,8,22 25:17 26:1 46:23 48:9 58:4,13 64:6 67:20 68:21,23,24 69:2,18 75:3 94:25 95:2 96:10,11,12 97:3,4,6,12 100:23 106:21 107:20 110:25 111:1

**deputy's** 109:25

**describe** 79:4

**describes** 67:8,10

**designate** 85:9

**designated** 12:17

**desk** 82:6 104:24

**details** 56:13 80:23 87:5

**detect** 85:24

**detective** 14:22,25 15:6 98:8

**detectives** 14:20 15:11 98:6

**determine** 30:18,23

**determined** 100:24 101:3

**did** 4:8 5:16,21,22,23,25 6:2,10 7:5,20 9:3,4,22,24 10:9 11:10,13 16:1 17:6,11,15,17 19:25 24:5 30:8,13 31:1,4,18,22 33:1 34:7,8 35:19,20 36:7 44:13,15,16 49:4,10 51:5,6,25 52:13,14,15,25 53:10,21 54:7 55:8 56:12 57:15,18,23 58:7,21,24 60:16,21 61:13,22 62:11 65:22 71:21 73:22 74:4,25 77:3,8,15,18 78:8 81:3 87:13,15 97:12 98:14 99:10,16 100:6,8,20 101:4,8,15 102:1 103:14,15 104:24 107:15 111:22

**didn't** 6:5 11:10 21:7 30:10,14 34:19,20 35:4,21,22 36:9,19 41:2 46:6 57:8,18 59:19 62:5 88:6 95:20,21 102:21,24,25 105:18 107:18 109:19

**die** 95:20,21

**difference** 61:11

**different** 13:6 26:14 37:6 83:15 110:7,8

**differently** 59:22 76:23

**direct** 51:5,8,11 66:13 103:1

**directed** 104:20

**directing** 107:3

**direction** 88:19,24

**directive** 45:13,17 58:23

**directly** 16:4 35:16

**discharge** 107:16

**discharged** 63:25

**disclosed** 19:7

**discovered** 111:13

**discretion** 112:2,5,6,7,8,10,12,16 113:3

**discuss** 11:17 61:13

**discussed** 31:14 61:18,19 62:10,22,24 63:7,8 71:11

**discussion** 101:21



**discussions** 61:22 63:4

**dismissed** 109:9, 23 110:1

**dispersant** 71:12

**dispersants** 74:13

**disposal** 68:25

**disposition** 85:7

**district** 7:23

**division** 6:24,25 9:3 15:8,10,17 17:10 35:12 37:7,8, 10,12,17 103:1

**divisions** 37:10

**DMV** 26:17

**do** 7:25 12:5,23 13:24 14:6 17:24 18:20 21:13 22:20 25:9 26:12 27:20, 22,23 28:1,8 30:13 31:4 34:9,19 35:8,9 38:2 40:2 41:2,20, 22 42:6,21 43:7,22 46:13,19 48:16 49:4,18 50:6,18 55:11 56:13,20 57:1,3,9 59:8,13 60:15,17 61:4 62:16,19 68:20 70:10,24 71:18 73:6,10 74:4,23 76:1,10 78:18 80:4, 7 81:5,7 82:19,20 83:9,12 84:5,18 87:7,8,9 89:5 90:15 91:1 97:13,16,17 98:9,12 99:20 101:2,7,8 102:18 105:10,23 106:7,17 110:7

**document** 17:21 18:9,11,12 19:10, 19 22:1,3,9,20 23:14,15 47:20,22 48:3,5,17 51:16 58:8 86:13 89:10 90:15,17 91:1,2

**documentation** 43:17

**documents** 21:10 22:21,24 23:1 24:1 26:25 27:10 43:18 48:7 49:16 55:20

**does** 9:12 11:23 29:9 37:11 38:13, 14,15 42:9 47:4 63:23 66:7,11 69:14 71:25 72:6, 10,14 75:10 78:6 82:15 84:17 85:16 98:2 112:2

**doesn't** 29:25 60:18 69:12 106:8 112:7,15 113:3

**dog** 39:13 78:22 79:8,9 80:21,24 86:22,24,25 95:1

**dogs** 78:24 105:4

**doing** 9:2,7 16:18, 21 32:12 33:14,15 35:4 57:2 80:25 98:18,21 99:2,4 100:10 103:18 105:6,8 109:20

**domestic** 110:21 111:1,7 113:25

**don't** 4:24 7:18 8:18 9:19 11:19,20, 21,22 12:18,21,24 16:16 17:4,15 20:24 24:9 27:14 28:5 30:4,15 32:7, 8,12 34:24 35:12, 15,17 37:21,22 39:19,20,21 40:1 42:15,16,22 43:1,2, 7 44:11,25 45:16 49:6,9,23 51:4 52:4,5,14,15,17,21, 23,24 53:1,2,22,25 54:8,11,14,15,19 55:7,10 56:4,5,8,13 57:24,25 58:1,5 59:9,12 61:6,10,11, 20 62:4,18,20 63:2, 16 65:17,20 66:2,5 67:9,22 68:2,10,13 69:9 70:8,10,19,20, 21,22,23 71:14,17 72:16 75:15,23 77:22 80:9,20,23 81:4 83:2,3,7,16,20 86:1,6 87:4,6,11 88:9,13,21 94:18 96:4,21 97:14 98:10 99:18,23,24, 25 100:16 101:14 104:15,16,25 105:2,13,19,20,23 106:7 108:9,19,20 109:17,24 110:9,23 111:11 112:1,4

**done** 12:5 13:3,4,5 14:1 23:25 26:18 28:10,23 33:2 34:2, 4,13,14,15 35:5 57:4,5 59:22 60:6,7 76:23 98:20 102:12,14,15 109:10 110:5

**down** 10:20 17:4 19:4,9 22:13,15 27:15 31:20 33:5 39:23 42:7 52:9 60:3,13,17 71:3,4 84:9 90:16,17 101:2 107:4,7,11

**drafting** 48:17

**draw** 41:5 64:11

**drew** 41:1,2 64:19

**drill** 4:15

**driver** 53:5

**driver's** 24:13 27:1

**driving** 20:2,13 24:4 39:23 106:22

**drop** 95:3

**drove** 107:22,23

**drug** 6:11 10:16 15:12 79:22,24 83:23

**drug-sniffing** 80:2

**drugs** 80:5,8 85:25

**dual** 80:1

**due** 35:1

**duly** 4:3

**Durham** 5:11 36:13,18

**during** 32:3 52:8 56:6 63:4 80:24 83:23

**duties** 8:25 13:8 38:3

**duty** 107:17

## E

**each** 23:7 78:20 109:10

**earlier** 59:3 60:25 77:19 86:19 100:10 102:21



**early** 9:5 34:16 73:16 77:20 98:17 100:19 103:25

**ease** 4:17

**easily** 105:3

**education** 6:2,5 20:8

**effect** 58:16 70:22 92:5 106:5

**effective** 45:18

**effects** 46:24

**egregious** 44:21 82:3

**either** 8:22 20:3 51:13 54:16 102:24

**else** 11:10 27:23 41:2 42:6 75:6 81:17

**email** 21:6,15

**emails** 21:7,8

**employ** 78:7

**employed** 48:20 68:9,12

**employees** 15:3

**employment** 19:16 21:3 24:6,8,13,22 35:10 37:4,20 59:10

**employs** 71:19

**encompass** 99:7,9

**end** 65:23 91:21

**ended** 53:11 65:19 101:11 107:17

**enforce** 112:3,10, 12,16,17

**enforcement** 6:11 7:7,9 13:13,14 14:1 27:2,4 60:2 65:19, 22 91:16,21,23

**engage** 40:17

**engagements** 40:13

**enough** 14:12 40:4 44:21 104:4

**ensued** 96:11,15

**entail** 19:25

**entailed** 7:22

**entity** 85:13

**envelope** 10:18,19, 20

**escalation** 44:10

**escape** 92:5,7,11 93:4

**evaluates** 47:3

**evaluation** 77:4

**even** 10:25 11:3 27:24 33:10 34:4, 16 64:4 70:17 104:23

**eventually** 17:9 42:6 104:24

**ever** 4:12 9:22 10:9, 12 11:13 28:3 68:7, 11 70:6 74:12 79:1 83:24 100:6,8

**every** 12:22 28:23 66:3

**everybody** 4:16 25:22

**everything** 43:21 51:12,14 107:22

**evidence** 9:3,11,14, 16 10:8,10,11,12, 24,25 11:1,4,7,8,12 37:15 107:19

**exact** 52:5 66:6 71:7 99:25

**exactly** 49:10 52:4 56:8 63:14

**EXAMINATION** 4:5

**examined** 4:3

**example** 28:10 65:4

**examples** 39:17,18, 21

**except** 57:11

**excessive** 70:2 76:9 81:9 82:9

**excitedly** 70:15

**exhibit** 20:22,25 21:2 24:1 46:1,2,11 48:13,14 66:15,18, 19 68:15 71:2,9 84:2,3 86:5,6,13,14 89:2,7,12 90:23,24 92:15

**exhibits** 21:4 46:4, 6,9

**exist** 84:17

**existed** 87:5

**exists** 84:14,15,19

**exonerate** 44:3

**exonerated** 61:9 95:13,14 96:13,17 97:6,13,15 108:21

**expected** 40:6

**experience** 14:11 66:1

**experienced** 69:22, 24

**explain** 7:22 16:25 26:9 42:1 48:19 58:18 60:9 63:17 72:22 73:1,13 74:15 76:12 106:20

**explained** 77:1

**explaining** 108:15

**extensive** 20:15,17 21:23,24 40:24

**extensively** 17:16

**extent** 56:25 87:6 108:18

## F

**F-3** 12:4 17:3

**fact** 33:1

**factor** 77:3

**factual** 52:16

**faded** 63:13

**failure** 107:16

**fair** 19:6 51:17,20 52:7 94:13

**familiar** 28:15 44:23,24 63:10 76:11,25 84:13,15, 18 85:18 86:17 89:17,19,20,21

**far** 10:18 99:1 103:6 107:18

**fashion** 9:20 22:14 34:14

**fatality** 95:21

**favors** 110:13



**federal** 85:13

**feel** 35:19,21 41:15 59:14,15,17 78:15

**feeling** 59:17,19

**fell** 27:19

**felon** 93:2

**felons** 79:16

**felony** 79:14 92:13, 18 93:6,10,13

**felt** 40:18 44:21 82:1,2

**few** 22:8,9 67:19 103:6

**field** 90:2,5,6

**fight** 108:1

**fighting** 108:5

**figure** 38:25

**filed** 49:1,3,5,11 104:11

**filled** 17:2

**final** 29:25 30:1 85:6

**find** 71:7 110:7

**fine** 4:23 86:2 109:21

**fingerprints** 37:16

**finish** 14:4 29:12 91:17 102:8

**finished** 7:12 43:21 55:21

**fire** 96:12

**firearm** 63:23 89:23

**firearms** 89:17 91:14

**fired** 31:15 96:12, 16 97:5 101:11

**first** 6:21 17:13,14 29:4,11 35:22 36:6 50:7,8 53:10,15 54:1,4,19 62:25 67:14 85:3 90:15 98:18,21 99:2 112:22

**first-line** 14:16

**first-time** 44:20

**fit** 25:1 63:23

**five** 32:18 106:15

**five-minute** 113:9

**flare** 104:18

**flares** 107:2

**flip** 57:6

**follow** 66:8,12 71:21,22,25 72:11, 14

**follow-up** 84:20 113:15

**following** 53:12,13 72:3

**follows** 4:4

**foot** 108:9

**for** 4:17,21 5:5,14 6:14,25 7:10,11,14 11:11,22 12:8,9 13:23 15:25 17:4, 24 18:22 19:1,16, 19 20:9 21:2,4 23:4,5,6 24:8 25:8, 11,13,18 26:25 27:25 28:8,10,17, 20 29:1,10,20 31:1, 15 36:9 37:13 40:1, 9,18 41:12 46:11, 25 47:13 48:14 54:15 55:20 62:2, 14 66:19 67:25 71:5,12 74:24 76:3, 14 78:16 79:16 80:2,5 84:3 85:3,11 86:14 88:11 89:7, 18,23 90:14,24 91:17,24 92:13 93:8 96:1,8,22 100:3,5,19 101:20 102:8,9,16 104:4, 17 106:3,4,5 107:7, 11,15 108:14,15 109:7 110:4,24 111:12 113:15

**force** 39:12 40:11 42:8 47:4 48:9 63:22 64:1,2,24,25 70:1,2 71:16 72:19 73:5 75:11 76:9 77:23 81:9 82:10 91:10,15,24 92:4, 25 93:11 94:16,19 95:10 96:13 97:21 99:8,9

**form** 9:20 12:4 17:23 18:13 33:20, 21,22,25 34:14 38:21

**formal** 29:6

**formally** 34:20

**format** 33:13

**forms** 23:2 26:14 33:2,3 38:19

**formulating** 32:22

**found** 91:3

**four** 101:9 106:15

**fourth** 67:16

**fracture** 69:4,8

**frame** 42:15

**Franklin** 23:17

**free** 5:2 78:15

**fresh** 80:20,22 81:1

**friend** 104:9

**from** 6:22 8:2 10:5, 23 13:14,17 14:24 20:3,4,5 21:19 23:6 31:15 36:11,13,17 43:5,15,16 45:12 47:25 48:8,23,24 49:22 59:10 75:6 76:5 82:9 85:9,12 89:5 92:3,5,11 93:5 94:10,14 96:25 100:13 101:22 102:25 103:1,9 108:5 109:23 110:13 111:2 113:12

**front** 45:16 65:5 68:17 84:6,25 112:14 113:1

## G

**gather** 18:13 30:21 42:3 43:15,16,18

**gathered** 27:6 48:21 49:16

**gathering** 55:20

**gave** 79:17

**gears** 11:16

**Geis** 20:24 21:6,7, 16 22:6 36:14 37:23 46:1,3,8,12 47:24 61:18,20 63:1 66:14,15,25 67:2,4 76:16,18,20 86:5 89:1,3,5

101:14

**general** 24:10 68:6

**generally** 26:12 57:12

**generate** 40:19

**generated** 38:10,24 111:2

**gentleman** 111:14

**gentlemen** 32:4

**get** 19:20 21:7 25:14,23 26:22 27:7,13,14 28:5,21 30:2 33:11 39:24 40:6 41:14 44:14, 15 45:2 47:16,22 49:22 53:16 59:17, 25 62:6 70:5,12 73:14 74:8,10 102:11 107:18 108:4,22 109:4

**get all** 29:24

**gets** 97:20

**getting** 26:21 42:24 52:2

**gist** 62:15

**give** 22:8,9 24:14 32:17 71:6

**given** 7:24 83:16

**gives** 91:13

**giving** 57:17

**glad** 97:18

**glass** 108:3,10

**glasses** 69:1

**go** 5:16,21,23 9:22 10:2 12:3 13:21 18:3,4,5 19:3,4,9 20:1,2 22:4 23:7 24:10,24 25:8,15, 18,21 32:2,5,6 34:19 38:3,7,8 40:21 42:5 47:22 50:1,4 51:22,25 57:5 62:12 66:22 68:14 71:3,5 72:7 75:13,21,24 76:1,4, 18 78:10 81:17 82:20 83:6 84:9 85:1 91:7 92:14 101:20 104:16,17 107:20 113:10

**God** 46:6 106:6

**goes** 25:16 79:19

**going** 4:7 10:7 12:4 13:18 17:18 18:2,3 19:12 20:22 22:8,9 23:6,24 27:6 29:23 31:25 33:4,5 40:17 41:15 47:10,22 50:2 56:8 66:12,23 79:18 90:5 96:24 98:20 99:17,19 102:8,11 105:23 106:4,9,10 109:12, 13

**gone** 13:19 24:25 35:15 104:21 111:11

**good** 4:7 36:24

**Goolsby** 49:20 54:6,24 55:4,16,19 56:3 58:12 77:16 93:18,21

**got** 11:6,11 17:7,9 33:6 34:18 39:9,10, 11,12,13 53:6 56:10 62:6,7,8,9,12 63:20 64:23 80:24 81:2 86:24 96:11, 23 102:9 107:22 108:1 111:13

**gotten** 20:7 26:19, 20 27:3 51:12

**grabbed** 74:17

**grabbing** 65:1

**graduated** 20:4

**grazed** 97:11

**Gregory** 36:13

**grievances** 104:12

**ground** 59:1 60:3, 13,18,21,24 68:3, 24

**guess** 107:16 108:19

**guiding** 65:6

**gun** 10:22 11:6 37:14 41:1,2,5 64:7,10,19 87:18, 22,24 88:2,6,10,15 89:4

**H**

**had** 7:11 8:17 10:12 11:2 15:17,23,24 16:2 17:3,16 19:7 20:7,9 24:10 25:8 26:3,24 27:3,15,21, 22 31:14,16 32:20 33:12 34:6,14,20 35:24 36:2 42:19, 20 43:21 44:7,8,19 45:24 46:16 48:2 51:1,3,8,12 52:10 56:17 64:23 70:6, 17,21,22 73:6,23 74:2,3,7,11 75:3,4 77:12 79:5,16,21 80:1,21 81:2 85:23 86:22 89:11 94:16, 25 96:1,3,6,8 98:6 100:1,9,11,21 103:12,22 104:6 105:24 106:22,24 107:6,21,24 108:1 109:9 111:11

**hadn't** 14:1 93:7

**half** 53:23

**Hampshire** 23:12, 13

**hand** 33:8 65:2 74:18

**handcuffing** 65:3

**handcuffs** 53:15,17 65:5

**handgun** 37:14

**handle** 105:5,7

**handled** 104:22

**handler** 78:20,21 80:17,22 81:3,5 82:2 83:7

**handler's** 78:21

**handlers** 78:7,23 81:13

**handout** 90:12 91:11

**hands** 63:20 64:11, 22,24 65:1,2,4,6,8, 10 74:20,23

**haphazardly** 33:3

**happen** 11:14 105:24

**happened** 8:7 26:9 39:1 41:21 43:18 52:11 66:3 87:6 108:2



**happens** 25:4,23

**hard** 63:20

**harmful** 70:18,22

**has** 13:3,4,5 14:10, 11,14 25:22 29:22, 25 48:12 63:13 65:19 66:3,14 67:20 68:25 70:6, 21 75:22 79:1,8,9 80:15,17 81:9,10, 25 82:2 83:17 84:1 89:12 93:8 98:19 100:9,11 105:12,17 106:5 112:5,6,9,12

**hasn't** 82:1,5 93:13

**have** 4:9,12,15 5:1, 12 7:17 12:2,25 13:1,2,6,7,18 14:9, 21 15:2,5,7,8,9,11, 12,15 16:1 17:12 19:9,11 20:1,2,8,9, 13 21:13 24:5,12, 23,25 25:1,7,9,10, 19 26:3,5,6,18,19, 24 27:3,9 28:6,7, 14,16,19 30:1 32:10,12,13,14,15, 22 33:23 34:3,10 35:15,17 36:24 38:22 39:8,19,25 40:2,5 41:13,18 42:15,17,22 43:1,2 44:25 45:16,24 46:16 47:7 49:14, 15,23 51:5 52:1,14, 16,18,20,21 54:5,9 57:8 59:22,23,24, 25 60:2,6,7,11 61:1,6,8,9,10,13,22 62:22 63:4,12,22 64:5,8,12,24 65:17, 20 67:20,22 68:7, 11,16,17,18,19,22, 23 69:10,17,19,22, 23,25 70:2,9,23 71:22 72:18,23 73:5 74:6,12 75:12, 13 76:1,23 78:3 79:16 80:9 81:8,15, 21 82:4,11,19 83:5, 24 84:5 88:7,9,13, 21,23,25 89:5,11 90:10 91:3 92:25 98:2,4,9,14 99:22 100:12,18 102:1, 18,21 103:23,25 104:11,15,16,19, 21,22,25 105:1,10, 16,21 106:7,10 108:17 110:7,18 111:2,3 112:2,7,15, 16 113:3,14

**haven't** 45:1 69:25 75:5

**having** 4:3 12:4,5 42:5 55:13,14 70:8, 12 97:16 98:20

**he** 10:17,18 11:23 12:24,25 13:1,2 14:18 17:2,3,4,9 19:7 20:10 24:11, 23,24 25:7,16,17, 18 26:3 27:1,21,22 28:12 29:25 30:5, 18 31:14,16,24 33:8,10 35:8,22,24 36:2,4,5,7,9,19 50:8,22 51:21 52:9, 10,25 53:2,3,4,6,7, 10,12,13,15,16,17, 19,20 56:14 57:2, 18,20,23,24 58:20, 25 59:1,23,24,25 60:6,7,17 61:24 62:3,5,6,7,9,25 75:19,21 86:23 87:11,15 90:17 92:3,6,9,24 94:10 95:5,13 96:16,17, 24 97:1,2,11 100:24 101:2,3 102:25 103:1,3,19 107:11,12,15 108:6 111:13,15 112:16

**he'll** 24:24 57:5,6

**he's** 4:10 20:3 25:16,25 31:24 35:11 47:21 57:20 79:20 103:4,5

**head** 45:23 66:2 73:7,18

**hear** 82:16 102:24

**heard** 75:5 101:16 106:8

**heightened** 79:12

**hell** 50:8

**help** 13:11 100:6,8, 9,13,17 103:20

**helped** 101:10

**helpful** 46:3,8

**helping** 100:1,11

**her** 36:21 53:5,9, 15,17 58:20 59:2, 23,24,25 60:17,23 69:4 87:6 95:3,5 110:1

**here** 4:10 7:8 18:18 26:14 28:12 33:13 34:18 36:23 71:6 75:15 76:18 84:22 89:9 91:18 102:11 109:14

**Hey** 41:20 61:25 62:12 82:17

**high** 5:16,17,20 20:4 97:3 107:9

**higher** 13:10 20:7

**Hight** 113:17,24

**highway** 106:23

**Hillsborough** 23:12,13

**him** 17:5,8 22:13 24:22 25:15 27:7 29:10,24 30:7,8,14, 23 31:5,9,17,21,25 35:12,13,17 53:5, 16,19 56:21,22,23 57:1,4,7,16,17 63:1 73:7,15 92:12,22 93:5,21,22 95:5 99:1 102:22,24 103:2 104:9 107:11 108:5,8,10

**himself** 92:2 111:15

**hindsight** 76:11,16 77:8,9

**hire** 12:15 13:20,24 16:10,13 17:8 25:19,20 29:1,3,4, 8,10,14,16,20 31:5, 6,17,25 32:15,16 36:19,20,24

**hired** 13:19 17:9 25:17 27:7 30:6,7, 9,11,14,19,23 31:9 32:11 33:6,8,9,11 35:7

**hiring** 11:17,20 12:1 16:13 17:1 31:2 33:23 37:3

**his** 17:6,11,13,14, 17,18,22 19:17 20:1,2,13 24:4,5,7, 8,12,13,22 25:8,16

26:3,4,6,8,25 27:3, 16 35:10 49:15 52:10 53:11 59:24 68:25 80:22 90:18 92:8 100:23 108:9 110:1 111:13,15, 16,17

**histories** 20:10

**history** 24:10,13,14

**hit** 73:7

**hold** 36:4 60:12 71:5 102:15

**holding** 65:7

**home** 100:25 107:8,9

**homicide** 10:5 38:6

**honest** 46:6

**horns** 35:4

**hospital** 48:24 87:7

**hour** 53:23

**hours** 102:16

**house** 53:8,9 100:25 110:25

**how** 6:20 7:10,18 8:14 9:17 24:15 27:19,21 28:1 29:9 32:9,22 33:12 35:19,24 36:2 39:20 40:24 42:9, 14,16,23 43:2 49:12 51:25 52:7 53:21 58:18,24 60:21,25 61:7 62:22,25 63:2 72:22,23 76:2,4 77:1 80:4,7 82:9,20 94:16,18 97:10,12, 14 99:24 102:7 104:25 105:14 106:14 110:9 112:2,5

**however** 13:24 15:19 32:5

**Huh** 76:19 88:4

**humerus** 69:4

**hunt** 79:16

**hurt** 40:25

**hurting** 109:12

**hyperventilate** 70:13

### I

**I'D** 32:22 76:10

**I'LL** 19:19 57:5 78:10 84:22

**I'M** 4:7 7:10 8:22,23 10:7 11:20 13:13 17:18 22:8,9 23:24 26:20 30:2,25 31:25 32:2 33:3 36:1 37:13 47:10, 22 49:24 50:2 52:19,21 57:4,6,12 59:18 62:4 66:5,12, 23 67:5 70:13 71:4 72:2 80:6 84:14,17 85:18 86:9,11 88:3, 5,20 89:19 97:18 100:7,15 102:11, 12,14,19 105:4,23 106:4,9 109:12,13 110:12 111:20

**I'VE** 10:1 32:12 33:15 37:5 56:22 57:16 63:1 74:2,7, 16,17,20 98:6,16 105:20,22,24 106:8 108:13

**idea** 82:11,12 105:16

**identification** 21:4 46:11 48:14 66:19 84:3 86:14 89:7 90:24

**identified** 48:12 61:15

**identify** 18:11 22:5 23:1 45:10 80:8

**if** 12:24 14:21 17:15 21:14 22:12 24:19 25:16 26:9 30:13, 17,18 32:19 33:24 37:21,22 38:23 39:12,22 40:4,18 41:23 44:7,21 45:5 46:12 47:11 52:22, 23 60:15 63:25 64:4,10,19 66:21, 25 68:2 69:16 70:17,21 81:5 82:12,16 85:19,21 87:7,9,11 91:16 93:15 97:19,20 99:23 105:17,22 108:9,17 109:15 110:24,25 111:4 112:4,14,18,22,24 113:1,10

**illustrates** 50:5

**illustrations** 50:10, 15

**imagine** 52:14,15 87:4

**immediately** 24:25 112:19

**imminent** 92:4,9

**impair** 5:3

**impede** 40:5

**imposed** 92:12 93:5,9

**in** 4:17 5:11,12,15, 18,25 6:4,16,22,25 7:8 8:6,7,8,13,14, 18,21 9:3,5,9,15, 17,20,23 10:2,3,9, 12,15,19,23,24 11:11,14 12:3,4,9 13:13 14:2,8,18,19, 21 15:11,17,20,25 20:10 21:19 22:13 23:2 24:10,22,23 25:6,10,16,25 26:9, 13,14,20 27:5,19 28:22 29:24 31:18 32:2,5,6,9,10,17, 24,25 33:4,7,10 34:14,15,21,25 35:1,16 36:4,5,7,21 37:4,6,8,9,16,19 38:18 39:2,4,23 40:4,12,25 43:1,9 44:8 45:1,14,16 46:22,24 47:14,25 49:22,24 50:22 51:14 52:9 54:17, 18,19,20,21,22 55:1,2,3,5,6,18 57:5 59:21 60:1 62:10 63:23 64:16, 17 65:20,24 66:2,6 67:18,19 68:8,17, 19 69:3,4,10 70:10 71:19 72:19 73:7, 15,18 75:1 76:5,8, 13,22 77:9,19,20, 21 79:5,8,12,16,18, 19,23 80:2,14,21, 22 81:1,8,25 82:2, 10 83:6,13,16,17, 19,20,21 84:5,25 85:12 87:10,12,14 91:13,15,23,25

93:9,16 94:13,14, 16 95:7,25 96:1,11 97:11,16,21 98:5, 16,17 99:18,23,24 100:9,20,23 101:13,22 103:1,2, 5,10,12,14,23 104:2,18 106:18 107:25 108:2 110:10,21 111:1,6, 7 112:9,14,22,25 113:1,4,6,12,19

**in-house** 12:2,5 17:3 18:13

**in-laws** 100:24

**in-laws'** 100:25

**in-person** 54:13

**incident** 10:22 11:5 38:8,9,12,13,16,20 39:4,8,9,10,11,12, 13,19 40:1,10 41:10 42:4 44:8,19, 20 47:14 48:16,22 49:7,8 50:23 51:7 52:2 54:2,9 55:13 57:13 63:7,9 67:24 68:7 77:21,25 79:1, 23 82:1 86:4 95:6, 7,25 103:12 109:11 111:2,3,10 112:22 113:16

**incidents** 73:2 74:6,9 79:4 80:12, 14 86:19 108:25

**include** 46:22

**increases** 109:22 110:1

**indicates** 92:8

**individual** 73:7,18, 20,22 100:4 111:25

**individuals** 73:25

**ineffective** 69:1

**information** 18:13 23:4 26:21 27:16 28:5,7,22 29:24 30:22 34:17,22 37:16 38:24 42:3, 25 48:8,22,23

**informed** 92:21

**infraction** 110:17

**initially** 6:18 56:15 73:16 94:11

**injured** 59:11 67:18,21 73:20 79:2 82:5 87:3 95:19 97:8

**injuries** 87:6

**injury** 69:16 92:10

**inside** 108:5

**instance** 14:19,21 36:7 95:24

**instances** 39:4,7 74:1,15 75:1 81:8 94:24 106:17 110:21 111:6,9 112:9,11,13

**instruction** 46:22

**instructor** 88:6 91:4,12

**interact** 35:13

**interacting** 35:16

**interaction** 102:22

**interchangeably** 90:7

**interference** 90:3

**intern** 6:13

**internal** 97:19 98:2, 21 99:6,7,18

**interstate** 106:22

**interview** 12:8,9,12 26:3 27:17,21 28:14,19 29:13 43:14

**interviewed** 17:5 30:17 32:4 93:18, 20,23

**interviews** 27:21 28:4 48:25

**intimately** 84:14,18 89:20

**into** 10:25 11:1,3,7, 8,12 76:10 77:3 79:6 90:6 96:23 97:1 100:25 104:21 111:13

**introduce** 4:9 21:10

**intrusive** 65:10,14

**investigate** 43:10 81:3 105:18

**investigated** 47:14 59:4 95:10

**investigation** 8:18 15:20 25:22 32:24 38:20 40:19,20 41:9,24,25 42:2 48:8,20 52:12 53:10 55:12 56:6, 21 61:14 72:20,24 75:2 76:9 77:9 92:15 97:17 98:22 99:18 101:2,10 103:15

**investigations** 7:1 8:8,9,10,11,20 9:4, 5,7 14:20 15:5 37:15 40:13 42:10 50:25 51:3 57:1 61:1 76:8 81:12 98:15,19 99:5,6 100:2,4,10 103:8, 18

**investigative** 9:6 10:23

**investigator** 6:22 8:16,17 9:19 25:21 58:13 101:5,18 103:11

**investigator's** 25:20

**investigators** 9:13 15:4,22 100:21

**involved** 9:21 38:18 44:8 70:10 72:19 97:16,20 103:12 110:21 111:1,7

**involvement** 40:12

**is** 4:21,23 8:4 9:25 12:13,16 13:23 14:15,16,18 15:1,5 17:19 18:15 19:6 22:23 23:14 25:4, 11 26:22 27:5,8 28:18 29:21 30:21 32:1 33:13 34:2,17 35:15 36:21 38:9 39:5 40:3 42:2 44:2,18 45:13,21 46:1,2 48:6 49:1 50:14,21 51:16,18 54:23 56:14 57:8, 21,22 58:11,14,16 59:11 62:25 64:7 65:10,11,14 66:15 67:7,12,14,15,16 68:15 69:13,17 70:12 71:1,9 73:13 75:15 76:10,17,22

77:23 78:20 79:12 80:21 83:5 84:20 89:14,22,24 90:2, 11,21 91:2,10,12, 23 92:1,6 93:7,10 94:10,21 95:7 96:15 97:22 98:11 101:19,20 105:3,12 106:2 108:17,24 109:1,2,5,9,10,12, 22,25 110:5,15,16, 17,20,23,25 111:1, 18 112:6 113:15

**isn't** 50:14 67:17 94:6

**issuance** 46:20

**issue** 68:1

**issues** 47:7

**it** 6:5 7:16,17,18 9:15,21 10:21,24, 25 11:1,3,7,8,11 12:4 13:4,5,24 15:13 16:21 17:1,3, 15,16,22,24 18:16, 20,22 19:6,11,19 20:15,17,18 21:22, 24 22:4,10,17 27:8, 11,14,15,23,25 28:8,23 29:4,6 30:13 31:23 32:6, 21 33:2 34:15,19, 21,25 35:4,5,21,22 36:6,22 37:5 38:4, 14,17,23 40:7,18 41:16,23 42:4,5,6, 11 44:3,4,20,21,25 45:1,5,16 46:3,8 47:11 49:9,10 50:1, 4,7,9 51:6,12,13 53:1,3,10,23 54:5, 11,13 55:12,21 56:22,23 57:2,6,9, 17,22 58:11 59:9, 12,15,17 61:18,19 62:6,7,8,9,10,15, 20,25 63:14,15,16, 25 64:5,7,11 65:21 66:5,14 67:11,17 68:16,18,19,21,25 69:3,8,14,16 70:13 71:1 72:6 73:17,23 75:6,15 76:12,13 77:1,10 81:10,11, 23,24,25 82:3,5,13, 16,17 83:3 84:14, 15,16,17,18,21 85:18 86:25 87:5 89:2,19,20,21 91:4, 5,16,20 92:1 97:12, 14 98:3,5,7 99:22, 24 100:1,24 101:3, 8 102:4,6,7,19 103:3,6,23,24,25 104:1,2,4,8,17 106:2 107:16,18 108:9,20 109:7,11 110:14,15,18,20,24 112:21,23 113:17, 24

**it's** 13:9 15:2,3 18:12 22:8 26:23 28:22 32:19 38:10, 21 39:22 45:21 48:7 50:22 51:16, 20 57:2 63:25 64:4 66:25 73:17 75:18, 23 78:21 82:18 89:5 91:18 100:19 102:8,18 104:14 106:3 110:10 111:4

**items** 11:8

**its** 46:22

**J**

**J.J.** 61:25

**jail** 108:14

**Jersey** 5:15 6:12

**job** 8:25 13:20 40:3 105:6,8

**jobs** 14:12

**judge** 85:8

**jump** 96:25

**just** 4:8 13:11,13 15:3 17:2,24 18:2 21:10 22:13 23:5,9 24:19 27:14,22,23 28:8,22 29:22 30:2 32:17,23 35:3 38:22 39:17 41:18, 20 44:18 47:11,22 49:16 52:22 55:6, 12 57:2 59:15,17 63:17 64:4,10 65:7 66:13,21 68:5 72:6 78:15 80:11,16 84:8 87:5 92:24 99:25 101:19 102:1 103:3 104:15,24 105:2 107:13 109:14,19,20 110:15 113:9,15

**justice** 6:1

**justification** 93:10

**justified** 91:23

**Justin** 58:13

**K**

**keep** 18:2,3 19:12 65:20 66:2 83:12

**kept** 61:8

**kick** 67:11

**kicked** 108:3

**kicking** 108:6,10

**killed** 31:24 95:23 112:20

**Kimberly** 36:13

**kind** 13:22 14:12,25 25:10 35:21 38:25 41:14 47:11 55:12 60:12 63:17 80:18 82:20 87:21 107:5

**knew** 41:16

**know** 4:15 7:18 8:12,18 9:20 11:19, 22 12:11,21,24 13:1,14,22,23,24 17:4,15 18:2 21:15 22:10,13 24:24 25:18,25 26:13 27:25 28:19,22 30:4,5 32:2 34:15, 24,25 35:14,15 37:2,21,22 38:3,23 39:20,21 40:1,3,24 41:15,20,21 42:16, 19 43:7,11,21 44:11 46:5,9 49:6, 10,23 52:4,5,10,16, 17,21,23 53:1,2,25 54:8,9,19 56:5,8,22 57:2,4,5,16,21,24, 25 60:15 61:6,11, 20,24,25 62:4,5,7, 13 63:2,14 66:4,5 67:9 68:2 70:8,10, 19,20,21,22 72:16 74:9 75:15,22 76:1, 14 78:11 79:23 80:9,20,21 82:12, 21 83:2,3,5,7,9,16, 20 84:14,15,17,18 86:6 87:5,6,7,8,9, 11 89:22 94:18 96:4,21 97:14 98:10,16 99:22,23,

24 100:9 102:15 103:5,13,24,25 104:18,23 105:13, 19,20 106:2,4,9 108:9,19,20 109:3, 10 110:9,23 112:4 113:10

**knowing** 32:14

**knowledge** 55:13 70:23 78:16 80:10 104:23 105:10

**known** 80:12

**knows** 57:2

**L**

**laboratory** 85:15

**lady** 36:12,17 59:1 80:24 86:24,25 95:1

**lake** 96:23

**last** 18:6 19:14 23:22 29:12,23 42:15 53:21 68:21 96:14,19 107:11

**later** 62:7

**lateral** 14:25

**Latwanya** 48:10

**law** 7:7,9 13:13,14 14:1 27:2,3 60:2 65:19,22 91:16,20, 23 112:3,10,12,16, 17

**Lawrence** 61:19

**lawyer** 10:20

**leadership** 67:21

**learned** 66:4

**least** 7:16 94:23

**leave** 47:11 57:8

**leaving** 18:23 19:1 107:20

**left** 32:21 69:4 76:7

**leg** 60:7

**legal** 75:14 108:20

**length** 62:16

**less** 6:15 42:21 65:10,14,15 93:8

**let** 18:2 21:15 22:13 41:15 48:11 53:16 56:21,22 57:1,4 72:9 78:9 101:19

**let's** 11:16 19:3,9 21:1 22:4 26:2 28:11 50:1 51:22, 24 58:7,9 59:7,9 68:5,14 69:5 71:3,8 73:9 84:9 86:3,13 87:17,18 91:6,7,15 92:14 93:14,15 101:20

**lethal** 65:10

**letter** 33:18

**letterhead** 33:18

**letting** 57:16

**level** 13:17 14:3 15:15 41:23 81:24

**license** 27:1

**lieutenant** 8:21,24 9:1 12:20,21,23,25 13:2,15,16 15:20 49:20 54:6 55:16, 18 58:12 83:17

**lieutenants** 13:9,10 15:16,18

**life** 37:19

**like** 4:21 7:25 10:21 11:13 13:23 14:7 15:3 16:24 17:2,22 22:10 23:6 24:14 25:7,20 26:25 27:23 28:17 33:24 35:5 37:13,18 39:22 43:3 44:6,7, 21 45:12 50:7 54:9 59:10 61:10 63:21 66:5 76:10 79:13 81:19 85:3 87:21 93:9 96:23 97:21 100:21 101:12 105:3,12 107:8,16 108:5 109:11 113:14

**likelihood** 109:23 110:1

**line** 15:7 27:19 45:12 103:1

**listed** 50:6,19

**listened** 48:24 52:11

**little** 6:25 7:21 11:16 12:10 19:4 24:15 37:2 42:20, 22 52:22 66:3 69:5 75:22 76:10 98:12 104:14 107:5

**live** 28:21 62:7

**lived** 20:4,10 24:11 100:24

**locked** 107:12

**long** 6:20 7:10,18 8:14 9:17 14:12 22:10 35:24 36:2 42:9,14,16,23 43:2 45:1 53:21 76:4

97:12,14 99:24 102:7

**longer** 7:18 42:20 44:5 58:15 73:15, 17 76:2 102:7 111:16

**look** 15:1 17:21 22:10 38:4 39:3 40:15 45:5,14 65:20

**looked** 17:12,19 21:8 45:1 104:21 107:12

**looking** 65:18 71:4 76:22 95:25

**looks** 17:22 66:5 97:21

**loose** 50:8

**lose** 10:10,11

**loss** 70:13

**lost** 10:12 63:12 65:25

**lot** 32:14,15,18 39:14 42:21 104:14 106:9,10

**Louisburg** 18:25

**lower** 13:17

**lowering** 95:4

**lowest** 14:3

**lunch** 67:1 76:3 107:20

**M**

**ma'am** 4:14 11:15 18:21 19:8,24 22:22,25 31:11 46:18 48:4 65:17

74:16 75:9 80:9 82:7 83:1 84:7 85:18,21 86:18 87:2,15,23 88:1,8 89:13,16,19,21 90:13,22 91:2,12 93:1,4,20 94:7,18 95:11,18 97:7 100:5 101:25 102:5,25 104:6,13 105:9,19 106:13,18 109:10 111:23 112:11,21 113:6,7, 21,23

**mace** 47:6 59:24 63:21 68:25 69:18, 19,23 108:8

**made** 11:3,7 17:8 29:2,6,13 62:14 63:18 77:16 82:5 101:1 103:19 111:6

**major** 5:25

**majority** 61:4

**make** 11:8 12:14 16:10,13 17:19 35:19,21 41:16 43:19,22,23 51:15 53:9,11 54:11 56:7 60:21 101:19 108:23 111:22

**makes** 69:16

**making** 32:23

**mandate** 75:12

**maneuver** 53:18,19 69:3,7,9,13

**manner** 62:10

**Manual** 45:9

**many** 12:10 27:21 28:1 31:15 32:6,9, 22 60:25 61:2,7 62:22,25 63:2 72:22,23 82:9 94:16,19 104:25 105:14 106:14

**March** 5:9

**mark** 20:22 21:1,11 46:4,6,8 86:13 89:2,3

**marked** 20:24 21:4 46:1,11 48:13,14 66:19 68:14 84:3 86:14 89:7,12 90:24 92:14

**marking** 66:17

**Martin** 23:11

**master's** 6:4

**matter** 33:1

**may** 12:3 13:18,21, 25 14:9,13,20,24, 25 15:7,8,9,12 24:12,18 25:4 26:19 41:16,18,19 42:5 49:14 79:16 98:7

**maybe** 12:10,20 27:24 30:15 76:23 101:9

**Mcgurl** 4:10

**me** 4:21 5:10,19 6:8 13:7,11 17:4 18:23 21:15 29:9 31:12 32:3,17 34:16,17 35:21 37:10,18 40:12,18 41:1,3 43:4 44:19 48:19 52:2,9 53:20 54:9, 12,21,22 55:11,12 56:4 58:18 60:4,9 61:25 62:25 63:16 71:7,21 72:6,9,22 73:2,4 74:1,8,24 77:1,7 78:9 79:4 81:4,10,11 82:3,17 84:23 86:19 88:16, 22 89:25 91:18 96:18 101:6,7,19 102:21 103:1,10, 19,22 104:17 105:2 106:4,5,6,8,20 107:24 108:11 109:13 111:9

**mean** 8:23 9:12 13:16 32:21 37:11 38:14,15 43:8 47:4, 5 50:23 54:21 74:4, 6 81:25 82:15 86:25 88:15,16,17 99:4,6 101:7 103:24 104:1 106:1 110:18

**means** 38:17 92:7,8

**measure** 65:15

**medications** 5:2

**meet** 62:14

**meeting** 43:11 54:13

**member** 109:3,4

**memory** 42:17,23 43:2 44:25 61:6 63:13 65:20 80:21, 22 93:15,16 94:2,6, 12 104:18 106:19

**mental** 7:25

**mentioned** 7:19 40:10,11 49:17 97:18 113:25

**mercy** 26:20

**Merrimack** 23:11

**met** 63:1 79:6

**methods** 67:18

**Michael** 4:10 18:17 20:21 21:25 45:2 47:16 66:22 71:4 78:3 84:1 86:9 87:17 90:16 91:8

**might** 7:17 12:25 13:1,2 16:16 20:8,9 24:12,14,24 25:1,7 28:7,14,19 38:5 52:16,21 54:5 76:13 89:9 102:15 103:23,24

**mind** 9:8 24:17 36:21 46:19 67:22 68:20 70:11 77:9 81:1 94:22 96:14 111:19,21

**minimum** 7:17 27:22 28:2,9,11,20 101:9

**minute** 47:19 86:12 107:11

**minutes** 21:8 107:7

**misdemeanor** 79:14

**misplace** 10:10,11

**misplaced** 10:12

**mobile** 107:8,9

**moment** 45:5 84:8

**money** 10:18

**months** 7:17

**more** 14:10 16:24 19:4 23:24 24:20 28:15 35:16 37:2 39:14 57:13 68:5 84:10 93:7 101:5,7, 18 103:11

AdvancedONE
LEGAL

**morning** 4:7 77:19, 20

**mornings** 39:2

**most** 64:16 98:4 100:3,5,19 103:9

**move** 22:11 40:7

**moving** 28:25 69:2

**Mr** 4:7,18,19,23,24 16:25 17:1 18:6,15 19:6,22 20:7,24 21:2,6,7,16,21,22 22:6,12 24:3,20 26:9,13,24 27:18, 20 28:1,25 29:16, 20 30:10,18 31:1,7 32:4 35:6,8 36:10, 11,14 37:4,18,20, 23 45:14 46:1,3,8, 12 47:14,24 48:2 49:15,19 50:6,18, 21 51:1,3,6,9,19,24 54:1,20,22,24 55:5, 9,18 56:11,14 59:22 60:16,20,23 61:18,20 63:1 66:14,15,25 67:2,4 76:7,16,18,20 77:4, 8 86:5 87:18,21 89:1,3,4,5,11 90:10 92:18,21 101:14,24 102:20 109:15 113:14

**Ms** 4:6 18:17,19 19:3,5,12,13 20:21 21:1,5,12,18,20,25 22:2,4,7 36:25 37:24 45:2,4 46:2, 5,10,15 47:16,18, 21 48:1,11,15,23 49:1,3,21 55:15 56:15 60:20,23 66:17,20,22 67:3,6 71:3,10 76:6,19,21 78:3,5 84:4,9,12 86:3,8,16 87:17,20 89:1,4,8 90:9,16, 20,23,25 91:8,9 92:16,21 94:11 101:15,17,23 113:8,13

**much** 76:2 102:7, 22,24 112:2,5

**multiple** 74:6

**multiple-officer** 67:15

**murder** 39:8 96:1,3, 7,8 112:22,23

**murdered** 112:14 113:1

**must** 85:7,14 109:3,9

**my** 4:9 6:4,21 7:13 9:5,6 21:8 33:13 35:3,11,23 36:9,21 38:2 41:19 44:18 48:7,8 52:9 54:18 55:2,5,6,18 56:6 57:3 63:13 65:19 66:2 73:16,23 74:20 77:9,10 80:21,22 81:1 84:20 88:13 94:12 98:16,17,25 100:10 103:1,4 104:18,23, 24 106:6,18 107:3, 10,17 109:12 110:5 113:15

**myself** 4:9 12:20

**N**

**name** 5:5,19 36:7 39:15 45:7

**named** 36:12

**names** 13:3

**naming** 66:5

**nature** 16:11 104:12

**NCGS** 4:2

**NCIC** 26:16

**necessarily** 27:11 40:23 64:20 76:24 82:14,15 92:2

**necessary** 27:10 40:18

**need** 17:25 21:14 22:6 26:21 28:7 46:13 89:9 109:14

**needed** 44:5 58:15 109:20 111:16

**neighboring** 96:2

**never** 10:11,24,25 11:3,6,7,8 69:22 81:25 83:25 93:20, 23 105:22,24

**new** 5:15 6:12 13:24 23:12,13

**Newark** 6:12

**next** 8:7 14:15 19:3 24:22 26:9 41:22 49:12 53:13 68:20, 21

**night** 38:6 53:13

**no** 4:17,20 7:16 10:1,11 20:19 26:6 27:11 28:22,23 30:8 31:3 32:8,13, 22 33:21 35:3,11 40:23 42:11 43:13 44:5,18 45:13 50:9 54:3,17 56:4 58:14 59:19 62:20 64:6 69:15 71:21 72:2 73:15,17,21,23 76:3 77:5,6,10 81:10,14,16 82:11, 12 83:1,25 85:21 86:9 87:23,24 88:1, 3,5,8,25 93:1,20 94:3,7 95:21,23 96:5 102:5,20,25 103:23 104:13 105:16,19 108:24 109:1,2,10,17 111:16 112:10,12, 21,24

**nodded** 23:23 45:23

**nominal** 103:3

**None** 94:4,5

**nonsupervisory** 15:3

**nonsuspect** 80:18

**nonsuspects** 80:16

**nonviolent** 93:10

**north** 5:11,12,18,24 6:7 20:8,11 23:11, 16,17,18,19,20,21 106:22

**not** 4:7 7:10 8:22, 23 12:15 13:13,19 14:14 15:2,12 16:1, 16 21:22,23 24:24 25:1 26:19 27:11, 22 28:1,7 29:14,17, 18,23 30:8,23,24 31:3,5,6,17 32:11, 14 33:6,20,21 35:6, 11,20 36:7 38:5 39:22 40:3,23 42:25 51:16,18,20 53:10 54:18,19

58:5 60:3,16 61:8 62:4 64:20,21 69:14,23 70:13 71:4,12,25 72:2 77:6,11 81:7,10,15 82:14,15 84:14,17 85:18,21 86:9 87:8 88:1,3,5 89:20 90:3 93:10 96:7 100:14, 16 107:10 111:20 112:6

**note** 101:19

**noted** 10:17,18 51:16,18

**notes** 52:13,15,18, 20

**nothing** 13:14 76:20 78:11 106:5

**now** 9:8 24:17,20 44:25 47:13 67:23 68:10,13 70:11 73:17 75:16 76:3, 18 84:21 89:24 90:11 94:22 101:12 102:15 110:12 111:20,21

**number** 15:19 20:22,25 21:2 32:12,17,21 38:11, 24 43:5 46:2,12 66:16,18 68:15 71:1,2,9 74:16 86:13 104:10,25 105:11,20 109:8 112:5

**numbers** 38:22

**O**

**obeying** 107:10

**object** 101:15

**Objection** 37:23

**obligations** 9:9

**obtained** 48:22,23 85:6,12

**obtaining** 24:3 85:14

**OC** 46:21,24

**occasion** 100:18

**occasions** 74:2 98:5 108:13

**occurred** 49:12 52:8,25 73:3 75:7 86:21 106:24

**of** 4:17 5:2,14,19 6:12 7:5,10,13,17 8:2,10,12,19,20,22, 23 9:9,13,16 10:16 11:6 12:1,23 13:3, 12,22 14:2,3,6,8, 12,13 15:1,15,16, 19 16:9,10,15,17 17:7 20:3,5,8,11,14 22:4,17 23:3,5 25:6,10,13,23 26:15,20,21,25 27:7,10,12,13,14, 21,22 28:2,6,9,10, 11,20 30:20,21 32:5,14,20,22 33:1, 4,23 34:8 35:1,2, 16,21 37:3,4,9,17, 19 38:7,25 39:11, 18,21,24,25 40:3,6, 11,17 41:14,23 42:1,8,16,17,23 43:2,5 44:9,10 45:8,16,18,25 46:13,20,23,24,25 47:3,11,14 48:7,9 49:7 50:2,4,15,23 51:20 52:10 54:11, 16 55:9,12,13 56:6, 8,25 57:3 58:11 59:7 60:4,12 61:4,7 62:7,15,16 63:13, 17,23 65:4,5,15,25 66:14 67:18 68:17 69:4,21,23 70:8,10, 11,13,14,23 71:11, 16 72:19,23 73:5, 23 74:8,10,11,19, 25 75:2,11 76:4,9, 11,13,14 77:4,7,20, 23,24 78:12,15 79:5 80:1,10,12,13, 18 81:1,9,12,24 82:18,20,25 83:7,9, 13,18,19,22 84:6, 21,25 85:7,8,25 86:19,22 87:5,6,21 88:13,19,21,24 89:14,23 91:14,15, 25 92:4,6,7,9,11,12 93:4,5,13 94:1 95:9 96:3,12,16 97:2,4, 15,21 98:4,5,16,22 99:8,9 100:2,10,11, 21,23 101:9 102:11 103:1,9 104:10,12 105:4,10,11,12,13, 20 107:1,5,10,24 108:3,4,6,10,21 109:3,4,8,11,25 110:2,11,19 111:6, 12,15,18 112:14 113:1

**off** 11:6 53:6 67:11 74:8 76:7 79:16 101:20,21 102:1 107:13,23 113:10

**off-the-record** 90:8

**offer** 13:20

**office** 6:17 8:5 9:14 11:2,18 13:12 25:11 26:15 32:21 41:19 45:9 47:7 52:9 53:7 54:18,20, 21,22 55:2,6,18 58:14 66:8,11 71:25 72:10 75:8, 10 78:6 85:10,12 87:14 88:17,19,23, 25 103:2,3,4 105:15,22,25 106:1

**office's** 34:3

**officer** 6:9 13:25 17:14 27:2 28:11, 15 41:14 42:5,7 43:16,17 44:7 58:13 64:19 67:25 68:8,12 75:13,17 81:1,22 83:5,18 86:22 87:9,13 91:16,21,23 98:8 100:22 101:10 103:12 104:6 107:21 108:2,8 109:9 111:11,12 112:2,5,6,7,9,12, 15,18,23 113:1,2

**officer's** 104:20

**officer-involved** 97:22 100:12

**officers** 10:17 32:10 38:10 41:4 42:19,21 60:2 75:11,19 94:16 96:16 98:6,9 100:11 103:20 108:4,6,7,11,12

**offices** 9:13

**officially** 14:14

**often** 80:22

**oh** 36:12,16 44:15 45:15,16 76:20



86:11 94:18,21 102:10 105:16 106:3,6,18

**okay** 4:8,15,25 5:5, 10,12,25 6:6,8,18 7:2,5,14,19 8:4,9, 14 9:9,17,22 10:4,7 11:13,16,21,24 16:24 17:18 18:2,3, 4,5,7,10,15,17 19:9 20:20 21:13 22:15, 16,17,18,19 23:16 26:2,8 27:8,20 28:25 29:9,15 30:2, 13 31:4,12 33:17, 22 34:5,7 35:6,19, 24 36:6,16 37:1 38:9 39:16,18 40:8, 10 41:4,11,22 42:13 43:19 44:20 45:6,7,10,18 46:3, 14 47:3,10,15,24 48:5,11,19 49:4,11 50:13,18,25 51:22 52:7 54:23 55:24 56:17 57:10,12,23 58:16,18 59:3,13, 21 60:4,15 61:13 63:3,6,10,16 64:9, 13,21 65:9,22 66:7, 12,14,25 67:3,5,7 68:5,19 69:5,12,16 70:5,17,24 72:5,9, 14,18 73:9 74:21, 25 77:3,6,12,19 78:2,9,13,14,17 79:9 80:4 81:5 83:12,22 84:1,11, 13,20,24 85:2 86:15 87:16 88:9 90:14,19 91:6,15 92:14,17 93:12,14, 25 94:13,21 95:14, 24 96:9 97:24 99:12,20 100:14 102:11,13,14,18,19 103:7 104:10 105:2,5 106:21 108:15,22 109:18, 21 113:24

**old** 80:25

**Oleoresin** 46:20

**Oliver** 48:10,23 49:1,3,21 55:15 56:15 60:20,23 68:24 69:1 92:21 94:11

**Oliver's** 92:16

**on** 6:4 7:13 9:14 10:1,17 12:7 14:5, 18,19 15:7,19,22 18:13 19:14 22:23 24:15,21 25:5 27:14,25 28:25 29:6,23 32:21,25 33:18 34:16,18 35:12,13,17 36:4 37:2 38:5,19,21 39:1 40:15,17,24 41:15,18 42:11,18 44:16,18 45:25 46:12 47:23 48:8 49:7 50:5,15 51:6, 10,12,14,16 52:5, 12 53:3,14,15,17 55:5 56:8 58:21 60:3,13,17 61:5 63:23 64:11 65:5 67:11 68:2 71:5,16 73:7,25 74:17,20, 23 75:11,19 77:10, 13,14 78:10 79:15, 22,25 84:22 85:24 87:13 90:10,11 91:3,18 93:9 96:7 98:5,6,17 100:19 101:2 103:25 104:16,17,21,25 106:5,22 107:2,3, 21 108:21,25 110:5,19 112:5,21

**on-the-job** 99:1

**once** 7:12 8:19 11:11 12:13 14:4 17:7,9 25:16 29:21 35:11,14 54:25 55:21 67:1 83:17

**one** 10:16 11:11 12:10,23 16:9 17:4, 6,12,13,16 27:22, 23 28:2,9,11,14,20 32:9 33:4 37:3 56:15 67:14,15,16 68:1 73:5 74:19 78:21 86:22 94:10 95:5,14 96:14,16, 19 97:2 99:17,19 101:4,5,8,18 103:9, 11 106:8 107:1,14 108:1 111:18,19,20

**ones** 14:5 104:24

**ongoing** 26:22

**online** 12:3

**only** 47:6 63:6,8 80:18 92:1 94:9 98:16 99:17 108:17 111:18,19,20

**opened** 10:20

**opening** 25:20

**operate** 43:9

**operating** 57:3

**operation** 38:21

**opinion** 12:15 59:21

**opportunity** 48:2

**options** 68:22,23

**or** 4:12,17 6:9 7:15 8:22 9:13,20 10:10, 11,12 12:3,15,20, 25 13:10,16,23,24 15:2,12 16:14 17:3 20:4,10 21:9,22,23 23:3 26:4,19 27:23 29:5,11,14,23 30:23,24 32:5,10 34:14 35:2,13 40:13 42:5 43:1 44:13 46:25 47:4 51:6,13,23 52:23 53:8,12,13 54:5,13, 18,19 55:6,25 59:8, 25 60:1 61:5 64:17 65:2 68:7 69:10,19 77:13,23 79:14 80:7,25 82:16 85:13 92:1,2,5,7,8, 9,11 93:8 95:19 97:20 98:3 99:24 101:1 103:15 104:11,12 105:25 106:1,8,15 107:7 108:10,11 110:1 111:9

**oranges** 110:10

**order** 49:22 51:14 66:6 83:6 85:7,9

**other** 24:4 25:6 33:7 46:24 61:14 63:21 68:1,22,23 70:12 87:10,12 92:8 93:16 95:24 98:6,19 100:11 103:2,20 106:15,16 107:13 108:12

**others** 24:18 92:10

**our** 12:14,15 23:3 29:21 62:14 69:10



96:2

**out** 6:12 8:19,20 10:23 14:4 17:2 23:3,7 24:2 27:15 36:20,21 38:5,25 39:24,25 40:6 42:5 47:11 53:6 57:21 61:24 62:7 63:13 74:10,11 79:13,17 86:22,24 90:6 95:2 96:12 97:2 102:11 107:2,6,13 108:3,4,10 111:12

**outcome** 57:19 95:9,12

**outcomes** 108:18

**outside** 20:8,11 55:9 78:12 104:23

**over** 9:2,3,11 10:8 11:3 12:19,25 13:6 14:8 15:11 16:9 22:10 24:10 34:19,20 38:3,7,8 40:7 45:5 56:23 63:12 66:4 70:15 74:13 83:15,20 89:9 96:16 98:20 107:5

**Owl** 5:11

**own** 7:13 35:3 97:19 113:15

**P**

**p.m.** 76:5 101:22 113:12

**page** 18:6 19:14 22:4 45:25 50:1,4,9 66:14,21,22 67:11 85:1

**pages** 84:25

**panel** 12:12,16,17 17:5 26:3,4,7 27:8,9,17,20 28:3,14 29:12,21,25 30:7,8,10,13,17,20,21 31:1,4 36:19 43:10,13 100:21

**panels** 32:25 37:3

**panic** 70:15

**papers** 8:2,3 14:6 37:15

**paperwork** 35:15

**part** 20:14 33:23 40:3 56:6 57:3 73:23 100:3,5,10,19 109:3

**partially** 106:25

**participating** 4:11

**particular** 13:15 24:16 25:17 28:15,24 32:9 33:13 36:15 37:5 38:11,12 42:4,8 44:6 83:16,21 96:7 103:19

**Pasquotank** 23:19

**passing** 103:3

**patients** 7:25

**patrol** 6:23 7:21 8:6 14:19 15:17,23 17:10 100:22

**patrolman** 106:23

**pay** 15:1 44:4

**payroll** 87:14

**pen** 46:13

**people** 12:22 13:7 16:9 24:14 25:9,13,19 28:16,20 42:20,21 60:3 61:9,10 73:4 74:3,5,17,20 79:20,23 82:4 83:15 86:19 93:8 101:9 105:14,21 106:2,3 108:14

**people's** 24:10

**pepper** 63:21 64:24 65:11,16 69:19,21 70:7,9 73:25 74:3

**pepper-sprayed** 73:4

**per** 109:11

**perfectly** 21:9

**perform** 28:3 60:16

**performed** 13:7 24:21 53:17,20

**period** 5:14 14:4 25:5

**permits** 37:14

**Perquimans** 23:20

**person** 9:15 13:18,20,21,25 34:18 36:15 42:6 54:1,4 60:11 68:2 91:24 92:3,6,11 93:5 95:4,16 97:8 103:10 105:3 106:6 107:7,21,24 108:11 112:14

**person's** 40:16 41:12

**personal** 35:3 70:23 88:23

**personally** 83:24,25

**personnel** 89:6

**persons** 61:14 63:6,8

**pertaining** 48:9

**phase** 7:10,12 25:10

**phone** 54:13 55:6

**phrased** 72:6

**physical** 91:24 92:4,10

**pick** 82:16

**Pitt** 23:20

**place** 28:13 43:1 65:4 80:25 81:2

**placed** 112:19

**places** 20:10

**placing** 65:2

**Plaintiff** 4:18

**played** 77:10

**plays** 113:4

**please** 21:15 37:25 47:20 58:8,9 85:1 90:14,16

**pleasure** 110:2,11

**point** 11:2 13:1 24:24 25:2,3,24 26:1 27:5 35:25 36:3 49:24 52:10 54:17 55:1,2,3 85:4

**pointed** 57:21

**pointing** 95:5

**poked** 103:5

**police** 6:9 28:17 36:18

**policies** 72:15,16 76:14

**policy** 35:1,2 44:24 45:3,8,9,11,19,22, 25 47:2,11 58:22, 25 59:14,20 66:13 67:7,8,9 69:3,7,10, 13,17 70:25 71:8 84:5,8,13 89:18 91:10 92:24 97:24

**poor** 25:1

**portfolio** 36:22

**portion** 90:2,3,4,5 91:13

**position** 6:18 8:15 9:6,18,23 10:9 15:25 16:6

**positions** 31:15

**possible** 78:11

**posted** 82:7

**potential** 18:13

**practice** 54:10 81:25 97:25 98:1 109:6,7

**pre-employment** 12:6

**prepared** 5:1 85:8

**presence** 55:5,9 63:19 64:23

**present** 54:21

**presents** 92:9

**president** 31:24

**presiding** 85:8

**pretend** 13:13

**pretty** 20:15 74:21

**prevent** 92:5,11 93:4

**previous** 31:15

**previously** 27:2

**primarily** 9:25 13:9, 10 14:5

**prior** 46:20 68:24 85:13

**prison** 93:9

**probably** 6:15 14:2 37:3 39:14 77:19 81:20

**problem** 88:9,13, 21,25

**procedure** 57:3

**procedures** 72:15, 17

**proceedings** 21:19 47:25 76:5 101:22 113:12

**process** 11:17,20 12:1,13 17:1 24:22 27:7 29:10 33:4,5, 12,23 34:6,7,8 41:11 44:10 48:19 79:5 97:21

**processed** 49:13

**produce** 51:15

**progressively** 44:14

**promoted** 7:1 8:6, 8,11,21 13:1 14:14, 21

**promotion** 6:21 14:23 15:2

**proof** 47:8

**prospects** 24:8

**provide** 26:24

**provided** 77:16 103:15

**public** 10:23

**pull** 17:18 20:5,21 21:25 58:8 66:12 70:24 71:8 86:3 87:17,18 89:1,10

**pulled** 45:3 84:1

**pulling** 107:8

**purpose** 30:20,21 80:2 91:25

**purposes** 4:17 23:5 80:3

**Pursuant** 4:2

**push** 74:8

**put** 22:17 27:15 31:18 32:21 46:12 53:15 60:13 64:11 74:16,18,20,23 81:25 107:2,3 108:2 112:4

**putting** 33:10

**Q**

**qualification** 91:14

**qualified** 25:23 88:18

**qualify** 25:8

**quantitative** 112:4

**quarter** 67:16

**question** 19:10 30:16 37:25 38:1 39:20,22 50:13,14 51:4 65:12 68:6 72:3,9 77:12 80:11 84:20 102:16 108:17 109:24 110:3,9

**questions** 4:17 18:8 23:25 24:5,9 50:3 78:4 84:22 102:4 113:15

**quick** 66:23 67:13

**quite** 8:22,23

**quote** 51:20 63:13, 16 76:15

**R**

**raids** 79:22,24

**ran** 26:4,6,8 27:16 53:4

**range** 90:6,7 104:3 110:18,19

**rank** 13:3

**ranks** 13:18

**rape** 39:10

**rare** 100:18

**rate** 97:4 107:9

**reach** 23:3

**reached** 23:7 58:19

**reaching** 24:2

**reaction** 70:6,9

**read** 18:23,25 19:14 22:6 23:9 45:7,12 58:7,9 85:3 90:14 91:6,7,15,20 92:24 93:2

**reading** 46:19 68:20

**reads** 57:22

**ready** 25:15 67:4,5

**realized** 53:7

**really** 27:24 36:22 102:14

**reason** 18:22 19:1 28:23 31:16 36:20 96:21 111:12

**reasonably** 92:1,3, 6

**reasons** 28:8,21

**recall** 24:19 26:10, 11,12 27:20 28:1 34:9 35:8,9,18 48:16 49:4,18,19 53:22 55:7,10,11 56:20 57:14,15,16, 17 62:16,19,20 67:24 68:7,10,13 71:14,17,18 77:22 79:22 80:13 81:5 94:22 97:13 99:20 100:20 104:10 106:17

**receive** 46:21

**received** 10:25 11:1 27:10

**recently** 16:5

**recess** 21:19 47:25 76:5 101:22 113:12

**recognize** 22:20 63:14,15 91:1

**recommend** 29:10 30:8,10,14,23 31:1 59:8,12,13

**recommendation** 29:2,3,6,13,15,22 31:13,18 35:20,23 36:8,9 43:20,22,23 44:1,13,15,18 51:15 55:23 57:6,8, 21,22 58:8,10,11, 19 77:11 110:4,5

111:22

**recommendations** 12:14 16:14,16,17, 22 29:21

**recommended** 29:1,4,7,16,20 30:7,18 31:5,6,17 32:10,11,14,15 35:7 36:18,19 58:3 67:25 68:8,11

**record** 5:6 20:2,13 23:5 24:3,4 38:12, 13 48:11 76:4 78:10 87:19 89:6, 14 101:20,21 102:2 113:11

**recordings** 48:25

**records** 9:2 20:5 37:13,14 83:12,18, 19

**recruited** 6:11

**refer** 4:18,22 14:9

**referred** 86:18

**referring** 33:24 50:7 56:1 67:12 86:7 96:19

**refill** 47:22

**reflect** 48:11

**refused** 74:10

**registration** 53:4

**release** 79:19

**released** 79:7

**Relevance** 37:23

**relevant** 43:17

**relied** 77:13,14

**rely** 98:6

**remain** 87:13

**remember** 10:16,22 11:5 12:18,24 17:22 24:9 32:7,8 52:17,23,24 54:8, 12,14,15 55:13,14, 15,16,17,19,21,24 56:4,5,13,14,16 58:1 80:23 94:10 99:17,19,25 104:5 112:1

**remotely** 4:3

**repeat** 4:8 86:1 88:20

**report** 16:3 38:9,16, 18,24 39:5,9,10,11, 12,13,19 40:1,9,10 41:4,8,9,10 43:6 44:8,9 47:17 48:21, 22 50:2,4,23,24 51:7,15 52:3 54:9 55:14,20,22 57:11 64:5,8,12,16,18 68:15,17 70:2 73:23 75:4 77:25 110:20,24 111:2,4, 5 113:17

**reported** 47:1

**reporter** 4:16 90:4, 8

**reporting** 73:24

**reports** 38:3,7,8,10, 19,20,21 39:2 40:14,21 49:22 51:7 77:13,21

**reprimanded** 87:9, 12

**request** 20:3,9 26:15 34:20 100:6, 8,13,17

**requester** 34:21

**requesting** 33:22

**requests** 23:4

**require** 60:18

**required** 38:18 39:5 41:4 47:1

**requirement** 89:23 110:20,24

**resided** 5:12

**resist** 74:4

**resisted** 74:3

**resolved** 42:10

**respond** 24:15 109:5

**response** 19:17

**responses** 102:4

**responsibility** 14:2, 3 78:22

**responsible** 11:11 25:11 37:13 83:14

**restroom** 76:1

**result** 75:1 82:9 92:12 93:5 107:24 108:10

**retired** 9:21 11:20 16:5,6 65:24

**returned** 96:12

**review** 17:11,24 26:4,7 45:24 46:16 47:19 48:3 84:21 86:12 89:11 90:15, 17 108:24,25 109:1 113:9

**reviewed** 19:21 84:16



**reviewing** 24:4 47:21

**rewind** 26:2

**ride** 7:11

**right** 8:24 9:8 16:17,22 18:18 21:12 24:17 30:19,25 34:2,18 36:16,23 38:15 40:2 50:11,12 58:16 59:7 66:23 67:22 68:10,13 70:11 71:5,6 75:17 88:2 94:20,22 101:12,13 102:18 106:10 111:20,21

**right-hand** 45:14,15

**rights** 21:10

**rise** 81:23,24 82:3

**road** 6:23 39:23,24,25 40:4,7 106:24

**Robinson** 4:6,9 18:17,19 19:3,5,12,13 20:21 21:1,5,12,18,20,25 22:2,4,7 36:25 37:24 45:2,4 46:2,5,10,15 47:16,18,21 48:1,11,15 66:17,20,22 67:3,6 71:3,10 76:6,19,21 78:3,5 84:4,9,12 86:3,8,16 87:17,20 89:1,4,8 90:9,16,20,23,25 91:8,9 101:15,17,23 113:8,13

**role** 37:2,4 94:15 113:4

**roles** 8:18 13:15 14:12,13

**room** 9:16 11:4 107:20

**rose** 41:23

**roundabout** 32:17

**rule** 58:22

**run** 20:1 34:10 64:14,16 79:16 96:16,25

**running** 96:25 97:1

**runs** 14:17

## S

**safe** 27:8,12 45:21

**said** 4:8 9:11 19:22 21:23 31:22,24 33:10 36:6 37:6 41:11 50:8 51:21,23 53:16,17 55:10,24,25 56:4,5,9,10,17 57:14,24 59:19 60:20,23 61:2,25 62:2,3 64:23 68:19 69:18 71:23 72:4,7,18 79:9 84:17 88:20 93:18,20,21,23 94:21 96:5 99:2 101:18 107:22,23 112:22 113:18

**same** 14:19 15:1,7 22:13 23:14,15 49:9 62:6 93:17

**sat** 10:20 17:4 27:15 32:25 37:2 52:9

**saw** 17:15 53:2 57:20 87:16 97:2

**say** 7:14 10:1 14:24 16:12 19:6 20:12,15,17,18 27:8,12 28:11,12 29:23,25 30:1 31:22 33:17 34:17 37:21 41:20 44:7 45:21 46:7 51:17,20 52:25 55:8 56:1 57:5,23 59:19 62:11 64:15 69:12 70:17 78:12 79:18 80:6 82:17 94:9,18 101:16 104:14 106:3,6,15 109:19 110:23 112:3

**saying** 10:8 29:7 30:25 49:2 52:21 62:5 71:17,18,24 72:2 73:10 77:2 78:10 109:3 111:20

**says** 18:20,22 50:9 68:21 91:16,20

**SBI** 97:16,20,22 100:13

**scare** 105:3

**scared** 105:4

**scenario** 24:16 113:5,6

**scenarios** 24:15

**scene** 10:23

**scenes** 9:14

**school** 5:16,17 6:15 7:7,9 20:4,11 24:11 80:25

**scope** 78:12

**screen** 22:11 90:10

**scroll** 17:24,25 18:18 22:13,15 71:3 90:16,17 91:8

**sealed** 10:17,19,20

**search** 80:24,25

**second** 46:19 67:14 71:7 89:9

**section** 45:25

**security** 25:12 27:1

**see** 17:14 18:20,22 22:3,17 26:14 33:2,13 35:12 38:23 39:23 45:15 50:6,18 59:20 63:15 64:7,10 66:23 90:18 93:15 113:10

**seeing** 103:2

**seek** 6:2 103:14

**seeking** 34:8

**seem** 69:16

**seemed** 53:14

**seems** 50:7

**seen** 55:14 64:7

**self-defense** 112:25 113:4

**self-protection** 47:1

**send** 25:12 29:4 34:17,22

**senior** 5:20 14:10

**sent** 21:5 29:7

**sentence** 19:14 47:4 68:21 71:7 91:17,22 93:8

**sentences** 47:5

**separation** 59:9,10,13 67:25 68:8,11

**September** 91:3

**sergeant** 7:11 14:9, 15,16,25 15:6,9,12, 13,14,21 49:20 54:5 55:17,19 58:12 93:22

**sergeants** 15:18

**serious** 92:9 110:13,17

**serve** 8:1,17 53:8 93:9

**served** 15:25

**service** 25:8 58:14 111:16

**services** 44:5

**serving** 14:6 92:18

**set** 12:8 43:5

**seven** 102:16

**several** 74:2 95:2

**severity** 109:25

**sex** 8:13 10:6

**sexual** 110:12

**shake** 33:8

**shall** 46:21 47:1

**share** 108:18

**Sharika** 4:9

**Shaw** 18:20

**she** 36:23 49:4,5, 10,11,14 53:5,6,14, 16 87:3,4,7 93:2,7, 13 95:23

**Shearin** 12:23 13:3 83:17

**Shelton** 13:4 75:18

**sheriff** 4:19,20 6:19,20,23 7:3,20 11:22 12:14 16:4 17:8,15 26:1 29:4, 11,14,17,18,22 30:11,19 31:3,6,9, 20,22 32:6 33:6,7 35:20,24 36:2,4,5 43:24,25 49:25 55:22 56:18 57:14 63:1 98:7 110:2,11

**sheriff's** 6:9,17 8:5 9:14 11:2,18 12:1 13:12 25:11 33:18 34:3 35:9 38:17 45:9 47:7 58:14 66:8,11 71:25 72:10 75:8,10 78:6 82:25 85:10,12 87:14 88:17,19,23, 25 105:11,15,21,25 106:1 112:18,23 113:1

**sheriffs** 110:7

**shift** 14:8,17,18 15:20,22 24:24,25 25:15,18,19 53:11, 12 76:10 81:21

**shin** 67:11

**shoot** 42:19,21

**shooting** 97:22 100:12

**shootings** 59:4

**short** 10:21

**shorter** 42:22

**shortly** 28:13 99:23

**shot** 95:5,16,17,22 112:18,19,23,24

**shotgun** 95:2,3,4,5

**should** 21:11 29:6 48:12 50:1 111:1,3 112:19

**shoulder** 65:7 97:11

**shouldn't** 59:23 112:24,25

**showing** 89:24

**shows** 22:1 113:17

**sic** 111:5

**side** 14:19 40:7

**sign** 19:15 34:21 91:13

**signals** 107:10

**signature** 22:23 90:11,18,21

**signed** 91:4,5

**significant** 103:24 104:4,7,8,17 106:18

**simple** 41:17

**simply** 64:8

**simulated** 75:23

**since** 9:6 32:13,20 33:15 59:9 62:23, 24 75:6

**single** 12:22 28:23 100:4

**sir** 22:12 86:10

**sitting** 33:5

**situation** 10:15 46:25 74:7 79:12 80:19 88:11 103:12

**situations** 11:13 79:15 108:16

**size** 98:5

**skim** 84:8

**slam** 60:3,19 69:11

**slammed** 58:20 59:1,23 60:17,20, 23

**slamming** 68:24 69:9,13

**slight** 107:5

**slow** 84:9 107:11

**slowing** 107:4,6

**small** 25:1 28:18

**snakes** 105:4

**sniff** 80:5,7

**snippets** 52:22

**so** 4:15,20,24 5:1,5 6:8,9,22 7:2,19,20 8:4 9:7,11 10:7 11:16,25 12:18,21 13:6,12,17 16:5,8, 24 18:11 19:6,21 20:9,12,22,23 21:14,21 22:4,9,17 24:2 25:8,9,12,17 26:8,18 27:5 28:25 29:9,15,20 30:5,7, 13,22 31:4,15 32:24 33:2,13,15, 17 34:13,20 35:6 36:6 37:1,11,18 40:10,21 41:4,11 42:14,20 43:13 44:6,20,23 45:1,21 46:9 47:11 49:1,11, 18 50:25 51:22 54:23 56:25 57:13 58:3,5,8,16,21 60:25 62:7,9 64:7, 21,22 66:7 67:7 68:3 69:5,25 70:25 71:24 72:18 73:10, 18,25 76:13 77:9

78:6,9,15,18 79:9
80:22 81:17 83:22
84:13 85:16 86:21
87:1 89:9 90:10,17
91:10,15,18 92:14
93:14,15,18 97:10
99:2 103:1,2,6,21
104:23 105:10
106:11,12,19
107:1,7,14 108:22
109:2,25 110:15,18
112:18 113:4

**social** 27:1

**soft** 63:20 64:22,24
65:1,4,6,8,9 71:12

**soft-hand** 65:13,14
68:1,3,4,9,12
74:12,19

**soliciting** 110:12

**some** 8:2,17 9:20
11:2 13:1 14:24
16:15,17 18:8 20:7
23:24 24:14,23
25:19 26:24 27:5,
12,13 28:20 34:14
37:5 39:23 40:14
47:7,13 48:7 49:24
51:20 54:17 55:1,2
59:7 60:4 71:4 73:9
76:13,14 78:4 80:1
84:9 91:8 99:9
100:11 102:20
111:12 112:6 113:9

**somebody** 11:6,10
42:25 43:1 49:23
65:5,7 74:7 82:16
112:23 113:1

**somebody's** 34:11
65:2 95:1

**somehow** 32:19

**someone** 12:3
40:25 47:3 59:11
63:18 67:17 70:17
80:15 81:2,17
104:21 112:14

**something** 11:1,10
32:23 34:2 38:14,
15,18,21 40:25
41:1,17 42:6,21
43:3 53:16 64:8,12,
13 66:23 76:23
83:9 101:16 105:23

**Sometime** 52:2

**sometimes** 8:3
12:3 15:13,14 25:2,
12 27:24 28:5,6,16
65:4 70:12 79:25

**somewhat** 89:19,
21

**somewhere** 104:2

**sorry** 36:1 52:19
59:16 67:5 80:6
86:11 88:20 100:7,
15

**sort** 7:12 40:17
81:1

**soup** 105:13

**speak** 11:22 57:13
78:16

**speaking** 49:18,19,
20

**specialist** 87:22,25

**specialized** 8:13

**specific** 12:16 24:9,
20 79:22

**specifically** 10:8
16:25 26:11,12
27:18 28:1 57:13

**specifics** 35:10
83:7

**specified** 91:25

**speed** 97:4 107:10

**speeding** 53:3,5

**spoke** 54:1,25 55:4,
8 56:10,15 57:12
94:11 103:5

**spoken** 49:23

**spray** 46:21,24
47:8 63:21 64:24
65:11,16 69:19,21
70:7,9 73:25 74:3,
11

**sprayed** 70:22 74:9
108:8

**spraying** 46:25

**staff** 15:15

**Stainback** 13:5

**stand** 109:12,13,14

**standard** 54:10
57:3 108:24 109:1,
8

**standards** 29:5,7,
11,25 34:12 35:2
60:1

**stands** 36:21

**start** 23:6 34:9
40:20 41:24 51:24
66:24 91:19 99:10
107:3

**started** 6:4,16 7:2,
19,20 8:5 9:19 33:4
34:6,24 35:8 95:4
96:25 98:18,21
99:2 100:1 108:5

**starting** 13:17

15:15

**starts** 63:19 67:11

**state** 5:5 14:1

**statement** 50:6,18,
21 55:14 61:5 90:8

**statements** 42:4
51:22 77:13,15,16,
17

**stay** 109:13

**staying** 58:1

**step** 14:15 24:22

**steps** 43:4,5,8
44:12,15

**still** 11:1 28:14 64:4

**stood** 36:20

**stop** 18:18 40:6
107:22,25

**stopped** 36:5
106:24 107:2,21

**stops** 79:25

**straight** 25:21
60:12

**stray** 80:11

**stretch** 109:13,20

**strike** 73:7,11
75:22

**striking** 73:15

**struck** 73:18 75:24

**structure** 13:12

**student** 91:5

**stuff** 14:7 17:7
26:19,22 27:5,12,
13 40:6 63:13

**Subdivision** 91:25



**subject** 42:8 60:4 71:19,25 72:11,19, 23 73:5,14 74:10 75:1,25 76:9 77:24 79:8

**subjects** 79:6,8,10

**submit** 34:12

**submitting** 52:3

**subpoenas** 8:2

**subsection** 92:1 93:3

**substance** 85:9,23

**substances** 85:5, 11,17

**substantiatable** 111:5

**substantiate** 61:4

**substantiated** 61:7, 10 111:4

**substitute** 71:12

**succumbed** 105:12

**such** 59:25 65:10, 15 82:2

**sue** 105:15,17,21, 23,25 106:1,4,6,9, 10,11 107:15

**sued** 62:12 105:20 106:12 107:24 108:1,11,14

**suing** 62:1

**suit** 61:24 62:23,24 82:18 105:12

**suits** 82:9

**summarize** 53:1

**supervise** 15:18

**supervised** 15:19, 21

**supervises** 14:18

**supervising** 15:13 81:22

**supervision** 98:22

**supervisor** 8:18 14:14,16 15:5 40:17 41:12,15,16 43:12 54:10 104:20,22 110:23

**supervisors** 49:16 56:7 110:20,24

**supply** 80:25

**Supreme** 76:15

**sure** 7:10 8:22,23 17:19 41:16 49:24 54:11 56:7 108:23

**surprised** 85:19,21

**suspect** 85:20,22 108:2,3,4

**suspect's** 61:5

**suspects** 80:12 82:5,8 96:1

**suspend** 44:4

**sway** 106:8

**swear** 29:23

**sweep** 60:7

**Swilley** 83:18

**switched** 6:24

**sworn** 4:3 13:25 24:23 25:25 26:1 27:2

**system** 6:15 93:9

**T**

**take** 14:5 17:21 21:14,16 25:8 35:20,22 36:8,9 40:15 42:10,16,23 43:3,5 45:5 47:19 52:13 67:1 79:7 84:8 86:12 95:1 97:12 99:16 102:8 109:15 113:8

**takedown** 53:18,19 60:6 67:16 69:2 75:25

**taken** 10:22 79:15, 21

**takes** 42:20 67:13 75:14

**taking** 35:3 55:21, 22 79:5

**talk** 16:24 24:12,13 32:6 36:14 42:5,7 43:16 47:13 58:1 59:7 62:13 75:4 93:14 98:12

**talked** 31:21 43:11 49:14,15,24 62:3,4 64:21 66:8 77:12, 20 83:22 93:21,22, 25 113:16,25

**talking** 33:18 46:9 51:13 54:18,20 55:15,16,17,18 57:7,20 82:16 86:9 94:23 103:7

**tally** 32:19 61:12

**tapes** 48:24

**Tasers** 65:11,15

**team** 16:3

**tease** 69:5

**technique** 60:1,10, 16,18 65:14 67:10 68:1,3,4,9,12 71:13

**techniques** 60:5 63:21 65:13 71:19 72:11 74:12 75:20, 21,25

**telephone** 41:17

**tell** 5:10,19 6:8 26:11 27:18 29:9 31:12 40:12 42:14 43:4 44:5 53:20 54:7 55:11 57:7 60:4 67:8 74:1 76:16 96:18 101:7 111:9

**telling** 103:10,22

**ten-minute** 21:17 109:16

**tenure** 78:12,16 94:17

**term** 58:7 108:20

**terminated** 18:24 19:2,7 58:4 81:6

**termination** 58:16 59:10

**terminology** 13:22

**terms** 9:9 14:2 26:21 35:16 47:14 58:5 98:16

**tested** 85:14

**testified** 4:4 59:3

**testify** 5:1 10:3

**testimony** 5:3 54:23 61:5

**than** 6:15 14:11

AdvancedONE
LEGAL

39:14 42:21 46:24 61:14 65:10,15 68:1 70:12 101:5,8, 18 103:2,11

**Thank** 21:17,18,23 84:24 108:15

**that** 4:16,21 5:2,19 6:6,22 7:8,12,19, 22,24 8:14,21 9:11, 12,17,23,25 10:8,9, 19 11:1,6,9,10,13 12:2,12,13,23 13:7, 13,20,21,23,25 14:4,5,7,8,17,23,24 15:12,18,19 16:11, 12,15,18 17:6,7,12, 16,19 18:12,23 19:6,7,25 20:8,10 21:23 22:1,3,5,6,23 23:7,9,14,22 24:9 25:5,8,10,23 26:1,4 27:5,8,12,19 28:5, 7,15 29:2,6,7,9,25 30:1,19,22 31:12, 14,15,16,18 32:3 33:4,9,12,14,15 34:2,7,9,19,23,24, 25 35:1,3,17,18,19, 22,25 36:2,18,20 37:3,6,10 38:5,13, 15,17,18,22,25 39:20,22 40:1,2,5, 6,9,15,18,25 41:1, 2,7 42:1,7,8,17,20 43:3,5,7,21 44:11, 21 46:7,13,19 47:4, 6,8,14,16,19,22 48:7,12,22,23 49:1, 5,9,16 50:2,25 51:3,10,14,16,25 52:1,5,8,14,15,16 53:1 54:18,23 55:3, 5 56:12,15,16,20, 22,25 57:2,4,9,16 58:3,4,13,24,25 59:3,14,20 60:1,2, 21,22,23 62:10,16, 21,25 63:4,13 64:7, 11,13,15,16 65:3,5, 8,11,17,18 66:3,5 67:12,17 68:4,13, 15,19,20 69:3,5,10, 12,18,24 70:5,9,10, 11,14,18,19,20,22 71:8,11,15,17,18, 23,24 72:2,18,22 73:4,6,9,13,16 75:12,13,14 76:25 77:3,13,14 78:15, 22 79:16 80:6,10, 11,13,21 81:3,4,5, 17,21,22 82:1,2,3, 19 83:5 84:5,8,14, 15,17,18,20 85:3, 23 86:1,6 87:16 88:16,18,20,23 89:5,10,25 90:21 91:17,21 92:8,21, 24 93:14,18 94:10, 21,22 95:9,16 96:1, 6,13,15,18,24 97:12,18,21 99:10 100:24 101:3,4,5,7, 10 103:8,11,14,18, 21 104:2,7,12,17, 19,20,22,24,25 105:3,12,24 106:5, 7,21,22,23 107:14, 17,24,25 108:11 109:2,4,6,8,22,24, 25 110:3,7,9,11,14, 20 111:2,9,11,13, 18,22,25 112:12 113:6,17,19

**that's** 9:6,8 13:22, 23 14:2,10 17:23 18:6 19:19 23:15 24:17 28:9 29:19 30:12,25 31:8 34:6 38:19 40:3 43:17 44:22 46:1 52:7 55:3 56:15 58:5 59:6 62:10,15 63:2 69:22 71:2,4 73:15 74:19,21 75:14 80:18,22 81:1 82:7 86:2,18 88:22 94:11,13 95:5 96:14 97:24 98:1,7 100:19 101:12 102:23 106:18 109:21 111:19,20, 21

**the** 4:15,16,18,19, 24 5:5,19 6:11,14, 16,23,24,25 7:7 8:2,22,23 9:3,9,14, 15,16 10:16,17,18, 19,20,23 11:2,3,11, 17,19,25 12:4,5,7, 8,9,11,14,19 13:3, 6,10,11,12,15,17, 18,20,22 14:1,3,5, 6,11,12,13,15,16, 17,18,19,24 15:1,7, 8,10,11,14,15,17, 19,21,22,24 16:2,3, 4,16 17:1,5,6,8,9, 12,13,14,15,16,23 18:6,12,25 19:3,14, 20 20:3,5,14,22 21:7,25 22:11,13, 17 23:5,6,9,14,15, 22,23 24:22 25:11, 13 26:7,13,14,20 27:6,8,9,10,13,15, 16 28:6,17 29:3,4, 10,12,13,15,17,18, 21,22,23,24,25 30:4,7,8,10,11,13, 15,17,19,20,21,22 31:3,4,6,9,16,20, 22,24 32:3,4,6,19 33:3,4,7,11,12,18, 20,21,22,23,24 34:3,6,8,13,15,16, 21,22,24,25 35:4,5, 9,14,19,22,24 36:2, 6,16,19,20 37:4,9, 10,13,19,25 38:1,3, 6,8,17,19,20,23 39:1,2,23,24,25 40:3,4,6,7,15,16 41:11,12,14,15,16, 23 42:3,7,11 43:4, 16,20,24,25 44:1, 12,15,19,23,24 45:2,7,12,13,14,15, 18,23,24 46:8,12, 14,16,23,24 47:6, 13 48:7,11,12,19, 21,22,23,24 49:6,7, 8,16,22,24 50:4,7, 13,14,22,23,25 51:2,7,21 52:2,3,5, 12,17,22 53:3,4,7, 8,9,12,13,14,15,16 54:1,4,9,10,18,19, 20,21,22 55:3,6,13, 20,22 56:7,13,14, 21,25 57:5,7,19,20, 21 58:7,8,11,12,14, 16,20,24 59:1 60:3, 11,12,13,17,18,20, 24 61:4,11,12 62:6, 15,16,22,24 63:4,6, 8,10,17,19,24 64:6, 7 65:1,4,5,9,12,13, 18 66:4,6,7,8,11,12 67:5,13,14,15,16 68:1,2,20,21,24 69:4,7,9,12,16,20, 23 70:14,19,24 71:7,8,11,16,19,22, 25 72:2,3,6,10,11, 14,19,23 73:5,7,8, 15,18,20,22 74:4,

10,11,17,19 75:3,4, 5,7,10,11,17,19,21, 22,24 76:1,4,8,11, 14 77:7,8,13,19,20, 22,24 78:6,10,12, 18,20,21 79:5,6,7, 8,9,17,19,23,24 80:1,4,7,12,15,18, 23 81:1,2,8,20,22, 24 82:7,8,25 83:7, 9,22 84:5,11 85:6, 7,8,9,10,12,13,23 86:3,4,6,15,22,23, 24,25 87:5,6,7,13, 14 88:13,16,17,18, 19,21,22,24 89:17, 23 90:2,3,4,5,6,8, 10,11,15,19 91:2,3, 7,10,12,13,14,15, 25 92:3,5,11 93:4, 9,17 94:9,10,25 95:1,2,3,4,9,12,24 96:10,11,12,14,15, 16,19,21,22,23,24, 25 97:1,2,3,4,6,8, 11,16,20,22,24 98:1,5,7,19,22,23 99:1,12,15,25 100:1,3,5,9,10,11, 13,19,23,25 101:1, 2,3,4,20,21 102:1 103:2,3,7,10,17,19, 21 104:10,23 105:11,15,20,21,25 106:1,8,22,24,25 107:1,4,11,12,13, 19 108:2,3,4,5,6, 10,11,14,17,18,19, 20 109:3,23 110:2, 10,19 111:14,15, 18,19,20 112:3,10, 12,14,15,16,17,21, 22 113:2,5,11,16, 17,18,19,25

**their** 41:5 44:5 55:6 65:2,3,7 72:16 74:18 78:18,24 83:8 85:17 96:4 98:11 100:25

**them** 6:13 12:19,23 15:13 21:11,13,14 38:4,22 40:16 41:19 44:5 54:16, 25 55:8,25 60:13, 14 61:4 65:3,8 66:5 74:3,8,9,11,17,19, 20 79:17,24 82:5 83:24 93:9,24,25 97:15 98:4 99:9 103:9 106:20 108:21 112:25

**theme** 101:12

**themselves** 79:18

**then** 4:16 6:13,16, 24 7:1,11,12 8:5 11:5 12:7,13,14 13:2,21 14:3,9 15:4,9,14,15,23,25 16:3 17:5,8,9 23:7 25:14,16,21 26:8 27:16 28:13 29:11, 13 30:13 31:4 34:19,21 40:5,18 43:19,22 44:21 45:10 52:11 56:23 57:8 60:12,13 63:20,22 64:11 74:8 75:5,6 78:8,9 79:19,24 91:21 95:14 96:14 98:4 100:13 101:1 106:23 107:7,11,24 108:13 112:24,25 113:2,10

**there** 4:21 8:3 11:21,25 12:16,19 13:6 14:17,20 15:11,20,25 16:1 24:18 25:4 28:11 32:14,15 36:12,17 38:4 39:4 43:4 44:6,9,12 52:5,18, 20 53:7,13 61:8,9 69:20 71:6 73:5 74:6 78:12,17 79:1, 12,24 80:16 81:8 82:1,12 83:15 84:24 86:24 87:4 96:15,21,22 98:4 100:18,22 101:2 103:11,17 104:19 106:21 107:6 108:12,24 109:1,2, 5,8,22 111:1,3,24 112:9,11

**there's** 4:20 12:22 28:8 32:13 39:14 42:11 74:9 80:23 82:18 83:18 95:25 106:5 111:11

**thereafter** 99:23

**thereby** 92:2

**these** 21:10 22:20, 23 23:1,25 25:14 33:1,3 37:2 42:16 46:4 50:3,14 51:6 57:1,3 67:18 74:25 79:4 82:20 85:14 93:16 98:18,20 99:3,4 100:3,10

**they** 9:15 11:10 12:3,21 14:22 15:14 26:14,15,16 27:23 28:19,21 34:18,22 38:22 40:23,24 41:5,19 42:15,22,23 44:13, 16 46:5 54:7,8,11, 12,17,19,21 55:2, 25 56:1,4,7,9 59:14,20 61:25 62:8 70:12 74:10 77:15,18 80:2,16 82:17 83:12,16 85:14 95:20,21 96:3,6,10,12,25 97:1 101:8 107:23 108:5 112:19,24,25

**they're** 15:4 38:11 82:24 83:1

**they've** 79:23

**thick** 36:22,23

**thing** 62:5 66:3 94:9,10 106:3 109:10

**things** 7:25 9:2 10:5 16:10 25:14 26:18 42:16,24,25 51:21 57:4 65:20 113:10

**think** 6:21 17:13,14 19:19 20:7,24 21:11 23:22,25 31:14,16,20 36:4 50:1 53:4,6,9,15 62:13 70:14 76:7 80:23,24 81:4 83:1 87:15 101:16 102:21 104:1 108:13 110:14 111:18 112:15,16 113:2,8

**third** 67:15 92:2

**this** 17:19,21 18:8, 11,15 19:10,14,19 21:5 22:20 24:1,21 25:2,3 26:19,22 27:12 28:18 31:1 32:9,12 33:13 34:2, 3,17,18 36:23 41:20 44:2 45:8,10,

14,18,21,25 46:1,2 47:1,11 48:3,5,16, 17,20 49:12 50:14 51:15,16 53:21 54:2 55:12,20 56:6 57:11,13 58:19 61:13,24 62:4 63:7, 8,23 64:21 66:15, 17 67:1,7,8,9,10 69:12,16 72:9 75:7 76:16 78:10,11 82:18 84:1,13 86:12,13,17 87:1,9 89:14,22 90:2,15, 17 91:1,2,10,12,25 93:7 98:21 101:19, 20 102:8 106:6 108:23 109:3 110:15 113:15

**those** 8:19 9:7 13:7 16:9,15,17 20:10 23:2 24:2 26:18 27:21 39:2,3,7,17 42:9 43:18 47:4 50:25 51:2 58:5 59:7 60:4 61:14 63:6,8 73:1,8 74:1, 15 75:6,14 78:23 82:21,23 94:1,24 96:7 98:9 100:2 103:18 106:17 108:16 111:9 112:13

**though** 10:25 11:3 28:2

**thought** 33:12 36:23 81:2 86:23 96:24

**threat** 92:9

**threatened** 105:15, 17,21,22

**threats** 105:12,13

**three** 6:15 12:10,22 27:9,24 28:3 32:5 94:22,23 101:9

**three-person** 12:12

**threshold** 109:22

**thresholds** 110:8

**through** 7:9 13:18, 19,21 20:1 26:16, 17 27:6 33:5 34:16 37:18 38:24 40:14, 21 51:13 55:12 57:6 64:16 75:13, 14,21,24 83:6 85:6 98:20,25 99:1 103:3 107:9

**time** 5:14 7:10 10:16 12:10,22,25 14:8 15:11 25:9,14 27:5,13,14,15 28:6, 23 32:3 34:19,20 35:22 36:6 37:4,19 45:1 49:24 52:4,6, 17,22 54:17,19 55:1,2,3 62:6,25 63:5,12 64:7 65:19, 23 73:6 75:3,5 77:8 79:18 81:22 83:15, 17,20,21 96:6 98:20,23,24 99:15, 17,19,20 100:20 103:10,17 106:21 107:14,19 108:1 109:4

**timeline** 30:3,4

**times** 12:10 16:1,2 38:4 62:22,24,25 63:2 72:22,23 73:1, 8 95:2 100:12 105:11 106:14,15, 16

**to** 4:2,7,8,18,22 5:1, 16,21,23 6:14,21, 24 7:1,7,11,23,24 8:6,8,9,11,17,21 9:8,15,22 10:2,5,7, 24 11:22 12:11,14, 15 13:24 14:9,12, 15,22,25 16:3,4,24 17:1,4,8,9,14,18, 22,25 18:2,8,13,16, 23 19:3,6,10,15,20 20:1,2,4,9,11,22 21:10,13,14,19 22:4,6,8,9,10,13 23:3,6,7,8,24 24:2, 11,15,17,19,24,25 25:1,7,8,13,15,17, 18,19,22,23 26:21, 24 27:3,7,8,12,15, 18 28:21 29:3,4,5, 7,8,10,11,13,14,16, 17,18,23,24 30:2,7, 8,10,14,18,19,21, 23 31:3,5,6,17,20, 21,25 32:6,11,15 33:11,13,24 34:10, 12,14,20 35:1,11 36:18,19 37:1 38:2, 5,11,18,23 39:5,8, 9,10,11,12,13,19, 20,25 40:2,4,6,7, 16,19 41:1,3,4,12, 14,16,19,23 42:6,7, 10,17,19,21 43:6,9, 16,17,20,22,23,24, 25 44:1,3,4,5,12, 13,23,25 45:5,21, 24 46:3,6,8,16,20, 23 47:7,10,11,13, 22,25 48:2,9,19,24 49:14,15,18,19,20, 22,23,24 50:1,2,4,8 51:14,17,20,22 52:16 53:7,8,9,13, 15 54:2,11,25 55:4, 8,15,16,17,18,22, 25 56:2,4,7,10,15, 23 57:3,7,9,13,14, 17 58:1,18,24 59:1, 24 60:3,9,13,18,20, 24 61:20 62:12,14 63:14,16,17 64:5,7, 8,10,12,22 65:9,13, 17,20 66:12,13,21, 23,24 67:9,12,22 68:4,14,21,24,25 69:3,7,11,13,17 70:5,7,9,11,14,19, 20,24 71:7,23 72:6, 7,22 73:2,4,5,6,10, 14,23 74:2,3,7,8, 10,11,20 75:3,4,22 76:1,5,10 77:1,24 78:21,22,23 79:4,7, 16,18,25 80:3,4,7 81:4,10,11,17,23, 24 82:3,5,17,19,20 83:5,6,19 85:1,3, 10,14,17,24 86:2,7, 9,18 87:6,7 88:11, 12,16,22,24 89:10, 11 91:7,13,20 92:1, 2,3,4,7,10,11,14,15 93:4,9,10,15,16 94:2,6,12,22 95:1,3 96:14,16,19,23,24 97:1,15,16 98:6,12, 14 99:17 101:2,22 102:8,11,18 103:15,19,20 104:4,11,16,17,20, 24 105:2,12,15,17, 21,22,23,24 106:3, 4,5,9,10,20 107:11, 16,20 108:4,17,18, 22,23 109:4,12,13, 14,15,19,20,23 110:1,9,10,24,25 111:19,21 112:2, 10,12,16,17 113:9, 12

**today** 5:3

**together** 17:7 30:3 55:2

**told** 52:9 54:9,12 61:20 62:25 95:2 102:21

**too** 16:22 21:6 76:16 78:10 103:18

**took** 11:6 97:14

**top** 22:17 23:6 45:14,15

**totally** 102:18

**towards** 22:11 95:5 97:3,4 111:16

**town** 28:18 62:7 111:12,13

**track** 38:22

**trackable** 38:25

**traffic** 40:5 79:25 107:3,4,6,10,21,25

**trailer** 107:12

**train** 75:10,19 80:4,7 85:17 88:11,12,24

**trained** 7:3 47:8 60:3 78:23 82:21 85:24 99:12 103:22

**trainer** 88:2

**training** 7:5,9,12 14:2 29:5,7,11,24 34:11 35:2 36:21 46:21,25 60:2 66:9 69:10 71:22,23 72:4,7 73:16 75:12,13,17 83:2,6,8,13 85:5,11,14 87:18,19 89:4,15 91:3 98:9,10,11,12,14,17,19,25 99:1

**transfer** 14:25

**transferring** 14:24

**transpired** 52:8 107:25

**transport** 7:25 107:8

**trash** 39:23,25

**tried** 53:15 74:2,7,8,10 96:16 108:4

**trooper's** 107:1

**truck** 107:8

**true** 67:17 105:3

**try** 40:16 53:8,9 59:24 79:7

**trying** 27:7 28:21 30:2 57:12 73:6,10,14

**turn** 11:10 12:3,4 56:23 66:21 79:18

**turned** 9:15 10:24 53:3 97:3

**two** 4:24 7:15,16,17 15:17,18 16:2 27:23 32:5 92:18 96:1 108:13

**two-man** 75:24

**two-year** 19:15

**type** 7:5 8:10 9:7 33:15 38:7 42:17 44:9,10 75:2 100:2

**types** 8:12

**typewritten** 52:18,20

**typical** 11:25 37:19,22 41:11 42:11

**typically** 12:12,18,19,22 15:17 25:4,9 32:2 41:22 42:9,15 76:13 98:7

**typing** 52:16,22,23

**U**

**U.S.** 6:11

**Uh-huh** 9:10 64:3 96:20 111:4

**ultimately** 29:1,15,22 30:5

**uncontrollably** 69:2

**under** 33:6 37:10 59:25 67:21 73:14 88:18,24 92:24 93:2,4 98:22 112:19

**undergo** 7:6

**understand** 13:11 14:12,13 30:2,15 37:1 43:7 44:11 51:4 77:1,2 103:9 108:23 109:24 110:15

**understanding** 46:23 78:15

**undetermined** 25:13

**uniform** 64:6

**uniforms** 25:1,6

**Union** 23:21

**unit** 15:12 79:2,13 95:1

**units** 78:7

**University** 5:24 6:7 18:20

**unless** 31:24 92:10

**unlimited** 112:7

**unpack** 73:9

**unreasonable** 76:24

**unsubstantiated** 61:8

**until** 8:17 9:21 25:14 32:20 94:14

**up** 12:8 13:18 14:15 16:3 17:18 19:11 20:21 21:25 25:13 32:19,23 33:14 34:17 41:19 45:3 47:17 48:21 58:8 66:12,22 67:1 70:24,25 71:5,6,8 82:16 84:1 86:3 87:17,18 89:2,10,24 91:8 101:11 104:18 107:2,12,18,22 109:12,13,14

**update** 75:12

**updates** 75:14

**upon** 91:24 92:12 93:5 96:10

**us** 13:21,25 17:25 18:2 26:25 32:5 34:22 62:1,14 67:8 75:14 79:22 90:14 91:13 102:8

**usage** 85:24

**use** 13:3 39:11 40:11 42:8 46:22,24 47:3 48:9 50:22,23 58:5,7 66:4 69:21,23 70:14

71:11 72:19 73:5 75:11 77:20,23,24 79:24,25 81:9 83:9, 22 88:13,21 89:23 91:15 92:4 93:11 96:13 97:21 99:7,9

**use-of-deadly-force** 90:11

**use-of-force** 16:10, 14 40:13,14,21 41:8,9 44:9,24 45:3,22 48:21 50:24 51:6 52:3 58:23 61:1 63:11, 18 70:25 72:20,24 74:25 75:4 98:15 99:4 108:25

**used** 17:23 18:12 23:3 59:24,25 64:22 67:25 68:22, 23 69:19,25 73:25 74:12 80:2 82:2 83:19,24,25 85:5, 10,16,24 88:24 90:7 92:25 93:8 94:16,19

**using** 77:22 88:10, 25 90:6 91:24

**utensils** 82:25

**V**

**vacant** 81:2 86:23

**vaguely** 31:14 63:12

**Vance** 5:20 6:14,16 7:8 8:5 10:13 11:2, 14,17 13:12 35:2 45:8,9,21 58:14 66:7,11 71:18,21, 24 72:3,7,10,14 75:7,10 76:15 78:6 82:10 85:10,16 87:13 88:17,19,22, 24 89:18 98:2 101:13 103:8 104:11

**various** 28:8

**vehicle** 96:10,15, 18,22,25

**verbal** 53:5 63:20 64:23

**verbatim** 53:2

**very** 61:2 77:19 93:15 102:21 104:7 107:9

**vest** 107:3

**via** 21:5

**victim** 58:20

**victims** 43:15

**victims'** 107:1

**view** 52:10

**violated** 58:25 59:14,20

**violence** 110:22 111:1,7

**W**

**wait** 25:22

**waiting** 25:5,18

**Wake** 23:17

**walk** 33:7 37:18 41:19 55:12 56:24

**walked** 31:20 53:6 103:4

**walking** 65:7

**WALLACE** 4:2

**want** 4:8 11:22 13:24 18:8 19:10 21:12,13 24:19 37:1 41:14,16 44:23 47:10,13 50:3 61:20 63:16, 17 66:13,23 69:17 70:14,24 75:23 82:20 86:2 91:20 98:12 108:22,23 109:15,19 113:9

**warehouse** 86:23 113:20

**warehouses** 86:23

**warrant** 93:10

**warrants** 8:1 53:7, 8,14 92:18 96:8

**was** 4:3 5:14 6:6, 11,18,21,22,24 7:1, 12,16,18,23 8:8,11, 16,20,22 9:1,2,3, 15,20 10:18,21,22, 24 11:1,11,25 12:12,16,19,23,24 15:13,19,20,23,24 16:4,6,7,17 17:3,5, 13,14,16 19:17 20:15,17,18 21:21, 23 23:22 24:22 25:17 27:2,17 28:11,23,25 29:16 30:5,6,18,19 31:16 32:1,3,6,7 33:2,9 34:15,23 35:1,3,5, 6,7 36:12,17,22 37:3,9,16 38:4,5, 17,23,24 40:4,15, 17,18,25 41:15 42:7 43:4 44:6,9,21 46:11 48:14,22,23 49:9,12 50:13,22 51:12,13,14 52:5, 22,23 53:7,23 54:1, 4,13,18,20,22 55:1, 5 56:14,25 57:2,19 62:5,9 64:13 66:19 68:14 69:1,3,7,9, 13,17 71:12 73:5,6, 14,16,20 75:3,15, 17 80:11 81:2,3,5, 22 84:3 85:13,24 86:14,23,24 87:1,3, 4,9,11 88:16 89:7 90:24 92:14,15,18 93:2 94:10,25 95:9, 12,13,14,16 96:13, 15,17,19,21,22,24 97:6,8,11,12,19 98:17,22 99:24 100:1,22,24 101:1, 3,10 102:4,6,7,25 103:3,6,11,15,17, 18,19,21,23,25 104:1,2,4,7,8 106:21,22,23,25 107:4,10,14,16,19, 20 108:6,9,21 109:7,8 111:14,16 113:17,19

**wash** 34:20

**wasn't** 5:14 10:19 21:24 33:12 34:4, 25 36:6 51:10 77:9 87:4 95:23 103:1, 25 109:6,7,11 112:23 113:24

**Watkins** 12:24 13:4 49:14,21 55:15 56:11 58:12 93:23 94:8,10

**Watkins'** 56:14

**way** 4:21 5:11 28:24 32:13,22 33:9 34:15,24,25

35:5,21 43:9 72:6 82:3 87:10,12 93:17 106:8 110:10 111:15

**Wayne** 23:16

**we** 4:24 12:2,7,13, 16 13:20 14:9 15:17 16:1,2 17:7, 23,25 18:12 19:11 20:24 21:5,16 24:10,12,13,14 25:1,9,10,14,19,20 28:5,7,8,13,16,18, 19 29:4,12 30:5,22, 23 31:5,14,16,20 32:1,2,3,7,14 34:2, 20 42:20 45:2 46:9, 10 47:16 52:11 57:12 62:9,12,13 64:21 66:22 67:1 69:9 71:11 75:12, 13,24 76:3,4,7,18 77:12 78:8 79:24 80:21 82:1 88:15 89:9 90:10,18 91:2, 20 94:25 95:7,25 96:7 102:14 103:5, 7 108:9 110:2 113:8,10,16,25

**we'd** 28:14

**we'll** 21:16 25:11, 12 70:5

**we're** 8:4 19:11 20:22 23:6,25 24:25 27:6 29:23 46:9 57:20 60:3 62:12 66:17 79:18 91:13 94:23

**we've** 28:16 32:15, 20 42:19 62:24 79:5,15,16,17,21

**weapon** 88:14,15, 16,18,22,23 92:7

**weapons** 65:10,15 82:22

**wearing** 69:1

**wears** 64:6

**week** 7:14 49:9

**weeks** 7:15

**weighted** 85:15

**Welborn** 49:20 54:5,23,24 55:4,17, 19 56:3 58:12 77:16 93:22 94:6

**Weldon** 4:2 5:7

**well** 9:4 11:21 16:15 17:13 21:1,7 24:19 26:2 34:10 36:17 56:10 57:12 58:7 62:3 68:5 69:12 72:9 77:23 84:20 90:15 91:6 93:15,25 97:17,18 103:23 105:2 110:4

**went** 7:7,9 10:2 14:22 17:9 20:4,11 24:11 28:12 31:9 38:14,15 39:1 53:8, 13 87:7 96:23 100:24 101:2

**were** 6:20 7:3,24 8:3,6,14,19,24 9:11,17,23,25 10:8, 9 11:21,25 12:21 14:21 15:25 16:2,9, 21 21:4 32:24 33:8 37:6,8 38:4 40:24 41:18 44:12 54:11, 17,19,21,24 55:2 62:13 64:10 73:8, 10 75:1 76:8 77:15 80:2,12,15,16 82:12 83:16,20 88:2 94:14,24 95:7, 25 96:4,11 97:1 99:12 103:7,9,10, 21 104:19 108:14, 18 111:6,7,24

**weren't** 15:14 76:24 88:6

**what** 4:8 5:16,25 6:18 7:5,22 8:7,10, 24 9:12,20 10:15, 17,18 11:9,23,25 12:11 13:14 14:9 16:6 17:19,22 19:17,25 24:5,7,22 25:4,9,23 26:9,12, 14,22 28:10 30:13, 25 31:4,22 37:8,11 38:7,9,13,15,25 39:1,7,18,21 40:17 41:7,14,15,21,22 42:1,2,14 43:2,7 44:1,16 46:9 47:4 48:5,12 49:2,12 50:5,13,22 51:2,18 52:4,7,8,10,25 53:19 54:7,8,12 55:8,10,11,24,25 56:4,5,9,12,13 57:7,14,19,20,21, 23,24 58:7,21,22 59:21 61:20,22 62:2,5,11 64:18 66:4 67:8,10,12 68:4,14 69:17 70:12 71:4 72:16 73:3,13 74:4 75:15, 19,20 76:9 77:2 80:14 82:15,23 86:5,6,18,21 88:11, 20 89:3,12,24 90:4, 10 91:12 92:3,14 94:21,24 95:12,15 96:4 97:20 98:9,10, 11,14,24 99:10,20, 21 101:7,8 102:6 103:9,20 105:7,13 107:15,24 108:11, 18 109:19 112:13

**what's** 9:8 14:9 24:17 45:18 56:8 57:18 60:9 65:12 80:20 84:22 94:11 111:21

**whatever** 25:6 26:21 28:20 43:18 51:13 81:20

**when** 7:2,8 8:4,19 9:13,22 10:1,9,19 11:21,25 15:1 16:6 17:1 18:2 22:13 25:5,9 27:14,15,16 28:7 29:3 31:22 33:6,8,17 34:7 35:8,19 37:19 38:10 39:18,21 40:3 41:5,18 48:20 49:4,10 50:8 51:25 54:20,21 55:7,8 56:1 57:1,4 59:10, 13,14,19,20 60:11 64:22 65:22 68:8, 11 75:3,15 79:1 86:19 91:13 92:1 95:4 96:11 98:18, 21 99:2 100:12 101:1 103:21 105:5,8 110:23 111:13

**where** 5:16,23 6:6, 10 9:25 10:22 11:5 14:19 18:20,22 24:11 28:21 34:3 41:19 50:9,21 63:23 67:24 68:21 74:7,9 79:6,7,15,

21,23 80:15 81:1,8, 10,11 82:1 91:4,20 95:7 98:5 108:1 110:25

**wherever** 62:9

**whether** 12:15 15:2 17:3 21:22 29:23 30:23 42:4 54:18 55:5

**which** 14:15,18 15:5,23,24 17:4,23 23:3 34:15 36:7,20 39:4 40:25 43:9 45:13 46:22 48:20 50:15 66:15 68:8 75:1 76:8,22 79:13 80:2 85:12 91:2 92:15 95:25 99:7 100:20,23 103:11, 12 110:21 111:7 112:9

**while** 6:25 7:11,14 15:25 19:10,11 42:6 47:21

**White** 4:18,19,20 16:25 17:1 19:6 20:7 24:20 26:13, 24 27:18 28:1,25 29:16,20 30:10,18 31:1,7 32:4 33:7 35:6,8 36:10,11 47:14 49:15,19 51:1,3,6,9,19,24 54:1,20,22,24 55:5, 18 56:18 57:14 58:4 59:22 60:16, 20,23 63:2 68:21, 23,24 69:18 77:4 92:18,21 102:20

**White's** 18:15 19:22 21:2,22 24:3 26:9 27:20 37:4,20 48:9 50:6,18,21 55:9 58:13 69:2 77:8

**who** 12:16,21 13:7, 19 14:10,13,20 15:18,20,21 16:9 25:10 28:11,16,18 29:2,20 32:1,4,7 36:17 38:23 40:24 43:23 47:3 49:18, 24 54:1,4 56:1 60:20 61:9,10,14, 17 63:7,18 67:25 70:21 74:3 75:17 80:21 81:19,22 83:16,18,20 85:23 92:6,8 93:8 94:25 100:22 104:11 105:3,21 108:14 113:19

**who's** 13:19 83:13

**whoever** 32:3

**whole** 30:19,21

**why** 11:8,10 28:3,8 31:16 34:6 36:20 61:25 77:6 81:23 104:8

**wife** 111:14,17

**will** 4:10,18 5:5 21:16 24:15 28:10 42:7,22 45:5 46:5, 7,10,22 47:12 65:20 78:12 79:13 84:2 85:6,9,11 106:6 109:2

**willing** 19:15 21:9

**wiped** 107:13

**with** 6:13 7:11 9:21 13:7,21,25 23:25 26:12 28:15,17 32:3 33:14 35:13, 16 40:17 43:11 44:4,23,24 51:1,3, 5,8,19,23,24 52:12 53:5,9 54:10,20,22 55:18,22 56:7,17 57:9 58:14 60:1 61:14,18,19,22 62:14 63:1,7,9,10, 19 65:8 66:25 67:11 69:20,23 76:11,25 77:21 79:22 82:19 84:13, 15,18,21 85:18 86:4,17 88:11,13, 18,21,24 89:17,19, 20,21 91:19,21 93:21,22,23,25 94:11,12 95:2 100:1 101:5,10 102:19,22 104:17, 23 108:5,8 111:12, 14

**within** 14:8,17 15:5, 8,10 21:9 49:9 100:14,16,17

**without** 12:4 13:3 33:9 34:13 55:4 65:18 92:10 112:7

**witness** 4:13 23:23 36:16 42:4 45:23 46:14 48:12 67:5 84:11 86:6,15 90:5, 19

**witnesses** 43:14

**woman** 113:18,19

**won't** 34:12

**wondering** 97:19

**Wood** 5:11

**wooded** 96:23

**woods** 79:17 97:1,2

**word** 16:17 70:14 77:22 108:19

**words** 70:13 106:9

**work** 6:10 8:1 24:10 25:8 29:10 33:15 38:2,5 110:2

**worked** 6:12,14,23, 25 8:12 28:12 101:5,8,19

**working** 6:16 13:25 15:3,9,10 28:17 40:15 41:18 42:15, 23 43:1,2 61:6 81:21 86:24 100:23 104:25 105:10 106:23 107:19 110:10

**worse** 44:14,15

**would** 4:21 5:3 7:14,24,25 8:1 11:8 12:2,3,5,7,9,13 13:20 14:21,22 15:18 16:3,9,13,24 17:12 20:12,13,15 22:12 23:5 24:13, 23 25:7,18,21 26:3, 4,6,18,24 27:3,9 28:3 29:10,13 32:5, 6 33:7,8,23 34:16, 18,22 36:23 37:6 38:2,3,4,7,8 39:1,2, 3 40:5,14,15,16,19, 21,23,25 41:7,12, 13,22,24 42:1,3 43:3,5,9,10,14,15, 16,18,19,22,23 44:1 46:3,8 49:15, 23 52:14,15,18,20 60:1 62:20 63:25 64:11,12,14,16 65:1,3,5 75:19,21,

24 77:24 80:21 81:17,21 82:3,12 83:15 85:3,19,21 94:18 99:7,22 103:4,20 104:14, 20,21,22 105:3 106:15 110:12,14 112:3,16

**wouldn't** 20:17,18 27:11 35:12,13,22 39:25 40:2,9 41:3 43:13 53:16 64:8 81:23 82:17,19 87:24

**wrap** 67:1

**wreck** 106:23 107:4,17

**wrist** 60:8 65:2 67:14

**write** 39:1,8,9,10, 11,12,13,19,25 40:9 75:4

**writes** 41:14

**writing** 17:23 31:19 34:21 52:24

**written** 38:19 39:5 49:5,11 51:13 77:15,16,17

**wrong** 38:14

**wrote** 50:22

**X**

**X-RAY** 25:13

**Y**

**yeah** 16:20 17:12, 13 18:1 29:12 30:17 40:5 41:13 70:15 107:23

**year** 8:23 9:20 99:10,21,25

**years** 6:15 12:19 13:6 28:17 65:25 66:4

**yes** 4:14,17 5:4,21 7:4 10:14 11:15 12:18 16:23 18:21 19:2,8,18,24 22:1, 12,22,25 31:11 33:19 34:1 36:12 39:6 41:6 44:17 46:18 48:4,18 49:3 50:17,20 51:8 56:19 58:17 60:17 61:3,16 66:2,10 67:2 70:4 71:2,23 72:4,8,13,21 73:12, 19 74:14,22 75:9 78:1,8,25 79:3,11 80:17 81:18 82:7 83:11 84:7 86:18 87:2,15 89:13,16, 19,21 90:1,13,22 91:2,12 92:20,23 94:21 95:11,18 97:7,9 99:14 100:5, 22 101:25 102:3 104:6,7 105:9 106:13,18,19 111:8,23 112:11 113:6,21,23

**yet** 13:19

**you** 4:12,15,16,21, 22 5:1,5,10,12,16, 19,21,23,25 6:2,8, 10,20 7:2,3,5,14, 19,20,22,23,24,25 8:1,4,5,12,14 9:11, 17,22,25 10:1,7,8,9 11:21,22,25 12:11, 21 13:1,11,18,22, 23,24 14:3,4,9,21, 22 15:1,2,5,7,8,9, 15,23,24 16:5,6,8, 9,13,21,25 17:11, 19,21,24,25 18:3,4, 5,8,11,17,20,22,23, 25 19:10,14,15,21, 22 20:12,15,18,21 21:5,11,12,13,14, 17,18,21,23,25 22:3,6,8,9,10,12, 15,20 23:1,6,7,9,24 24:5,12,15,19,21, 24 25:17,25 26:4,8, 9,11,13,14 27:9,13, 18,20,24 28:3,18, 22 29:3,9,10 31:6, 12,22 32:2,7,10,11, 19,24 33:2,7,8,13, 17 34:9,10,12,15, 16 35:8,9,14,15,19 36:6,7,14 37:2,5,6, 8,25 38:3,7,22,23 39:8,9,10,11,12,13, 18,21,23,24,25 40:2,3,5,9,10,11, 22,24 41:1,11,12, 18,20,21,22 42:14, 16,19 43:4,5,7,9, 10,11,19,23 44:21, 23 45:5,7,10,16,24 46:5,12,13,16,19 47:6,7,8,12,14,19 48:5,16,19,20 49:4, 18 50:3,4,5,6,7,15, 18 51:1,3,5,6,23,25 52:10,13 53:2 54:1, 7,9,15,24 55:8,11, 24,25 56:1,5,10,17, 20 57:5,14,15,18, 19,21,25 58:3,7,9, 18,21,24 59:3,8,9, 13,15,17 60:9,11, 12,15,18,21,22,25 61:1,4,11,13,15,20, 22,24,25 62:3,4,7, 13,16,19 63:7,10, 14,16,17,20,22 64:4,8,10,12,14,16, 23,24 65:25 66:8, 13,21 67:4,8,24 68:2,7,8,11,14,17, 19,20 69:11,18,25 70:2,12,20,24 71:18,21,24 72:6, 18,22,23 73:1,10, 18,25 74:1,4,5,9, 12,15,23 75:1,22, 23 76:1,8,11,12,14, 16,22,25 77:1,13, 14,20 78:3,11 79:4, 9,23 80:7,13,20,21 81:3,5,15,23,24 82:12,21 83:3,9,12, 22,24 84:5,6,13,24, 25 85:1,3,19 86:1, 9,12,17,19 87:7,9, 16,21,24 88:2,6,9, 20 89:1,5,11,17,22 90:14,15 91:1,6,17 92:21,24 93:18,25 94:14,21 96:5 97:13,18,19 98:3, 14,16 99:2,4,10,12, 16,20,22,24 100:3, 6,8,9,12,16,20,21 101:7,15,16,18 102:1,9,11,15,16, 18,20,21,24 103:5, 8,10,13,14,16,21, 22,24,25 104:4,10, 14,18,22 105:2,5, 10,17,19,22,23 106:2,4,9,10,17,20 107:15 108:15,17, 18 109:3,4,10,15, 19 110:7,12,16,23 111:6,18,22 112:3 113:10,18,25

**you're** 5:2 14:4
21:8,9 33:10,17,24
39:23 44:24 49:2
65:6 67:12 77:2,7
84:21 86:7 87:21
89:24 105:6,8

**you've** 34:18 47:8
48:2 69:25 81:12
84:16 106:12

**you-all** 31:18 46:6
62:11,22 66:25
80:4 106:10 107:22

**young** 36:12,17

**your** 5:3,5,8,10 6:2,
8,18 8:1,2,7,25
16:6 21:10,15
22:23 33:8 35:20
36:8 37:2,4,19
39:24 40:3,12 41:1,
2 44:13 50:5,10,12,
15 51:4,10,19,22,
23 54:23 56:25
57:18 58:9,21
59:21 64:11 65:22
67:21 68:15,17,19
74:23 76:8,14 77:4
78:12,16 82:6
84:21 88:10 89:5,
14,22,23 90:11,21
92:15 93:15,16
94:13,17 97:19,21
100:14,16,17 102:4
105:6,8 110:4

**yourself** 72:20
87:24