3. P. White Dep.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00467-BO

JUSTIN J. WHITE,

    Plaintiff,

    vs.

VANCE COUNTY, NORTH CAROLINA;
VANCE COUNTY SHERIFF'S OFFICE;
PETER WHITE, in his official
and individual capacities;
LAWRENCE D. BULLOCK, in his
official and individual
capacities; and WELDON WALLACE
BULLOCK, in his official and
individual capacities,

    Defendants.

**CERTIFIED TRANSCRIPT**

(taken via Zoom)

      Oral deposition of WELDON WALLACE BULLOCK,

located in Vance County, North Carolina, taken by

Plaintiff on Thursday, February 25, 2021, commencing

at 10:06 a.m., before Janet Cooper Haas, a Registered

Professional Reporter and Notary Public located in

Charlotte, Mecklenburg County, North Carolina.



AdvancedONE LEGAL    (866) 715-7770 advancedONE.com

Page 2

```
1   APPEARANCES:
2   LAW OFFICES OF SHARIKA M. ROBINSON, PLLC
    BY:  SHARIKA M. ROBINSON, ESQUIRE
3        MICHAEL McGURL, ESQUIRE
    10230 Berkeley Place Drive
4   Suite 220
    Charlotte, North Carolina  28262
5   704.561.6771
    srobinson@sharikamrobinsonlaw.com
6   mmcgurl@sharikamrobinsonlaw.com
         Counsel for Plaintiff (via Zoom)
7
8   WOMBLE BOND DICKINSON
    BY:  CHRISTOPHER J. GEIS, ESQUIRE
9        LOUISA C. CLARK, ESQUIRE
    One West 4th Street
10  Winston-Salem, North Carolina  27101
    336.721.3543
11  chris.geis@wbd-us.com
    louisa.clark@wbd-us.com
12       Counsel for Defendants (via Zoom)
13
    ALSO PRESENT:
14
    Peter White, Defendant
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1            EXAMINATION INDEX
2   WELDON WALLACE BULLOCK (via Zoom)
3       BY MS. ROBINSON
4
5            EXHIBIT INDEX
6                                        MARKED
7   Exhibit 1  3-4-17 J. White VCSO application    21
8   Exhibit 2  J. White background check letters   21
9   Exhibit 3  Directive B.9, Use of Force         46
10  Exhibit 4  J. White use-of-force administrative 88
               investigation
11
    Exhibit 5  BLET subject control/arrest techniques 66
12
    Exhibit 6  Directive F.13, Use of Canines      124
13
    Exhibit 7  8-20-18 A. Hight employee counseling 146
14             record
15  Exhibit 8  9-6-18 W. Bullock firearms          189
               qualification record instructions
16
    Exhibit 9  9-6-18 use-of-deadly-force handout  190
17
18
19
20
21
22
23
24
25
```

Page 4

```
1            P R O C E E D I N G S
2       Pursuant to NCGS 10B-25, WELDON WALLACE BULL
3   having been duly sworn remotely, was examined and
4   testified as follows:
5            EXAMINATION
6   BY MS. ROBINSON:
7       Q.  Good morning, Mr. Bullock.  I'm not goi
8   repeat what I just said.  Okay?  But I did want t
9   introduce myself as Sharika Robinson.  I have my
10  colleague, Michael McGurl -- he's here also and w
11  be participating.
12          Have you ever been deposed before or a
13  witness?
14      A.  Yes, ma'am.
15      Q.  You have?  Okay.  So you know the drill
16  then.  The reporter -- everybody asks that you an
17  questions in "yes" or "no."  And for purposes of
18  I will refer to Mr. White, the Plaintiff, as
19  "Mr. White" and Sheriff White, the sheriff, as
20  "Sheriff White" so there's no confusion.
21          Is there any way that you would like fo
22  to refer to you?
23      A.  Mr. Bullock is fine.
24      Q.  Mr. Bullock?  So we don't confuse the t
25  Bullocks.  Okay.
```

Page 5

```
1          So are you prepared to testify?  Have y
2   you're free of medications, free of anything that
3   would impair your testimony today?
4       A.  Yes.
5       Q.  Okay.  So will you state your name for
6   record.
7       A.  Weldon Bullock.
8       Q.  And your birthdate?
9       A.  March 28th, 1967.
10      Q.  Okay.  Can you tell me your address.
11      A.  1029 Wood Owl Way in Durham, North Caro
12      Q.  Okay.  Have you always resided in North
13  Carolina?
14      A.  For a brief period of time, I wasn't.
15  in New Jersey.
16      Q.  What about high school?  Where did you
17  high school?
18      A.  In North Carolina.
19      Q.  Can you tell me the name of that.
20      A.  Vance Senior High.
21      Q.  Yes.  And did you go to college?
22      A.  I did.
23      Q.  Where did you go to college?
24      A.  North Carolina Central University.
25      Q.  Okay.  And what did you major in?
```



AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

Page 6

```
 1        A.   Criminal justice.
 2        Q.   Did you seek any education after your
 3   bachelor's degree?
 4        A.   I briefly started on my master's
 5   education, but I didn't complete it.
 6        Q.   Okay.  And where was that at?
 7        A.   At North Carolina Central University.
 8        Q.   Okay.  So can you tell me about your career
 9   as a police officer or as a sheriff's deputy or -- so
10   after college, where did you work?
11        A.   I was recruited by the U.S. Drug Enforcement
12   Administration out of Newark, New Jersey.  I worked
13   with them briefly as an intern.  And then I came back
14   to Vance County, and I worked for the Vance County
15   school system probably less than three years, and
16   then in 1992, I started working at the Vance County
17   Sheriff's Office.
18        Q.   Okay.  What was your position initially?
19        A.   Deputy sheriff.
20        Q.   How long were you a deputy sheriff?
21        A.   I think my first promotion was to an
22   investigator, and that was in 1997.  So from a
23   patrol... worked the road as a deputy sheriff as a
24   deputy.  Then I was switched to the civil division.  I
25   worked in the civil division for a little while, and
```

Page 7

```
 1   then I was promoted to investigations.
 2        Q.   Okay.  So when you started as a deputy
 3   sheriff, were you trained at all?
 4        A.   Yes.
 5        Q.   Okay.  What type of training did you
 6   undergo?
 7        A.   I went to the basic law enforcement school
 8   here in Vance County, and when I completed that basic
 9   law enforcement school, I went through a training
10   phase for about -- I'm not sure of how long I
11   had to ride with a sergeant for a while, and then
12   once I finished that training phase, then I was sort
13   of on my own.
14        Q.   Okay.  "For a while," would you say a week
15   or two weeks or --
16        A.   No.  It -- it was -- it was at least a few
17   months, a minimum of two months.  It might have been
18   longer, and I don't know how long it was.
19        Q.   Okay.  So you mentioned that you started
20   at -- so you started as a deputy sheriff, and you did
21   a little patrol.
22             Can you explain what that entailed.
23        A.   You was assigned to a district and you
24   would answer calls that were given to you.  You would
25   do things like transport mental patients...
```

Page 8

```
 1   work court.  You would serve your warrants and serve
 2   your criminal papers from some of the subpoenas.
 3   Sometimes there were papers.
 4        Q.   Okay.  And so we're at -- 1992 is when you
 5   started at Vance County Sheriff's Office, and then you
 6   were promoted in 1997 to patrol.
 7             And what happened next in your career?
 8        A.   I was promoted in 1997 to investigations.
 9        Q.   So To investigations?  Okay.
10             And what type of investigations?
11        A.   I was promoted to criminal investigations
12   and I worked, you know, all types of criminal cases,
13   but I came... specialized in child sex abuse.
14        Q.   Okay.  And how long were you in that
15   position?
16        A.   I was an investigator -- I was an
17   investigator until 2005.  I had to serve some act...
18   supervisor roles in investigation, but I don't know
19   when those dates were.  But once I came out of
20   investigations, I came out of investigations and...
21   promoted to a lieutenant in administration, and that
22   was either 2004 or 2005.  I'm not quite sure of the
23   year.  I mean, I'm not quite sure of the year.
24        Q.   All right.  And as a lieutenant, what were
25   your job duties?
```

Page 9

```
 1        A.   I was an administrative lieutenant.  I...
 2   ...records.  I was -- I believe I was doing thi...
 3   in evidence.  I was over the civil division.  I c...
 4   administrative investigations.  Well, I actually...
 5   ...administrative investigations as early as -- in m...
 6   since my criminal -- that's my investigative posi...
 7   So I continued doing those type investigations.
 8   Right now, that's what's coming to mind...
 9        Q.   In terms of the obligations?
10        A.   Uh-huh.
11        Q.   So you said that you were over evidence...
12             What does that mean?
13        A.   When deputies or investigators, offices...
14   ...sheriff's office collected evidence on the sc...
15   I was the person they turned it in to, and I was...
16   ...charge of the evidence room.
17        Q.   Okay.  And how long were you in that
18   position?
19        A.   I started as an investigator, and I don...
20   ...year.  And in some form or fashion, I w...
21   involved with it until I retired.
22        Q.   Okay.  Did you ever go to court when yo...
23   ...were in that position?
24        A.   You would  I did.
25        Q.   Is that where you were primarily depose...
```



**Page 10**

1    A.  No.  I've been deposed on --
2   "go to court," I went to court in criminal cases to
3   testify in criminal cases.
4    **Q.  Okay.**
5    A.  Things from homicide to break-ins, having
6   sex abuse cases.
7    **Q.  Okay.  So I'm going to come back to you**
8   **saying that you were specifically over evidence.**
9       **When you were in that position, did you ever**
10  **misplace or lose evidence?**
11   A.  No.  I never misplace or lose evidence.
12   **Q.  Had evidence ever been misplaced or lost in**
13  **Vance County?**
14   A.  Yes.
15   **Q.  In what situation?**
16   A.  I can remember one time one of the drug
17  officers, what he -- what he noted on the sealed
18  envelope as far as the money -- what he noted was an
19  amount that wasn't in the sealed envelope.  When the
20  lawyer and I sat down and opened the sealed envelope,
21  it was, like, $20 short.
22       I remember an incident where a gun was taken
23  from an investigative scene out in the public.  That
24  never -- it was never turned in to evidence.  I
25  received it into evidence.  And even though I never

**Page 11**

1   received it into evidence, it was still something that
2   the Vance County Sheriff's Office at some point had
3   control over, even though it never made it into the
4   evidence room.
5        And then I remember an incident where a
6   deputy took a gun off of somebody, and that never got
7   into evidence.  It never made it into evidence.
8    **Q.  Why would items never make it into evidence?**
9    A.  I can't answer that.  I can't answer why
10  why somebody else did something, that they didn't turn
11  it in.  I was the one responsible for it once it got
12  into evidence.
13   **Q.  Okay.  But did situations like that ever**
14  **happen before at Vance County -- in Vance County?**
15   A.  Yes, ma'am.
16   **Q.  Okay.  So let's change gears a little bit**
17  **and discuss the current hiring process at Vance**
18  **County Sheriff's Office.**
19   A.  I don't know anything about the current
20  hiring process.  I don't -- I'm retired.
21   **Q.  Well, when you were there.  I don't -- okay.**
22  **I don't want you to speak for, you know, Sheriff Brame**
23  **and what he does.**
24   A.  Okay.
25   **Q.  So when you were there, what was the typical**

**Page 12**

1   when **hiring process of a sheriff's deputy?**
2    A.  We would have an in-house application that
3   someone may turn in, or sometimes they would go out
4   and turn in the F-3 form without going -- having
5   having the in-house application done.  I would do a
6   criminal background check, a pre-employment criminal
7   background check, on the applicant, and then we would
8   set the applicant up for an interview.
9        The applicant would come in for an interview
10  as little as one time, as many maybe as three times,
11  you know, according to what the circumstances are.
12  Usually, that was a three-person panel interview,
13  and then once that process is complete, then we would
14  make our recommendations to the sheriff and then
15  whether or not to hire or not to hire or our opinion.
16   **Q.  Who is "we"?  Was there a specific panel,**
17  **designated panel?**
18   A.  Yes.  So, typically -- and I don't remember
19  them over the years.  But, typically, there were
20  involved, myself, and maybe a captain or another
21  lieutenant.  So I don't know who they were, you know,
22  every single time, but there's typically three people
23  that -- Lieutenant Shearin was one of them that I
24  remember and Watkins.  I don't know if he was a
25  captain or lieutenant over time.  He might have been

**Page 13**

1   something that You know, at some point, he might have
2   been a lieutenant.  Then he might have been a captain.
3   I'm using names without the rank, Shearin has done
4   it, Watkins has done it, I believe Shelton has done
5   it, Stainback has done it.
6        So over the years, there have been different
7   people that -- along with me who have performed the
8
9    **Q.  -- But it's been primarily lieutenants?**
10   A.  Primarily, the lieutenants or higher.
11   **Q.  Can you help me understand just the**
12  **structure of the Vance County Sheriff's Office.**
13  **I'm not in law enforcement at all.  Just pretend**
14  **I know nothing about law enforcement from a -- what**
15  **are the particular roles?  Lieutenant, deputy --**
16  **marshal, deputy, lieutenant, captain or --**
17   A.  So the -- starting from the lower level and
18  going up through the ranks, you may have a person
19  -- who's hired and not gone through BLET yet.
20  I would hire that person, offer the person a job,
21  through BL...
22  that's -- you know, the kind of terminology
23  for that is -- you know, that's, like, a candidate
24  a new hire or, you know, however you want to do it,
25  on may be working with us as a sworn officer



(866) 715-7770
advancedONE.com

Page 14

1  but hadn't done the state basic law enforcement
2  training.  In terms of responsibility, that's probably
3  the lowest level of responsibility.  And then you
4  you're a deputy once you finish out that period of
5  the deputies are the ones that primarily take on the
6  bulk of the calls and do the -- serving the papers and
7  stuff like that.
8        Within that shift over time, in absence of a
9  sergeant, then you may have what's -- what were over
10 as a senior deputy.  And that's a deputy who has more
11 experience than the BLET candidate, has been that nature
12 long enough to kind of understand the jobs and roles
13 of deputy, who may understand the roles of a
14 supervisor but not -- has not been officially or
15 to sergeant, which is the next step up.
16       The sergeant is the first-line supervisor
17 that runs the shift, and within that shift, might word
18 deputies in which is he supervises on the shift that
19 the same instance where -- on the patrol side in
20 criminal investigations, there may be detectives who
21 in an instance, would have been promoted.  If you were
22 a deputy and you went to -- as a detective, too,
23 consider that a promotion.
24       Some may say that the -- transferring from
25 sergeant to a detective may be a lateral transfer

Page 15

1  of because the pay is almost the same when you
2  whether it's a promotion or not, but you have
3  nonsupervisory employees working.  It's just a
4  deputies, but they're called investigators.  And the
5  within investigations, you have a supervisor, which is
6  a sergeant, a detective sergeant.
7        On the same line, you may have a civil
8  division.  Within the civil division, you may have
9  deputies working, and then you may have a sergeant
10 working within the civil division.
11       Over time there have been detectives in the
12 drug unit that may or may not have a sergeant
13 supervising them.  Sometimes it was a sergeant,
14 sometimes they weren't.  And then after the sergeant
15 level, then you have the starting of the command staff
16 of lieutenants.
17       In the patrol division, typically you had two
18 lieutenants that would supervise two sergeants who
19 supervised however number of deputies that was on the
20 shift.  In investigation, there was a lieutenant who
21 supervised the sergeant, who supervised the
22 investigators on the shift.
23       Then you had a patrol commander, which was
24 captain.  You had an admin commander, which was the
25 position I served in for a while.  And then you need

Page 16

1  times we did and did not have a chief deputy.  The
2  we probably we had a chief deputy, and the two cap
3  they would team up to report to the chief deputy.  The
4  chief deputy was directly to the sheriff.
5        Q.   And so you recently retired.
6             What was your position when you retired
7        A.   I was chief deputy.
8        Q.   Chief deputy?  And so as chief deputy,
9  you -- you were one of those people who would
10 hire and make use-of-force decisions and things o
11 that nature?
12       A.   Yes.  Say that again.
13       Q.   You would hire, make hiring decisions a
14 or recommendations and use-of-force decisions?
15       A.   Well, that -- some of those
16 recommendations I don't -- "decision" might not b
17 the right word.  But some of those recommendations, I
18 shifting that as a captain.
19       Q.   As a captain?
20       A.   Yeah.
21       Q.   But you were definitely doing it as a c
22 deputy, too, also, right, recommendations?
23       A.   Yes.
24       Q.   Okay.  So I would like to talk more ab
25 Mr. White specifically.  Can you -- can you expla

Page 17

1  the hiring process when it came to Mr. White.
2        A.   Just like before, he filled out an
3  application, whether it was in-house or he had an
4  come to me.  I don't know which one.  He sat down
5  a panel, and then the panel interviewed him.  I w
6  the one that did his criminal background check.
7             And once we got all of that stuff togeth
8  made the sheriff the decision to hire him.
9  once he got hired, he eventually went to the
10 patrol division.
11       Q.   Did you review his application?
12       A.   Yeah.  I would have been the one that l
13 at his -- well, yeah.  I think I was the first on
14 the sergeant was the first officer to see his applicat
15 I don't know if the sheriff saw it before I did,
16 had it extensively because I was the one that act
17 did the background check.
18       Q.   Okay.  I'm going -- I'm going to pull up
19 application and make sure that this is what you l
20 at the --
21            Can you take a look at this document.
22       A.   It looks like what I remember to be his
23 That's the form which we used.
24       Q.   Just review it for -- can you scroll --
25 when you need us -- can we continue to scroll?



Page 18

```
 1     A.   Yeah.
 2     Q.   Okay.  Just let us know when to keep going.
 3     A.   Keep going.  Okay.  Okay.  You can go.
 4  Okay.  You can go.  Okay.  You can go.  Okay.  You can
 5  go.  Okay.  You can go.  You can go.
 6     Q.   That's the last page, Mr. Bullock.
 7     A.   Okay.
 8     Q.   I want to ask you some questions about this
 9  document.
10     A.   Okay.
11     Q.   So you -- can you identify this document?
12     A.   It's the document that we used as an
13  in-house form to gather information on potential
14  applicants.
15     Q.   Okay.  And this is Mr. White's application?
16     A.   I believe it to be.
17          MS. ROBINSON:  Okay.  Michael, can you
18     scroll.  And stop right here.
19  BY MS. ROBINSON:
20     Q.   Do you see where it says Shaw University?
21     A.   Yes, ma'am.
22     Q.   And you see where it says "reason for
23  leaving"?  Can you read that to me.
24     A.   "Terminated."
25     Q.   And Louisburg College.  Can you read the
```

Page 19

```
 1  reason for leaving.
 2     A.   Yes.  "Terminated."
 3          MS. ROBINSON:  Let's go to the next.  Let's
 4     go down a little bit more.
 5  BY MS. ROBINSON:
 6     Q.   So is it fair to say that Mr. White
 7  disclosed that he had been terminated?
 8     A.   Yes, ma'am.
 9     Q.   Okay.  And let's go down.  I have another
10  question I want to ask you about this document while
11  we're up -- while we have it up.
12          MS. ROBINSON:  Keep going.  Keep going.
13  BY MS. ROBINSON:
14     Q.   Can you read the last sentence on this page.
15     A.   "Are you willing to sign a two-year contract
16  for employment?"
17     Q.   And what was his response?
18     A.   Yes.
19     Q.   I think that's it for this document.  I'll
20  get back to the contract.
21          So after you -- after you reviewed
22  Mr. White's application, you said you conducted a
23  criminal background check?
24     A.   Yes, ma'am.
25     Q.   What did that entail?
```

Page 20

```
 1     A.   I have to go through DCI and run his
 2  record, his driving record.  I have to go
 3  request from the clerk of courts anyplace he's ei...
 4     Q.   Okay.  You or went to school or graduated from high sc...
 5     and pull the criminal records from the clerk of
 6     courts.
 7          I think Mr. White had gotten some highe...
 8     education that might have been outside of North
 9     Carolina, and so I might have had to request for
10     criminal histories in those places that he lived ...
11     up school outside of North Carolina.
12     Q.   So would you say --
13     A.   His driving record would have been als...
14     part of the criminal background check.
15     Q.   Would you say it was a pretty extensive
16  background check?
17     A.   I wouldn't say it was extensive.
18     Q.   You wouldn't say it was?
19     A.   No.
20     Q.   Okay.
21          MS. ROBINSON:  Michael, can you pull up
22     the -- so we're going to mark Exhibit Number...
23     So --
24          MR. GEIS:  I don't think we marked
25     Exhibit Number 1.
```

Page 21

```
 1          MS. ROBINSON:  Well, let's mark
 2     Exhibit Number 1 as Mr. White's application
 3     for employment.
 4          (Exhibits 1 and 2 were marked for identificat...
 5          MS. ROBINSON:  And we sent you this via...
 6     email, too, Mr. Geis.
 7          MR. GEIS:  Well, I didn't get the email
 8     and I looked at my emails 30 minutes ago.  Y...
 9     have another... perfectly willing -- or you're perfectly wit...
10     their rights to introduce these documents.  I...
11     think you should mark them.
12          MS. ROBINSON:  All right.  I want you -...
13     want you to have them.  Okay?  And you do ha...
14     rights.  So if you need to take a break and ch...
15     your email, please let me know.
16          MR. GEIS:  We will take a break.  We'll...
17     about a ten-minute break.  Thank you.
18          MS. ROBINSON:  Thank you.
19          (Recess in proceedings from 10:35 to 11:01 a.m...
20  BY MS. ROBINSON:
21     Q.   So, Mr. Bullock, I was asking you about
22  Mr. White's background, and I asked whether or no...
23  was extensive or not.  Thank you.  And you said t...
24  it wasn't extensive.
25          MS. ROBINSON:  Michael, can you pull up
```



Page 22

```
 1       document that shows -- yes.
 2  BY MS. ROBINSON:
 3       Q.   Can you see that document?
 4            MS. ROBINSON:  Let's go to Page 11 --
 5       Chris can identify that.
 6            MR. GEIS:  You need to read that.
 7  BY MS. ROBINSON:
 8       Q.   And I'm going to give you a few --
 9  23-page document, so I'm going to give you a few
10  you know, as long as you like to look over it.
11       A.   Can I move towards the screen?
12       Q.   Yes, sir.  And, Mr. Bullock, if you would
13  just let him know when to scroll down in the same
14  fashion.
15       A.   You can scroll down.  Okay.  Okay.
16  Okay.  Okay.  Okay.  Okay.  Okay.  Okay.  Okay.
17  Put it so I can see the top of it.  Okay.
18  Okay.  Okay.  Okay.  Okay.  Okay.  Okay.
19  Okay.  Okay.
20       Q.   And do you recognize this document -- these
21  documents?
22       A.   Yes, ma'am.
23       Q.   And is that your signature on these
24  documents?
25       A.   Yes, ma'am.
```

Page 23

```
 1       Q.   And can you identify these documents?
 2       A.   Those forms -- those AOC forms are forms
 3  which I used to reach out to our clerks of courts
 4  requests for criminal background information.
 5       Q.   And for purposes of the record, I would just
 6  like for you to -- we're going to start from the top
 7  and go to -- and then each county that you reached out
 8  to.
 9            Can you read that county.  Just read me the
10  county.
11       A.   Martin County, North Carolina; Merrimack
12  County, New Hampshire; Hillsborough County,
13  Hampshire; Hillsborough County, New Hampshire
14            Is that the same document?
15       Q.   That's the same document.
16       A.   Okay.  Wayne County, North Carolina;
17  Franklin County, North Carolina; Wake County, North
18  Carolina; Bertie County, North Carolina; Chowan
19  County, North Carolina; Pasquotank County, North
20  Carolina; Perquimans County, North Carolina; Hertford
21  County, North Carolina; Union County, North Carolina.
22       Q.   I think that was the last county, correct?
23       A.   (The witness nodded.)
24       Q.   And I'm going to ask you some more
25  questions, but I think we're done with these
```

Page 24

```
 1  documents, this exhibit.
 2            And so after reaching out to all those
 3  counties, obtaining Mr. White's criminal record,
 4  driving record, and other -- and reviewing his
 5  application, what questions did you have about his
 6  employment?
 7       A.   About what this?
 8       Q.   About his prospects for employment.
 9       A.   I don't remember specific questions that
10  We, in general, go over people's work histo...
11  where he went to school, where he lived, any crim...
12  if you would you may have.  We might talk about his
13  same...er's history.  We would talk about his employ...
14  history.  We might -- some people we give, like,
15  likely scenarios on how you will respond to a
16  particular scenario.
17  Okay.  That's what's coming to mind right now.
18  There may be others.
19       Q.   Well, I want you to, if you can recall,
20  want to be more specific now about Mr. White.
21            After you performed this background che...
22  him, what was his next step in the employment pro...
23       A.   He would have been sworn in.  And at so...
24  point, he'll go to a shift.  You know, he might n...
25  have immediately gone to a shift because we're a...
```

Page 25

```
 1  small, poor county.  We might not have uniforms a...
 2  at this point.  Sometimes cars aren't available a...
 3  at this point.
 4            Typically, what happens is there may be...
 5  period, depending on when that applicant...
 6  in the course of uniforms and whatever, other...
 7  questions he might have.  Like, he would hav...
 8  go qualify for his service work, so that had to t...
 9            And so typically what we do when we have p...
10  who are kind of caught in that phase, we have --
11  back -- the sheriff's office is responsible for...
12  courthouse security, and so sometimes we'll send...
13  people up to the X-ray for an undetermined amount...
14  time until all these things come, and then we can...
15  him ready to go to a shift.
16            Then once he goes -- if he's -- in his...
17  particular case, he was hired to be a deputy.  So...
18  know, he would be waiting for a shift assignment...
19  on a shift.  Some people we hire, and we have a --...
20  like an investigator's opening, and we hire an...
21  investigator.  Then an investigator would go stra...
22  to investigation.  But, again, everybody has to w...
23  to get qualified because of what happens at that...
24  point.
25            After he's sworn in, he's -- you know, ...
```



AdvancedONE LEGAL          (866) 715-7770
                          advancedONE.com

Page 26

1 a sworn deputy sheriff at that point.
2 **Q. Okay. Well, let's rewind. Let's rewind.**
3 **He would have had his panel interview before**
4 **you ran his background, or would that panel review**
5 **have come afterwards?**
6 A. No. I would have ran his background ahead of
7 the panel review.
8 **Q. Okay. So after you ran his background, then**
9 **explain what happened next in Mr. White's case, if you**
10 **can recall.**
11 A. I can't recall specifically. I can tell you
12 what I generally do. I can't recall specifically with
13 Mr. White. But you know, I -- the background comes in
14 different forms. They come in what you see here, the
15 Administrative Office of Courts request form, they come
16 through DCI, they come through NCIC, and they come
17 through DMV.
18 So I would have done all those things. And some of
19 this stuff I may have gotten back or may not have
20 gotten back. I'm caught at the mercy of the minimum in
21 terms of getting back whatever information I need to
22 get back. And what -- but all this stuff is going in
23 and it's always compiling.
24 Mr. White would have had to provide certain
25 documents for us, like his degrees, his copy of his

Page 27

1 driver's license, social security card.
2 was a previously sworn law enforcement officer, I
3 would have had to have gotten his basic law
4 enforcement certificate.
5 So at some point in time, all that stuff is
6 being gathered and compiled as we're going through the
7 process of trying to get him hired.
8 **Q. Okay. But is it safe to say that the panel,**
9 **the three panel, would have convened after you**
10 **received all of the necessary documents?**
11 A. No, no. Not necessarily. It -- it's
12 safe to say that, because, again, some of the stuff
13 you get back ahead of time; some of the stuff you
14 don't get back ahead of time. It just depends on when
15 I had time to put it out, when I sat down at the
16 computer and ran the information and that's when the
17 panel interview was.
18 Specifically to Mr. White, I don't tell you
19 how that fell in line.
20 **Q. Okay. Do you recall Mr. White's panel**
21 **interview and how many of those interviews he had?**
22 A. I do not. He had a minimum of one, just
23 like anybody else, they could do one or two. It
24 really depends. And maybe sometimes even three in, you
25 know, it depends on certain circumstances. But

Page 28

1 Mr. White specifically, I do not recall how many.
2 Kind of one, though.
3 **Q. Why would you ever perform three panel**
4 **interviews?**
5 A. Sometimes we get information that we do
6 have ahead of time sometimes. Sometimes the applicant
7 might not have information that we need when we are --
8 There's just various reasons why we do it. It's
9 And, again, a minimum of one that's been
10 done. For an example, what will be an example of
11 a minimum of one, let's say there was an officer who
12 worked here before and he went and, say, worked a
13 ground someplace and then came back shortly after.
14 Well, I might have a panel interview because we
15 are somewhat familiar with that particular officer.
16 Sometimes we have people who we've been
17 working with for years, like, at the police
18 department. This is a small town, who we all --
19 know, we know. They might have an interview -- at
20 the minimum of one. And some people, for whatever
21 reason, background, where they live, trying to get
22 information in, you know, it's just -- it's no --
23 no concrete reason every single time it was done a
24 particular way.
25 **Q. Okay. So moving on. So Mr. White was**

Page 29

1 **Because** ultimately recommended for hire.
2 **Who made that recommendation?**
3 A. The recommendation to hire -- when you
4 first recommended to hire, we send it to the sheriff
5 that or training standards. To training standards,
6 I made that recommendation. It should be on a form
7 that I sent to training standards saying I recommend
8 **Q. Okay. So can you tell me, how does that**
9 **process work? Would you recommend him for hire to**
10 **sheriff first and then to training standards or --**
11 A. Yeah. After we finish the last panel
12 interview, then a recommendation would be made to
13 whether to hire or not to hire.
14 **Q. Okay. And so the recommendation ultimately,**
15 **who was recommended to hire Mr. White?**
16 A. Not to the sheriff.
17 **Q. Not to the sheriff?**
18 A. That's correct.
19 **Q. So who recommended Mr. White for hire?**
20 A. Once the panel -- our recommendations is
21 just a recommendation. Ultimately, the sheriff has
22 the last say on whether or not we're going to swear
23 them in and I get all the information to training
24 standards. He has that final say; the panel does



Page 30

1  have that final say.
2      Q.  Okay.  I understand.  I'm just trying to get
3  a timeline together.
4      A.  I don't know the timeline.  I don't know --
5      Q.  So -- but he was ultimately -- we know he
6  was hired.
7          So the panel recommended him to be hired?
8      A.  No, the panel did not recommend him to be
9  hired.
10     Q.  The panel didn't recommend Mr. White to be
11 hired by the sheriff?
12     A.  That's correct.
13     Q.  Okay.  So what did the panel do, then, if
14 didn't recommend him to be hired?
15     A.  I don't -- maybe I don't understand the
16 question.
17     Q.  Yeah.  If the panel convened and interviewed
18 Mr. White to determine if he was to be recommended to
19 the sheriff to be hired, right, that was the whole
20 purpose of convening the panel, correct?
21     A.  The whole purpose of the panel is to gather
22 information about the applicant so that we can
23 determine whether or not we recommend him to just be
24 or not.
25     Q.  Right.  And that's what I'm saying.

Page 31

1          Did this panel recommend Mr. White for
2  hiring?
3      A.  No.  Not to the sheriff.
4      Q.  Okay.  So what did the panel do, then?
5      A.  We recommended not to hire him.
6      Q.  You recommended the sheriff not to hire
7  Mr. White?
8      A.  That's correct.
9      Q.  And the sheriff went ahead and hired him,
10 anyhow?
11     A.  Yes, ma'am.
12     Q.  Okay.  Can you tell me about that
13 recommendation.
14     A.  I think vaguely we discussed that he had
15 been fired for so many -- from previous positions that
16 he had, and I think that was the reason why we
17 recommended not to hire him.
18     Q.  Did you-all put that recommendation in
19 writing?
20     A.  I think we walked down to the sheriff and
21 talked to him.
22     Q.  And what did the sheriff say when you told
23 it?
24     A.  He said, "Unless he's killed the president,
25 I'm going to hire him."

Page 32

1      Q.  And who was "we"?  Who is "we"?
2      A.  I'm -- you know, typically we go back in --
3  whoever was with me during the time that we
4  interviewed Mr. White, who -- the gentlemen -- the two
5  of us would go back in -- or two of us, however
6  many it was, would go back in and talk to the sheriff.
7      Q.  But you don't remember who "we" was?
8      A.  No.  I don't remember.
9      Q.  In this particular one, how many -- how many
10 officers have you recommended in -- or deputies have
11 you recommended not to be hired?
12     A.  I don't have a number.  I've been doing
13 this, then, since 1997.  I couldn't -- there's no -- I have no
14 of knowing.  There have been a lot we recommended
15 There have been a lot we've recommended to
16 hire.
17     Q.  Give me just a roundabout number as in --
18 recommended five?
19     A.  It's -- if you could somehow tally up the
20 amount of applications we've had since 1997 until
21 I left the office.  I mean, I cannot put a number on it
22 because I have no way of formulating how many.  I
23 don't -- I'm just making up something.
24     Q.  So in 1997, you were in investigation?
25 You sat on panels in 1997 also?

Page 33

1      A.  I did.  I did.  As a matter of fact, the
2  forms you see, because it was so -- done so
3  haphazardly before, I created these forms.  I'm the
4  one that started the process of coming in and going
5  through -- sitting down and going through a process --
6  not when I got hired and back under -- not Sheriff
7  White but the other sheriff.  You would walk in,
8  he would shake your hand when you were hired.
9          I was hired that way.  I was hired without
10 even putting an application in.  He said, "You're
11 hired."  I came back to get an application after that
12 process, and I thought that wasn't how the process was
13 to be.  So this particular format you see here is
14 that kind I came up with that.
15         So I've been doing that type work since
16 1997.
17     Q.  Okay.  Okay.  So when you say -- you're
18 talking about the letter on the sheriff's letterhead.
19     A.  Yes.
20     Q.  Not the court form?
21     A.  No, not the court form.
22     Q.  Okay.  But the court form requesting the
23 background would have been part of the hiring process.
24 Like, if you're referring to the AOC 31
25 form --



Page 34

1    Q.    Yes.
2    A.    Right.  This is something that we done, but
3    I have been at the sheriff's office where this
4    wasn't even done.
5    Q.    Okay.
6    A.    That's why I -- the process had started --
7    Q.    Okay.  Can -- when did that process --
8    did the process of seeking a criminal background check
9    start?  Do you recall that?
10   A.    Well, you have to -- you have to run
11   somebody's criminal background check.  The
12   standards won't allow you to submit an applicant
13   without a background check being done.
14   background had to be done in some form or fashion.
15         The way in which it was done,
16   early on, even -- even through me, you would call the
17   clerk up and say, "This is me.  Send me the information
18   you've got on this person right here," and they would
19   do it.  But then over time, that didn't -- that didn't
20   didn't wash.  So over time, we had to formally request
21   it in writing and sign it as the requester, and then
22   they would send us the information.
23   Q.    Was that a --
24   A.    The way that started, I don't know, but
25   know in the beginning, it wasn't that way.

Page 35

1    Q.    Was that due to a change in policy of
2    training standards or policy of Vance County?
3    A.    No.  That was just my own personal taking
4    the bull by the horns and doing it because I just
5    like the way it was done.
6    Q.    Okay.  Okay.  So Mr. White was not
7    recommended but was hired.
8          Do you recall Mr. White when he started at
9    the sheriff's department?  Do you recall any -- any
10   specifics about his employment?
11   A.    No.  Once I -- because he's not coming on my
12   division, I don't -- I wouldn't see him a
13   day-to-day basis, or I wouldn't interact with him on a
14   day-to-day basis.  You know, I -- once all the
15   paperwork is gone, I don't -- you know,
16   anything more in terms of directly interacting with
17   him on a day-to-day basis.  I don't have any off
18   I recall that I could add.
19   Q.    Okay.  How did that make you feel when the
20   sheriff did not take your recommendation?
21   A.    It didn't make me feel any kind of way.  A.
22   That -- it wouldn't be the first time he didn't take
23   my recommendation.
24   Q.    Okay.  How long had he been the sheriff at
25   that point?

Page 36

1    A.    I'm sorry?
2    Q.    How long had he been the sheriff at that
3    point?
4    A.    He became sheriff in '06, I think.  Hol
5    '06.  And he stopped being sheriff in 2018.
6    Q.    Okay.  So you said it wasn't the first
7    when  Can you name an instance in which he di
8    take your recommendation?
9    A.    He didn't take my recommendation for
10   Mr. White.
11   Q.    Aside from Mr. White.
12   A.    Oh, yes.  There was a young lady named
13   Kimberly Gregory from Durham.  MR. GEIS: You can't talk about any
14   you know, particular person.
15   THE WITNESS:  Oh, okay.  All right.
16   Well, there was a young lady who was fr
17   Durham Police Department that I recommended
18   That the panel recommended to hire, and he didn't
19   formally request, which stood out.  The reason why that
20   stands out in my mind is because her training
21   portfolio was really, really thick.  It was
22   thick as this right here, and I thought she
23   have been a good hire.
24   BY MS. ROBINSON:

Page 37

1    Q.    Okay.  So I want to -- I want to unders
2    your role a little more.  I know you sat on these
3    hiring panels, and that was probably one aspect o
4    your role at the time of Mr. White's employment,
5    particular.  And I've asked you some about it, bu
6    what would -- you said that you were in a different
7    division.
8          What division were you in?
9    A.    I was in charge of the administration
10   division and the divisions that are under me.
11   Q.    So what does "administrative" mean,
12   a "administrative division"?
13   A.    I'm responsible for records, like for t
14   DCI records, gun permits, concealed handgun permi
15   civil papers, criminal investigations, evidence,
16   background information, fingerprints.  I was in c
17   of that division.
18   Q.    So, Mr. Bullock, walk me through, like,
19   typical day in your life when -- at the time of
20   Mr. White's employment.
21   A.    I don't know.  I don't know if I can sa
22   didn't -- typical day.  I don't know if --
23   MR. GEIS:  Objection.  Relevance.
24   BY MS. ROBINSON:
25   Q.    You can answer the question.  Please an



(866) 715-7770
advancedONE.com

**Page 38**

1  the question.
2      A.   I would come to work, and I would do my
3  duties as -- you know, I would go over the reports.  I
4  would look at them.  It was there -- there were times
5  that I might not come to work because I was out on a
6  homicide the night before.
7      Q.   What type of reports would you go over?
8      A.   I would go over the incident reports.
9      Q.   Okay.  And what is an incident report?
10     A.   It's reports generated by officers when
11  they're assigned a department number to a particular
12  incident, a particular record.
13     Q.   By "incident" and "record," what does that
14  -- does it mean something went wrong?  Does it mean
15  something went right?  What does that mean, an
16  "incident report"?
17     A.   It means that the sheriff's department was
18  involved in something that required a report to be
19  written.  The reports could be on forms that we call
20  investigation incident reports.  The reports start on
21  something on a form called operation reports.  It's
22  just -- they have numbers that you can -- so them and
23  see, you know, who was assigned to it.
24  information was generated through 911, anything
25  that could be trackable and kind of figure out something

**Page 40**

1   incident report for that.  I don't know.
2       Q.   You wouldn't have to do that at all, right?
3   That's not part of your job.  You know, when is the
4   times  If debris was in the road big enough to
5   that would impede traffic, then, yeah, you would
6   been expected to stop and get that stuff out of the
7   and move it over to the side.
8       Q.   Okay.
9       A.   You wouldn't write a report for that.
10      Q.   Okay.  So you mentioned incident report
11  part  You mentioned use of force.
12           Tell me about your involvement in
13  use-of-force engagements or investigations.
14      A.   Some use-of-force reports would come through
15  in the days that I was working.  I would take a look
16  at them.  I would try to contact the person's
17  supervisor and sort of engage what was going on with
18  the  And then if I felt that it was necessary for
19  that to generate an administration investigation, I would
20  start an administrative investigation.
21      Q.   So would all use-of-force reports go through
22  you?
23      A.   No.  Not necessarily.  They would --
24  depending on who -- you know, how extensive they
25  Something in which someone was hurt, that would

**Page 39**

1   happened, what went on.  And the deputies would write
2   those reports.  And in the mornings, I would come in,
3   and I would look at those.
4       Q.   Are there any instances in which an incident
5   report is required to be written?
6       A.   Yes.
7       Q.   What are those instances?
8       A.   A murder, you have to write an incident
9   report.  A break-in, you got to write an incident
10  report.  A rape, you got to write an incident report.
11  A chase, you got to write an incident report.  Use of
12  force, you got to write an incident report.  If you
13  got bit by a dog, you got to write an incident report.
14           There's a lot more than I could probably
15  name.
16      Q.   Okay.
17      A.   Those are just examples.
18      Q.   Okay.  And what are examples of when you
19  don't have to write an incident report?
20      A.   I don't know how to answer that question.
21  What are examples of when you don't?  I don't know how
22  to -- like, if that -- like, if
23  you're driving down the road and you see some trash in
24  the road and you get out of your car and you get the
25  trash out of the road, you wouldn't have to write

**Page 41**

1   be -- Something that you drew your gun and you
2   didn't do anything else but drew your gun, that
3   wouldn't come to me.
4       Q.   Okay.  So officers are required to report
5   when they draw their gun?
6       A.   Yes.
7       Q.   And what would that -- that would be a
8   use-of-force report?
9       A.   Use-of-force report and an investigation
10  incident report.
11      Q.   Okay.  And so you said the typical proc --
12  would be for you to contact the person's supervisor
13      A.   Yeah.  I would have a conversation about
14  the officer writes, and I want to kind of get a
15  feel and let the supervisor know what was going on.  I
16  want to make sure the supervisor knew, and it may be
17  something as simple as a telephone call.  And
18  them come to my office.  I may walk up to where to
19  created and just say, "Hey, do you know about this?
20  don't you know what happened?"
21      Q.   Okay.  And what would you do next typically
22      A.   If it rose to the level of an administrative
23  investigation, I would start an administrative
24  investigation.

**Page 42**

1    Q.   And that would consist of what
2  what an administrative investigation is.
3        A.   I would gather information concerning the
4  particular incident, whether it be witness statements
5  or -- it may be having another officer go out and talk
6  to a person while I do something else.  Eventually, it
7  will come down to talk to the officer that was the
8  subject of that particular use of force.
9        Q.   And, typically, how long does those
10 investigations take to be resolved?
11       A.   There's no typical.  It depends on the
12 circumstances.
13       Q.   Okay.
14       A.   So I can't tell you what -- how long
15 typically they last, and I don't have a working frame
16 of, you know, how long these things take.  I haven't
17 have that committed to any type of memory.
18       Q.   On average?
19       A.   You know, we've had officers to shoot
20 people, so that takes a little bit longer.  We had
21 officers to do something a lot less than that,
22 and they will be a little shorter, but I don't have a
23 working memory of how long they take.
24            Things can be delayed by getting
25 information, and things can be delayed by somebody

**Page 43**

1  working or somebody in place.  I don't have -- I
2  don't have a working memory of what -- how long
3  something like that would take.
4        Q.   Can you tell me about the steps?  Was there
5  any set number of steps that you would take from a
6  report to completion?
7        A.   I don't know that I understand what you
8  mean by "steps"?
9        Q.   Any way in which you would operate to
10 investigate a case?  Would you convene a panel?  Would
11 you -- you know, you talked about meeting with a
12 supervisor.
13       A.   So, no, I wouldn't convene a panel.  I
14 would, again, interview any witnesses, interview any
15 victims.  I would gather data from 911.  I would
16 gather data from the officer.  I would talk to the
17 officer.  Any documentation that's relevant to
18 whatever happened, I would gather those documents.
19       Q.   Okay.  And would you then make a
20 recommendation to the --
21       A.   After I had finished everything that I know
22 to do, then I would make a recommendation.
23       Q.   And who would you make a recommendation to?
24       A.   To the sheriff.
25       Q.   To the sheriff?

**Page 44**

1        Q.   And the recommendation would be to -- what
2  this is?
3        A.   It could be to exonerate.  It could be to
4  suspend with pay.  It could be to demote.  It could
5  be to tell them their services are no longer needed.
6        Q.   Was there a particular continuum?  So,
7  like, a -- if -- say an officer had -- Officer
8  had been involved in an incident report before, a
9  use-of-force report before, was there any type of
10 escalation, any type of process?
11       A.   I don't know that I understand.
12       Q.   Were there -- were there steps to the
13 consequences or -- to your recommendation?  Did they
14 progressively get worse?
15       A.   Oh, did the recommendation steps get worse
16 based on what they did before?
17       Q.   Yes.
18       A.   No.  I just -- my recommendation is based
19 on the incident I had before me.
20       Q.   Okay.  So it could be a first-time incident
21 that -- if you felt like it was egregious enough, then
22       A.   That's correct.
23       Q.   So I want to -- are you familiar with the
24 you're familiar with the use-of-force policy, correct
25       A.   Not I don't have it to memory now because I

**Page 45**

1  haven't looked at it in a long, long time.  So --
2            MS. ROBINSON:  Michael, can we get the
3  use-of-force policy pulled up.
4        A.   Take a moment to look over it, if you want
5        Q.   Okay.
6        Q.   Okay.  Can you read the name at the bottom
7  of this policy, Vance County.
8        A.   Vance County Sheriff's Office Policy Man
9        Q.   Okay.  And then can you identify this
10 policy.
11       A.   Like, read from the bottom line?
12       Q.   No.  At the directive.  Which directive
13       A.   Look in the top right-hand corner, Mr. Bull
14       A.   Oh, I can't see the top right-hand corn
15       Q.   Oh, you don't have it in front of you?
16       A.   Directive B.9.
17       Q.   Okay.  And what's the effective date of
18 A  policy?
19       A.   7-15-2009.
20       Q.   And so it's safe to say this is Vance
21 County's use-of-force policy?
22       A.   (The witness nodded head.)
23       Q.   Have you had a chance to review the chem
24 agents section of this policy on Page 1?



Page 46

1      MR. GEIS:  Is this an exhibit that by --
2      MS. ROBINSON:  This is Exhibit Number 3.
3      MR. GEIS:  Okay.  It would be helpful to
4   mark these exhibits.
5      MS. ROBINSON:  They will be.  You know,
6   honest to God, you-all didn't mark any exhibits.
7   I will say that.
8      MR. GEIS:  It would be helpful to mark the
9   exhibits so we know what we're talking about.
10     MS. ROBINSON:  We will.  We will.
11     (Exhibit 3 was marked for identification.)
12     MR. GEIS:  If you could put Number 3 on the
13  bottom of that.  Do you need a pen?
14     THE WITNESS:  Okay.
15  BY MS. ROBINSON:
16  Q.   Have you had a chance to review the chemical
17  agents?
18  A.   Yes, ma'am.
19  Q.   And do you mind reading that second bullet?
20  A.   "Prior to issuance of Oleoresin Capsicum
21  Spray (OC Spray), all deputies shall receive training
22  in its use, which will include instruction and actual
23  application to afford the deputy an understanding of
24  the effects.  Any use of OC Spray other than from a
25  training situation or spraying of animals for

Page 47

1   self-protection shall be reported, as required by this
2   policy."
3   Q.   Okay.  And as someone who evaluates use of
4   force, what does that sentence mean -- can those
5   sentences mean?
6   A.   That you can only carry the mace the
7   sheriff's office issues you, and you have to have come
8   proof that you've been trained, and you can't spray
9   animals.
10  Q.   Okay.  Okay.  I want to -- I'm going to come
11  back to this policy, so just kind of leave it out if
12  you will.
13       But for now, I want to talk some about the
14  incident that you investigated in terms of Mr. White.
15  Okay?
16     MS. ROBINSON:  Michael, can we get that
17  report up.
18  BY MS. ROBINSON:
19  Q.   Can you take a minute and review that
20  document, please.
21     MS. ROBINSON:  Chris, while he's reviewing
22  that document, I'm just going to go get a refill
23  on coffee.
24     MR. GEIS:  Okay.
25     (Recess in proceedings from 11:50 to 11:55 a.m.)

Page 48

1   that by -- MR. ROBINSON:
2   Q.   Mr. Bullock, you've had an opportunity to
3   review this document?
4   A.   Yes, ma'am.
5   Q.   Okay.  And can you define what this document
6   is exhibits.
7   A.   It's the documents that contained some of the
8   information from my administrative investigation of
9   Deputy White's actions pertaining to use of force
10  D1. against Latwanya Oliver.
11     MS. ROBINSON:  Okay.  Let the record reflect
12  that the witness has identified what should be
13  marked as Exhibit 4.
14     (Exhibit 4 was marked for identification.)
15  BY MS. ROBINSON:
16  Q.   Do you recall this incident?  Do you recall
17  drafting this document?
18  A.   Yes.
19  Q.   Okay.  Can you explain to me the process
20  which you employed when conducting this investigation?
21  A.   I gathered up the use-of-force report, and
22  an incident report, the information that was obtained
23  from Ms. Oliver, the information that was obtained
24  than from the hospital.  I listened to the 911 tapes,
25  for recordings.  I conducted interviews.

Page 49

1   Q.   So Ms. Oliver filed a complaint?  Is that
2   what you're saying?
3   A.   Yes.  Ms. Oliver filed a complaint.
4   Q.   Okay.  When did she -- do you recall when
5   she filed that complaint, that written complaint?
6   A.   I don't know the day.
7   Q.   On the date of the incident, the date after
8   the incident?
9   A.   It was within that same week, but I don't
10  know exactly when she did it.
11  Q.   Okay.  So after she filed a written
12  complaint, what occurred next?  How was this complaint?
13  A.   She may have talked to Captain Watkins.  I
14  would have talked to Mr. White.  I talked to his
15  supervisors.  I gathered the documents that I just
16  mentioned before.
17  Q.   So who do you recall speaking to?
18  A.   I recall speaking to Mr. White.  I recall
19  speaking to Lieutenant Goolsby, Sergeant Welborn,
20  Captain Watkins, Ms. Oliver.
21       In order to get the reports from 911, I
22  would have spoken to somebody at 911, but I don't know
23  who.  I'm sure at some point in time, I talked to the
24  sheriff.



AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

Page 50

```
 1        Q.   Let's go to -- I think it should be Page 2
 2   and 3 of that report.  I'm going to come back and ask
 3   you questions about these conversations, but I want
 4   you to go to Page 2 and 3 of the report.  It
 5   illustrates what you based your decision on.
 6             Do you see Mr. White's statement listed?
 7        A.   It seems like the first -- are you referring
 8   to when he first said, "All hell broke loose"?
 9        Q.   No.  Page 2 and 3 where it says
10   "illustrations," your conclusion.
11        A.   All right.
12        Q.   Right above your conclusions.
13        A.   Okay.  And what was the question?
14        Q.   The question is, this isn't -- these are
15   illustrations of which you based your decision on,
16   correct?
17        A.   Yes.
18        Q.   Okay.  Do you see Mr. White's statement
19   listed?
20        A.   Yes.
21        Q.   Where is Mr. White's statement?
22        A.   It's -- what he wrote was in the use of
23   report -- use of -- I mean the incident report
24   1801-3870 and a use-of-force report.
25        Q.   Okay.  So are those the investigations that
```

Page 51

```
 1   you had with Mr. White?
 2        A.   Are those the what?
 3        Q.   Investigations that you had with Mr. White.
 4        A.   I don't understand your question.
 5        Q.   Did you have direct conversations with
 6   Mr. White, or did you base it on these use-of-force
 7   reports and the incident report?
 8        A.   Yes.  I had direct conversations with
 9   Mr. White.
10        Q.   But your conclusion wasn't based on that
11   direct conversation?
12        A.   It was based on everything I had gotten,
13   either through talking or whatever was written.  It
14   was based on everything that I compiled in order to
15   produce this report and make a recommendation.
16        Q.   But it's not noted on this document is that
17   fair to say?
18        A.   Is what not noted?
19        Q.   Your conversations with Mr. White.
20        A.   It's not fair to say because I quoted
21   the things he said.
22        Q.   Okay.  So let's go back to your statements
23   with -- or your conversations with, you said,
24   Mr. White.  Let's start with Mr. White.
25             How did that conversation go?
```

Page 52

```
 1   before that conversation?
 2        A.   Sometime between me getting the incident
 3   report and use-of-force report and submitting the
 4   conclusion.  I don't know exactly what day and time
 5   that was on there.  I don't know the exact date and
 6   time.
 7        Q.   Okay.  That's fair.  What -- how -- what
 8   occurred during that conversation?  What transpired?
 9        A.   He -- he sat down in my office and told me
10   what he had -- you know, his point of view of what
11   happened.  And I listened, and then we -- continued
12   on with the investigation.
13        Q.   Did you take notes?
14        A.   I would imagine that I did.  I don't have
15   my notes, but I would imagine that I did, but I don't
16   know that to be factual.  I might have been typing at
17   the time.  I don't know.  I don't remember.
18        Q.   But there would have been typewritten notes?
19        A.   I'm sorry?
20        Q.   There would have been typewritten notes?
21        A.   I'm saying I might have been -- I don't know
22   if I was typing little snippets at the time.  I just
23   don't remember.  I don't know if I was typing or
24   writing.  I don't remember.
25        Q.   And what did he say occurred?
```

Page 53

```
 1        A.   I don't know that I can summarize it.  I
 2   don't know verbatim.  You know, he basically saw
 3   Ms. White the day before.  He turned around on it.
 4   I think he ran the registration.  He confronted the
 5   driver about her speeding.  She became verbal with
 6   him, cussed him off.  I think she -- he got back out,
 7   to the office.  He realized there was warrants.  He
 8   went to the house to try to serve the warrants or
 9   to the house to try to make contact with her.  I
10   called it an investigation at first.  He did not
11   make contact.  His shift ended.
12             He came back the following shift or the
13   next following -- the next day or night.  He went there
14   to check on the warrants.  She seemed cooperative at
15   first.  He tried to put the handcuffs on her.  And
16   then he said something about she wouldn't let him get
17   handcuffs on her, and he -- he said he performed a
18   takedown maneuver.
19             I asked him what takedown maneuver he
20   performed, and he couldn't tell me.
21        Q.   And how long did this conversation last?
22        A.   I don't recall.
23        Q.   Was it a half day?  Was it an hour
24   conversation?
25        A.   I don't know.
```



Page 54

```
 1      Q.   Was Mr. White the first person who you spoke
 2  to about this incident?
 3      A.   No.
 4      Q.   Who was the first person?
 5      A.   It might have been Sergeant Welborn or
 6  Lieutenant Goolsby.
 7      Q.   What did they tell you?
 8      A.   I don't know.  I don't remember what they
 9  told me.  I have the incident report.  You know, like,
10  as a standard practice, I checked with the supervisor
11  to make sure they were aware of it and but I can't
12  remember what they told me.
13      Q.   Was it an in-person meeting or a phone call?
14      A.   I don't remember.
15      Q.   You don't remember?  You don't remember for
16  either of them?
17      A.   No.  At some point in time, they were both
18  in my office talking, but whether or not that was the
19  first time or not, I don't know.  And they were in the
20  office talking when Mr. White was in the office with
21  me.  I mean, they were in the office present when
22  Mr. White was in the office with me.
23      Q.   Okay.  So your testimony is that Welborn and
24  Goolsby were -- Welborn and Goolsby and Mr. White, you
25  spoke to them all at once?
```

Page 55

```
 1      A.   At some point in time, I was -- at some
 2  point in time, they were in my office together at some
 3  point in time.  That's the point in time that a -- that
 4  actually spoke to Goolsby and Welborn without
 5  Mr. White being in my presence.  Whether that was on
 6  the phone or in my office or in their office, I just
 7  don't recall when.
 8      Q.   What did you say when you spoke to them
 9  outside of Mr. White's presence?
10      A.   I don't recall what I said.
11      Q.   Can you tell me what you do recall about
12  this investigation.  Just kind of walk me through it.
13      A.   I remember having knowledge of the incident
14  report.  I remember having seen a statement that
15  Ms. Oliver.  I remember talking to Captain Watkins.  I
16  can remember talking to Lieutenant Goolsby.  I
17  remember talking to Sergeant Welborn.  I remember
18  talking to Mr. White in my office with Lieutenant
19  Goolsby and Sergeant Welborn, and I can remember
20  gathering the documents for this report.
21          And I remember having -- once I finished it --
22  taking the report to the sheriff with the
23  recommendation.
24      Q.   Okay.  But you can't remember what you said
25  to them or what they said to you?
```

Page 56

```
 1  to?  When you say "they," who are you referring
 2  to?
 3      Q.   Welborn, Goolsby.
 4      A.   No.  I don't remember what they said to --
 5  I don't remember what I said.  You know, again, a
 6  part of my -- during this investigation, I always
 7  checked with the supervisors to make sure they are
 8  aware of what's going on, but I don't know exactly
 9  what they said.
10      Q.   Got you.  Well, you said you spoke to
11  Mr. Watkins.
12          What did that conversation --
13      A.   I don't remember the details, but what I
14  remember about Mr. Watkins' conversation is he was
15  initially spoke to Ms. Oliver, and that's
16  I remember about that.
17      Q.   Okay.  You said you had a conversation
18  Sheriff White?
19      A.   Yes.
20      Q.   Do you recall that conversation?
21      A.   As I complete the investigation, I let
22  know that I've completed it.  I let him know I
23  Welborn and
24  Mr. White, you
25      Q.   So that was the extent of your conversa
```

Page 57

```
 1      A.   When I do these investigations, I let him
 2  know, so he knows that I was doing it, because it's
 3  that a part of my standard operating procedure to do it
 4  things.  But when I'm done, I let him know that I
 5  done.  I go in, and he'll -- you know, I'll say t
 6  recommendation, and he'll flip through it as I'm
 7  talking to him.  And I tell him what the
 8  recommendation is, and then I leave.  I didn't ha
 9  anything to do with it after that --
10      Q.   Okay.
11      A.   -- except this report.
12      Q.   Okay.  Well, we spoke generally.  I'm t
13  to speak more specifically about this incident.
14  what you can recall you said to Sheriff White, wh
15  you recall you did.
16      A.   I recall letting him know that I've
17  completed it, and I recall giving it to him.
18      Q.   And he didn't ask you what's your -- di
19  ask you what the outcome was?
20      A.   As we're -- as he's talking, he saw what
21  recommendation is.  You know, I pointed out what
22  recommendation is as it reads.
23      Q.   Okay.  And what did he say?
24      A.   I don't know what he said.
25      Q.   You don't know?
```



Page 58

1    A.    I don't remember staying around to do
2  about anything.
3       Q.    So you recommended that -- you recommended
4  that Deputy White be terminated, correct?
5       A.    I don't use those terms, so that's not
6  correct.
7       Q.    What term did you use?  Well, let's read the
8  recommendation.  So pull up the document, please.
9  Let's read your -- can you, please, read your
10 recommendation.
11      A.    "It is the recommendation of Captain
12 Watkins, Lieutenant Goolsby, Sergeant Wilborn, and the
13 investigator officer that Deputy Justin White's
14 service with the Vance County Sheriff's Office is no
15 longer needed."
16      Q.    Okay.  So the effect is termination, right?
17      A.    Yes.
18      Q.    Okay.  And can you explain to me how you
19 reached this recommendation, this conclusion?
20      A.    He slammed the victim and broke her arm.
21      Q.    So what did you base your decision on?  What
22 rule?  What policy?
23      A.    Use-of-force, Directive B.9I.
24      Q.    And how did you come to the conclusion that
25 he violated that policy?

Page 59

1       A.    He slammed the lady to the ground and broke
2  her arm.
3       Q.    Okay.  Earlier you testified that you
4  investigated brandishing and actual shootings before,
5  correct?
6       A.    That's correct.
7       Q.    All right.  Let's talk about some of those.
8             Do you always recommend departure or
9  separation -- let's call it separation since you don't
10 like "termination" -- separation from employment when
11 someone is injured?
12      A.    I don't always recommend it.
13      Q.    Okay.  When do you recommend separation?
14      A.    When I feel that they violated policy.
15      Q.    You just feel it?
16      A.    Sorry?
17      Q.    You just feel it?  You just get a feeling,
18 "I'm --"
19      A.    No.  I didn't say "feeling."  It's when
20 they -- when I see that they violated policy.
21      Q.    Okay.  And in your opinion, what could
22 Mr. White have done differently?
23      A.    He certainly shouldn't have slammed and
24 broke her arm.  He could have used his face to try to
25 get her under control, or he could have used such

Page 60

1  control or technique that would be in standards with
2  any training that law enforcement officers have.
3       A.    Just trained to slam people down on the ground.
4       Q.    Okay.  Tell me about some of those subject
5  control techniques.
6       A.    He could have done an arm bar takedown.
7  He could have done a leg sweep.  He could have done
8  a wrist come-along.
9       Q.    Can you explain to me what's an arm bar
10 technique.
11      A.    Basically, when you have a person by the
12 arm, you take the arm straight, you then kind of actually
13 Whitehes to the arm and put them down on the ground and
14 Officer cuffs them.
15      Q.    Okay.  Do you know -- do you know if
16 Mr. White did not perform an arm bar technique?
17      A.    Yes, I do.  He slammed her down on the
18 ground.  The arm bar technique doesn't require you
19 to slam anybody.
20      Q.    Who said Mr. White slammed Ms. Oliver to
21 the ground?  How did you make that conclusion?  How did
22 you conclude that?
23      A.    Ms. Oliver said that Mr. White slammed
24 her to the ground.
25      Q.    So I asked you earlier about how many

Page 61

1  use-of-force investigations have you conducted.  You
2  said very many, correct?
3       A.    Yes.
4       Q.    Do you substantiate the majority of them
5  based on a suspect's testimony or statement?
6       A.    I don't know.  I don't have a working memory.
7  I don't know how many are substantiated and how many
8  are unsubstantiated.  I have not kept -- there have been
9  people who have been exonerated.  There have been
10 people who have been substantiated.  Like, I don't
11 know the -- you know, the difference.  I don't know
12 the tally.
13      Q.    Okay.  Have -- did you discuss this
14 police investigation with anyone other than those persons
15 you identified?
16      A.    Yes.
17      Q.    Who?
18      A.    I discussed it with Mr. Geis, and I
19 discussed it with Lawrence Bullock.
20      Q.    I don't want to know what you told Mr.
21 Bullock.
22            But what discussions did you have with
23 Mr. Bullock?
24      A.    After this suit came out, you know, he
25 called and said, "Hey, you know, J.J., why are


AdvancedONE LEGAL          (866) 715-7770
                           advancedONE.com

Page 62

```
 1  suing us?"
 2       I said, "For what?"
 3       He said, "Well, you talked about
 4  talked about this."  But I'm not -- you
 5  know what thing he was saying, because he
 6  get it at the same time he got it.  I got
 7  later -- you know, I live out of town, so
 8  before I got it, before they got it.
 9       So he was wherever before I got
10  discussed it in that manner.  That's it
11       Q.   What did you-all say?
12       A.   "Hey, we're being sued.  We go
13  talk --"  You know, I think we -- arrang
14  made for us to meet with our attorney.
15       That's about the gist of it.
16       Q.   Do you recall the length of the
17  conversation?
18       A.   I don't.
19       Q.   Do you recall --
20       A.   It would -- it would -- no.
21  that conversation.
22       Q.   How many times have you-all dis
23  suit since?
24       A.   The times we've discussed the
25  first time he told me about it is how ma
```

Page 64

```
 1       force.
 2       Q.   Deadly force?
 3       A.   Uh-huh.
 4       Q.   But even if it's just brandished, you s
 5  have to report it?
 6       A.   No.  Because the deputy wears a uniform
 7  the gun is seen all the time, so that -- to see i
 8  simply wouldn't be something you have to report.
 9       Q.   Okay.
10       A.   Just if you see a gun.  But if you were
11  put your hands on it and draw it, then that would
12  something you would have to report.
13       Q.   Okay.  Okay.  And that was something th
14  would be run by you also?
15       A.   Say that again.
16       Q.   That report would be run through you in
17  cases or in certain cases?
18       A.   What report?
19       Q.   If an officer drew a gun.
20       A.   Not necessarily.
21       Q.   Not -- okay.  So we talked about this
22  continuum.  So when are soft hands to be used?
23  Because you said you got a presence, you had a ver
24  it you have soft hands, pepper spray, force, and dea
25  force.
```

Page 63

```
 1  I've met with him and Mr. Geis and Mr.
 2  White.  I don't know how many times that
 3       Q.   Okay.
 4       A.   All the discussions have been during
 5  time.
 6       Q.   Okay.  Okay.  And those are the only persons
 7  who you discussed this incident with?
 8       A.   Those are the only persons I discussed this
 9  incident with.
10       Q.   Okay.  Are you familiar with the
11  use-of-force continuum?
12       A.   Vaguely.  Again, over time, I have lost
13  that stuff has faded out of my memory.
14  it to you exactly.  I know it, and I recogni
15  I can see it.  I recognize it.
16       Q.   Okay.  I don't want you to quote it
17  I just kind of want you to explain the continuum as
18  someone who made use-of-force calls.
19       A.   The continuum starts with presence and
20  verbal and then soft hands, hard hands.  Then you
21  other, like, techniques like mace and pepper spray,
22  and then you have deadly force.
23       Q.   Where does a firearm fit in all of this and
24  the continuum?
25       A.   If it's discharged, it would be deadly
```

Page 65

```
 1  and Sheriff  Soft hands would be the -- grabbing
 2  somebody's wrist or hand, placing their hands beh
 3  their back and handcuffing them.  That would be a
 4  example of soft hands.  Sometimes deputies place
 5  handcuffs on the front of somebody.  That would b
 6  persons.  Soft hands could be you're guiding
 7  somebody, just holding their shoulder and just wa
 8  with them.  That could be soft hands.
 9       Q.   Okay.  And according to the continuum,
10  hands is less intrusive than lethal weapons, such
11  batons and Tasers and pepper spray; is that corre
12       A.   What's the question?
13       Q.   Are soft-hand techniques -- according t
14  continuum, a soft-hand technique is less intrusiv
15  less of a measure than weapons such as batons, Ta
16  and pepper spray?
17       A.   Ma'am, I don't have that continuum to --
18  can't answer that without actually looking at the
19  continuum.  My law enforcement time has ended, an
20  I don't keep things in memory.  I will have to look
21
22       Q.   Okay.  Okay.  When did your law enforce
23  of times end?
24       A.   I retired in April 2019.
25       Q.   And you lost 20-something years of
```



Page 66

```
1   experience?
2       A.  Yes.  I don't -- I can't keep
3   every little thing that has happened and that
4   learned over the years.  I know what the use
5   it looks like, but I don't know that I'm naming them
6   in the exact order.
7       Q.  Okay.  Okay.  So does the Vance County
8   Sheriff's Office follow the BLET?  You talked about
9   BLET training.
10      A.  Yes.
11      Q.  The Vance County Sheriff's Office does
12  follow BLET?  Okay.  I'm going to pull up the other
13  policy, and I want to -- I just want to direct you to
14  a certain page of it.  Okay?  And Mr. Geis has it.
15          MR. GEIS:  Which exhibit is this?  Exhibit
16      number?
17          MS. ROBINSON:  We're marking this as
18      Exhibit Number 5.
19          (Exhibit 5 was marked for identification.)
20  BY MS. ROBINSON:
21      Q.  If you can just turn to Page 31.
22          MS. ROBINSON:  Michael, can we go back
23      I want to see something right quick.  I'm going
24      to start at 36 and 37.
25          And, Mr. Geis, if it's okay with you, same
```

Page 68

```
1   soft-hand technique other than the one at issue?
2       A.  I don't know if you consider a person
3   ground as a soft-hand technique, so I can't compa
4   what I consider to be a soft-hand techniq
5       Q.  Okay.  Okay.  Well, let's just ask a mo
6   general question.
7       Have you ever or can you recall an inci
8   which you recommended separation when an offic
9   employed a soft-hand technique?
10      A.  I don't recall any right now.
11      Q.  Have you ever recommended separation wh
12  the officer employed a soft-hand technique?
13      A.  I don't recall that right now.
14      Q.  You -- let's go back to what was marked
15  Exhibit Number 4, and that is your report.
16      A.  I have it.
17      Q.  You have your report in front of you?
18      A.  I have it.
19      Q.  You have it?  Okay.  You said that in y
20  conclusion -- do you mind reading that next -- th
21  next to the last sentence where it says, "Deputy
22  could have used other options."
23      A.  "Deputy White could have used other opt
24  prior to slamming Oliver to the ground.  Deputy W
25  had usa_ at his disposal but believed it to be
```

Page 67

```
1   once I wrap this up, can we take a lunch break
2           MR. GEIS:  Yes.
3           MS. ROBINSON:  Okay.
4           MR. GEIS:  Are you ready?
5           THE WITNESS:  Okay.  I'm sorry
6   BY MS. ROBINSON:
7       Q.  Okay.  So this is a -- this policy -- can
8   you tell us what this policy describes?
9       A.  I don't know this to be a policy.
10      Q.  Technique.  What this technique describes
11      A.  On Page 36, it starts off with quick to.
12          Is that what you're referring to?
13      Q.  The quick takes.
14      A.  The first one is bent wrist.  The second
15  is arm bar.  The third one is multiple-officer
16  takedown.  The fourth one is close quarter control.
17      Q.  And isn't it true that someone can be
18  accidentally injured in any of these methods?
19      A.  In a few.
20      Q.  Have a deputy -- has a deputy
21  injured a citizen under your leadership
22      A.  I don't have anything coming
23  now.
24      Q.  Can you recall an incident where you
25  recommended separation for an officer who used a
```

Page 69

```
1   ineffective because Oliver was wearing glasses an
2   moving uncontrollably.  Deputy White's takedown
3   maneuver was contrary to policy in that it caused
4   fracture of the humerus bone in her left arm."
5       Q.  Okay.  So let's tease that apart a litt
6   bit.
7       Was the maneuver contrary to policy bec
8   it caused a fracture?
9       A.  The maneuver was a slamming, and we don
10  anything in our policy or training that allo
11  us to slam anybody.
12      Q.  Okay.  Well, this doesn't say that the
13  maneuver was a slamming and is contrary to policy
14  does it not?
15      A.  No.
16      Q.  Okay.  This makes it seem as if the inj
17  is what was contrary to policy.  I have -- I want
18  to ask you about mace.  You said that Deputy White c
19  have used mace or pepper spray.
20      Q.  Are there any dangers associated with t
21  use of pepper spray?
22      A.  I have never experienced any danger
23  associated with the use of mace.  I have not
24  experienced that.
25      Q.  You haven't?  So you have -- you've use
```


AdvancedONE LEGAL          (866) 715-7770
advancedONE.com

Page 70

1  force.
2          Have you completed an excessive force report
3  before?
4      A.  Yes.
5      Q.  Okay.  We'll get back to that.
6          Has a citizen ever had an adverse reaction
7  to pepper spray?
8      A.  I don't know of any citizen having an
9  adverse reaction to pepper spray that I have been
10 involved in.  Do I -- do I -- I don't know of any that
11 comes to mind right now that I am aware of anyhow that
12 having other than sometimes you -- they get combative,
13 it?  I'm at a loss of words.  Not hyperventilate a
14 but -- I can't think of the word that I want to use.
15 Over excitedly and panic -- panic, yeah panic
16 attacks.
17     Q.  Okay.  And if -- even if someone had, say,
18 asthma, that could be harmful, correct?
19     A.  I don't know that to be the case.
20     Q.  You don't know that to be --
21     A.  I don't know if anybody who had asthma has
22 been sprayed that had a harmful effect.  I don't know
23 of anybody.  I don't have any personal knowledge
24     Q.  Okay.  Do you -- I want to pull up the
25 use-of-force policy up again, so --

Page 71

1      A.  Is it Number 3?
2      Q.  Yes, that's Exhibit Number 3.
3          MS. ROBINSON:  Let's go down.
4  down some, Michael.  That's not what I'm looking
5  for.  Hold on.  Go back up.  Go back up have right
6  here.  Up, up, up.  Right -- right there.  Give
7  me a second to find the exact sentence.
8          Let's pull up the BLET policy, and that
9  is Exhibit Number 5.
10 BY MS. ROBINSON:
11     Q.  We already discussed that the use of
12 chemical dispersant was not a substitute for a soft
13 technique, correct?
14     A.  I don't -- I don't recall -- don't recall
15 that.
16     Q.  On the continuum of force.
17     A.  I don't recall saying that.
18     Q.  But do you recall saying that Vance County
19 employs the BLET's techniques in subject control
20 arrests?
21     A.  No.  You asked me did Vance County follow
22 the training, have BLET training, follow BLET
23 training.  And I said yes to that.
24     Q.  So are you saying that Vance County
25 Sheriff's Office does not follow the BLET subject

Page 72

1  control arrest continuum?
2      A.  No.  I'm not saying that.  I answered the
3  question about the -- Vance County following BLET
4  training.  I said yes.
5      Q.  Okay.
6      A.  Just the way you phrased it to me, does
7  Vance County deputies go to BLET training, and I
8  said yes.
9      Q.  Okay.  Well, let me ask this question.
10         Does the Vance County Sheriff's Office
11 follow the BLET subject control arrest techniques
12 continuum?
13     A.  Yes.
14     Q.  Okay.  Does Vance County follow the BLET
15 policies and procedures?
16     A.  I don't know what their policies and
17 procedures are.
18     Q.  Okay.  So you said that you have been
19 involved in use of force -- the subject of a
20 use-of-force investigation yourself?
21     A.  Yes.
22     Q.  Can you explain that to me.  How many t...
23 How many times have you been the subject of a
24 use-of-force investigation?
25     A.  Between 5 and 15.

Page 73

1      Q.  5 and 15 times?  Can you explain those
2  incidents to me.
3      A.  What occurred?
4      Q.  I pepper-sprayed people.  That caused m...
5  might be the subject of use of force.  There wa...
6  one time that I had -- I was trying to do a clavicle
7  strike on an individual, and I hit him in the hea...
8          Those were the times.
9      Q.  Okay.  Let's unpack that some.
10         So you were saying you were trying to d...
11 Use of clavicle strike?
12     A.  Yes.
13     Q.  Explain what that is.
14     A.  I don't recall -- I was trying to get a subject under con...
15 by striking him in the clavicle.  That's no longer
16 allowed.  That was my early training that initial...
17 allowed it, and now it's no longer allowed.
18     Q.  So you struck the individual in the hea...
19     A.  Yes.
20     Q.  Was the individual injured?
21     A.  No.
22     Q.  Did the individual complain?
23     A.  No.  I had to report it as a part of my...
24 reporting.
25     Q.  And so you used pepper spray on individ...



**Page 74**

1   Q.  Can you tell me about those instances.
2   A.  I've had several occasions tried to arrest
3   people who resisted, and I had to pepper spray them.
4   Q.  By "resist," what do you mean -- how do
5   people attack you?
6   A.  I mean, there have been multiple instances.
7   I've had a situation where I tried to arrest somebody,
8   I tried to get them to push off of me, and then I
9   sprayed them.  There's been incidents where, subject --
10  I tried to get the subject out of a car.  They're like
11  to come out of the car, and I had to spray them.
12  Q.  Have you ever used any soft-hand techniques
13  over chemical dispersants?
14  A.  Yes.
15  Q.  Can you explain those instances.
16  A.  Ma'am, I've arrested -- I can put handcuff --
17  on the people I've arrested and I grabbed them by the
18  hand, put their arms behind their back, and I arrested
19  them.  That's one of the soft-hand approaches.  And
20  I've put my hands on people to arrest them.
21  Q.  Okay.  But that's pretty common.
22  A.  Yes.
23  Q.  Do you put your hands on --
24  A.  For me.
25  Q.  Okay.  Did any of these use-of-force

**Page 75**

1   instances in which you were a subject in result in any
2   type of investigation?
3   A.  When I was a deputy at the time, I had to
4   write a use-of-force report.  I had to talk to my
5   captain at the time, and then I haven't heard anything
6   else from it since those -- then.
7   Q.  And this occurred at the Vance County
8   Sheriff's Office, correct?
9   A.  Yes, ma'am.
10  Q.  Does the Vance County Sheriff's Office train
11  officers on the use of force?
12  A.  We have BLET update that mandate training
13  that we go through, and we have a training class about
14  that takes us through those legal updates.  That's
15  what it was when I was here.  I don't know what it is
16  now.
17  Q.  All right.  Who was the training officer?
18  A.  It's Captain Shelton.
19  Q.  And what would he train the officers on?
20  What techniques?
21  A.  He would go through the arm bar techniques.
22  You know, the chin strike has to be a little bit
23  simulated because it's -- you don't want anybody's
24  chin being struck.  We would go through the subject
25  takedown subject control techniques.

**Page 76**

1   instances.  I have to go to the restroom.  Do you k...
2   how much longer?
3   Q.  No.  We can actually break for lunch no...
4   How long -- can we go of the record.
5   (Recess in proceedings from 12:53 to 2:06 p.m.)
6   BY MS. ROBINSON:
7   Q.  Mr. Bullock, I think we -- we left off
8   the I -- at your investigations in which you were
9   the subject of an excessive force investigation, and
10  I'd like to do is to shift a little bit into -- a...
11  you familiar with the concept of 20/20 hindsight?
12  A.  Can you explain it.
13  Q.  So, typically -- and it might be in som...
14  your policies.  You know, some of the policies fo...
15  Vance County quote Supreme Court authority.  But ...
16  hindsight -- and Mr. Geis can tell you this too -...
17  MR. GEIS:  Here we go now.
18  MS. ROBINSON:  Huh?
19  MR. GEIS:  Oh, nothing.
20  BY MS. ROBINSON:
21  Q.  -- is a concept in which you, looking b...
22  could have maybe done something differently but ...
23  weren't necessarily unreasonable.
24  Are you familiar with that concept?

**Page 77**

1   result in -- Yeah, I understand how you explained it to me
2   understand what you're saying.
3   Q.  Okay.  Did that at all factor in...
4   your evaluation of Mr. White?
5   A.  No.
6   Q.  No?  Okay.  Why not?
7   A.  You're asking me about the concept of 2...
8   hindsight.  At the time I did Mr. White's
9   investigation, 20/20 hindsight wasn't in my mind.
10  It had no bearing on my decision -- on my
11  recommendation.  Not decision, but recommendation.
12  Q.  Okay.  Another question I had -- we tal...
13  about the reports that you relied on or the state...
14  that you relied on.
15  Q.  Did -- were they all written statements
16  Goolsby and Welborn made written statements, prov...
17  written statements?
18  A.  I believe they did.
19  Q.  Okay.  Earlier in the morning, probably
20  early in the morning, you talked about the use of
21  canines in conjunction with incident reports.
22  A.  I don't recall using the word "canines."
23  Q.  Well, is a canine a use of force or ...
24  the subject -- would the use of a canine be subject t...
25  incident report?



AdvancedONE LEGAL        (866) 715-7770
                         advancedONE.com

Page 78

1      A.    Yes.
2      Q.    Okay.
3            MS. ROBINSON:  Michael, can you -- I have
4      some questions.
5   BY MS. ROBINSON:
6      Q.    So does the Vance County Sheriff's Office
7   employ canine units and canine handlers?
8      A.    Yes.  We did back then.
9      Q.    Back then?  Okay.  And so let me -- let me
10  clarify this too.  And I'll go on the record saying
11  this, you know, as clearly as possible.  Nothing you
12  say will be outside of the scope of your tenure
13  Okay?
14     A.    Okay.
15     Q.    So just feel free, understanding that all of
16  your answers speak for your knowledge and you're just
17  there.  Okay?
18           And so do the deputies control their
19  animals?
20     A.    The canine handler -- each animal is
21  assigned to one handler, and it's the handler's
22  responsibility to control that dog.
23     Q.    And those handlers are trained to control
24  their dogs?
25     A.    Yes.

Page 79

1      Q.    Has there ever been an incident where a
2   canine unit injured a citizen?
3      A.    Yes.
4      Q.    Can you describe these incidents to me.
5      A.    We've had -- in the process of taking
6   subjects into custody where the -- the officer
7   where the canine could be released to try to take the
8   subject in custody, the dog has bitten subjects.
9      Q.    Okay.  So you said the dog has bitten
10  subjects?
11     A.    Yes.
12     Q.    Is there a certain heightened situation in
13  which a canine unit will be brought out like a
14  misdemeanor, a felony, or --
15     A.    We've taken canines on situations where
16  we've had to hunt for felons that may have run off in
17  the woods.  And we've called out and gave them ample
18  time to turn themselves in and say we're going to
19  release the canine, and then the canine goes in and
20  he's bitten people.
21           We've had cases where we've taken a shift
22  with us on drug raids.  I can't recall any specific
23  incident where, you know, they've bitten people in the
24  drug raids, but we use them there.  And then the
25  deputies use canines sometimes on traffic stops to

Page 80

1   the canines -- some of the canines also had a dual
2   purpose in which they were used for drug-sniffing
3   purposes to apprehend.
4      Q.    Okay.  How do you-all train the canines to
5   sniff for drugs?
6      A.    Say that again.  I'm sorry?
7      Q.    How do you train the canines to sniff or
8   identify drugs?
9      A.    I don't know, ma'am.  I don't have any
10  knowledge of that at all.
11     Q.    That was just a stray question.
12           Were any of the incidents known suspects
13  that you can recall of?
14     A.    In what incidents?
15     Q.    Where the canine has attacked someone, and
16  they were just -- were there any nonsuspects?
17     A.    Yes.  A canine has bitten a handler.
18     Q.    And that's the only kind of nonsuspect
19  situation?
20     A.    I don't -- you know, what's -- what's fresh
21  in my memory is that, you know, we had a dog who
22  often bite his handler.  So that's fresh in my memory.
23  And there's -- I don't remember the details,
24  think a lady bit by a dog during a building search
25  or doing an area search at an old school supply place

Page 81

1   that's sort of fresh in my mind, where the officer
2   thought the place was vacant and someone had got in.
3      Q.    Was -- did you investigate that handler?
4      A.    I don't -- I don't think that came to me.
5      Q.    Okay.  Do you recall if that handler was
6   ever terminated?
7      A.    I do not.
8      Q.    Have there been instances in -- where the
9   use of a canine has been considered excessive force?
10     A.    It has not come to me, no.  Not where it
11  arose where it came to me.
12     Q.    But you've conducted investigations of
13  canine handlers?
14     A.    No.
15     Q.    You have not?
16     A.    No.
17     Q.    So that would go to someone else?
18     A.    Yes.
19     Q.    Like who?
20     A.    Probably the commander, whatever -- whatever
21  shift commander that would have been working that
22  specific time who was supervising that officer.
23     Q.    Why wouldn't it rise to you?  Why would
24  then it rise to the level of you?
25     A.    -- It has never been put in practice.  I m



Page 82

1 there hasn't been an incident where we felt that
2 felt that a handler has used a canine in such a
3 egregious way that it would rise to me.
4     Q. But canines have bitten people and bitten
5 suspects and injured them, but it hasn't made it to
6 your desk?
7     A. Yes, ma'am. That's the -- that's posted by
8 the suspects.
9     Q. How many civil suits result from excessive
10 force in Vance County?
11     A. I have no idea.
12     Q. No idea? If there were, would you know
13 about it?
14     A. Not necessarily.
15     Q. What does "not necessarily" mean?
16     A. If I pick it up or hear somebody talking
17 about it. But they wouldn't come to me and say, "Hey,
18 there's a civil suit because of this." It's -- I
19 wouldn't have anything to do with that.
20     Q. I do want to kind of go back to how these
21 canines are trained because, you know, they're
22 considered weapons, correct?
23     A. Those are considered what?
24     Q. They're considered -- they're considered
25 utensils of the sheriff's.

Page 83

1     A. No, ma'am. I think they're considered
2 canines. I don't know anything about canine training.
3     Q. You don't know anything about it, but you
4 can --
5     A. All I know is that a canine officer have to
6 go through training in order to become a canine
7 handler. I don't know anything about the specifics of
8 their training.
9     Q. Do you know something about the use of the
10 canine?
11     A. Yes.
12     Q. Okay. Do you keep -- do they keep records?
13 Who's in charge of canine training? Who's
14 responsible?
15     A. There would be different people over time,
16 and I don't know who they were in any given particular
17 time. Once -- Lieutenant Shearin has been in charge
18 of canine records. There's an Officer Lilley who
19 used to be in charge of canine records.
20     But over time, I don't know who was in
21 charge at all in a particular time.
22     Q. Okay. So you talked about the use of canine
23 canines during a drug bust.
24     Have you ever used them personally?
25     A. No. I never used a canine personally.

Page 84

1     Q. Okay. Michael has pulled up -- and thi...
2 will be Exhibit 6.
3     (Exhibit 6 was marked for identification.)
4     MS. ROBINSON:
5     Q. The canines. Do you have that policy i...
6 front of you?
7     A. Yes, ma'am.
8     Q. Just take a moment and skim that policy.
9     MS. ROBINSON: Slow down. Let's go som...
10 more.
11     THE WITNESS: Okay.
12     MS. ROBINSON:
13     Q. Okay. So are you familiar with this po...
14     A. I know that it exists. I'm not intimat...
15 familiar with it, but I know that it exists.
16     Q. And you've reviewed it?
17     A. And say, "Hey, I said I know that it exist. I'm...
18 It's intimately familiar with it, but I do know that i...
19 exists.
20     Q. Okay. Well, my follow-up question is t...
21 those you're comfortable now with your review of it?
22     A. I'll answer questions based on what's h...
23 before me.
24     Q. Okay. Thank you. There are approximat...
25 12 pages in front of you.

Page 85

1     Can you go to Page 4, please.
2     A. Okay.
3     Q. I would like for you to read that first
4 bullet point.
5     A. "Controlled substances used as training
6 will be obtained through the courts after final
7 disposition of the cases. A court order must be
8 prepared by the presiding judge of the case. The...
9 will designate the controlled substance from
10 case to be used by the Vance County Sheriff's Off...
11 for canine training. All controlled substances w...
12 keep records from cases in which the Sheriff's Off...
13 or federal agency was the arresting entity. Pr...
14 to obtaining these training aids, they must be te...
15 in an approved laboratory."
16     Q. So does Vance County used controlled
17 substances to train their canines?
18     A. I'm not familiar with it, ma'am.
19     Q. Would you be surprised if a canine bit...
20 suspect --
21     A. No, ma'am, I would not be surprised if...
22 canine bit a suspect.
23     Q. -- who had a controlled substance that...
24 canine was trained and used to detect, based on u...
25 of drugs?



AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

Page 86

1     A.   Can you repeat that.  I don't
2     Q.   **That's fine.  I want to --**
3          MS. ROBINSON:  Let's bring up the
4     incident with the canine.
5          MR. GEIS:  What exhibit?
6          THE WITNESS:  I don't know what exhibit
7     you're referring to.
8     BY MS. ROBINSON:
9     Q.   **No, no.  I'm talking to Michael, not you,**
10    **sir.**
11    A.   Oh, I'm sorry.
12    Q.   **Are you -- take a minute and review this**
13    **document.  Let's mark this as Exhibit Number 7.**
14         (Exhibit 7 was marked for identification.)
15         THE WITNESS:  Okay.
16    BY MS. ROBINSON:
17    Q.   **Are you familiar with this?**
18    A.   Yes, ma'am.  That's what I referred to
19    earlier when you asked me about incidents of dogs
20    being bit.
21    Q.   **So what occurred?**
22    A.   The officer had the dog out at one of the
23    warehouses.  He thought the warehouse was vacant, and
24    a lady was out there working, and the dog got -- I
25    mean, it bit the lady.  The dog bit the lady.

Page 87

1     Q.   **So this was a civilian?**
2     A.   Yes, ma'am.
3     Q.   **Was she injured?**
4     A.   I imagine she was.  I wasn't there.  I don't
5     know the details of it.  I just know it existed.  It
6     happened.  I don't know to the extent of her injuries.
7     Q.   **Do you know if she went to the hospital?**
8     A.   I do not know.
9     Q.   **Do you know if this officer was reprimanded**
10    **in any other way?**
11    A.   I don't know.  I don't know if he was
12    reprimanded in any other way.
13    Q.   **Did the officer remain on the Vance County**
14    **Sheriff's Office payroll in the office?**
15    A.   Yes, ma'am.  I think he did.
16    Q.   **Okay.  Okay.  I saw that you are --**
17         MS. ROBINSON:  Let's pull up Michael --
18    let's pull up Mr. Bullock's training --
19    training record.
20    BY MS. ROBINSON:
21    Q.   **Mr. Bullock, you are -- you're kind of like**
22    **a gun specialist, correct?**
23    A.   No, ma'am.
24    Q.   **No?  You wouldn't call yourself a gun**
25    **specialist?**

Page 88

1     A.   No, ma'am.  Not at all.
2     Q.   **But you were a certified gun trainer, right?**
3     A.   No, I'm not.
4     Q.   **Huh?**
5     A.   No, I'm not.
6     Q.   **You weren't a gun instructor?  You didn't**
7     **have any --**
8     A.   No, ma'am.
9     Q.   **Okay.  But you don't have a problem**
10    **deploying and using your gun?**
11    A.   For what situation?  To train with?
12    Q.   **To train, to apprehend.**
13    A.   I don't have a problem with the use of my
14    weapon.
15    Q.   **And by "weapon," we mean gun, correct?**
16    A.   I mean the weapon that was assigned to me by
17    the Vance County Sheriff's Office.  I mean the
18    customary weapon that I qualified with under the
19    direction of the Vance County Sheriff's Office.
20    Q.   **You said what?  Repeat that.  I'm sorry.**
21    A.   I don't have a problem with the use of
22    one weapon that's been assigned to me by the Vance County
23    Sheriff's Office, and any personal weapon that I
24    submit to train with under the direction of the Vance
25    County Sheriff's Office I have no problem using.

Page 89

1          MS. ROBINSON:  Chris, Mr. Geis, can you pull
2     up and mark it as Exhibit 8.
3          MR. GEIS:  Mark what?
4          MS. ROBINSON:  Mr. Bullock's gun training --
5          MR. GEIS:  Do you have that?  It's from --
6          (Exhibit 8 was marked for identification.)
7     BY MS. ROBINSON:
8     Q.   **So we actually might need a second one**
9     **to pull that document up.**
10    **Mr. Bullock, have you had a chance to review**
11    **what has been marked as Exhibit 8?**
12    A.   Yes, ma'am.
13    Q.   **And this is an accurate record of your**
14    **training, correct?**
15    A.   Yes, ma'am.
16    Q.   **And are you familiar with the firearms**
17    **policy for Vance County?**
18    A.   Yes, ma'am.  I'm somewhat familiar with it.
19    Not -- again, not intimately familiar with it, but
20    somewhat familiar with it.  Yes, ma'am.
21    Q.   **And this is your -- you know, your Class A**
22    **requirement for the use of your firearm, correct?**
23    A.   What you're showing up now is -- you're
24    asking me that?



Page 90

```
 1      Q.   Yes.
 2      A.   This is actually the field portion,
 3 not the (audio interference) portion.
 4           THE REPORTER:  What portion?
 5           THE WITNESS:  Field portion, actually going
 6 out into the range and using the range. I use
 7 and range are used interchangeably.
 8      (Off-the-record statement by the reporter.)
 9 BY MS. ROBINSON:
10      Q.   So, Mr. Bullock, what we have on the screen
11 now is your signature on the use-of-deadly-force
12 handout.
13      A.   Yes, ma'am.
14      Q.   Okay.  Can you read "C" for us?
15 Well, first, before you do this, review the document.
16           MS. ROBINSON:  Michael, please scroll --
17 so he can review this document.  Scroll down so
18 we can see his signature.  I can't --
19           THE WITNESS:  Okay.
20 BY MS. ROBINSON:
21      Q.   Is that your signature?
22      A.   Yes, ma'am.
23           MS. ROBINSON:  Exhibit 9.
24      (Exhibit 9 was marked for identification.)
25 BY MS. ROBINSON:
```

Page 92

```
 1 subsection only when it is or appears to be reaso
 2 necessarily thereby to defend himself or a third
 3 person from what he reasonably believes to [be] t
 4 use of imminent use of deadly physical force; to
 5 affecting an arrest or prevent the escape from the
 6 custody of a person who he reasonably believes is
 7 attempting to escape by means of a deadly weapon
 8 or by his conduct or any other means indicates th
 9 he presents an imminent threat of death or seriou
10 physical injury to others unless apprehended with
11 delay; or to prevent the escape of a person from
12 custody imposed upon him as a result of [a] convi
13 for a felony."
14      Q.   So let's go back to what was mar
15 the Exhibit 4, which was your investigation to
16 Ms. Oliver's complaint.
17      A.   Okay.
18      Q.   Mr. White was serving two felony warran
19 correct?
20      A.   Yes.
21      Q.   Mr. White informed you that Ms. Oliver
22 assaulted him, correct?
23      A.   Yes.
24      Q.   And under that policy that you just rea
25 could have used deadly force, correct?
```

Page 91

```
 1      Q.   And do you recognize this document?
 2      A.   Yes, ma'am.  This is the document which we
 3 have found the training on about September 3 th
 4 2018, where Instructor Bartholomew signed it and where
 5 I signed it as a student.
 6      Q.   Okay.  And can you read "C."  Well, let's
 7 read -- let's go back to the --
 8           MS. ROBINSON:  Scroll up some, Michael.
 9 BY MS. ROBINSON:
10      Q.   So this is the deadly force policy and
11 handout?
12      A.   Yes, ma'am.  This is what the Instructor
13 gives us to sign when we're in the classroom portion
14 of the firearms qualification.
15      Q.   Okay.  So let's read the use of force in
16 arrest.  It says, "A law enforcement officer -- is
17 you can't finish -- can you finish that sentence for
18 me.  On here it's "C," so --
19      A.   Start with "C"?
20      Q.   We want to read where it says "A law
21 enforcement officer...." and then end with "C," that
22 sentence.
23      A.   "A law enforcement officer is justified in
24 using deadly physical force upon another person for
25 [the] purpose specified in Subdivision
```

Page 93

```
 1      A.   No, ma'am.
 2      Q.   She was a felon under "C."  Read
 3 Subsection C.
 4      A.   Under "C," ma'am, "to prevent the escap
 5 a person from custody imposed upon him as a resul
 6 [a] felony conviction]."
 7      A.   She hadn't been convicted, and this is,
 8 Michael, used for people who are -- has a sentence
 9 imposed on them, like in the prison system.  To s
10 nonviolent felony warrant is not justification
11 use deadly force.
12      Q.   Okay.
13      A.   And she hasn't been convicted of any fe
14      Q.   Okay.  So let's talk about that.  That
15 back to your memory very well, so let's see if al
16 these other conversations come back to your memor
17 the same way.
18 So you said that you interviewed Goolsb
19 correct?
20      A.   No, ma'am.  I never said I interviewed
21 Goolsbe.  I said I talked with him.  I said I
22 with him, I talked with Sergeant Welborn, and I t
23 with Captain Watkins.  I never said I interviewed
24 person of this
25      Q.   Okay.  Well, you talked with them.
```



Page 94

```
1        Are any of those conversations coming back
2    to memory?
3        A.   No.
4        Q.   None?
5        A.   None.
6        Q.   Welborn isn't coming back to memory?
7        A.   No, ma'am.
8        Q.   Watkins?
9        A.   The only thing I can say before
10   thing from Watkins I remember is he was the one that
11   initially spoke with Ms. Oliver.  That's what
12   back to my -- to memory with.
13       Q.   Okay.  Okay.  That's fair.  In your that I
14   calculated from 1997 until 2018, you were in an
15   administrative role.
16            How many officers had used deadly force in
17   your tenure?
18       A.   I don't know, ma'am.  I would say -- how
19   many used deadly force?
20       Q.   Right.
21       A.   Is that what you said?  Okay.
22   Three are coming to mind that I can recall now
23   as we're talking, at least three.
24       Q.   And what were those instances?
25       A.   We had a deputy who was assisting the animal
```

Page 95

```
1    control unit to take somebody's dog, and the lady came
2    out with shotgun.  And the deputy several times told
3    her to "Drop the shotgun, drop the shotgun, drop the
4    shotgun."  And when the person started lowering the
5    shotgun towards him pointing, he shot her.  That's one
6    incident.
7            Another incident is where we were in a
8    chase.
9        Q.   Was the outcome of that?  Was that deadly
10   force investigated?
11       A.   Yes, ma'am.
12       Q.   And what was the outcome?
13       A.   He was exonerated.
14       Q.   Exonerated?  Okay.  And then another one was
15   what?
16            That person was shot?  That citizen was
17   shot?
18       A.   Yes, ma'am.
19       Q.   And injured, dead or alive?
20       A.   They didn't die.
21       Q.   They didn't die.  But no fatality, that person
22   shot?
23       A.   No, no.  She wasn't -- she wasn't killed.
24       Q.   Okay.  And -- okay.  And the other instance?  Any?  Okay.
25       A.   There's an incident in which we were going
```

Page 96

```
1    murder suspects that had committed murder
2    our county and a neighboring county.
3        Q.   Had they been convicted of murder?
4        A.   I don't know what their convictions were
5        Q.   No, no.  You said "committed."
6             Had they been convicted at that time?
7        A.   Not on those particular murder charges.
8    had warrants for murder.
9         -- the Only Okay.
10       Q.   And the deputy came upon the vehicle th
11   were coming and a chase ensued.  And when the deputy
12   out of the car, they fired.  The deputy returned
13   that was another deadly force use that was exoner
14            And then the last one that's coming to
15   is there was a chase that ensued, and the vehicle
16   to run over one of the officers.  And he fi
17   and he was exonerated.
18       Q.   Tell me about that vehicle chase.
19       A.   The last one I was referring to?
20       Q.   Uh-huh.
21       A.   There was a chase.  I don't know the re
22   right the chase, but there was a chase.  The vehicl
23   went to the lake area and got into, like, a woode
24   area.  And the deputies thought that he was going
25   jump and run from the vehicle.  They started runn
```

Page 97

```
1    into the woods.  As they were running to the woo
2    came out of woods.  He saw one of the deputies.
3    turned towards the deputy and accelerated at a hi
4    rate of speed towards the deputy, and the deputy
5    That's one
6        Q.   And the deputy was exonerated?
7        A.   Yes, ma'am.
8        Q.   Was the person injured?
9        A.   Yes.
10       Q.   How so?
11       A.   He was grazed in the shoulder.
12       Q.   How long did it take before that deputy
13   exonerated?  Do you recall?
14       A.   I don't know.  I don't know how long it
15   any of them to be exonerated, because all of them
16   involved also the SBI having to come in and do th
17   investigation -- do an investigation as well.
18       Q.   Well, I'm glad you mentioned that becau
19   was wondering if you acted as your own internal
20   affairs department or if the SBI gets involved or
21   guilty, that process looks like in your use of force.
22       A.   Any officer-involved shooting, the SBI
23   is called.
24       Q.   Okay.  That's the policy, the
25   we practice.
```



AdvancedONE LEGAL        (866) 715-7770
                         advancedONE.com

Page 98

1    A.   That's the practice.

2    Q.   **Does Vance County have an internal affairs**
3  **department, or are you it?**

4    A.   I conduct most of them, and then there have
5  been occasions in where, depending on the size of it,
6  I've had to rely on other officers, other detectives
7  that's appointed by the sheriff.  Typically, it may be
8  a detective and another officer.

9    Q.   **What training do those officers have?**

10    A.   I don't know what training -- I don't know
11  what their training is.

12    Q.   **I do want to talk about training a little**
13  **bit.**

14         **What training did you have to conduct**
15  **use-of-force investigations?**

16    A.   I've only -- you know, in terms of my
17  training, my training was early on in my -- this
18  career when I first started doing these administrative
19  investigations.  The other training has been going
20  through -- going through, having done these over time.
21  When I first started doing this internal affairs
22  investigation, I was under the supervision of -- at
23  the time, the captain at the time.

24    Q.   **What time --**

25    A.   My training came through -- and my training

Page 99

1  came through him as far as the on-the-job training.

2    Q.   **So you said when you "first started doing**
3  **these."**

4         **And "doing these," you mean use-of-force**
5  **investigations?**

6    A.   I mean internal affairs investigations.

7    Q.   **Internal affairs, which would encompass use**
8  **of force?**

9    A.   Some of them encompass use of force.

10    Q.   **What year did you start that?**

11    A.   1997.

12    Q.   **1997?  Okay.  And you were trained by the**
13  **captain --**

14    A.   Yes.

15    Q.   **-- at the time?**

16         **Did you take any classes?**

17    A.   I can only remember one time going to a
18  class in internal affairs investigation.  I don't
19  remember going any time but one time.

20    Q.   **Okay.  What time -- what -- do you recall**
21  **what year?**

22    A.   It would -- it would have been 1997 or
23  shortly thereafter in 1997, but I -- I don't know if
24  it was in 1998 or -- you know, I don't know how long.
25  I just don't -- I don't remember the exact year, but

Page 100

1  it was after I had started helping the captain with
2  these type of investigations.

3    Q.   **And for the most part, you conducted the**
4  **investigations as a single individual?**

5    A.   For the most part, yes, ma'am.

6    Q.   **Did you ever request help?**

7    A.   I'm sorry?

8    Q.   **Did you ever request help?**

9    A.   Help has been had.  You know, the -- in
10  doing -- as part of my -- doing these investigations,
11  captain has had other officers helping some of these.
12  When you have an officer-involved shooting, I can
13  then I request help from the SBI.

14    Q.   **Okay.  And not within your department?**

15    A.   I'm sorry?

16    Q.   **Not within your department?  You don't**
17  **request help within your department?**

18    A.   There have been a rare occasion.  Again,
19  been and that's -- for the most part, it's been early
20  on -- on over time.

21    Q.   **Did you -- can you recall a time in which**
22  **you had, like, a panel of investigators?**

23    A.   Yes.  There was an officer who was a part-
24  deputy working an area of the county in which his
25  in-laws lived, and it was determined that he went and

Page 101

1  broke into the in-laws' house, burglarized their
2  home.  And then when the alarm -- or when the call was made,
3  he came back down there to do the investigation on
4  that break-in, and it was determined that he was
5  the one that actually did the break-in.

6         More than one investigator worked that.

7    Q.   **Tell me about that.  What do you mean more**
8  **than one worked it?  What did they do?**

9    A.   I -- a minimum of three people, maybe four,
10  helped with that investigation.  That officer was
11  ended up being fired and criminally charged.

12    Q.   **That's, like, a common theme right now,**
13  **right, in Vance County?**

14         MR. GEIS:   Don't answer.

15         MS. ROBINSON:  Did you object, Chris?  I
16  think I heard you say something.

17  BY MS. ROBINSON:

18    Q.   **You said more than one investigator**
19  **worked -- let me just make a note, and this is --**

20         let's go off the record for this.

21         (Discussion off the record.)

22         (Recess in proceedings from 2:57 to 3:01 p.m.)

23  BY MS. ROBINSON:

24    Q.   **Mr. Bullock?**

25    A.   Yes, ma'am.



AdvancedONE LEGAL          (866) 715-7770
                           advancedONE.com

**Page 102**

1  Q.  Did you just have a conversation off the
2  record?
3  A.  Yes.
4  Q.  Was it about your questions, responses?
5  A.  No, ma'am.
6  Q.  What was it about?
7  A.  It was about how long -- how much longer
8  it's going to take for us to finish this --
9  Q.  I got an answer for you.
10  A.  Oh.
11  Q.  I'm going to get you out of here. Okay.
12  I'm almost done.
13  A.  Okay.
14  Q.  I'm almost done. Okay. And we
15  might be approaching done. Now, you know, I can hold
16  you for seven hours and question, question, question,
17  but I --
18  A.  It's totally okay. You have a right to do
19  it. I'm okay with it.
20  Q.  No. I asked you some about Mr. White
21  earlier, and I think you told me you didn't have very
22  much interaction with him, correct?
23  A.  That's correct.
24  Q.  And you didn't hear much about him, either?
25  A.  No, ma'am, I didn't. He was a -- he was a

**Page 103**

1  division from me, so he wasn't in my direct line of
2  command. So other than seeing him in the office, or
3  passing through the office, it was just -- he would
4  would come -- he's walked by my office before, and
5  he's poked in, and, you know, we spoke before. But
6  again, it was so far and few between.
7  Q.  Okay. We were talking about the
8  investigations that you completed at Vance County.
9  And from what I understand, most of them were one
10  person. And you were telling me about the time in
11  which there was more than one investigator, and that
12  situation involved an incident in which an officer
13  behaved, you know, badly.
14  Did you seek assistance in that
15  investigation, or did -- was assistance provided to
16  you?
17  A.  At the time I was captain -- I was the
18  captain that was doing those investigations. That
19  particular case was assigned to me, and I made the
20  decision as to what other officers would help.
21  Q.  So that was around the 1997 when you were
22  telling me you had been trained?
23  A.  Well, no. It was -- it might have been
24  200- -- I mean, a significant -- you know, I have to
25  have -- it wasn't early on. It was, you know --

**Page 104**

1  the it was before -- it was between 19- -- I mean
2  between 1997 and 2001. It was somewhere in that
3  range.
4  Q.  But it was significant enough for you to
5  remember?
6  A.  Yes, ma'am. Because I had an officer --
7  That was very significant.
8  Q.  Why was it significant?
9  A.  I considered him a friend.
10  Q.  Okay. Can you recall the number of citizens
11  who have complained to Vance County or filed
12  grievances or any of that nature?
13  A.  No, ma'am.
14  Q.  Would you say it's a lot, a little?
15  A.  I don't -- again, I just don't have a --
16  I don't have anything to go on. I don't have anything
17  significant to go on with that for me -- for it to be
18  right to know, flare up in my memory.
19  There could have been complaints that were
20  directed to an officer's supervisor, and that would
21  have been on. And someone would have looked into
22  that, and that supervisor would have handled that --
23  however, outside my knowledge. So I -- and even with
24  that, I -- did eventually come to my desk, I
25  from about have a working number on how many that could

**Page 105**

1  have been.
2  Q.  Okay. Well, you just don't appear to me
3  like a person who would scare easily; is that true?
4  A.  I'm scared of snakes and dogs.
5  Q.  Okay. But you can handle complaints when
6  you're doing your job?
7  A.  I can handle what?
8  Q.  Complaints when you're doing your job.
9  A.  Yes, ma'am.
10  Q.  So you -- do you have a working knowledge
11  or the number of times the county sheriff's department
12  has been sued to, like, threats of suit? Is that
13  A.  I don't know what -- threats of soup?
14  Q.  How many people -- how many citizens
15  have threatened to sue the sheriff's office?
16  A.  Oh, I have no idea.
17  Q.  Has any citizen threatened to sue you in
18  -- didn't investigate?
19  A.  No, ma'am. You know, I don't -- you know,
20  I've been sued before, but I don't know the number.
21  Q.  ... were who have threatened to sue the sheriff's
22  office. And I've never been threatened to, "If you
23  don't do something, I'm going to sue you."
24  it might I've never had that to happen.
25  know -- Q.  Or sue the sheriff's office?



Page 106

```
 1     A.   Or sue the sheriff's office.
 2  people -- you know, I -- you know, it is a --
 3  it's a -- it's a common thing for people to say "Oh,
 4  I'm going to sue you."  But I -- you know, for me,
 5  for me, there's nothing that has an effect on me to
 6  say, "Oh, my God.  This person will sue me.  I better
 7  do X, Y, Z."  I don't -- I don't have a -- that
 8  doesn't sway me one way or another.  I've heard the
 9  words "I'm going to sue you" a lot.  You know, "I'm
10  going to sue you-all" a lot.  But you have a right to
11  sue, so --
12     Q.   So -- but you've been sued before?
13     A.   Yes, ma'am.
14     Q.   How many times?
15     A.   I would say four other times, four cr five
16  other times.
17     Q.   Do you recall those instances?
18     A.   Oh, yes, ma'am.  That's significant to my
19  memory.  So yes.
20     Q.   Can you explain them to me.
21     A.   Okay.  There was a time that I was en route
22  that I had -- I was driving north on the interstate,
23  and then a highway patrolman was working the road that
24  had already occurred.  And I stopped because the road
25  was partially blocked by the ambulance and the
```

Page 107

```
 1  trooper's car and the -- one of the victims' cars.  So
 2  I stopped and backed up and put on -- put out flags,
 3  put on my traffic vest.  And I start directing
 4  traffic, slowing traffic down, because the whole road
 5  kind of a little bit over a slight decline.
 6          And I had been out there slowing traffic
 7  down for about 20 minutes or so, and then a person
 8  pulling a mobile home, like a transport truck pulling
 9  a mobile home, came through at a very, very high rate
10  of speed and was not obeying my traffic signals and
11  for him to slow down.  And then at the last minute, he
12  looked up, and he locked the brakes.  The trailer came
13  off and just wiped out the ambulance and the cars.
14          And so that was one time.
15     Q.   What did he sue you for?
16     A.   I guess it was, like, failure to do -- do
17  my duty, causing that wreck.  But that didn't -- came
18  up -- it didn't get far.
19          Another time I was working the evidence
20  room, and I was leaving to go to lunch.  And I did fit
21  and a city officer had a person stopped in a traffic
22  stop.  I drove up and said, "You-all got everything?"
23          And they said "yeah."  And I drove off.  And
24  then that person sued me as a result of what had
25  transpired in that traffic stop.
```

Page 108

```
 1     I mean,       I got sued one time where a fight had
 2  -- happened at a club.  An officer put a suspect in
 3  the back of a car.  The suspect kicked out the glass.
 4  The officers tried to get the suspect out of the car.
 5  They started fighting with him, like, from the interior
 6  of the car.  He was kicking officers, kicking
 7  officers.
 8          Another officer sprayed him with mace, and
 9  then the glass was broke.  We don't know if it was broke
10  as a result of him kicking the glass out or kicking
11  officers or what, but that person sued me and all the
12  other officers there.
13          And then I think two occasions I've been
14  sued for people who were dead at the jail.
15     Q.   Okay.  Thank you.  Thank you for explaining
16  those situations.
17          The only question I have is if you -- to the
18  extent you are able to share, what were the outcomes?
19     A.   I guess the correct word -- I don't know.  I
20  don't know the legal term, but I considered it as I
21  was exonerated.  I was exonerated on all of them.
22     Q.   Okay.  So I want to -- I want to get -- I
23  want to make sure I understand this.
24          There is no board review -- no standard
25  board review on use-of-force incidents?
```

Page 109

```
 1     A.   There is no standard board review?
 2     Q.   So there is no board that will convene
 3  saying, you know, this member must be a part of the
 4  board, that member; you get an amount of time to
 5  respond; there is --
 6     A.   That wasn't a practice.
 7     Q.   It wasn't a practice?  Was it a practice --
 8  was there a standard number of complaints that an
 9  officer must get before an officer is dismissed?
10     A.   No, ma'am.  Each thing is done, you know, by
11  incident.  It wasn't, like, a buildup of anything.
12     Q.   I'm going to stand up.  My back is hurting.
13  I'm going to stand up and stretch.  I can stand right
14  here.  I just need to stand up.
15     Q.   Mr. Bullock, if you want to take a
16  ten-minute break --
17     A.   No, no, no.  I don't.  I don't.
18     Q.   Okay.  Okay.
19     A.   I just didn't want you to say, "What are
20  you doing?"  I just needed to stretch.
21     Q.   Okay.  That's fine.
22     Q.   Is there a certain threshold that increases
23  the likelihood to be dismissed from --
24     A.   I don't understand that question.
25     Q.   So is a severity of a deputy's actions,
```



Case 5:19-cv-00467-BO   Document 71-3   Filed 04/01/21   Page 29 of 68

**Page 110**

1 increases his or her likelihood to be dismissed?
2     A. We work at the pleasure of the sheriff. I
3 can't answer that question.
4     Q. Well, for your recommendation.
5     A. My recommendation is done on a case-by-case
6 basis.
7     Q. Do you find that different sheriffs have
8 different thresholds?
9     A. I don't know how to apply that question.
10 It's apples to oranges, in a way. By working at the
11 pleasure of sheriff, I can't apply that.
12     Q. Now I'm asking you, would soliciting a sexual
13 favors from citizens be a serious complaint?
14     A. I think that it would.
15     Q. And just so I can understand it, is - this
16 is you.
17     Is assault a serious infraction?
18     A. Assaults can mean -- have a range, so it
19 depends on the range of the assault.
20     Q. Is it a requirement that supervisors report
21 instances in which deputies are involved in domestic
22 violence?
23     A. I don't know when you say supervisor. Is
24 it a requirement for supervisors to report. Then, no,
25 if a -- if a deputy is called to a house where another

**Page 111**

1 deputy is involved in domestic violence, there should
2 have been an incident report generated from that other officer
3     Q. There should have been an incident?
4     A. Uh-huh. If it's a substantiated report.
5 substantiatable (sic) report.
6     Q. Were you made aware of any instances in
7 which deputies were involved in domestic violence?
8     A. Yes.
9     Q. Tell me about those instances or that
10 incident.
11     A. I don't -- there's an officer that had gone
12 out of town, for some reason, with another officer.
13 And when he got back into town, he discovered his
14 wife was with another gentleman at the Quacker Bar.
15 And because of the way he conducted himself, follow-up
16 service was no longer needed. His conduct was with
17 his wife.
18     Q. Is that the only one you can think of?
19     A. That's the only one that's coming to mind
20 right now, and I'm not saying that's the only one.
21 That's what's coming to mind right now.
22     Q. Did you make that recommendation?
23     A. Yes, ma'am.
24     Q. Were there any criminal charges brought
25 against that individual?

**Page 112**

1     A. I don't remember any.
2     Q. How much discretion does an officer have to
3 enforce the law, would you say?
4     A. I don't know if I can put a quantitative
5 number on how much discretion an officer has. An
6 officer has some discretion. An officer is not -- an
7 officer has direct discretion. An officer doesn't have unlimited
8 discretion.
9     Q. Are there instances in which an officer has
10 no discretion to enforce the law?
11     A. Yes, ma'am. I believe there are instances
12 where an officer has no discretion to enforce the law.
13     Q. What are those instances?
14     A. If a person murdered someone in front of an
15 officer, I think the officer doesn't have any
16 discretion to enforce the law. I think he would have
17 to enforce the law.
18     Q. So if a sheriff's officer shot a citizen,
19 they should be placed under arrest immediately?
20     A. No, ma'am. It depends on the circumstances.
21 In the first incident, I said "murder." If a
22 sheriff's officer shot somebody and it wasn't murder,
23 then, no, they shouldn't be arrested. If they shot
24 them in self-defense, then they shouldn't be arrested.

**Page 113**

1 If a sheriff's officer murdered somebody in front of
2 another officer, then I think the arresting officer
3 has any discretion.
4     Q. So self-defense plays a role in
5 the scenario?
6     A. Yes, ma'am. And in that scenario, yes,
7     MS. ROBINSON: I think we can take a
8 five-minute break. I want to just review some
9 things and then see if -- you know, can we go
10 that they got done record.
11 (Recess in proceedings from 3:26 to 3:33 p.m.)
12 BY MR. ROBINSON:
13     Q. Mr. Bullock, I have, like, a couple
14 follow-up questions, and this is just for my own
15 clarification. We talked about the canine incident
16 and the -- a report shows that it was Adam Hight,
17 think you said the canine bit a woman.
18 And that was the woman who was in the
19 warehouse, correct?
20     A. Yes, ma'am.
21     Q. A civilian?
22     A. Yes, ma'am.
23     Q. Okay. It wasn't Adam Hight.
24 You also mentioned the domestic -- we t



AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

Page 114

1  about the domestic violence situation.

2      A.   Yes, ma'am.

3      Q.   And you recommended separation from

4  employment?

5      A.   Yes, ma'am.

6      Q.   Was that recommendation received?

7      A.   I gave a recommendation to the sheriff.

8      Q.   And the sheriff separated employment?

9      A.   Yes, ma'am.

10     Q.   Do you recall the year of that?

11     A.   I do not.

12     Q.   Was that Sheriff White?

13     A.   Yes.

14     Q.   That was Sheriff White?

15     A.   Yes.

16          MS. ROBINSON:  I don't think I have any

17  further questions at this moment.

18          MR. GEIS:  Okay.  I have no questions at

19  all.  I guess we'll just reconvene tomorrow

20  morning for Sheriff White's deposition.

21          MS. ROBINSON:  Okay.  Well, thank you.

22     (Whereupon, at 3:35 p.m., the taking of the deposition

23  ceased.  Signature was reserved.)

24

25

Page 116

ERRATA PAGE

List any corrections by page and line number on this
sheet.  If additional pages are necessary please
furnish same and attach them to this errata page.  You
are allowed 30 days within which to complete the
witness certification and errata pages.  After
completing these pages, please return them to:
                 Advanced One Legal
                 1600 Market Street
                    Suite 1700
              Philadelphia, Pennsylvania  19103
Case Name:  White vs. Vance County, NC, et al.
Witness Name:  WELDON WALLACE BULLOCK
Deposition Date:  February 25, 2021
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____
Page _____ Line _____ Change _____

Reason for Change _____

DATE _____          WELDON WALLACE BULLOCK

Page 115

WITNESS CERTIFICATION

    I hereby acknowledge that I have read the

foregoing transcript of my deposition testimony, and

that my answers to the questions propounded, with the

attached corrections or changes, if any, are true and

correct.

_____    _____

DATE                WELDON WALLACE BULLOCK

_____

PRINTED NAME

    Subscribed and sworn to on the _____ day of

_____ 20_____ before me.

            _____

            Notary Public, in and for the

            State of _____

WHITE

vs.

VANCE COUNTY, NC, et al.

Page 117

CERTIFICATE OF REPORTER

STATE OF NORTH CAROLINA    )

COUNTY OF MECKLENBURG       )

    According to the emergency video notarization

requirements contained in NCGS 10B-25, I, Janet Cooper

Haas, RPR, Notary Public, do hereby certify that the

identity of WELDON WALLACE BULLOCK was confirmed by me

over Zoom, that the witness was located in Vance

County,  that the witness was remotely sworn by me

prior to the taking of the foregoing deposition, that

the parties were present as stated, that said

deposition was taken and transcribed under my

supervision and direction, and that I am not of

counsel for or in the employment of any of the parties

to this action, nor am I interested in the outcome of

this action.

    Additionally, I certify that the foregoing

114 pages constitute a true and accurate transcript of

the testimony, and that the witness reserved signature.

    This the 5th day of March 2021.

            _____

            JANET COOPER HAAS, RPR

            NOTARY PUBLIC #19973240043



WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

118
Index: $20..according

**Exhibits**

**Exhibit 1** 3:7 20:25
21:2

**Exhibit 2** 3:8 20:22

**Exhibit 3** 3:9 46:2,
11 71:2

**Exhibit 4** 3:10
48:13,14 68:15
92:15

**Exhibit 5** 3:11
66:18,19 71:9

**Exhibit 6** 3:12 84:2,
3

**Exhibit 7** 3:13
86:13,14

**Exhibit 8** 3:15 89:2,
7,12

**Exhibit 9** 3:16
90:23,24

**$**

**$20** 10:21

**0**

**06** 36:4,5

**1**

**1** 20:25 21:2,4 22:4
44:7 45:25 89:22
91:25

**1029** 5:11

**10:35** 21:19

**10B-25** 4:2

**11:01** 21:19

**11:50** 47:25

**11:55** 47:25

**12** 84:25

**12:53** 76:5

**15** 72:25 73:1

**1801-3870** 50:24

**19-** 104:1

**1967** 5:9

**1992** 6:16 8:4

**1997** 6:22 8:6,8
32:13,20,24,25
33:16 94:14 99:11,
12,23 103:21 104:2

**1998** 99:24

**2**

**2** 20:22 21:4 50:1,4,
9

**20** 107:7

**20-something**
65:25

**20/20** 76:11,15
77:7,9

**200-** 103:24

**2001** 104:2

**2004** 8:22

**2005** 8:17,22

**2018** 36:5 91:4
94:14

**2019** 65:24

**23-page** 22:9

**28th** 5:9

**2:06** 76:5

**2:57** 101:22

**3**

**3** 46:2,11,12 50:2,4,
9 71:1,2

**30** 21:8

**31** 33:24

**36** 66:24 67:11

**37** 66:21,24

**3:01** 101:22

**3:26** 113:12

**3:33** 113:12

**4**

**4** 48:13,14 68:15
85:1 92:15

**5**

**5** 66:18,19 71:9
72:25 73:1

**6**

**6** 84:2,3

**6th** 91:3

**7**

**7** 86:13,14

**7-15-2009** 45:20

**8**

**8** 89:2,7,12

**9**

**9** 90:23,24

**911** 38:24 43:15
48:24 49:22,23

**A**

**a.m.** 21:19 47:25

**able** 108:18

**about** 5:16 6:8 7:10
11:19 13:14 16:24
18:8 19:10 21:17,
21 24:5,7,8,12,13,
20 30:22 31:12
33:18 35:10 36:14
37:5 40:12 41:13,
20 43:4,11 46:9
47:13 50:3 53:5,16
54:2 55:11 56:14,
16 57:13 58:2 59:7
60:4,25 62:3,4,15,
25 64:21 66:8
69:18 72:3 74:1
77:7,13,20 82:13,
17 83:2,3,7,9,22
86:19 91:3 93:14
96:18 98:12 101:7
102:4,6,7,20,24
103:7,10 107:7
111:9 113:16

**above** 50:12

**absence** 14:8

**abuse** 8:13 10:6

**accelerated** 97:3

**accidentally** 67:18,
20

**according** 12:11
65:9,13

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**accurate** 89:14

**acted** 97:19

**acting** 8:17

**actions** 48:9
109:25

**actual** 46:22 59:4
90:5

**actually** 9:4 17:16
55:4 60:12 65:18
76:3 89:9 90:2
101:4

**Adam** 113:17,24

**add** 35:18

**address** 5:10

**admin** 15:24

**administration**
6:12 8:21 37:9
40:19

**administrative** 9:1,
4,5 26:15 37:11,12
40:20 41:23,24
42:2 48:8 94:15
98:18

**adverse** 70:6,9

**affairs** 97:20 98:2,
21 99:6,7,18

**afford** 46:23

**after** 6:2,10 15:14
19:21 24:2,21
25:25 26:8 27:9
28:13 29:12 33:11
43:21 49:7,11 57:9
61:24 85:6 100:1

**afterwards** 26:5

**again** 16:12 25:22
27:12 28:9 43:14
56:5 63:12 64:15

70:25 80:6 89:20
100:18 103:6
104:15

**against** 48:10
111:25

**agency** 85:13

**agents** 45:25 46:17

**ago** 21:8

**ahead** 27:13,14
28:6 31:9

**aids** 85:5,14

**alarm** 101:1

**alive** 95:19

**all** 7:3 8:12,24
12:19 13:13 17:7
21:12 24:2 25:14
26:18,22 27:5,10
28:18 35:14 36:16
40:2,21 46:21 50:8,
11 54:25 56:15
59:7 61:21 63:4,23
64:7 75:17 77:3,15
78:15 80:10 83:5,
21 85:11 88:1
93:15 97:15
108:11,21

**allow** 34:12

**allowed** 73:16,17

**allows** 69:10

**almost** 15:1
102:12,14

**along** 13:7

**already** 71:11
106:24

**also** 4:10 16:22
20:13 32:25 64:14
80:1 97:16 113:25

**always** 5:12 26:23
56:6 59:8,12

**am** 70:11

**ambulance** 106:25
107:13

**amount** 10:19
25:13 32:20 109:4

**ample** 79:17

**an** 6:13,21 8:16 9:1,
19 10:18,22,23
11:5 12:2,8,9 14:21
15:24 17:2,3 18:12
25:13,20,21 28:10,
11,19 33:10,11
34:12 36:7 38:9,15
39:4,8,9,10,11,12,
13,19,25 40:19,20
41:9,23,24 42:2
44:7,8 46:1,23 48:2
53:10,23 54:13
60:6,9,16 64:19
65:3 67:24,25 68:7,
8,11 70:2,6,8 73:7
76:9 77:24 79:1
80:25 82:1,2 83:18
85:15 89:14 92:5,9
94:14 95:25 97:17
98:2 100:12,22,23
102:9 103:12
104:6,20 106:5
108:2 109:4,9
111:2,3,11 112:2,5,
6,7,9,12

**and** 4:3,10,17,19
5:8,21,25 6:6,13,
14,15,22,25 7:8,11,
18,20,23 8:1,4,5,7,
10,12,14,20,21,24
9:15,17,19,20
10:20,25 11:5,6,17,
23 12:4,7,13,14,18,
20,24 13:17,19,20,

21 14:3,4,6,10,12,
17,22 15:4,9,14,25
16:1,2,5,8,10,13,14
17:5,7,8,19 18:15,
18,22,25 19:9,17
20:1,5,9 21:4,5,8,
13,14,22,23 22:8,
12,20,23 23:1,5,7,
24 24:2,4,23 25:6,
9,12,14,19,20
26:16,18,22,23
27:6,16,21,24 28:9,
12,13,20 29:11,15,
24 30:17,25 31:9,
16,20,22 32:1,6
33:4,5,6,7,12
34:17,18,21 35:4
36:5,19,23 37:3,5,
10 38:2,9,13,22,25
39:1,2,3,18,23,24
40:6,7,17,18 41:1,
7,9,11,14,15,16,17,
20,22 42:1,5,9,15,
22,25 43:19,23
44:1 45:10,18,21
46:19,22 47:3,7,8,
19 48:5 50:2,4,9,
13,24 51:7,15 52:3,
4,5,9,11,25 53:6,
17,20,21 54:11,19,
23,24 55:4,19,21
56:15,23 57:5,6,7,
8,17,18,23 58:12,
18,20,24 59:1,4,21,
23 60:13 61:7,18,
25 63:1,6,14,19,20,
21,22 64:6,11,13,
24 65:3,7,9,11,14,
16,19,25 66:3,13,
14,24,25 67:17
68:15 69:1,9,13
70:15,17 71:8,23
72:7,15,16,25 73:1,
7,17,25 74:3,8,11,
17,18,19 75:5,7,13,

19 76:9,13,16
77:16 78:7,9,10,16,
18,21,23 79:17,18,
19,24 80:18 81:2
82:4,5,17 83:16
84:1,8,16 85:15,24
86:12,23,24 88:10,
15,23 89:2,14,17,
22 90:6,7 91:1,4,6,
10,21 92:24 93:7,
13,22 94:24 95:1,2,
4,12,14,19,24 96:2,
10,11,14,15,16,17,
23,24,25 97:3,4,6,
16 98:4,8,25 99:4,
12,18 100:3,14,19,
24 101:1,3,11,19
102:8,14,16,21,24
103:4,5,6,9,10,11,
19 104:2,20,21,22,
23 105:4,22
106:23,24,25
107:1,2,3,6,7,10,
11,12,13,14,20,21,
22,23 108:8,11,13
109:13 110:15
111:13,15,20
112:20,23 113:6,
10,15,17,19

**animal** 78:20 94:25

**animals** 46:25 47:9
78:19

**another** 12:20 19:9
28:13 42:5 77:12
91:24 95:7,14
96:13 98:8 102:25
106:8 107:19 108:8
110:25 111:12,14
113:2

**answer** 4:16 7:24
11:9 37:25 39:20,
22 65:18 84:22
101:14 102:9 110:3

**answered** 72:2

**answers** 78:16

**any** 4:21 6:2 24:11
35:9,21 36:14 39:4
42:17 43:5,9,14,17
44:9,10 46:6,24
52:15 60:2 67:18
68:10 69:20,22
70:8,10,23 74:12,
25 75:1 79:22 80:9,
12,16 83:16 87:10,
12 88:7,21,23 92:8
93:13 94:1 97:15,
22,24 99:16,19
104:12 105:17
111:6,24 112:1,15
113:3

**anybody** 27:23
60:19 69:11 70:11,
21,23

**anybody's** 75:23

**anyhow** 31:10

**anyone** 61:14

**anyplace** 20:3

**anything** 5:2 11:19
35:16,17 41:2 57:9
58:2 67:22 69:10
75:5 82:19 83:2,3,7
104:16 109:11

**AOC** 23:2 33:24

**apart** 69:5

**appear** 105:2

**appears** 92:1

**apples** 110:10

**applicant** 12:7,8,9
25:5 28:6 30:22
34:12

**applicants** 18:14

**application** 12:2,5
17:3,11,14,19
18:15 19:22 21:2
24:5 33:10,11
46:23

**applications** 32:20

**apply** 110:9,11

**appointed** 98:7

**apprehend** 80:3
88:12

**apprehended**
92:10

**approaches** 74:19

**approaching**
102:15

**approved** 85:15

**approximately**
84:24

**April** 65:24

**are** 5:1 12:11 13:15
14:5,17 19:15 23:2
25:10 29:3 37:10
39:4,7,17,18,21
41:4,20 44:5,23
50:7,14,25 51:2
56:1,7 61:7,25
63:6,8,10 64:22
65:13 67:4 69:20
71:24 72:17 76:10,
25 78:23 82:21,23
84:13,24 86:12,17
87:16,21 89:17
90:7 93:8 94:1,22
98:3 108:18 109:19
110:21 112:9,11,13

**area** 80:25 96:23,24
100:23

**aren't** 25:2

**arm** 58:20 59:2,24
60:6,9,12,13,16,18
67:15 69:4 75:21

**arms** 74:18

**arose** 81:11

**around** 14:11 53:3
58:1 103:21

**arrangements**
62:13

**arrest** 72:1,11 74:2,
7,20 91:16 92:5
112:19

**arrested** 74:16,17,
18 112:24,25

**arresting** 85:13
113:2

**arrests** 71:20

**as** 4:4,9,18,19 6:9,
13,23 7:2,20 8:24
9:5,19 10:18 12:10
13:25 14:10,22
16:8,18,19,21
18:12 21:2 22:10
27:6 32:17 33:1
34:21 36:22,23
38:3 41:17 47:1,3
48:13 54:10 56:5,
21 57:6,20,22
63:17 65:10,15
66:17 68:3,14
69:16 73:23 78:11
85:5 86:13 89:2,12
91:5 92:12,15 93:5
94:23 97:1,17,19
99:1 100:4 103:20
107:24 108:9,20

**Aside** 36:11

**ask** 18:8 19:10
23:24 28:7 50:2
57:18,19 68:5



WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

121

Index: asked..been

69:18 72:9

**asked** 21:22 37:5
53:19 60:25 71:21
86:19 102:20

**asking** 21:21 77:7
89:25 110:12

**asks** 4:16

**aspect** 37:3

**assault** 110:17,19

**assaulted** 92:22

**Assaults** 110:18

**assigned** 7:23
38:11,23 78:21
88:16,22 103:19

**assignment** 25:18

**assistance** 103:14,
15

**assisting** 94:25

**associated** 69:20,
23

**asthma** 70:18,21

**at** 6:6,7,16 7:3,16,
20 8:4,5 11:2,14,17
13:1,13 15:1 17:13,
20,21 21:8 24:23
25:2,23 26:1,20
27:5,15 28:12,17
34:3 35:8,24 36:2
37:4,19 38:4 39:3
40:2,16 45:1,7,13
49:23,24 52:16,22
53:10,14 54:17,25
55:1,2 61:21 62:6
65:18,20 66:24
68:1,25 70:13 75:3,
5,7 76:7,8 77:3,8
80:10,25 81:22
83:21 86:22 88:1
94:23 96:6 97:3

98:22,23 99:15
103:8,17 107:9,11
108:2,14 110:2,10
111:14

**attack** 74:5

**attacked** 80:15

**attacks** 70:16

**attempting** 92:7

**attorney** 62:14

**audio** 90:3

**authority** 76:15

**available** 25:2

**average** 42:18

**aware** 54:11 56:8
70:11 111:6

**away** 56:24

---

**B**

**B.9.** 45:17

**B.9I.** 58:23

**bachelor's** 6:3

**back** 6:13 10:7
19:20 26:19,20,21,
22 27:13,14 28:13
32:2,5,6 33:6,11
47:11 50:2 51:22
53:6,12 65:3 68:14
70:5 71:5 74:18
76:22 78:8,9 82:20
91:7 92:14 93:15,
16 94:1,6,12 101:2
108:3 109:12
111:13

**backed** 107:2

**background** 12:6,7
17:6,17 19:23

20:14,16 21:22
23:4 24:21 26:4,6,8
28:21 33:23 34:8,
11,13,14 37:16

**backgrounds**
26:13

**badly** 103:13

**bar** 60:6,9,16,18
67:15 75:21

**Barrel** 111:14

**Bartholomew** 91:4

**base** 51:6 58:21

**based** 44:16,18
50:5,15 51:10,12,
14 61:5 84:22
85:24

**basic** 7:7,8 14:1
27:3

**basically** 53:2
60:11

**basis** 35:13,14,17
110:6

**batons** 65:11,15

**be** 4:11 13:21,25
14:20,25 16:16
17:22 18:16 24:18,
20 25:4,17,18
27:11 28:10,14
29:6,13 30:7,8,10,
14,18,19,23 32:11,
23 33:13 34:14
35:22 38:18,19,20,
25 39:5 41:7,12,16
42:4,5,10,22,24,25
44:1,3,4,20 46:3,5,
8 47:1 48:12 50:1
52:16 58:4 60:1
63:25 64:8,11,14,
16,22 65:1,3,5,6,8
67:9,17 68:4,25

70:18,19,20 73:5
75:22 76:13 77:24
78:12 79:7,13
83:15,19 84:2 85:6,
7,10,12,14,19,21
92:1,3 97:15 98:7
102:15 109:3,9,23
110:1,13 112:19,
24,25

**bearing** 77:10

**became** 36:4 53:5

**because** 15:1 17:16
24:25 25:6,23 27:1,
12 28:14 32:22
33:2 35:4,11 36:21
38:5 44:25 51:20
57:2 62:5 64:6,23
69:1,7 75:23 82:18,
21 97:15,18 104:6
106:24 107:4
111:15

**become** 83:6

**been** 4:3,12 7:17
10:1,12 12:25 13:1,
2,6,9 14:11,14,21
15:11 17:12 19:7
20:8,13 24:23 28:9,
16 31:15 32:12,14,
15 33:15,23 34:3
35:24 36:2,24 40:6
44:8 47:8 52:16,18,
20,21 54:5 61:8,9,
10 63:2,4 70:9,22
72:18,23 74:6,9
79:1 81:8,9,21,25
82:1 83:17 88:22
89:12 93:7,13 96:3,
6 98:5,19 99:22
100:9,18,19
103:22,23 104:19
105:1,20,22 106:12
107:6 108:13
111:2,3

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

122

Index: before..can

**before** 4:12 11:14
17:2,15 26:3,6
28:12 33:3 38:6
44:8,9,16,19 49:17
53:3 59:4 62:8,9
70:3 84:23 90:15
94:9 97:12 103:4,5
104:1 105:20
106:12 109:9

**beginning** 34:25

**behaved** 103:13

**behind** 65:2 74:18

**being** 27:6 34:13
36:5 55:5 62:12
75:24 86:20 101:11

**believe** 9:2 13:4
18:16 77:18 112:11

**believed** 68:25

**believes** 92:3,6

**bent** 60:8 67:14

**Bertie** 23:18

**better** 106:6

**between** 52:2 72:25
103:6 104:1,2

**big** 40:4

**birthdate** 5:8

**bit** 11:16 19:4 39:13
42:20 69:6 75:22
76:10 80:24 81:2
85:19,22 86:20,24,
25 98:13 107:5
113:18

**bite** 80:22

**bitten** 79:8,9,20,23
80:17 82:4

**BLET** 13:19,21
14:11 66:8,9,12

71:8,22,25 72:3,7,
11,14 75:12

**BLET's** 71:19

**blocked** 106:25

**board** 108:24,25
109:1,2,4

**bone** 69:4

**both** 54:17

**bottom** 45:7,12
46:13

**brakes** 107:12

**Brame** 11:22

**brandished** 64:4

**brandishing** 59:4

**break** 21:14,16,17
67:1 76:3 109:16
113:9

**break-in** 39:9
101:3,4

**break-ins** 10:5

**brief** 5:14

**briefly** 6:4,13

**bring** 86:3

**broke** 50:8 58:20
59:1,24 100:25
108:9

**brought** 79:13
111:24

**building** 80:24

**buildup** 109:11

**bulk** 14:6

**bull** 35:4

**bullet** 46:19 85:4

**Bullock** 4:2,7,23,24

5:7 18:6 21:21
22:12 37:18 45:14
48:2 61:19,23 76:7
87:21 89:11 90:10
101:24 109:15
113:14

**Bullock's** 87:18
89:4

**Bullocks** 4:25

**burglarized** 100:25

**bust** 83:23

**but** 4:8 6:5 8:13,18,
19 10:23 11:13
12:19,22 13:2,9
14:1,14 15:2,4
16:17,21 17:15
23:25 25:22 26:13,
22 27:8,22,25 30:5
32:7 33:7,22 34:2,
19,24 35:7 37:5
41:2 42:22 47:13
49:9,23 50:3 51:10,
16 52:15,18 54:11,
18 55:24 56:8,13
57:4 61:22 62:4
64:4,10 66:5 68:25
70:14 71:18 74:21
76:15,23 77:11
79:24 80:23 81:12
82:4,5,17 83:3,20
84:15,18 88:2,9
89:20 95:21 96:22
99:19,23,25 102:17
103:5 104:4 105:5,
20 106:4,10,12
107:17 108:11,20

**by** 4:6 6:11 18:19
19:5,13 21:20 22:2,
7 30:11 35:4 36:25
37:24 38:10,13
39:13 42:24,25
43:8 45:4 46:15

47:1,18 48:1,15
55:14 60:11 64:14
66:20 67:6 71:10
73:15 74:4,17 76:6,
21 78:5 80:24 82:7
84:4,12 85:8,10,15
86:8,16 87:20
88:15,16,22 89:8
90:8,9,20,25 91:9
92:7,8 98:7 99:12
101:17,23 103:4
106:25 110:10
113:13

---

**C**

**calculated** 94:14

**call** 34:16 41:17
54:13 59:9 87:24
101:1

**called** 15:4 38:19,
21 53:10 61:25
79:17 97:23 110:25

**calls** 7:24 14:6
63:18

**came** 6:13 8:19,20
17:1 28:13 33:11,
14 53:12 61:24
81:4,11 93:14 95:1
96:10 97:2 98:25
99:1 107:9,12

**can** 5:10,19 6:8
7:22 10:16 13:11
16:25 17:21,24,25
18:3,4,5,11,17,23,
25 19:14 20:21
21:25 22:3,5,11,15,
17 23:1,9 24:19
25:14 26:10,11
29:9 30:22 31:12
34:7 36:7 37:21,25
38:20,22 39:22



42:24,25 43:4 45:2,
7,10 47:6,16,19
48:5,19 53:1 55:11,
16,17,19 57:14,15
58:9,18 60:9 63:15
66:21,22 67:1,7,17,
24 68:7 72:22 73:1
74:1,15 76:3,4,12,
16 78:3 79:4 80:13
83:4 85:1 86:1 89:1
90:14,17,18 91:6,
17 94:9,22 99:17
100:20 102:15
104:10 105:5,7
106:20 109:13
110:15,18 111:18
112:4 113:8,10

**can't** 11:9 26:11,12
27:18 36:14 42:14
45:15 47:8 55:24
63:13 65:18 66:2
68:3 70:14 74:16
79:22 90:18 91:17
110:3,11

**candidate** 13:23
14:11

**canine** 77:23,24
78:7,20 79:2,7,13,
19,21 80:15,17
81:9,13 82:2 83:2,
5,6,10,13,18,19,25
85:11,19,22,24
86:4 113:16,18

**canines** 77:21,22
79:15,25 80:1,4,7
82:4,21 83:2,23
84:5 85:17

**cannot** 32:21

**Capsicum** 46:20

**captain** 12:20,25
13:2,16 15:24
16:18,19 49:14,21

**captains** 16:2

**car** 39:24 53:2
74:10,11 95:7
96:12 107:1 108:3,
4,6

**card** 27:1

**career** 6:8 8:7
98:18

**Carolina** 5:11,13,
18,24 6:7 20:9,11
23:11,16,17,18,19,
20,21

**carry** 47:6

**cars** 25:2 107:1,13

**case** 25:17 26:9
43:10 70:19 85:8,
10 103:19

**case-by-case**
110:5

**cases** 8:12 10:2,3,6
64:17 79:21 85:7,
12

**caught** 25:10 26:20

**caused** 69:3,8 73:4

**causing** 107:17

**Central** 5:24 6:7

**certain** 27:25 64:17
66:14 79:12 109:22

**certainly** 59:23

**certificate** 27:4

**certifications** 25:7

**certified** 88:2

**chance** 45:24 46:16
89:11

**change** 11:16 35:1

**charge** 9:16 37:9,
16 83:13,17,19,21

**charged** 101:11

**charges** 24:12 96:7
111:24

**chase** 39:11 95:8
96:11,15,18,21,22

**check** 12:6,7 17:6,
17 19:23 20:14,16
21:14 24:21 34:8,
11,13 53:14

**checked** 54:10 56:7

**chemical** 45:24
46:16 71:12 74:13

**chief** 16:1,2,3,4,7,8,
21

**child** 8:13 10:5

**chin** 75:22,24

**Chowan** 23:18

**Chris** 22:5 47:21
89:1 101:15

**circumstances**
12:11 27:25 42:12
112:21

**citizen** 67:21 70:6,8
79:2 95:16 105:17
112:18

**citizens** 104:10
105:14 110:13

**city** 107:21

**civil** 6:24,25 9:3
15:7,8,10 37:15
82:9,18

**civilian** 87:1 113:22

**clarification** 113:16

**clarify** 78:10

**class** 89:22 99:18

**classes** 99:16

**classroom** 91:13

**clavicle** 73:6,11,15

**clearly** 78:11

**clerk** 20:3,5 34:17

**clerks** 23:3 26:20

**close** 67:16

**club** 108:2

**coffee** 47:23

**colleague** 4:10

**collected** 9:14

**college** 5:21,23
6:10 18:25

**come** 10:7 12:9
17:4 25:14 26:5,13,
14,15,16 38:2,5
39:2 40:14,25 41:3,
19 42:7 47:10 50:2
58:24 74:11 81:10
82:17 93:16 97:16
103:4 104:24

**come-along** 60:8

**comes** 25:5 70:11

**comfortable** 84:21

**coming** 9:8 24:17
33:4 35:11 67:22
94:1,6,11,22 96:14
111:19,21

**command** 15:15
103:2

**commander** 15:23,



24 81:20,21

**committed** 42:17
96:1,5

**common** 74:21
101:12 106:3

**compare** 68:3

**compiled** 27:6
51:14

**compiling** 26:23

**complain** 73:22

**complained** 104:11

**complaint** 49:1,3,5,
12 92:16 110:13

**complaints** 104:19
105:5,8 109:8

**complete** 6:5 12:13
56:21

**completed** 7:8
56:22,23 57:17
70:2 103:8

**completion** 43:6

**computer** 27:16

**concealed** 37:14

**concept** 76:11,22,
25 77:7

**concerning** 42:3

**conclude** 60:22

**conclusion** 50:10
51:10 52:4 58:19,
24 60:21 68:20

**conclusions** 50:12

**concrete** 28:23

**conduct** 92:8 98:4,
14 111:16

**conducted** 19:22

48:25 61:1 81:12
100:3 111:15

**conducting** 48:20

**confronted** 53:4

**confuse** 4:24

**confusion** 4:20

**conjunction** 77:21

**consequences**
44:13

**consider** 14:23
68:2,4

**considered** 81:9
82:22,23,24 83:1
104:9 108:20

**consist** 42:1

**contact** 40:16
41:12 53:9,11

**contained** 48:7

**continue** 17:25

**continued** 9:7
52:11

**continuum** 44:6
63:11,17,19,24
64:22 65:9,14,17,
19 71:16 72:1,12

**contract** 19:15,20

**contrary** 69:3,7,13,
17

**control** 11:3 59:25
60:1,5 67:16 71:19
72:1,11 73:14
75:25 78:18,22,23
95:1

**controlled** 85:5,9,
11,16,23

**convene** 43:10,13

109:2

**convened** 27:9
30:17

**convening** 30:20

**conversation** 41:13
51:8,11,25 52:1,8
53:21,24 56:12,14,
17,20,25 62:17,21
102:1

**conversations** 50:3
51:5,19,23 93:16
94:1

**convicted** 93:7,13
96:3,6

**conviction** 92:12

**conviction]** 93:6

**convictions** 96:4

**cooperative** 53:14

**copy** 26:25

**corner** 45:14,15

**correct** 23:22 29:19
30:12,20 31:8
44:22,24 50:16
58:4,6 59:5,6 61:2
65:11 70:18 71:13
75:8 82:22 87:22
88:15 89:15,23
92:19,22,25 93:19
102:22,23 108:19
113:20

**could** 27:23 32:19
35:18 38:19,25
39:14 44:3,4,20
46:12 59:21,24,25
60:6,7 65:6,8
68:22,23 69:18
70:18 76:23 79:7
92:25 104:19,25

**couldn't** 32:13
53:20

**counties** 24:3

**county** 6:14,16 7:8
8:5 10:13 11:2,14,
18 13:12 23:7,9,10,
11,12,13,16,17,18,
19,20,21,22 25:1
35:2 45:8,9 58:14
66:7,11 71:18,21,
24 72:3,7,10,14
75:7,10 76:15 78:6
82:10 85:10,16
87:13 88:17,19,22,
25 89:18 96:2 98:2
100:23 101:13
103:8 104:11
105:11

**County's** 45:22

**couple** 113:14

**court** 8:1 9:22 10:2
33:20,21,22 37:17
76:15 85:7

**courthouse** 25:12

**courts** 20:3,6 23:3
26:15 85:6

**Cracker** 111:14

**created** 33:3

**criminal** 6:1 8:2,11,
12 9:6 10:2,3 12:6
14:20 17:6 19:23
20:2,5,10,14 23:4
24:3,11 34:8,11
37:15 111:24

**criminally** 101:11

**criteria** 79:6

**cuff** 60:14

**current** 11:17,19

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**custody** 79:6,8
92:6,12 93:5

**customary** 88:18

---

**D**

**danger** 69:22

**dangers** 69:20

**data** 43:15,16

**date** 8:23 45:18
49:7 52:5

**dates** 8:19

**day** 37:19,22 49:6
52:4 53:3,13,23

**day-to-day** 35:13,
14,17

**days** 40:15

**DCI** 20:1 26:16
37:14

**dead** 95:19 108:14

**deadly** 63:22,25
64:2,24 91:10,24
92:4,7,25 93:11
94:16,19 95:9
96:13

**death** 92:9

**debris** 40:4

**decision** 16:16
17:8 50:5,15 58:21
77:10,11 103:20

**decisions** 16:10,
13,14

**decline** 107:5

**defend** 92:2

**define** 48:5

**definitely** 16:21

**degree** 6:3

**degrees** 26:25

**delay** 92:11

**delayed** 42:24,25

**demote** 44:4

**department** 28:18
35:9 36:18 38:11,
17 97:20 98:3
100:14,16,17
105:11

**departure** 59:8

**depending** 25:5
40:24 41:18 98:5

**depends** 27:14,24,
25 42:11 110:19
112:21

**deploying** 88:10

**deposed** 4:12 9:25
10:1

**deputies** 9:13 14:5,
18 15:4,9,19 32:10
39:1 46:21 65:4
72:7 78:18 79:25
96:24 97:2 110:21
111:7

**deputy** 6:9,19,20,
23,24 7:2,20 11:6
12:1 13:15,16 14:4,
10,13,22 16:1,2,3,
4,7,8,22 25:17 26:1
46:23 48:9 58:4,13
64:6 67:20 68:21,
23,24 69:2,18 75:3
94:25 95:2 96:10,
11,12 97:3,4,6,12
100:23 106:21
107:20 110:25
111:1

**deputy's** 109:25

**describe** 79:4

**describes** 67:8,10

**designate** 85:9

**designated** 12:17

**desk** 82:6 104:24

**details** 56:13 80:23
87:5

**detect** 85:24

**detective** 14:22,25
15:6 98:8

**detectives** 14:20
15:11 98:6

**determine** 30:18,23

**determined** 100:24
101:3

**did** 4:8 5:16,21,22,
23,25 6:2,10 7:5,20
9:3,4,22,24 10:9
11:10,13 16:1 17:6,
11,15,17 19:25
24:5 30:8,13 31:1,
4,18,22 33:1 34:7,8
35:19,20 36:7
44:13,15,16 49:4,
10 51:5,6,25 52:13,
14,15,25 53:10,21
54:7 55:8 56:12
57:15,18,23 58:7,
21,24 60:16,21
61:13,22 62:11
65:22 71:21 73:22
74:4,25 77:3,8,15,
18 78:8 81:3 87:13,
15 97:12 98:14
99:10,16 100:6,8,
20 101:4,8,15
102:1 103:14,15
104:24 107:15
111:22

**describe** 79:4 *(column right start)*

**didn't** 6:5 11:10
21:7 30:10,14
34:19,20 35:4,21,
22 36:9,19 41:2
46:6 57:8,18 59:19
62:5 88:6 95:20,21
102:21,24,25
105:18 107:18
109:19

**die** 95:20,21

**difference** 61:11

**different** 13:6 26:14
37:6 83:15 110:7,8

**differently** 59:22
76:23

**direct** 51:5,8,11
66:13 103:1

**directed** 104:20

**directing** 107:3

**direction** 88:19,24

**directive** 45:13,17
58:23

**directly** 16:4 35:16

**discharge** 107:16

**discharged** 63:25

**disclosed** 19:7

**discovered** 111:13

**discretion** 112:2,5,
6,7,8,10,12,16
113:3

**discuss** 11:17
61:13

**discussed** 31:14
61:18,19 62:10,22,
24 63:7,8 71:11

**discussion** 101:21



**AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

126

Index: discussions..earlier

**discussions** 61:22 63:4

**dismissed** 109:9, 23 110:1

**dispersant** 71:12

**dispersants** 74:13

**disposal** 68:25

**disposition** 85:7

**district** 7:23

**division** 6:24,25 9:3 15:8,10,17 17:10 35:12 37:7,8, 10,12,17 103:1

**divisions** 37:10

**DMV** 26:17

**do** 7:25 12:5,23 13:24 14:6 17:24 18:20 21:13 22:20 25:9 26:12 27:20, 22,23 28:1,8 30:13 31:4 34:9,19 35:8,9 38:2 40:2 41:2,20, 22 42:6,21 43:7,22 46:13,19 48:16 49:4,18 50:6,18 55:11 56:13,20 57:1,3,9 59:8,13 60:15,17 61:4 62:16,19 68:20 70:10,24 71:18 73:6,10 74:4,23 76:1,10 78:18 80:4, 7 81:5,7 82:19,20 83:9,12 84:5,18 87:7,8,9 89:5 90:15 91:1 97:13,16,17 98:9,12 99:20 101:2,7,8 102:18 105:10,23 106:7,17 110:7

**document** 17:21 18:9,11,12 19:10, 19 22:1,3,9,20 23:14,15 47:20,22 48:3,5,17 51:16 58:8 86:13 89:10 90:15,17 91:1,2

**documentation** 43:17

**documents** 21:10 22:21,24 23:1 24:1 26:25 27:10 43:18 48:7 49:16 55:20

**does** 9:12 11:23 29:9 37:11 38:13, 14,15 42:9 47:4 63:23 66:7,11 69:14 71:25 72:6, 10,14 75:10 78:6 82:15 84:17 85:16 98:2 112:2

**doesn't** 29:25 60:18 69:12 106:8 112:7,15 113:3

**dog** 39:13 78:22 79:8,9 80:21,24 86:22,24,25 95:1

**dogs** 78:24 105:4

**doing** 9:2,7 16:18, 21 32:12 33:14,15 35:4 57:2 80:25 98:18,21 99:2,4 100:10 103:18 105:6,8 109:20

**domestic** 110:21 111:1,7 113:25

**don't** 4:24 7:18 8:18 9:19 11:19,20, 21,22 12:18,21,24 16:16 17:4,15 20:24 24:9 27:14

28:5 30:4,15 32:7, 8,12 34:24 35:12, 15,17 37:21,22 39:19,20,21 40:1 42:15,16,22 43:1,2, 7 44:11,25 45:16 49:6,9,23 51:4 52:4,5,14,15,17,21, 23,24 53:1,2,22,25 54:8,11,14,15,19 55:7,10 56:4,5,8,13 57:24,25 58:1,5 59:9,12 61:6,10,11, 20 62:4,18,20 63:2, 16 65:17,20 66:2,5 67:9,22 68:2,10,13 69:9 70:8,10,19,20, 21,22,23 71:14,17 72:16 75:15,23 77:22 80:9,20,23 81:4 83:2,3,7,16,20 86:1,6 87:4,6,11 88:9,13,21 94:18 96:4,21 97:14 98:10 99:18,23,24, 25 100:16 101:14 104:15,16,25 105:2,13,19,20,23 106:7 108:9,19,20 109:17,24 110:9,23 111:11 112:1,4

**done** 12:5 13:3,4,5 14:1 23:25 26:18 28:10,23 33:2 34:2, 4,13,14,15 35:5 57:4,5 59:22 60:6,7 76:23 98:20 102:12,14,15 109:10 110:5

**down** 10:20 17:4 19:4,9 22:13,15 27:15 31:20 33:5 39:23 42:7 52:9 60:3,13,17 71:3,4

84:9 90:16,17 101:2 107:4,7,11

**drafting** 48:17

**draw** 41:5 64:11

**drew** 41:1,2 64:19

**drill** 4:15

**driver** 53:5

**driver's** 24:13 27:1

**driving** 20:2,13 24:4 39:23 106:22

**drop** 95:3

**drove** 107:22,23

**drug** 6:11 10:16 15:12 79:22,24 83:23

**drug-sniffing** 80:2

**drugs** 80:5,8 85:25

**dual** 80:1

**due** 35:1

**duly** 4:3

**Durham** 5:11 36:13,18

**during** 32:3 52:8 56:6 63:4 80:24 83:23

**duties** 8:25 13:8 38:3

**duty** 107:17

**E**

**each** 23:7 78:20 109:10

**earlier** 59:3 60:25 77:19 86:19 100:10 102:21



**early** 9:5 34:16
73:16 77:20 98:17
100:19 103:25

**ease** 4:17

**easily** 105:3

**education** 6:2,5
20:8

**effect** 58:16 70:22
92:5 106:5

**effective** 45:18

**effects** 46:24

**egregious** 44:21
82:3

**either** 8:22 20:3
51:13 54:16 102:24

**else** 11:10 27:23
41:2 42:6 75:6
81:17

**email** 21:6,15

**emails** 21:7,8

**employ** 78:7

**employed** 48:20
68:9,12

**employees** 15:3

**employment** 19:16
21:3 24:6,8,13,22
35:10 37:4,20
59:10

**employs** 71:19

**encompass** 99:7,9

**end** 65:23 91:21

**ended** 53:11 65:19
101:11 107:17

**enforce** 112:3,10,
12,16,17

**enforcement** 6:11
7:7,9 13:13,14 14:1
27:2,4 60:2 65:19,
22 91:16,21,23

**engage** 40:17

**engagements**
40:13

**enough** 14:12 40:4
44:21 104:4

**ensued** 96:11,15

**entail** 19:25

**entailed** 7:22

**entity** 85:13

**envelope** 10:18,19,
20

**escalation** 44:10

**escape** 92:5,7,11
93:4

**evaluates** 47:3

**evaluation** 77:4

**even** 10:25 11:3
27:24 33:10 34:4,
16 64:4 70:17
104:23

**eventually** 17:9
42:6 104:24

**ever** 4:12 9:22 10:9,
12 11:13 28:3 68:7,
11 70:6 74:12 79:1
83:24 100:6,8

**every** 12:22 28:23
66:3

**everybody** 4:16
25:22

**everything** 43:21
51:12,14 107:22

**evidence** 9:3,11,14,
16 10:8,10,11,12,
24,25 11:1,4,7,8,12
37:15 107:19

**exact** 52:5 66:6
71:7 99:25

**exactly** 49:10 52:4
56:8 63:14

**EXAMINATION** 4:5

**examined** 4:3

**example** 28:10 65:4

**examples** 39:17,18,
21

**except** 57:11

**excessive** 70:2
76:9 81:9 82:9

**excitedly** 70:15

**exhibit** 20:22,25
21:2 24:1 46:1,2,11
48:13,14 66:15,18,
19 68:15 71:2,9
84:2,3 86:5,6,13,14
89:2,7,12 90:23,24
92:15

**exhibits** 21:4 46:4,
6,9

**exist** 84:17

**existed** 87:5

**exists** 84:14,15,19

**exonerate** 44:3

**exonerated** 61:9
95:13,14 96:13,17
97:6,13,15 108:21

**expected** 40:6

**experience** 14:11
66:1

**experienced** 69:22,
24

**explain** 7:22 16:25
26:9 42:1 48:19
58:18 60:9 63:17
72:22 73:1,13
74:15 76:12 106:20

**explained** 77:1

**explaining** 108:15

**extensive** 20:15,17
21:23,24 40:24

**extensively** 17:16

**extent** 56:25 87:6
108:18

**F**

**F-3** 12:4 17:3

**fact** 33:1

**factor** 77:3

**factual** 52:16

**faded** 63:13

**failure** 107:16

**fair** 19:6 51:17,20
52:7 94:13

**familiar** 28:15
44:23,24 63:10
76:11,25 84:13,15,
18 85:18 86:17
89:17,19,20,21

**far** 10:18 99:1
103:6 107:18

**fashion** 9:20 22:14
34:14

**fatality** 95:21

**favors** 110:13



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**federal** 85:13

**feel** 35:19,21 41:15 59:14,15,17 78:15

**feeling** 59:17,19

**fell** 27:19

**felon** 93:2

**felons** 79:16

**felony** 79:14 92:13, 18 93:6,10,13

**felt** 40:18 44:21 82:1,2

**few** 22:8,9 67:19 103:6

**field** 90:2,5,6

**fight** 108:1

**fighting** 108:5

**figure** 38:25

**filed** 49:1,3,5,11 104:11

**filled** 17:2

**final** 29:25 30:1 85:6

**find** 71:7 110:7

**fine** 4:23 86:2 109:21

**fingerprints** 37:16

**finish** 14:4 29:12 91:17 102:8

**finished** 7:12 43:21 55:21

**fire** 96:12

**firearm** 63:23 89:23

**firearms** 89:17 91:14

**fired** 31:15 96:12, 16 97:5 101:11

**first** 6:21 17:13,14 29:4,11 35:22 36:6 50:7,8 53:10,15 54:1,4,19 62:25 67:14 85:3 90:15 98:18,21 99:2 112:22

**first-line** 14:16

**first-time** 44:20

**fit** 25:1 63:23

**five** 32:18 106:15

**five-minute** 113:9

**flare** 104:18

**flares** 107:2

**flip** 57:6

**follow** 66:8,12 71:21,22,25 72:11, 14

**follow-up** 84:20 113:15

**following** 53:12,13 72:3

**follows** 4:4

**foot** 108:9

**for** 4:17,21 5:5,14 6:14,25 7:10,11,14 11:11,22 12:8,9 13:23 15:25 17:4, 24 18:22 19:1,16, 19 20:9 21:2,4 23:4,5,6 24:8 25:8, 11,13,18 26:25 27:25 28:8,10,17, 20 29:1,10,20 31:1, 15 36:9 37:13 40:1, 9,18 41:12 46:11,

25 47:13 48:14 54:15 55:20 62:2, 14 66:19 67:25 71:5,12 74:24 76:3, 14 78:16 79:16 80:2,5 84:3 85:3,11 86:14 88:11 89:7, 18,23 90:14,24 91:17,24 92:13 93:8 96:1,8,22 100:3,5,19 101:20 102:8,9,16 104:4, 17 106:3,4,5 107:7, 11,15 108:14,15 109:7 110:4,24 111:12 113:15

**force** 39:12 40:11 42:8 47:4 48:9 63:22 64:1,2,24,25 70:1,2 71:16 72:19 73:5 75:11 76:9 77:23 81:9 82:10 91:10,15,24 92:4, 25 93:11 94:16,19 95:10 96:13 97:21 99:8,9

**form** 9:20 12:4 17:23 18:13 33:20, 21,22,25 34:14 38:21

**formal** 29:6

**formally** 34:20

**format** 33:13

**forms** 23:2 26:14 33:2,3 38:19

**formulating** 32:22

**found** 91:3

**four** 101:9 106:15

**fourth** 67:16

**fracture** 69:4,8

**frame** 42:15

**Franklin** 23:17

**free** 5:2 78:15

**fresh** 80:20,22 81:1

**friend** 104:9

**from** 6:22 8:2 10:5, 23 13:14,17 14:24 20:3,4,5 21:19 23:6 31:15 36:11,13,17 43:5,15,16 45:12 47:25 48:8,23,24 49:22 59:10 75:6 76:5 82:9 85:9,12 89:5 92:3,5,11 93:5 94:10,14 96:25 100:13 101:22 102:25 103:1,9 108:5 109:23 110:13 111:2 113:12

**front** 45:16 65:5 68:17 84:6,25 112:14 113:1

---

**G**

**gather** 18:13 30:21 42:3 43:15,16,18

**gathered** 27:6 48:21 49:16

**gathering** 55:20

**gave** 79:17

**gears** 11:16

**Geis** 20:24 21:6,7, 16 22:6 36:14 37:23 46:1,3,8,12 47:24 61:18,20 63:1 66:14,15,25 67:2,4 76:16,18,20 86:5 89:1,3,5



(866) 715-7770
advancedONE.com

101:14

**general** 24:10 68:6

**generally** 26:12 57:12

**generate** 40:19

**generated** 38:10,24 111:2

**gentleman** 111:14

**gentlemen** 32:4

**get** 19:20 21:7 25:14,23 26:22 27:7,13,14 28:5,21 30:2 33:11 39:24 40:6 41:14 44:14, 15 45:2 47:16,22 49:22 53:16 59:17, 25 62:6 70:5,12 73:14 74:8,10 102:11 107:18 108:4,22 109:4

**get all** 29:24

**gets** 97:20

**getting** 26:21 42:24 52:2

**gist** 62:15

**give** 22:8,9 24:14 32:17 71:6

**given** 7:24 83:16

**gives** 91:13

**giving** 57:17

**glad** 97:18

**glass** 108:3,10

**glasses** 69:1

**go** 5:16,21,23 9:22 10:2 12:3 13:21 18:3,4,5 19:3,4,9

20:1,2 22:4 23:7 24:10,24 25:8,15, 18,21 32:2,5,6 34:19 38:3,7,8 40:21 42:5 47:22 50:1,4 51:22,25 57:5 62:12 66:22 68:14 71:3,5 72:7 75:13,21,24 76:1,4, 18 78:10 81:17 82:20 83:6 84:9 85:1 91:7 92:14 101:20 104:16,17 107:20 113:10

**God** 46:6 106:6

**goes** 25:16 79:19

**going** 4:7 10:7 12:4 13:18 17:18 18:2,3 19:12 20:22 22:8,9 23:6,24 27:6 29:23 31:25 33:4,5 40:17 41:15 47:10,22 50:2 56:8 66:12,23 79:18 90:5 96:24 98:20 99:17,19 102:8,11 105:23 106:4,9,10 109:12, 13

**gone** 13:19 24:25 35:15 104:21 111:11

**good** 4:7 36:24

**Goolsby** 49:20 54:6,24 55:4,16,19 56:3 58:12 77:16 93:18,21

**got** 11:6,11 17:7,9 33:6 34:18 39:9,10, 11,12,13 53:6 56:10 62:6,7,8,9,12 63:20 64:23 80:24 81:2 86:24 96:11,

23 102:9 107:22 108:1 111:13

**gotten** 20:7 26:19, 20 27:3 51:12

**grabbed** 74:17

**grabbing** 65:1

**graduated** 20:4

**grazed** 97:11

**Gregory** 36:13

**grievances** 104:12

**ground** 59:1 60:3, 13,18,21,24 68:3, 24

**guess** 107:16 108:19

**guiding** 65:6

**gun** 10:22 11:6 37:14 41:1,2,5 64:7,10,19 87:18, 22,24 88:2,6,10,15 89:4

---

**H**

**had** 7:11 8:17 10:12 11:2 15:17,23,24 16:2 17:3,16 19:7 20:7,9 24:10 25:8 26:3,24 27:3,15,21, 22 31:14,16 32:20 33:12 34:6,14,20 35:24 36:2 42:19, 20 43:21 44:7,8,19 45:24 46:16 48:2 51:1,3,8,12 52:10 56:17 64:23 70:6, 17,21,22 73:6,23 74:2,3,7,11 75:3,4 77:12 79:5,16,21 80:1,21 81:2 85:23

86:22 89:11 94:16, 25 96:1,3,6,8 98:6 100:1,9,11,21 103:12,22 104:6 105:24 106:22,24 107:6,21,24 108:1 109:9 111:11

**hadn't** 14:1 93:7

**half** 53:23

**Hampshire** 23:12, 13

**hand** 33:8 65:2 74:18

**handcuffing** 65:3

**handcuffs** 53:15,17 65:5

**handgun** 37:14

**handle** 105:5,7

**handled** 104:22

**handler** 78:20,21 80:17,22 81:3,5 82:2 83:7

**handler's** 78:21

**handlers** 78:7,23 81:13

**handout** 90:12 91:11

**hands** 63:20 64:11, 22,24 65:1,2,4,6,8, 10 74:20,23

**haphazardly** 33:3

**happen** 11:14 105:24

**happened** 8:7 26:9 39:1 41:21 43:18 52:11 66:3 87:6 108:2



WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

130

Index: happens..his

**happens** 25:4,23

**hard** 63:20

**harmful** 70:18,22

**has** 13:3,4,5 14:10, 11,14 25:22 29:22, 25 48:12 63:13 65:19 66:3,14 67:20 68:25 70:6, 21 75:22 79:1,8,9 80:15,17 81:9,10, 25 82:2 83:17 84:1 89:12 93:8 98:19 100:9,11 105:12,17 106:5 112:5,6,9,12

**hasn't** 82:1,5 93:13

**have** 4:9,12,15 5:1, 12 7:17 12:2,25 13:1,2,6,7,18 14:9, 21 15:2,5,7,8,9,11, 12,15 16:1 17:12 19:9,11 20:1,2,8,9, 13 21:13 24:5,12, 23,25 25:1,7,9,10, 19 26:3,5,6,18,19, 24 27:3,9 28:6,7, 14,16,19 30:1 32:10,12,13,14,15, 22 33:23 34:3,10 35:15,17 36:24 38:22 39:8,19,25 40:2,5 41:13,18 42:15,17,22 43:1,2 44:25 45:16,24 46:16 47:7 49:14, 15,23 51:5 52:1,14, 16,18,20,21 54:5,9 57:8 59:22,23,24, 25 60:2,6,7,11 61:1,6,8,9,10,13,22 62:22 63:4,12,22 64:5,8,12,24 65:17, 20 67:20,22 68:7, 11,16,17,18,19,22,

23 69:10,17,19,22, 23,25 70:2,9,23 71:22 72:18,23 73:5 74:6,12 75:12, 13 76:1,23 78:3 79:16 80:9 81:8,15, 21 82:4,11,19 83:5, 24 84:5 88:7,9,13, 21,23,25 89:5,11 90:10 91:3 92:25 98:2,4,9,14 99:22 100:12,18 102:1, 18,21 103:23,25 104:11,15,16,19, 21,22,25 105:1,10, 16,21 106:7,10 108:17 110:7,18 111:2,3 112:2,7,15, 16 113:3,14

**haven't** 45:1 69:25 75:5

**having** 4:3 12:4,5 42:5 55:13,14 70:8, 12 97:16 98:20

**he** 10:17,18 11:23 12:24,25 13:1,2 14:18 17:2,3,4,9 19:7 20:10 24:11, 23,24 25:7,16,17, 18 26:3 27:1,21,22 28:12 29:25 30:5, 18 31:14,16,24 33:8,10 35:8,22,24 36:2,4,5,7,9,19 50:8,22 51:21 52:9, 10,25 53:2,3,4,6,7, 10,12,13,15,16,17, 19,20 56:14 57:2, 18,20,23,24 58:20, 25 59:1,23,24,25 60:6,7,17 61:24 62:3,5,6,7,9,25 75:19,21 86:23 87:11,15 90:17

92:3,6,9,24 94:10 95:5,13 96:16,17, 24 97:1,2,11 100:24 101:2,3 102:25 103:1,3,19 107:11,12,15 108:6 111:13,15 112:16

**he'll** 24:24 57:5,6

**he's** 4:10 20:3 25:16,25 31:24 35:11 47:21 57:20 79:20 103:4,5

**head** 45:23 66:2 73:7,18

**hear** 82:16 102:24

**heard** 75:5 101:16 106:8

**heightened** 79:12

**hell** 50:8

**help** 13:11 100:6,8, 9,13,17 103:20

**helped** 101:10

**helpful** 46:3,8

**helping** 100:1,11

**her** 36:21 53:5,9, 15,17 58:20 59:2, 23,24,25 60:17,23 69:4 87:6 95:3,5 110:1

**here** 4:10 7:8 18:18 26:14 28:12 33:13 34:18 36:23 71:6 75:15 76:18 84:22 89:9 91:18 102:11 109:14

**Hey** 41:20 61:25 62:12 82:17

**high** 5:16,17,20

20:4 97:3 107:9

**higher** 13:10 20:7

**Hight** 113:17,24

**highway** 106:23

**Hillsborough** 23:12,13

**him** 17:5,8 22:13 24:22 25:15 27:7 29:10,24 30:7,8,14, 23 31:5,9,17,21,25 35:12,13,17 53:5, 16,19 56:21,22,23 57:1,4,7,16,17 63:1 73:7,15 92:12,22 93:5,21,22 95:5 99:1 102:22,24 103:2 104:9 107:11 108:5,8,10

**himself** 92:2 111:15

**hindsight** 76:11,16 77:8,9

**hire** 12:15 13:20,24 16:10,13 17:8 25:19,20 29:1,3,4, 8,10,14,16,20 31:5, 6,17,25 32:15,16 36:19,20,24

**hired** 13:19 17:9 25:17 27:7 30:6,7, 9,11,14,19,23 31:9 32:11 33:6,8,9,11 35:7

**hiring** 11:17,20 12:1 16:13 17:1 31:2 33:23 37:3

**his** 17:6,11,13,14, 17,18,22 19:17 20:1,2,13 24:4,5,7, 8,12,13,22 25:8,16



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021
131
Index: histories..in

26:3,4,6,8,25 27:3,
16 35:10 49:15
52:10 53:11 59:24
68:25 80:22 90:18
92:8 100:23 108:9
110:1 111:13,15,
16,17

**histories** 20:10

**history** 24:10,13,14

**hit** 73:7

**hold** 36:4 60:12
71:5 102:15

**holding** 65:7

**home** 100:25
107:8,9

**homicide** 10:5 38:6

**honest** 46:6

**horns** 35:4

**hospital** 48:24 87:7

**hour** 53:23

**hours** 102:16

**house** 53:8,9
100:25 110:25

**how** 6:20 7:10,18
8:14 9:17 24:15
27:19,22 28:1 29:9
32:9,22 33:12
35:19,24 36:2
39:20 40:24 42:9,
14,16,23 43:2
49:12 51:25 52:7
53:21 58:18,24
60:21,25 61:7
62:22,25 63:2
72:22,23 76:2,4
77:1 80:4,7 82:9,20
94:16,18 97:10,12,
14 99:24 102:7
104:25 105:14

106:14 110:9
112:2,5

**however** 13:24
15:19 32:5

**Huh** 76:19 88:4

**humerus** 69:4

**hunt** 79:16

**hurt** 40:25

**hurting** 109:12

**hyperventilate**
70:13

---

**I**

**I'D** 32:22 76:10

**I'LL** 19:19 57:5
78:10 84:22

**I'M** 4:7 7:10 8:22,23
10:7 11:20 13:13
17:18 22:8,9 23:24
26:20 30:2,25
31:25 32:2 33:3
36:1 37:13 47:10,
22 49:24 50:2
52:19,21 57:4,6,12
59:18 62:4 66:5,12,
23 67:5 70:13 71:4
72:2 80:6 84:14,17
85:18 86:9,11 88:3,
5,20 89:19 97:18
100:7,15 102:11,
12,14,19 105:4,23
106:4,9 109:12,13
110:12 111:20

**I'VE** 10:1 32:12
33:15 37:5 56:22
57:16 63:1 74:2,7,
16,17,20 98:6,16
105:20,22,24 106:8
108:13

**idea** 82:11,12
105:16

**identification** 21:4
46:11 48:14 66:19
84:3 86:14 89:7
90:24

**identified** 48:12
61:15

**identify** 18:11 22:5
23:1 45:10 80:8

**if** 12:24 14:21 17:15
21:14 22:12 24:19
25:16 26:9 30:13,
17,18 32:19 33:24
37:21,22 38:23
39:12,22 40:4,18
41:23 44:7,21 45:5
46:12 47:11 52:22,
23 60:15 63:25
64:4,10,19 66:21,
25 68:2 69:16
70:17,21 81:5
82:12,16 85:19,21
87:7,9,11 91:16
93:15 97:19,20
99:23 105:17,22
108:9,17 109:15
110:24,25 111:4
112:4,14,18,22,24
113:1,10

**illustrates** 50:5

**illustrations** 50:10,
15

**imagine** 52:14,15
87:4

**immediately** 24:25
112:19

**imminent** 92:4,9

**impair** 5:3

**impede** 40:5

**imposed** 92:12
93:5,9

**in** 4:17 5:11,12,15,
18,25 6:4,16,22,25
7:8 8:6,7,8,13,14,
18,21 9:3,5,9,15,
17,20,23 10:2,3,9,
12,15,19,23,24
11:11,14 12:3,4,9
13:13 14:2,8,18,19,
21 15:11,17,20,25
20:10 21:19 22:13
23:2 24:10,22,23
25:6,10,16,25 26:9,
13,14,20 27:5,19
28:22 29:24 31:18
32:2,5,6,9,10,17,
24,25 33:4,7,10
34:14,15,21,25
35:1,16 36:4,5,7,21
37:4,6,8,9,16,19
38:18 39:2,4,23
40:4,12,25 43:1,9
44:8 45:1,14,16
46:22,24 47:14,25
49:22,24 50:22
51:14 52:9 54:17,
18,19,20,21,22
55:1,2,3,5,6,18
57:5 59:21 60:1
62:10 63:23 64:16,
17 65:20,24 66:2,6
67:18,19 68:8,17,
19 69:3,4,10 70:10
71:19 72:19 73:7,
15,18 75:1 76:5,8,
13,22 77:9,19,20,
21 79:5,8,12,16,18,
19,23 80:2,14,21,
22 81:1,8,25 82:2,
10 83:6,13,16,17,
19,20,21 84:5,25
85:12 87:10,12,14
91:13,15,23,25

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

132

Index: in-house..is

93:9,16 94:13,14,
16 95:7,25 96:1,11
97:11,16,21 98:5,
16,17 99:18,23,24
100:9,20,23
101:13,22 103:1,2,
5,10,12,14,23
104:2,18 106:18
107:25 108:2
110:10,21 111:1,6,
7 112:9,14,22,25
113:1,4,6,12,19

**in-house** 12:2,5
17:3 18:13

**in-laws** 100:24

**in-laws'** 100:25

**in-person** 54:13

**incident** 10:22 11:5
38:8,9,12,13,16,20
39:4,8,9,10,11,12,
13,19 40:1,10
41:10 42:4 44:8,19,
20 47:14 48:16,22
49:7,8 50:23 51:7
52:2 54:2,9 55:13
57:13 63:7,9 67:24
68:7 77:21,25 79:1,
23 82:1 86:4 95:6,
7,25 103:12 109:11
111:2,3,10 112:22
113:16

**incidents** 73:2
74:6,9 79:4 80:12,
14 86:19 108:25

**include** 46:22

**increases** 109:22
110:1

**indicates** 92:8

**individual** 73:7,18,
20,22 100:4 111:25

**individuals** 73:25

**ineffective** 69:1

**information** 18:13
23:4 26:21 27:16
28:5,7,22 29:24
30:22 34:17,22
37:16 38:24 42:3,
25 48:8,22,23

**informed** 92:21

**infraction** 110:17

**initially** 6:18 56:15
73:16 94:11

**injured** 59:11
67:18,21 73:20
79:2 82:5 87:3
95:19 97:8

**injuries** 87:6

**injury** 69:16 92:10

**inside** 108:5

**instance** 14:19,21
36:7 95:24

**instances** 39:4,7
74:1,15 75:1 81:8
94:24 106:17
110:21 111:6,9
112:9,11,13

**instruction** 46:22

**instructor** 88:6
91:4,12

**interact** 35:13

**interacting** 35:16

**interaction** 102:22

**interchangeably**
90:7

**interference** 90:3

**intern** 6:13

**internal** 97:19 98:2,
21 99:6,7,18

**interstate** 106:22

**interview** 12:8,9,12
26:3 27:17,21
28:14,19 29:13
43:14

**interviewed** 17:5
30:17 32:4 93:18,
20,23

**interviews** 27:21
28:4 48:25

**intimately** 84:14,18
89:20

**into** 10:25 11:1,3,7,
8,12 76:10 77:3
79:6 90:6 96:23
97:1 100:25 104:21
111:13

**introduce** 4:9 21:10

**intrusive** 65:10,14

**investigate** 43:10
81:3 105:18

**investigated** 47:14
59:4 95:10

**investigation** 8:18
15:20 25:22 32:24
38:20 40:19,20
41:9,24,25 42:2
48:8,20 52:12
53:10 55:12 56:6,
21 61:14 72:20,24
75:2 76:9 77:9
92:15 97:17 98:22
99:18 101:2,10
103:15

**investigations** 7:1
8:8,9,10,11,20 9:4,
5,7 14:20 15:5
37:15 40:13 42:10

50:25 51:3 57:1
61:1 76:8 81:12
98:15,19 99:5,6
100:2,4,10 103:8,
18

**investigative** 9:6
10:23

**investigator** 6:22
8:16,17 9:19 25:21
58:13 101:5,18
103:11

**investigator's**
25:20

**investigators** 9:13
15:4,22 100:21

**involved** 9:21
38:18 44:8 70:10
72:19 97:16,20
103:12 110:21
111:1,7

**involvement** 40:12

**is** 4:21,23 8:4 9:25
12:13,16 13:23
14:15,16,18 15:1,5
17:19 18:15 19:6
22:23 23:14 25:4,
11 26:22 27:5,8
28:18 29:21 30:21
32:1 33:13 34:2,17
35:15 36:21 38:9
39:5 40:3 42:2
44:2,18 45:13,21
46:1,2 48:6 49:1
50:14,21 51:16,18
54:23 56:14 57:8,
21,22 58:11,14,16
59:11 62:25 64:7
65:10,11,14 66:15
67:7,12,14,15,16
68:15 69:13,17
70:12 71:1,9 73:13
75:15 76:10,17,22



77:23 78:20 79:12
80:21 83:5 84:20
89:14,22,24 90:2,
11,21 91:2,10,12,
23 92:1,6 93:7,10
94:10,21 95:7
96:15 97:22 98:11
101:19,20 105:3,12
106:2 108:17,24
109:1,2,5,9,10,12,
22,25 110:5,15,16,
17,20,23,25 111:1,
18 112:6 113:15

**isn't** 50:14 67:17
94:6

**issuance** 46:20

**issue** 68:1

**issues** 47:7

**it** 6:5 7:16,17,18
9:15,21 10:21,24,
25 11:1,3,7,8,11
12:4 13:4,5,24
15:13 16:21 17:1,3,
15,16,22,24 18:16,
20,22 19:6,11,19
20:15,17,18 21:22,
24 22:4,10,17 27:8,
11,14,15,23,25
28:8,23 29:4,6
30:13 31:23 32:6,
21 33:2 34:15,19,
21,25 35:4,5,21,22
36:6,22 37:5 38:4,
14,17,23 40:7,18
41:16,23 42:4,5,6,
11 44:3,4,20,21,25
45:1,5,16 46:3,8
47:11 49:9,10 50:1,
4,7,9 51:6,12,13
53:1,3,10,23 54:5,
11,13 55:12,21
56:22,23 57:2,6,9,
17,22 58:11 59:9,

12,15,17 61:18,19
62:6,7,8,9,10,15,
20,25 63:14,15,16,
25 64:5,7,11 65:21
66:5,14 67:11,17
68:16,18,19,21,25
69:3,8,14,16 70:13
71:1 72:6 73:17,23
75:6,15 76:12,13
77:1,10 81:10,11,
23,24,25 82:3,5,13,
16,17 83:3 84:14,
15,16,17,18,21
85:18 86:25 87:5
89:2,19,20,21 91:4,
5,16,20 92:1 97:12,
14 98:3,5,7 99:22,
24 100:1,24 101:3,
8 102:4,6,7,19
103:3,6,23,24,25
104:1,2,4,8,17
106:2 107:16,18
108:9,20 109:7,11
110:14,15,18,20,24
112:21,23 113:17,
24

**it's** 13:9 15:2,3
18:12 22:8 26:23
28:22 32:19 38:10,
21 39:22 45:21
48:7 50:22 51:16,
20 57:2 63:25 64:4
66:25 73:17 75:18,
23 78:21 82:18
89:5 91:18 100:19
102:8,18 104:14
106:3 110:10 111:4

**items** 11:8

**its** 46:22

___

**J**

**J.J.** 61:25

**jail** 108:14

**Jersey** 5:15 6:12

**job** 8:25 13:20 40:3
105:6,8

**jobs** 14:12

**judge** 85:8

**jump** 96:25

**just** 4:8 13:11,13
15:3 17:2,24 18:2
21:10 22:13 23:5,9
24:19 27:14,22,23
28:8,22 29:22 30:2
32:17,23 35:3
38:22 39:17 41:18,
20 44:18 47:11,22
49:16 52:22 55:6,
12 57:2 59:15,17
63:17 64:4,10 65:7
66:13,21 68:5 72:6
78:15 80:11,16
84:8 87:5 92:24
99:25 101:19 102:1
103:3 104:15,24
105:2 107:13
109:14,19,20
110:15 113:9,15

**justice** 6:1

**justification** 93:10

**justified** 91:23

**Justin** 58:13

___

**K**

**keep** 18:2,3 19:12
65:20 66:2 83:12

**kept** 61:8

**kick** 67:11

**kicked** 108:3

**kicking** 108:6,10

**killed** 31:24 95:23
112:20

**Kimberly** 36:13

**kind** 13:22 14:12,25
25:10 35:21 38:25
41:14 47:11 55:12
60:12 63:17 80:18
82:20 87:21 107:5

**knew** 41:16

**know** 4:15 7:18
8:12,18 9:20 11:19,
22 12:11,21,24
13:1,14,22,23,24
17:4,15 18:2 21:15
22:10,13 24:24
25:18,25 26:13
27:25 28:19,22
30:4,5 32:2 34:15,
24,25 35:14,15
37:2,21,22 38:3,23
39:20,21 40:1,3,24
41:15,20,21 42:16,
19 43:7,11,21
44:11 46:5,9 49:6,
10,23 52:4,5,10,16,
17,21,23 53:1,2,25
54:8,9,19 56:5,8,22
57:2,4,5,16,21,24,
25 60:15 61:6,11,
20,24,25 62:4,5,7,
13 63:2,14 66:4,5
67:9 68:2 70:8,10,
19,20,21,22 72:16
74:9 75:15,22 76:1,
14 78:11 79:23
80:9,20,21 82:12,
21 83:2,3,5,7,9,16,
20 84:14,15,17,18
86:6 87:5,6,7,8,9,
11 89:22 94:18
96:4,21 97:14
98:10,16 99:22,23,

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

24 100:9 102:15
103:5,13,24,25
104:18,23 105:13,
19,20 106:2,4,9
108:9,19,20 109:3,
10 110:9,23 112:4
113:10

**knowing** 32:14

**knowledge** 55:13
70:23 78:16 80:10
104:23 105:10

**known** 80:12

**knows** 57:2

———————————

**L**

**laboratory** 85:15

**lady** 36:12,17 59:1
80:24 86:24,25
95:1

**lake** 96:23

**last** 18:6 19:14
23:22 29:12,23
42:15 53:21 68:21
96:14,19 107:11

**later** 62:7

**lateral** 14:25

**Latwanya** 48:10

**law** 7:7,9 13:13,14
14:1 27:2,3 60:2
65:19,22 91:16,20,
23 112:3,10,12,16,
17

**Lawrence** 61:19

**lawyer** 10:20

**leadership** 67:21

**learned** 66:4

**least** 7:16 94:23

**leave** 47:11 57:8

**leaving** 18:23 19:1
107:20

**left** 32:21 69:4 76:7

**leg** 60:7

**legal** 75:14 108:20

**length** 62:16

**less** 6:15 42:21
65:10,14,15 93:8

**let** 18:2 21:15 22:13
41:15 48:11 53:16
56:21,22 57:1,4
72:9 78:9 101:19

**let's** 11:16 19:3,9
21:1 22:4 26:2
28:11 50:1 51:22,
24 58:7,9 59:7,9
68:5,14 69:5 71:3,8
73:9 84:9 86:3,13
87:17,18 91:6,7,15
92:14 93:14,15
101:20

**lethal** 65:10

**letter** 33:18

**letterhead** 33:18

**letting** 57:16

**level** 13:17 14:3
15:15 41:23 81:24

**license** 27:1

**lieutenant** 8:21,24
9:1 12:20,21,23,25
13:2,15,16 15:20
49:20 54:6 55:16,
18 58:12 83:17

**lieutenants** 13:9,10
15:16,18

**life** 37:19

**like** 4:21 7:25 10:21
11:13 13:23 14:7
15:3 16:24 17:2,22
22:10 23:6 24:14
25:7,20 26:25
27:23 28:17 33:24
35:5 37:13,18
39:22 43:3 44:6,7,
21 45:12 50:7 54:9
59:10 61:10 63:21
66:5 76:10 79:13
81:19 85:3 87:21
93:9 96:23 97:21
100:21 101:12
105:3,12 107:8,16
108:5 109:11
113:14

**likelihood** 109:23
110:1

**line** 15:7 27:19
45:12 103:1

**listed** 50:6,19

**listened** 48:24
52:11

**little** 6:25 7:21
11:16 12:10 19:4
24:15 37:2 42:20,
22 52:22 66:3 69:5
75:22 76:10 98:12
104:14 107:5

**live** 28:21 62:7

**lived** 20:4,10 24:11
100:24

**locked** 107:12

**long** 6:20 7:10,18
8:14 9:17 14:12
22:10 35:24 36:2
42:9,14,16,23 43:2
45:1 53:21 76:4

97:12,14 99:24
102:7

**longer** 7:18 42:20
44:5 58:15 73:15,
17 76:2 102:7
111:16

**look** 15:1 17:21
22:10 38:4 39:3
40:15 45:5,14
65:20

**looked** 17:12,19
21:8 45:1 104:21
107:12

**looking** 65:18 71:4
76:22 95:25

**looks** 17:22 66:5
97:21

**loose** 50:8

**lose** 10:10,11

**loss** 70:13

**lost** 10:12 63:12
65:25

**lot** 32:14,15,18
39:14 42:21 104:14
106:9,10

**Louisburg** 18:25

**lower** 13:17

**lowering** 95:4

**lowest** 14:3

**lunch** 67:1 76:3
107:20

———————————

**M**

**ma'am** 4:14 11:15
18:21 19:8,24
22:22,25 31:11
46:18 48:4 65:17



(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

135

Index: mace..more

74:16 75:9 80:9
82:7 83:1 84:7
85:18,21 86:18
87:2,15,23 88:1,8
89:13,16,19,21
90:13,22 91:2,12
93:1,4,20 94:7,18
95:11,18 97:7
100:5 101:25
102:5,25 104:6,13
105:9,19 106:13,18
109:10 111:23
112:11,21 113:6,7,
21,23

**mace** 47:6 59:24
63:21 68:25 69:18,
19,23 108:8

**made** 11:3,7 17:8
29:2,6,13 62:14
63:18 77:16 82:5
101:1 103:19 111:6

**major** 5:25

**majority** 61:4

**make** 11:8 12:14
16:10,13 17:19
35:19,21 41:16
43:19,22,23 51:15
53:9,11 54:11 56:7
60:21 101:19
108:23 111:22

**makes** 69:16

**making** 32:23

**mandate** 75:12

**maneuver** 53:18,19
69:3,7,9,13

**manner** 62:10

**Manual** 45:9

**many** 12:10 27:21
28:1 31:15 32:6,9,
22 60:25 61:2,7

62:22,25 63:2
72:22,23 82:9
94:16,19 104:25
105:14 106:14

**March** 5:9

**mark** 20:22 21:1,11
46:4,6,8 86:13
89:2,3

**marked** 20:24 21:4
46:1,11 48:13,14
66:19 68:14 84:3
86:14 89:7,12
90:24 92:14

**marking** 66:17

**Martin** 23:11

**master's** 6:4

**matter** 33:1

**may** 12:3 13:18,21,
25 14:9,13,20,24,
25 15:7,8,9,12
24:12,18 25:4
26:19 41:16,18,19
42:5 49:14 79:16
98:7

**maybe** 12:10,20
27:24 30:15 76:23
101:9

**Mcgurl** 4:10

**me** 4:21 5:10,19 6:8
13:7,11 17:4 18:23
21:15 29:9 31:12
32:3,17 34:16,17
35:21 37:10,18
40:12,18 41:1,3
43:4 44:19 48:19
52:2,9 53:20 54:9,
12,21,22 55:11,12
56:4 58:18 60:4,9
61:25 62:25 63:16
71:7,21 72:6,9,22

73:2,4 74:1,8,24
77:1,7 78:9 79:4
81:4,10,11 82:3,17
84:23 86:19 88:16,
22 89:25 91:18
96:18 101:6,7,19
102:21 103:1,10,
19,22 104:17 105:2
106:4,5,6,8,20
107:24 108:11
109:13 111:9

**mean** 8:23 9:12
13:16 32:21 37:11
38:14,15 43:8 47:4,
5 50:23 54:21 74:4,
6 81:25 82:15
86:25 88:15,16,17
99:4,6 101:7
103:24 104:1 106:1
110:18

**means** 38:17 92:7,8

**measure** 65:15

**medications** 5:2

**meet** 62:14

**meeting** 43:11
54:13

**member** 109:3,4

**memory** 42:17,23
43:2 44:25 61:6
63:13 65:20 80:21,
22 93:15,16 94:2,6,
12 104:18 106:19

**mental** 7:25

**mentioned** 7:19
40:10,11 49:17
97:18 113:25

**mercy** 26:20

**Merrimack** 23:11

**met** 63:1 79:6

**methods** 67:18

**Michael** 4:10 18:17
20:21 21:25 45:2
47:16 66:22 71:4
78:3 84:1 86:9
87:17 90:16 91:8

**might** 7:17 12:25
13:1,2 16:16 20:8,9
24:12,14,24 25:1,7
28:7,14,19 38:5
52:16,21 54:5
76:13 89:9 102:15
103:23,24

**mind** 9:8 24:17
36:21 46:19 67:22
68:20 70:11 77:9
81:1 94:22 96:14
111:19,21

**minimum** 7:17
27:22 28:2,9,11,20
101:9

**minute** 47:19 86:12
107:11

**minutes** 21:8 107:7

**misdemeanor**
79:14

**misplace** 10:10,11

**misplaced** 10:12

**mobile** 107:8,9

**moment** 45:5 84:8

**money** 10:18

**months** 7:17

**more** 14:10 16:24
19:4 23:24 24:20
28:15 35:16 37:2
39:14 57:13 68:5
84:10 93:7 101:5,7,
18 103:11



Advanced ONE
LEGAL
(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

136

Index: morning..not

**morning** 4:7 77:19, 20

**mornings** 39:2

**most** 64:16 98:4 100:3,5,19 103:9

**move** 22:11 40:7

**moving** 28:25 69:2

**Mr** 4:7,18,19,23,24 16:25 17:1 18:6,15 19:6,22 20:7,24 21:2,6,7,16,21,22 22:6,12 24:3,20 26:9,13,24 27:18, 20 28:1,25 29:16, 20 30:10,18 31:1,7 32:4 35:6,8 36:10, 11,14 37:4,18,20, 23 45:14 46:1,3,8, 12 47:14,24 48:2 49:15,19 50:6,18, 21 51:1,3,6,9,19,24 54:1,20,22,24 55:5, 9,18 56:11,14 59:22 60:16,20,23 61:18,20 63:1 66:14,15,25 67:2,4 76:7,16,18,20 77:4, 8 86:5 87:18,21 89:1,3,4,5,11 90:10 92:18,21 101:14,24 102:20 109:15 113:14

**Ms** 4:6 18:17,19 19:3,5,12,13 20:21 21:1,5,12,18,20,25 22:2,4,7 36:25 37:24 45:2,4 46:2, 5,10,15 47:16,18, 21 48:1,11,15,23 49:1,3,21 55:15 56:15 60:20,23 66:17,20,22 67:3,6 71:3,10 76:6,19,21 78:3,5 84:4,9,12 86:3,8,16 87:17,20 89:1,4,8 90:9,16, 20,23,25 91:8,9 92:16,21 94:11 101:15,17,23 113:8,13

**much** 76:2 102:7, 22,24 112:2,5

**multiple** 74:6

**multiple-officer** 67:15

**murder** 39:8 96:1,3, 7,8 112:22,23

**murdered** 112:14 113:1

**must** 85:7,14 109:3,9

**my** 4:9 6:4,21 7:13 9:5,6 21:8 33:13 35:3,11,23 36:9,21 38:2 41:19 44:18 48:7,8 52:9 54:18 55:2,5,6,18 56:6 57:3 63:13 65:19 66:2 73:16,23 74:20 77:9,10 80:21,22 81:1 84:20 88:13 94:12 98:16,17,25 100:10 103:1,4 104:18,23, 24 106:6,18 107:3, 10,17 109:12 110:5 113:15

**myself** 4:9 12:20

## N

**name** 5:5,19 36:7 39:15 45:7

**named** 36:12

**names** 13:3

**naming** 66:5

**nature** 16:11 104:12

**NCGS** 4:2

**NCIC** 26:16

**necessarily** 27:11 40:23 64:20 76:24 82:14,15 92:2

**necessary** 27:10 40:18

**need** 17:25 21:14 22:6 26:21 28:7 46:13 89:9 109:14

**needed** 44:5 58:15 109:20 111:16

**neighboring** 96:2

**never** 10:11,24,25 11:3,6,7,8 69:22 81:25 83:25 93:20, 23 105:22,24

**new** 5:15 6:12 13:24 23:12,13

**Newark** 6:12

**next** 8:7 14:15 19:3 24:22 26:9 41:22 49:12 53:13 68:20, 21

**night** 38:6 53:13

**no** 4:17,20 7:16 10:1,11 20:19 26:6 27:11 28:22,23 30:8 31:3 32:8,13, 22 33:21 35:3,11 40:23 42:11 43:13 44:5,18 45:13 50:9 54:3,17 56:4 58:14

**59:19 62:20 64:6 69:15 71:21 72:2 73:15,17,21,23 76:3 77:5,6,10 81:10,14,16 82:11, 12 83:1,25 85:21 86:9 87:23,24 88:1, 3,5,8,25 93:1,20 94:3,7 95:21,23 96:5 102:5,20,25 103:23 104:13 105:16,19 108:24 109:1,2,10,17 111:16 112:10,12, 21,24**

**nodded** 23:23 45:23

**nominal** 103:3

**None** 94:4,5

**nonsupervisory** 15:3

**nonsuspect** 80:18

**nonsuspects** 80:16

**nonviolent** 93:10

**north** 5:11,12,18,24 6:7 20:8,11 23:11, 16,17,18,19,20,21 106:22

**not** 4:7 7:10 8:22, 23 12:15 13:13,19 14:14 15:2,12 16:1, 16 21:22,23 24:24 25:1 26:19 27:11, 22 28:1,7 29:14,17, 18,23 30:8,23,24 31:3,5,6,17 32:11, 14 33:6,20,21 35:6, 11,20 36:7 38:5 39:22 40:3,23 42:25 51:16,18,20 53:10 54:18,19**



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

137

Index: note..oh

58:5 60:3,16 61:8
62:4 64:20,21
69:14,23 70:13
71:4,12,25 72:2
77:6,11 81:7,10,15
82:14,15 84:14,17
85:18,21 86:9 87:8
88:1,3,5 89:20 90:3
93:10 96:7 100:14,
16 107:10 111:20
112:6

**note** 101:19

**noted** 10:17,18
51:16,18

**notes** 52:13,15,18,
20

**nothing** 13:14
76:20 78:11 106:5

**now** 9:8 24:17,20
44:25 47:13 67:23
68:10,13 70:11
73:17 75:16 76:3,
18 84:21 89:24
90:11 94:22 101:12
102:15 110:12
111:20,21

**number** 15:19
20:22,25 21:2
32:12,17,21 38:11,
24 43:5 46:2,12
66:16,18 68:15
71:1,2,9 74:16
86:13 104:10,25
105:11,20 109:8
112:5

**numbers** 38:22

---

**O**

**obeying** 107:10

**object** 101:15

**Objection** 37:23

**obligations** 9:9

**obtained** 48:22,23
85:6,12

**obtaining** 24:3
85:14

**OC** 46:21,24

**occasion** 100:18

**occasions** 74:2
98:5 108:13

**occurred** 49:12
52:8,25 73:3 75:7
86:21 106:24

**of** 4:17 5:2,14,19
6:12 7:5,10,13,17
8:2,10,12,19,20,22,
23 9:9,13,16 10:16
11:6 12:1,23 13:3,
12,22 14:2,3,6,8,
12,13 15:1,15,16,
19 16:9,10,15,17
17:7 20:3,5,8,11,14
22:4,17 23:3,5
25:6,10,13,23
26:15,20,21,25
27:7,10,12,13,14,
21,22 28:2,6,9,10,
11,20 30:20,21
32:5,14,20,22 33:1,
4,23 34:8 35:1,2,
16,21 37:3,4,9,17,
19 38:7,25 39:11,
18,21,24,25 40:3,6,
11,17 41:14,23
42:1,8,16,17,23
43:2,5 44:9,10
45:8,16,18,25
46:13,20,23,24,25
47:3,11,14 48:7,9
49:7 50:2,4,15,23
51:20 52:10 54:11,

16 55:9,12,13 56:6,
8,25 57:3 58:11
59:7 60:4,12 61:4,7
62:7,15,16 63:13,
17,23 65:4,5,15,25
66:14 67:18 68:17
69:4,21,23 70:8,10,
11,13,14,23 71:11,
16 72:19,23 73:5,
23 74:8,10,11,19,
25 75:2,11 76:4,9,
11,13,14 77:4,7,20,
23,24 78:12,15
79:5 80:1,10,12,13,
18 81:1,9,12,24
82:18,20,25 83:7,9,
13,18,19,22 84:6,
21,25 85:7,8,25
86:19,22 87:5,6,21
88:13,19,21,24
89:14,23 91:14,15,
25 92:4,6,7,9,11,12
93:4,5,13 94:1 95:9
96:3,12,16 97:2,4,
15,21 98:4,5,16,22
99:8,9 100:2,10,11,
21,23 101:9 102:11
103:1,9 104:10,12
105:4,10,11,12,13,
20 107:1,5,10,24
108:3,4,6,10,21
109:3,4,8,11,25
110:2,11,19 111:6,
12,15,18 112:14
113:1

**off** 11:6 53:6 67:11
74:8 76:7 79:16
101:20,21 102:1
107:13,23 113:10

**off-the-record** 90:8

**offer** 13:20

**office** 6:17 8:5 9:14
11:2,18 13:12

25:11 26:15 32:21
41:19 45:9 47:7
52:9 53:7 54:18,20,
21,22 55:2,6,18
58:14 66:8,11
71:25 72:10 75:8,
10 78:6 85:10,12
87:14 88:17,19,23,
25 103:2,3,4
105:15,22,25 106:1

**office's** 34:3

**officer** 6:9 13:25
17:14 27:2 28:11,
15 41:14 42:5,7
43:16,17 44:7
58:13 64:19 67:25
68:8,12 75:13,17
81:1,22 83:5,18
86:22 87:9,13
91:16,21,23 98:8
100:22 101:10
103:12 104:6
107:21 108:2,8
109:9 111:11,12
112:2,5,6,7,9,12,
15,18,23 113:1,2

**officer's** 104:20

**officer-involved**
97:22 100:12

**officers** 10:17
32:10 38:10 41:4
42:19,21 60:2
75:11,19 94:16
96:16 98:6,9
100:11 103:20
108:4,6,7,11,12

**offices** 9:13

**officially** 14:14

**often** 80:22

**oh** 36:12,16 44:15
45:15,16 76:20



WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

138

Index: okay..our

86:11 94:18,21
102:10 105:16
106:3,6,18

**okay** 4:8,15,25 5:5,
10,12,25 6:6,8,18
7:2,5,14,19 8:4,9,
14 9:9,17,22 10:4,7
11:13,16,21,24
16:24 17:18 18:2,3,
4,5,7,10,15,17 19:9
20:20 21:13 22:15,
16,17,18,19 23:16
26:2,8 27:8,20
28:25 29:9,15 30:2,
13 31:4,12 33:17,
22 34:5,7 35:6,19,
24 36:6,16 37:1
38:9 39:16,18 40:8,
10 41:4,11,22
42:13 43:19 44:20
45:6,7,10,18 46:3,
14 47:3,10,15,24
48:5,11,19 49:4,11
50:13,18,25 51:22
52:7 54:23 55:24
56:17 57:10,12,23
58:16,18 59:3,13,
21 60:4,15 61:13
63:3,6,10,16 64:9,
13,21 65:9,22 66:7,
12,14,25 67:3,5,7
68:5,19 69:5,12,16
70:5,17,24 72:5,9,
14,18 73:9 74:21,
25 77:3,6,12,19
78:2,9,13,14,17
79:9 80:4 81:5
83:12,22 84:1,11,
13,20,24 85:2
86:15 87:16 88:9
90:14,19 91:6,15
92:14,17 93:12,14,
25 94:13,21 95:14,
24 96:9 97:24

99:12,20 100:14
102:11,13,14,18,19
103:7 104:10
105:2,5 106:21
108:15,22 109:18,
21 113:24

**old** 80:25

**Oleoresin** 46:20

**Oliver** 48:10,23
49:1,3,21 55:15
56:15 60:20,23
68:24 69:1 92:21
94:11

**Oliver's** 92:16

**on** 6:4 7:13 9:14
10:1,17 12:7 14:5,
18,19 15:7,19,22
18:13 19:14 22:23
24:15,21 25:5
27:14,25 28:25
29:6,23 32:21,25
33:18 34:16,18
35:12,13,17 36:4
37:2 38:5,19,21
39:1 40:15,17,24
41:15,18 42:11,18
44:16,18 45:25
46:12 47:23 48:8
49:7 50:5,15 51:6,
10,12,14,16 52:5,
12 53:3,14,15,17
55:5 56:8 58:21
60:3,13,17 61:5
63:23 64:11 65:5
67:11 68:2 71:5,16
73:7,25 74:17,20,
23 75:11,19 77:10,
13,14 78:10 79:15,
22,25 84:22 85:24
87:13 90:10,11
91:3,18 93:9 96:7
98:5,6,17 100:19
101:2 103:25

104:16,17,21,25
106:5,22 107:2,3,
21 108:21,25
110:5,19 112:5,21

**on-the-job** 99:1

**once** 7:12 8:19
11:11 12:13 14:4
17:7,9 25:16 29:21
35:11,14 54:25
55:21 67:1 83:17

**one** 10:16 11:11
12:10,23 16:9 17:4,
6,12,13,16 27:22,
23 28:2,9,11,14,20
32:9 33:4 37:3
56:15 67:14,15,16
68:1 73:5 74:19
78:21 86:22 94:10
95:5,14 96:14,16,
19 97:2 99:17,19
101:4,5,8,18 103:9,
11 106:8 107:1,14
108:1 111:18,19,20

**ones** 14:5 104:24

**ongoing** 26:22

**online** 12:3

**only** 47:6 63:6,8
80:18 92:1 94:9
98:16 99:17 108:17
111:18,19,20

**opened** 10:20

**opening** 25:20

**operate** 43:9

**operating** 57:3

**operation** 38:21

**opinion** 12:15
59:21

**opportunity** 48:2

**options** 68:22,23

**or** 4:12,17 6:9 7:15
8:22 9:13,20 10:10,
11,12 12:3,15,20,
25 13:10,16,23,24
15:2,12 16:14 17:3
20:4,10 21:9,22,23
23:3 26:4,19 27:23
29:5,11,14,23
30:23,24 32:5,10
34:14 35:2,13
40:13 42:5 43:1
44:13 46:25 47:4
51:6,13,23 52:23
53:8,12,13 54:5,13,
18,19 55:6,25 59:8,
25 60:1 61:5 64:17
65:2 68:7 69:10,19
77:13,23 79:14
80:7,25 82:16
85:13 92:1,2,5,7,8,
9,11 93:8 95:19
97:20 98:3 99:24
101:1 103:15
104:11,12 105:25
106:1,8,15 107:7
108:10,11 110:1
111:9

**oranges** 110:10

**order** 49:22 51:14
66:6 83:6 85:7,9

**other** 24:4 25:6
33:7 46:24 61:14
63:21 68:1,22,23
70:12 87:10,12
92:8 93:16 95:24
98:6,19 100:11
103:2,20 106:15,16
107:13 108:12

**others** 24:18 92:10

**our** 12:14,15 23:3
29:21 62:14 69:10



(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021
139
Index: out..policies

96:2

**out** 6:12 8:19,20
10:23 14:4 17:2
23:3,7 24:2 27:15
36:20,21 38:5,25
39:24,25 40:6 42:5
47:11 53:6 57:21
61:24 62:7 63:13
74:10,11 79:13,17
86:22,24 90:6 95:2
96:12 97:2 102:11
107:2,6,13 108:3,4,
10 111:12

**outcome** 57:19
95:9,12

**outcomes** 108:18

**outside** 20:8,11
55:9 78:12 104:23

**over** 9:2,3,11 10:8
11:3 12:19,25 13:6
14:8 15:11 16:9
22:10 24:10 34:19,
20 38:3,7,8 40:7
45:5 56:23 63:12
66:4 70:15 74:13
83:15,20 89:9
96:16 98:20 107:5

**Owl** 5:11

**own** 7:13 35:3
97:19 113:15

---

**P**

**p.m.** 76:5 101:22
113:12

**page** 18:6 19:14
22:4 45:25 50:1,4,9
66:14,21,22 67:11
85:1

**pages** 84:25

**panel** 12:12,16,17
17:5 26:3,4,7 27:8,
9,17,20 28:3,14
29:12,21,25 30:7,8,
10,13,17,20,21
31:1,4 36:19 43:10,
13 100:21

**panels** 32:25 37:3

**panic** 70:15

**papers** 8:2,3 14:6
37:15

**paperwork** 35:15

**part** 20:14 33:23
40:3 56:6 57:3
73:23 100:3,5,10,
19 109:3

**partially** 106:25

**participating** 4:11

**particular** 13:15
24:16 25:17 28:15,
24 32:9 33:13
36:15 37:5 38:11,
12 42:4,8 44:6
83:16,21 96:7
103:19

**Pasquotank** 23:19

**passing** 103:3

**patients** 7:25

**patrol** 6:23 7:21 8:6
14:19 15:17,23
17:10 100:22

**patrolman** 106:23

**pay** 15:1 44:4

**payroll** 87:14

**pen** 46:13

**people** 12:22 13:7
16:9 24:14 25:9,13,

19 28:16,20 42:20,
21 60:3 61:9,10
73:4 74:3,5,17,20
79:20,23 82:4
83:15 86:19 93:8
101:9 105:14,21
106:2,3 108:14

**people's** 24:10

**pepper** 63:21 64:24
65:11,16 69:19,21
70:7,9 73:25 74:3

**pepper-sprayed**
73:4

**per** 109:11

**perfectly** 21:9

**perform** 28:3 60:16

**performed** 13:7
24:21 53:17,20

**period** 5:14 14:4
25:5

**permits** 37:14

**Perquimans** 23:20

**person** 9:15 13:18,
20,21,25 34:18
36:15 42:6 54:1,4
60:11 68:2 91:24
92:3,6,11 93:5
95:4,16 97:8
103:10 105:3 106:6
107:7,21,24 108:11
112:14

**person's** 40:16
41:12

**personal** 35:3
70:23 88:23

**personally** 83:24,
25

**personnel** 89:6

**persons** 61:14
63:6,8

**pertaining** 48:9

**phase** 7:10,12
25:10

**phone** 54:13 55:6

**phrased** 72:6

**physical** 91:24
92:4,10

**pick** 82:16

**Pitt** 23:20

**place** 28:13 43:1
65:4 80:25 81:2

**placed** 112:19

**places** 20:10

**placing** 65:2

**Plaintiff** 4:18

**played** 77:10

**plays** 113:4

**please** 21:15 37:25
47:20 58:8,9 85:1
90:14,16

**pleasure** 110:2,11

**point** 11:2 13:1
24:24 25:2,3,24
26:1 27:5 35:25
36:3 49:24 52:10
54:17 55:1,2,3 85:4

**pointed** 57:21

**pointing** 95:5

**poked** 103:5

**police** 6:9 28:17
36:18

**policies** 72:15,16
76:14



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**policy** 35:1,2 44:24 45:3,8,9,11,19,22, 25 47:2,11 58:22, 25 59:14,20 66:13 67:7,8,9 69:3,7,10, 13,17 70:25 71:8 84:5,8,13 89:18 91:10 92:24 97:24

**poor** 25:1

**portfolio** 36:22

**portion** 90:2,3,4,5 91:13

**position** 6:18 8:15 9:6,18,23 10:9 15:25 16:6

**positions** 31:15

**possible** 78:11

**posted** 82:7

**potential** 18:13

**practice** 54:10 81:25 97:25 98:1 109:6,7

**pre-employment** 12:6

**prepared** 5:1 85:8

**presence** 55:5,9 63:19 64:23

**present** 54:21

**presents** 92:9

**president** 31:24

**presiding** 85:8

**pretend** 13:13

**pretty** 20:15 74:21

**prevent** 92:5,11 93:4

**previous** 31:15

**previously** 27:2

**primarily** 9:25 13:9, 10 14:5

**prior** 46:20 68:24 85:13

**prison** 93:9

**probably** 6:15 14:2 37:3 39:14 77:19 81:20

**problem** 88:9,13, 21,25

**procedure** 57:3

**procedures** 72:15, 17

**proceedings** 21:19 47:25 76:5 101:22 113:12

**process** 11:17,20 12:1,13 17:1 24:22 27:7 29:10 33:4,5, 12,23 34:6,7,8 41:11 44:10 48:19 79:5 97:21

**processed** 49:13

**produce** 51:15

**progressively** 44:14

**promoted** 7:1 8:6, 8,11,21 13:1 14:14, 21

**promotion** 6:21 14:23 15:2

**proof** 47:8

**prospects** 24:8

**provide** 26:24

**provided** 77:16 103:15

**public** 10:23

**pull** 17:18 20:5,21 21:25 58:8 66:12 70:24 71:8 86:3 87:17,18 89:1,10

**pulled** 45:3 84:1

**pulling** 107:8

**purpose** 30:20,21 80:2 91:25

**purposes** 4:17 23:5 80:3

**Pursuant** 4:2

**push** 74:8

**put** 22:17 27:15 31:18 32:21 46:12 53:15 60:13 64:11 74:16,18,20,23 81:25 107:2,3 108:2 112:4

**putting** 33:10

**Q**

**qualification** 91:14

**qualified** 25:23 88:18

**qualify** 25:8

**quantitative** 112:4

**quarter** 67:16

**question** 19:10 30:16 37:25 38:1 39:20,22 50:13,14 51:4 65:12 68:6 72:3,9 77:12 80:11 84:20 102:16 108:17 109:24 110:3,9

**questions** 4:17 18:8 23:25 24:5,9 50:3 78:4 84:22 102:4 113:15

**quick** 66:23 67:13

**quite** 8:22,23

**quote** 51:20 63:13, 16 76:15

**R**

**raids** 79:22,24

**ran** 26:4,6,8 27:16 53:4

**range** 90:6,7 104:3 110:18,19

**rank** 13:3

**ranks** 13:18

**rape** 39:10

**rare** 100:18

**rate** 97:4 107:9

**reach** 23:3

**reached** 23:7 58:19

**reaching** 24:2

**reaction** 70:6,9

**read** 18:23,25 19:14 22:6 23:9 45:7,12 58:7,9 85:3 90:14 91:6,7,15,20 92:24 93:2

**reading** 46:19 68:20

**reads** 57:22

**ready** 25:15 67:4,5

**realized** 53:7



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021
141
Index: really..reviewed

**really** 27:24 36:22 102:14

**reason** 18:22 19:1 28:23 31:16 36:20 96:21 111:12

**reasonably** 92:1,3, 6

**reasons** 28:8,21

**recall** 24:19 26:10, 11,12 27:20 28:1 34:9 35:8,9,18 48:16 49:4,18,19 53:22 55:7,10,11 56:20 57:14,15,16, 17 62:16,19,20 67:24 68:7,10,13 71:14,17,18 77:22 79:22 80:13 81:5 94:22 97:13 99:20 100:20 104:10 106:17

**receive** 46:21

**received** 10:25 11:1 27:10

**recently** 16:5

**recess** 21:19 47:25 76:5 101:22 113:12

**recognize** 22:20 63:14,15 91:1

**recommend** 29:10 30:8,10,14,23 31:1 59:8,12,13

**recommendation** 29:2,3,6,13,15,22 31:13,18 35:20,23 36:8,9 43:20,22,23 44:1,13,15,18 51:15 55:23 57:6,8, 21,22 58:8,10,11, 19 77:11 110:4,5

111:22

**recommendations** 12:14 16:14,16,17, 22 29:21

**recommended** 29:1,4,7,16,20 30:7,18 31:5,6,17 32:10,11,14,15 35:7 36:18,19 58:3 67:25 68:8,11

**record** 5:6 20:2,13 23:5 24:3,4 38:12, 13 48:11 76:4 78:10 87:19 89:6, 14 101:20,21 102:2 113:11

**recordings** 48:25

**records** 9:2 20:5 37:13,14 83:12,18, 19

**recruited** 6:11

**refer** 4:18,22 14:9

**referred** 86:18

**referring** 33:24 50:7 56:1 67:12 86:7 96:19

**refill** 47:22

**reflect** 48:11

**refused** 74:10

**registration** 53:4

**release** 79:19

**released** 79:7

**Relevance** 37:23

**relevant** 43:17

**relied** 77:13,14

**rely** 98:6

**remain** 87:13

**remember** 10:16,22 11:5 12:18,24 17:22 24:9 32:7,8 52:17,23,24 54:8, 12,14,15 55:13,14, 15,16,17,19,21,24 56:4,5,13,14,16 58:1 80:23 94:10 99:17,19,25 104:5 112:1

**remotely** 4:3

**repeat** 4:8 86:1 88:20

**report** 16:3 38:9,16, 18,24 39:5,9,10,11, 12,13,19 40:1,9,10 41:4,8,9,10 43:6 44:8,9 47:17 48:21, 22 50:2,4,23,24 51:7,15 52:3 54:9 55:14,20,22 57:11 64:5,8,12,16,18 68:15,17 70:2 73:23 75:4 77:25 110:20,24 111:2,4, 5 113:17

**reported** 47:1

**reporter** 4:16 90:4, 8

**reporting** 73:24

**reports** 38:3,7,8,10, 19,20,21 39:2 40:14,21 49:22 51:7 77:13,21

**reprimanded** 87:9, 12

**request** 20:3,9 26:15 34:20 100:6, 8,13,17

**requester** 34:21

**requesting** 33:22

**requests** 23:4

**require** 60:18

**required** 38:18 39:5 41:4 47:1

**requirement** 89:23 110:20,24

**resided** 5:12

**resist** 74:4

**resisted** 74:3

**resolved** 42:10

**respond** 24:15 109:5

**response** 19:17

**responses** 102:4

**responsibility** 14:2, 3 78:22

**responsible** 11:11 25:11 37:13 83:14

**restroom** 76:1

**result** 75:1 82:9 92:12 93:5 107:24 108:10

**retired** 9:21 11:20 16:5,6 65:24

**returned** 96:12

**review** 17:11,24 26:4,7 45:24 46:16 47:19 48:3 84:21 86:12 89:11 90:15, 17 108:24,25 109:1 113:9

**reviewed** 19:21 84:16



**AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

**reviewing** 24:4 47:21

**rewind** 26:2

**ride** 7:11

**right** 8:24 9:8 16:17,22 18:18 21:12 24:17 30:19, 25 34:2,18 36:16, 23 38:15 40:2 50:11,12 58:16 59:7 66:23 67:22 68:10,13 70:11 71:5,6 75:17 88:2 94:20,22 101:12,13 102:18 106:10 111:20,21

**right-hand** 45:14, 15

**rights** 21:10

**rise** 81:23,24 82:3

**road** 6:23 39:23,24, 25 40:4,7 106:24

**Robinson** 4:6,9 18:17,19 19:3,5,12, 13 20:21 21:1,5,12, 18,20,25 22:2,4,7 36:25 37:24 45:2,4 46:2,5,10,15 47:16, 18,21 48:1,11,15 66:17,20,22 67:3,6 71:3,10 76:6,19,21 78:3,5 84:4,9,12 86:3,8,16 87:17,20 89:1,4,8 90:9,16, 20,23,25 91:8,9 101:15,17,23 113:8,13

**role** 37:2,4 94:15 113:4

**roles** 8:18 13:15

14:12,13

**room** 9:16 11:4 107:20

**rose** 41:23

**roundabout** 32:17

**rule** 58:22

**run** 20:1 34:10 64:14,16 79:16 96:16,25

**running** 96:25 97:1

**runs** 14:17

---

**S**

**safe** 27:8,12 45:21

**said** 4:8 9:11 19:22 21:23 31:22,24 33:10 36:6 37:6 41:11 50:8 51:21, 23 53:16,17 55:10, 24,25 56:4,5,9,10, 17 57:14,24 59:19 60:20,23 61:2,25 62:2,3 64:23 68:19 69:18 71:23 72:4,7, 18 79:9 84:17 88:20 93:18,20,21, 23 94:21 96:5 99:2 101:18 107:22,23 112:22 113:18

**same** 14:19 15:1,7 22:13 23:14,15 49:9 62:6 93:17

**sat** 10:20 17:4 27:15 32:25 37:2 52:9

**saw** 17:15 53:2 57:20 87:16 97:2

**say** 7:14 10:1 14:24

16:12 19:6 20:12, 15,17,18 27:8,12 28:11,12 29:23,25 30:1 31:22 33:17 34:17 37:21 41:20 44:7 45:21 46:7 51:17,20 52:25 55:8 56:1 57:5,23 59:19 62:11 64:15 69:12 70:17 78:12 79:18 80:6 82:17 94:9,18 101:16 104:14 106:3,6,15 109:19 110:23 112:3

**saying** 10:8 29:7 30:25 49:2 52:21 62:5 71:17,18,24 72:2 73:10 77:2 78:10 109:3 111:20

**says** 18:20,22 50:9 68:21 91:16,20

**SBI** 97:16,20,22 100:13

**scare** 105:3

**scared** 105:4

**scenario** 24:16 113:5,6

**scenarios** 24:15

**scene** 10:23

**scenes** 9:14

**school** 5:16,17 6:15 7:7,9 20:4,11 24:11 80:25

**scope** 78:12

**screen** 22:11 90:10

**scroll** 17:24,25 18:18 22:13,15 71:3 90:16,17 91:8

**sealed** 10:17,19,20

**search** 80:24,25

**second** 46:19 67:14 71:7 89:9

**section** 45:25

**security** 25:12 27:1

**see** 17:14 18:20,22 22:3,17 26:14 33:2, 13 35:12 38:23 39:23 45:15 50:6, 18 59:20 63:15 64:7,10 66:23 90:18 93:15 113:10

**seeing** 103:2

**seek** 6:2 103:14

**seeking** 34:8

**seem** 69:16

**seemed** 53:14

**seems** 50:7

**seen** 55:14 64:7

**self-defense** 112:25 113:4

**self-protection** 47:1

**send** 25:12 29:4 34:17,22

**senior** 5:20 14:10

**sent** 21:5 29:7

**sentence** 19:14 47:4 68:21 71:7 91:17,22 93:8

**sentences** 47:5

**separation** 59:9,10, 13 67:25 68:8,11

**September** 91:3



**sergeant** 7:11 14:9, 15,16,25 15:6,9,12, 13,14,21 49:20 54:5 55:17,19 58:12 93:22

**sergeants** 15:18

**serious** 92:9 110:13,17

**serve** 8:1,17 53:8 93:9

**served** 15:25

**service** 25:8 58:14 111:16

**services** 44:5

**serving** 14:6 92:18

**set** 12:8 43:5

**seven** 102:16

**several** 74:2 95:2

**severity** 109:25

**sex** 8:13 10:6

**sexual** 110:12

**shake** 33:8

**shall** 46:21 47:1

**share** 108:18

**Sharika** 4:9

**Shaw** 18:20

**she** 36:23 49:4,5, 10,11,14 53:5,6,14, 16 87:3,4,7 93:2,7, 13 95:23

**Shearin** 12:23 13:3 83:17

**Shelton** 13:4 75:18

**sheriff** 4:19,20 6:19,20,23 7:3,20

**11:22** 12:14 16:4 17:8,15 26:1 29:4, 11,14,17,18,22 30:11,19 31:3,6,9, 20,22 32:6 33:6,7 35:20,24 36:2,4,5 43:24,25 49:25 55:22 56:18 57:14 63:1 98:7 110:2,11

**sheriff's** 6:9,17 8:5 9:14 11:2,18 12:1 13:12 25:11 33:18 34:3 35:9 38:17 45:9 47:7 58:14 66:8,11 71:25 72:10 75:8,10 78:6 82:25 85:10,12 87:14 88:17,19,23, 25 105:11,15,21,25 106:1 112:18,23 113:1

**sheriffs** 110:7

**shift** 14:8,17,18 15:20,22 24:24,25 25:15,18,19 53:11, 12 76:10 81:21

**shin** 67:11

**shoot** 42:19,21

**shooting** 97:22 100:12

**shootings** 59:4

**short** 10:21

**shorter** 42:22

**shortly** 28:13 99:23

**shot** 95:5,16,17,22 112:18,19,23,24

**shotgun** 95:2,3,4,5

**should** 21:11 29:6 48:12 50:1 111:1,3

**112:19**

**shoulder** 65:7 97:11

**shouldn't** 59:23 112:24,25

**showing** 89:24

**shows** 22:1 113:17

**sic** 111:5

**side** 14:19 40:7

**sign** 19:15 34:21 91:13

**signals** 107:10

**signature** 22:23 90:11,18,21

**signed** 91:4,5

**significant** 103:24 104:4,7,8,17 106:18

**simple** 41:17

**simply** 64:8

**simulated** 75:23

**since** 9:6 32:13,20 33:15 59:9 62:23, 24 75:6

**single** 12:22 28:23 100:4

**sir** 22:12 86:10

**sitting** 33:5

**situation** 10:15 46:25 74:7 79:12 80:19 88:11 103:12

**situations** 11:13 79:15 108:16

**size** 98:5

**skim** 84:8

**slam** 60:3,19 69:11

**slammed** 58:20 59:1,23 60:17,20, 23

**slamming** 68:24 69:9,13

**slight** 107:5

**slow** 84:9 107:11

**slowing** 107:4,6

**small** 25:1 28:18

**snakes** 105:4

**sniff** 80:5,7

**snippets** 52:22

**so** 4:15,20,24 5:1,5 6:8,9,22 7:2,19,20 8:4 9:7,11 10:7 11:16,25 12:18,21 13:6,12,17 16:5,8, 24 18:11 19:6,21 20:9,12,22,23 21:14,21 22:4,9,17 24:2 25:8,9,12,17 26:8,18 27:5 28:25 29:9,15,20 30:5,7, 13,22 31:4,15 32:24 33:2,13,15, 17 34:13,20 35:6 36:6 37:1,11,18 40:10,21 41:4,11 42:14,20 43:13 44:6,20,23 45:1,21 46:9 47:11 49:1,11, 18 50:25 51:22 54:23 56:25 57:13 58:3,5,8,16,21 60:25 62:7,9 64:7, 21,22 66:7 67:7 68:3 69:5,25 70:25 71:24 72:18 73:10, 18,25 76:13 77:9

78:6,9,15,18 79:9
80:22 81:17 83:22
84:13 85:16 86:21
87:1 89:9 90:10,17
91:10,15,18 92:14
93:14,15,18 97:10
99:2 103:1,2,6,21
104:23 105:10
106:11,12,19
107:1,7,14 108:22
109:2,25 110:15,18
112:18 113:4

**social** 27:1

**soft** 63:20 64:22,24
65:1,4,6,8,9 71:12

**soft-hand** 65:13,14
68:1,3,4,9,12
74:12,19

**soliciting** 110:12

**some** 8:2,17 9:20
11:2 13:1 14:24
16:15,17 18:8 20:7
23:24 24:14,23
25:19 26:24 27:5,
12,13 28:20 34:14
37:5 39:23 40:14
47:7,13 48:7 49:24
51:20 54:17 55:1,2
59:7 60:4 71:4 73:9
76:13,14 78:4 80:1
84:9 91:8 99:9
100:11 102:20
111:12 112:6 113:9

**somebody** 11:6,10
42:25 43:1 49:23
65:5,7 74:7 82:16
112:23 113:1

**somebody's** 34:11
65:2 95:1

**somehow** 32:19

**someone** 12:3
40:25 47:3 59:11
63:18 67:17 70:17
80:15 81:2,17
104:21 112:14

**something** 11:1,10
32:23 34:2 38:14,
15,18,21 40:25
41:1,17 42:6,21
43:3 53:16 64:8,12,
13 66:23 76:23
83:9 101:16 105:23

**Sometime** 52:2

**sometimes** 8:3
12:3 15:13,14 25:2,
12 27:24 28:5,6,16
65:4 70:12 79:25

**somewhat** 89:19,
21

**somewhere** 104:2

**sorry** 36:1 52:19
59:16 67:5 80:6
86:11 88:20 100:7,
15

**sort** 7:12 40:17
81:1

**soup** 105:13

**speak** 11:22 57:13
78:16

**speaking** 49:18,19,
20

**specialist** 87:22,25

**specialized** 8:13

**specific** 12:16 24:9,
20 79:22

**specifically** 10:8
16:25 26:11,12
27:18 28:1 57:13

**specifics** 35:10
83:7

**specified** 91:25

**speed** 97:4 107:10

**speeding** 53:3,5

**spoke** 54:1,25 55:4,
8 56:10,15 57:12
94:11 103:5

**spoken** 49:23

**spray** 46:21,24
47:8 63:21 64:24
65:11,16 69:19,21
70:7,9 73:25 74:3,
11

**sprayed** 70:22 74:9
108:8

**spraying** 46:25

**staff** 15:15

**Stainback** 13:5

**stand** 109:12,13,14

**standard** 54:10
57:3 108:24 109:1,
8

**standards** 29:5,7,
11,25 34:12 35:2
60:1

**stands** 36:21

**start** 23:6 34:9
40:20 41:24 51:24
66:24 91:19 99:10
107:3

**started** 6:4,16 7:2,
19,20 8:5 9:19 33:4
34:6,24 35:8 95:4
96:25 98:18,21
99:2 100:1 108:5

**starting** 13:17

15:15

**starts** 63:19 67:11

**state** 5:5 14:1

**statement** 50:6,18,
21 55:14 61:5 90:8

**statements** 42:4
51:22 77:13,15,16,
17

**stay** 109:13

**staying** 58:1

**step** 14:15 24:22

**steps** 43:4,5,8
44:12,15

**still** 11:1 28:14 64:4

**stood** 36:20

**stop** 18:18 40:6
107:22,25

**stopped** 36:5
106:24 107:2,21

**stops** 79:25

**straight** 25:21
60:12

**stray** 80:11

**stretch** 109:13,20

**strike** 73:7,11
75:22

**striking** 73:15

**struck** 73:18 75:24

**structure** 13:12

**student** 91:5

**stuff** 14:7 17:7
26:19,22 27:5,12,
13 40:6 63:13

**Subdivision** 91:25



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**subject** 42:8 60:4 71:19,25 72:11,19, 23 73:5,14 74:10 75:1,25 76:9 77:24 79:8

**subjects** 79:6,8,10

**submit** 34:12

**submitting** 52:3

**subpoenas** 8:2

**subsection** 92:1 93:3

**substance** 85:9,23

**substances** 85:5, 11,17

**substantiatable** 111:5

**substantiate** 61:4

**substantiated** 61:7, 10 111:4

**substitute** 71:12

**succumbed** 105:12

**such** 59:25 65:10, 15 82:2

**sue** 105:15,17,21, 23,25 106:1,4,6,9, 10,11 107:15

**sued** 62:12 105:20 106:12 107:24 108:1,11,14

**suing** 62:1

**suit** 61:24 62:23,24 82:18 105:12

**suits** 82:9

**summarize** 53:1

**supervise** 15:18

**supervised** 15:19, 21

**supervises** 14:18

**supervising** 15:13 81:22

**supervision** 98:22

**supervisor** 8:18 14:14,16 15:5 40:17 41:12,15,16 43:12 54:10 104:20,22 110:23

**supervisors** 49:16 56:7 110:20,24

**supply** 80:25

**Supreme** 76:15

**sure** 7:10 8:22,23 17:19 41:16 49:24 54:11 56:7 108:23

**surprised** 85:19,21

**suspect** 85:20,22 108:2,3,4

**suspect's** 61:5

**suspects** 80:12 82:5,8 96:1

**suspend** 44:4

**sway** 106:8

**swear** 29:23

**sweep** 60:7

**Swilley** 83:18

**switched** 6:24

**sworn** 4:3 13:25 24:23 25:25 26:1 27:2

**system** 6:15 93:9

**T**

**take** 14:5 17:21 21:14,16 25:8 35:20,22 36:8,9 40:15 42:10,16,23 43:3,5 45:5 47:19 52:13 67:1 79:7 84:8 86:12 95:1 97:12 99:16 102:8 109:15 113:8

**takedown** 53:18,19 60:6 67:16 69:2 75:25

**taken** 10:22 79:15, 21

**takes** 42:20 67:13 75:14

**taking** 35:3 55:21, 22 79:5

**talk** 16:24 24:12,13 32:6 36:14 42:5,7 43:16 47:13 58:1 59:7 62:13 75:4 93:14 98:12

**talked** 31:21 43:11 49:14,15,24 62:3,4 64:21 66:8 77:12, 20 83:22 93:21,22, 25 113:16,25

**talking** 33:18 46:9 51:13 54:18,20 55:15,16,17,18 57:7,20 82:16 86:9 94:23 103:7

**tally** 32:19 61:12

**tapes** 48:24

**Tasers** 65:11,15

**team** 16:3

**tease** 69:5

**technique** 60:1,10, 16,18 65:14 67:10 68:1,3,4,9,12 71:13

**techniques** 60:5 63:21 65:13 71:19 72:11 74:12 75:20, 21,25

**telephone** 41:17

**tell** 5:10,19 6:8 26:11 27:18 29:9 31:12 40:12 42:14 43:4 44:5 53:20 54:7 55:11 57:7 60:4 67:8 74:1 76:16 96:18 101:7 111:9

**telling** 103:10,22

**ten-minute** 21:17 109:16

**tenure** 78:12,16 94:17

**term** 58:7 108:20

**terminated** 18:24 19:2,7 58:4 81:6

**termination** 58:16 59:10

**terminology** 13:22

**terms** 9:9 14:2 26:21 35:16 47:14 58:5 98:16

**tested** 85:14

**testified** 4:4 59:3

**testify** 5:1 10:3

**testimony** 5:3 54:23 61:5

**than** 6:15 14:11



**AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

39:14 42:21 46:24
61:14 65:10,15
68:1 70:12 101:5,8,
18 103:2,11

**Thank** 21:17,18,23
84:24 108:15

**that** 4:16,21 5:2,19
6:6,22 7:8,12,19,
22,24 8:14,21 9:11,
12,17,23,25 10:8,9,
19 11:1,6,9,10,13
12:2,12,13,23 13:7,
13,20,21,23,25
14:4,5,7,8,17,23,24
15:12,18,19 16:11,
12,15,18 17:6,7,12,
16,19 18:12,23
19:6,7,25 20:8,10
21:23 22:1,3,5,6,23
23:7,9,14,22 24:9
25:5,8,10,23 26:1,4
27:5,8,12,19 28:5,
7,15 29:2,6,7,9,25
30:1,19,22 31:12,
14,15,16,18 32:3
33:4,9,12,14,15
34:2,7,9,19,23,24,
25 35:1,3,17,18,19,
22,25 36:2,18,20
37:3,6,10 38:5,13,
15,17,18,22,25
39:20,22 40:1,2,5,
6,9,15,18,25 41:1,
2,7 42:1,7,8,17,20
43:3,5,7,21 44:11,
21 46:7,13,19 47:4,
6,8,14,16,19,22
48:7,12,22,23 49:1,
5,9,16 50:2,25
51:3,10,14,16,25
52:1,5,8,14,15,16
53:1 54:18,23 55:3,
5 56:12,15,16,20,
22,25 57:2,4,9,16

58:3,4,13,24,25
59:3,14,20 60:1,2,
21,22,23 62:10,16,
21,25 63:4,13 64:7,
11,13,15,16 65:3,5,
8,11,17,18 66:3,5
67:12,17 68:4,13,
15,19,20 69:3,5,10,
12,18,24 70:5,9,10,
11,14,18,19,20,22
71:8,11,15,17,18,
23,24 72:2,18,22
73:4,6,9,13,16
75:12,13,14 76:25
77:3,13,14 78:15,
22 79:16 80:6,10,
11,13,21 81:3,4,5,
17,21,22 82:1,2,3,
19 83:5 84:5,8,14,
15,17,18,20 85:3,
23 86:1,6 87:16
88:16,18,20,23
89:5,10,25 90:21
91:17,21 92:8,21,
24 93:14,18 94:10,
21,22 95:9,16 96:1,
6,13,15,18,24
97:12,18,21 99:10
100:24 101:3,4,5,7,
10 103:8,11,14,18,
21 104:2,7,12,17,
19,20,22,24,25
105:3,12,24 106:5,
7,21,22,23 107:14,
17,24,25 108:11
109:2,4,6,8,22,24,
25 110:3,7,9,11,14,
20 111:2,9,11,13,
18,22,25 112:12
113:6,17,19

**that's** 9:6,8 13:22,
23 14:2,10 17:23
18:6 19:19 23:15
24:17 28:9 29:19

30:12,25 31:8 34:6
38:19 40:3 43:17
44:22 46:1 52:7
55:3 56:15 58:5
59:6 62:10,15 63:2
69:22 71:2,4 73:15
74:19,21 75:14
80:18,22 81:1 82:7
86:2,18 88:22
94:11,13 95:5
96:14 97:24 98:1,7
100:19 101:12
102:23 106:18
109:21 111:19,20,
21

**the** 4:15,16,18,19,
24 5:5,19 6:11,14,
16,23,24,25 7:7
8:2,22,23 9:3,9,14,
15,16 10:16,17,18,
19,20,23 11:2,3,11,
17,19,25 12:4,5,7,
8,9,11,14,19 13:3,
6,10,11,12,15,17,
18,20,22 14:1,3,5,
6,11,12,13,15,16,
17,18,19,24 15:1,7,
8,10,11,14,15,17,
19,21,22,24 16:2,3,
4,16 17:1,5,6,8,9,
12,13,14,15,16,23
18:6,12,25 19:3,14,
20 20:3,5,14,22
21:7,25 22:11,13,
17 23:5,6,9,14,15,
22,23 24:22 25:11,
13 26:7,13,14,20
27:6,8,9,10,13,15,
16 28:6,17 29:3,4,
10,12,13,15,17,18,
21,22,23,24,25
30:4,7,8,10,11,13,
15,17,19,20,21,22
31:3,4,6,9,16,20,

22,24 32:3,4,6,19
33:3,4,7,11,12,18,
20,21,22,23,24
34:3,6,8,13,15,16,
21,22,24,25 35:4,5,
9,14,19,22,24 36:2,
6,16,19,20 37:4,9,
10,13,19,25 38:1,3,
6,8,17,19,20,23
39:1,2,23,24,25
40:3,4,6,7,15,16
41:11,12,14,15,16,
23 42:3,7,11 43:4,
16,20,24,25 44:1,
12,15,19,23,24
45:2,7,12,13,14,15,
18,23,24 46:8,12,
14,16,23,24 47:6,
13 48:7,11,12,19,
21,22,23,24 49:6,7,
8,16,22,24 50:4,7,
13,14,22,23,25
51:2,7,21 52:2,3,5,
12,17,22 53:3,4,7,
8,9,12,13,14,15,16
54:1,4,9,10,18,19,
20,21,22 55:3,6,13,
20,22 56:7,13,14,
21,25 57:5,7,19,20,
21 58:7,8,11,12,14,
16,20,24 59:1 60:3,
11,12,13,17,18,20,
24 61:4,11,12 62:6,
15,16,22,24 63:4,6,
8,10,17,19,24 64:6,
7 65:1,4,5,9,12,13,
18 66:4,6,7,8,11,12
67:5,13,14,15,16
68:1,2,20,21,24
69:4,7,9,12,16,20,
23 70:14,19,24
71:7,8,11,16,19,22,
25 72:2,3,6,10,11,
14,19,23 73:5,7,8,
15,18,20,22 74:4,

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

147
Index: their..this

10,11,17,19 75:3,4,
5,7,10,11,17,19,21,
22,24 76:1,4,8,11,
14 77:7,8,13,19,20,
22,24 78:6,10,12,
18,20,21 79:5,6,7,
8,9,17,19,23,24
80:1,4,7,12,15,18,
23 81:1,2,8,20,22,
24 82:7,8,25 83:7,
9,22 84:5,11 85:6,
7,8,9,10,12,13,23
86:3,4,6,15,22,23,
24,25 87:5,6,7,13,
14 88:13,16,17,18,
19,21,22,24 89:17,
23 90:2,3,4,5,6,8,
10,11,15,19 91:2,3,
7,10,12,13,14,15,
25 92:3,5,11 93:4,
9,17 94:9,10,25
95:1,2,3,4,9,12,24
96:10,11,12,14,15,
16,19,21,22,23,24,
25 97:1,2,3,4,6,8,
11,16,20,22,24
98:1,5,7,19,22,23
99:1,12,15,25
100:1,3,5,9,10,11,
13,19,23,25 101:1,
2,3,4,20,21 102:1
103:2,3,7,10,17,19,
21 104:10,23
105:11,15,20,21,25
106:1,8,22,24,25
107:1,4,11,12,13,
19 108:2,3,4,5,6,
10,11,14,17,18,19,
20 109:3,23 110:2,
10,19 111:14,15,
18,19,20 112:3,10,
12,14,15,16,17,21,
22 113:2,5,11,16,
17,18,19,25

**their** 41:5 44:5 55:6
65:2,3,7 72:16
74:18 78:18,24
83:8 85:17 96:4
98:11 100:25

**them** 6:13 12:19,23
15:13 21:11,13,14
38:4,22 40:16
41:19 44:5 54:16,
25 55:8,25 60:13,
14 61:4 65:3,8 66:5
74:3,8,9,11,17,19,
20 79:17,24 82:5
83:24 93:9,24,25
97:15 98:4 99:9
103:9 106:20
108:21 112:25

**theme** 101:12

**themselves** 79:18

**then** 4:16 6:13,16,
24 7:1,11,12 8:5
11:5 12:7,13,14
13:2,21 14:3,9
15:4,9,14,15,23,25
16:3 17:5,8,9 23:7
25:14,16,21 26:8
27:16 28:13 29:11,
13 30:13 31:4
34:19,21 40:5,18
43:19,22 44:21
45:10 52:11 56:23
57:8 60:12,13
63:20,22 64:11
74:8 75:5,6 78:8,9
79:19,24 91:21
95:14 96:14 98:4
100:13 101:1
106:23 107:7,11,24
108:13 112:24,25
113:2,10

**there** 4:21 8:3
11:21,25 12:16,19
13:6 14:17,20

15:11,20,25 16:1
24:18 25:4 28:11
32:14,15 36:12,17
38:4 39:4 43:4
44:6,9,12 52:5,18,
20 53:7,13 61:8,9
69:20 71:6 73:5
74:6 78:12,17 79:1,
12,24 80:16 81:8
82:1,12 83:15
84:24 86:24 87:4
96:15,21,22 98:4
100:18,22 101:2
103:11,17 104:19
106:21 107:6
108:12,24 109:1,2,
5,8,22 111:1,3,24
112:9,11

**there's** 4:20 12:22
28:8 32:13 39:14
42:11 74:9 80:23
82:18 83:18 95:25
106:5 111:11

**thereafter** 99:23

**thereby** 92:2

**these** 21:10 22:20,
23 23:1,25 25:14
33:1,3 37:2 42:16
46:4 50:3,14 51:6
57:1,3 67:18 74:25
79:4 82:20 85:14
93:16 98:18,20
99:3,4 100:3,10

**they** 9:15 11:10
12:3,21 14:22
15:14 26:14,15,16
27:23 28:19,21
34:18,22 38:22
40:23,24 41:5,19
42:15,22,23 44:13,
16 46:5 54:7,8,11,
12,17,19,21 55:2,
25 56:1,4,7,9

59:14,20 61:25
62:8 70:12 74:10
77:15,18 80:2,16
82:17 83:12,16
85:14 95:20,21
96:3,6,10,12,25
97:1 101:8 107:23
108:5 112:19,24,25

**they're** 15:4 38:11
82:24 83:1

**they've** 79:23

**thick** 36:22,23

**thing** 62:5 66:3
94:9,10 106:3
109:10

**things** 7:25 9:2
10:5 16:10 25:14
26:18 42:16,24,25
51:21 57:4 65:20
113:10

**think** 6:21 17:13,14
19:19 20:7,24
21:11 23:22,25
31:14,16,20 36:4
50:1 53:4,6,9,15
62:13 70:14 76:7
80:23,24 81:4 83:1
87:15 101:16
102:21 104:1
108:13 110:14
111:18 112:15,16
113:2,8

**third** 67:15 92:2

**this** 17:19,21 18:8,
11,15 19:10,14,19
21:5 22:20 24:1,21
25:2,3 26:19,22
27:12 28:18 31:1
32:9,12 33:13 34:2,
3,17,18 36:23
41:20 44:2 45:8,10,



(866) 715-7770
advancedONE.com

14,18,21,25 46:1,2
47:1,11 48:3,5,16,
17,20 49:12 50:14
51:15,16 53:21
54:2 55:12,20 56:6
57:11,13 58:19
61:13,24 62:4 63:7,
8,23 64:21 66:15,
17 67:1,7,8,9,10
69:12,16 72:9 75:7
76:16 78:10,11
82:18 84:1,13
86:12,13,17 87:1,9
89:14,22 90:2,15,
17 91:1,2,10,12,25
93:7 98:21 101:19,
20 102:8 106:6
108:23 109:3
110:15 113:15

**those** 8:19 9:7 13:7
16:9,15,17 20:10
23:2 24:2 26:18
27:21 39:2,3,7,17
42:9 43:18 47:4
50:25 51:2 58:5
59:7 60:4 61:14
63:6,8 73:1,8 74:1,
15 75:6,14 78:23
82:21,23 94:1,24
96:7 98:9 100:2
103:18 106:17
108:16 111:9
112:13

**though** 10:25 11:3
28:2

**thought** 33:12
36:23 81:2 86:23
96:24

**threat** 92:9

**threatened** 105:15,
17,21,22

**threats** 105:12,13

**three** 6:15 12:10,22
27:9,24 28:3 32:5
94:22,23 101:9

**three-person** 12:12

**threshold** 109:22

**thresholds** 110:8

**through** 7:9 13:18,
19,21 20:1 26:16,
17 27:6 33:5 34:16
37:18 38:24 40:14,
21 51:13 55:12
57:6 64:16 75:13,
14,21,24 83:6 85:6
98:20,25 99:1
103:3 107:9

**time** 5:14 7:10
10:16 12:10,22,25
14:8 15:11 25:9,14
27:5,13,14,15 28:6,
23 32:3 34:19,20
35:22 36:6 37:4,19
45:1 49:24 52:4,6,
17,22 54:17,19
55:1,2,3 62:6,25
63:5,12 64:7 65:19,
23 73:6 75:3,5 77:8
79:18 81:22 83:15,
17,20,21 96:6
98:20,23,24 99:15,
17,19,20 100:20
103:10,17 106:21
107:14,19 108:1
109:4

**timeline** 30:3,4

**times** 12:10 16:1,2
38:4 62:22,24,25
63:2 72:22,23 73:1,
8 95:2 100:12
105:11 106:14,15,
16

**to** 4:2,7,8,18,22 5:1,

16,21,23 6:14,21,
24 7:1,7,11,23,24
8:6,8,9,11,17,21
9:8,15,22 10:2,5,7,
24 11:22 12:11,14,
15 13:24 14:9,12,
15,22,25 16:3,4,24
17:1,4,8,9,14,18,
22,25 18:2,8,13,16,
23 19:3,6,10,15,20
20:1,2,4,9,11,22
21:10,13,14,19
22:4,6,8,9,10,13
23:3,6,7,8,24 24:2,
11,15,17,19,24,25
25:1,7,8,13,15,17,
18,19,22,23 26:21,
24 27:3,7,8,12,15,
18 28:21 29:3,4,5,
7,8,10,11,13,14,16,
17,18,23,24 30:2,7,
8,10,14,18,19,21,
23 31:3,5,6,17,20,
21,25 32:6,11,15
33:11,13,24 34:10,
12,14,20 35:1,11
36:18,19 37:1 38:2,
5,11,18,23 39:5,8,
9,10,11,12,13,19,
20,25 40:2,4,6,7,
16,19 41:1,3,4,12,
14,16,19,23 42:6,7,
10,17,19,21 43:6,9,
16,17,20,22,23,24,
25 44:1,3,4,5,12,
13,23,25 45:5,21,
24 46:3,6,8,16,20,
23 47:7,10,11,13,
22,25 48:2,9,19,24
49:14,15,18,19,20,
22,23,24 50:1,2,4,8
51:14,17,20,22
52:16 53:7,8,9,13,
15 54:2,11,25 55:4,
8,15,16,17,18,22,

25 56:2,4,7,10,15,
23 57:3,7,9,13,14,
17 58:1,18,24 59:1,
24 60:3,9,13,18,20,
24 61:20 62:12,14
63:14,16,17 64:5,7,
8,10,12,22 65:9,13,
17,20 66:12,13,21,
23,24 67:9,12,22
68:4,14,21,24,25
69:3,7,11,13,17
70:5,7,9,11,14,19,
20,24 71:7,23 72:6,
7,22 73:2,4,5,6,10,
14,23 74:2,3,7,8,
10,11,20 75:3,4,22
76:1,5,10 77:1,24
78:21,22,23 79:4,7,
16,18,25 80:3,4,7
81:4,10,11,17,23,
24 82:3,5,17,19,20
83:5,6,19 85:1,3,
10,14,17,24 86:2,7,
9,18 87:6,7 88:11,
12,16,22,24 89:10,
11 91:7,13,20 92:1,
2,3,4,7,10,11,14,15
93:4,9,10,15,16
94:2,6,12,22 95:1,3
96:14,16,19,23,24
97:1,15,16 98:6,12,
14 99:17 101:2,22
102:8,11,18
103:15,19,20
104:4,11,16,17,20,
24 105:2,12,15,17,
21,22,23,24 106:3,
4,5,9,10,20 107:11,
16,20 108:4,17,18,
22,23 109:4,12,13,
14,15,19,20,23
110:1,9,10,24,25
111:19,21 112:2,
10,12,16,17 113:9,
12

**AdvancedONE**
LEGAL

(866) 715-7770
advancedONE.com

**today** 5:3

**together** 17:7 30:3 55:2

**told** 52:9 54:9,12 61:20 62:25 95:2 102:21

**too** 16:22 21:6 76:16 78:10 103:18

**took** 11:6 97:14

**top** 22:17 23:6 45:14,15

**totally** 102:18

**towards** 22:11 95:5 97:3,4 111:16

**town** 28:18 62:7 111:12,13

**track** 38:22

**trackable** 38:25

**traffic** 40:5 79:25 107:3,4,6,10,21,25

**trailer** 107:12

**train** 75:10,19 80:4, 7 85:17 88:11,12, 24

**trained** 7:3 47:8 60:3 78:23 82:21 85:24 99:12 103:22

**trainer** 88:2

**training** 7:5,9,12 14:2 29:5,7,11,24 34:11 35:2 36:21 46:21,25 60:2 66:9 69:10 71:22,23 72:4,7 73:16 75:12, 13,17 83:2,6,8,13 85:5,11,14 87:18, 19 89:4,15 91:3 98:9,10,11,12,14,

**17,19,25** 99:1

**transfer** 14:25

**transferring** 14:24

**transpired** 52:8 107:25

**transport** 7:25 107:8

**trash** 39:23,25

**tried** 53:15 74:2,7, 8,10 96:16 108:4

**trooper's** 107:1

**truck** 107:8

**true** 67:17 105:3

**try** 40:16 53:8,9 59:24 79:7

**trying** 27:7 28:21 30:2 57:12 73:6,10, 14

**turn** 11:10 12:3,4 56:23 66:21 79:18

**turned** 9:15 10:24 53:3 97:3

**two** 4:24 7:15,16,17 15:17,18 16:2 27:23 32:5 92:18 96:1 108:13

**two-man** 75:24

**two-year** 19:15

**type** 7:8 8:10 9:7 33:15 38:7 42:17 44:9,10 75:2 100:2

**types** 8:12

**typewritten** 52:18, 20

**typical** 11:25 37:19, 22 41:11 42:11

**typically** 12:12,18, 19,22 15:17 25:4,9 32:2 41:22 42:9,15 76:13 98:7

**typing** 52:16,22,23

---

**U**

**U.S.** 6:11

**Uh-huh** 9:10 64:3 96:20 111:4

**ultimately** 29:1,15, 22 30:5

**uncontrollably** 69:2

**under** 33:6 37:10 59:25 67:21 73:14 88:18,24 92:24 93:2,4 98:22 112:19

**undergo** 7:6

**understand** 13:11 14:12,13 30:2,15 37:1 43:7 44:11 51:4 77:1,2 103:9 108:23 109:24 110:15

**understanding** 46:23 78:15

**undetermined** 25:13

**uniform** 64:6

**uniforms** 25:1,6

**Union** 23:21

**unit** 15:12 79:2,13 95:1

**units** 78:7

**University** 5:24 6:7 18:20

**unless** 31:24 92:10

**unlimited** 112:7

**unpack** 73:9

**unreasonable** 76:24

**unsubstantiated** 61:8

**until** 8:17 9:21 25:14 32:20 94:14

**up** 12:8 13:18 14:15 16:3 17:18 19:11 20:21 21:25 25:13 32:19,23 33:14 34:17 41:19 45:3 47:17 48:21 58:8 66:12,22 67:1 70:24,25 71:5,6,8 82:16 84:1 86:3 87:17,18 89:2,10, 24 91:8 101:11 104:18 107:2,12, 18,22 109:12,13,14

**update** 75:12

**updates** 75:14

**upon** 91:24 92:12 93:5 96:10

**us** 13:21,25 17:25 18:2 26:25 32:5 34:22 62:1,14 67:8 75:14 79:22 90:14 91:13 102:8

**usage** 85:24

**use** 13:3 39:11 40:11 42:8 46:22, 24 47:3 48:9 50:22, 23 58:5,7 66:4 69:21,23 70:14



WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

150

Index: use-of-deadly-force..way

71:11 72:19 73:5
75:11 77:20,23,24
79:24,25 81:9 83:9,
22 88:13,21 89:23
91:15 92:4 93:11
96:13 97:21 99:7,9

**use-of-deadly-force**
90:11

**use-of-force** 16:10,
14 40:13,14,21
41:8,9 44:9,24
45:3,22 48:21
50:24 51:6 52:3
58:23 61:1 63:11,
18 70:25 72:20,24
74:25 75:4 98:15
99:4 108:25

**used** 17:23 18:12
23:3 59:24,25
64:22 67:25 68:22,
23 69:19,25 73:25
74:12 80:2 82:2
83:19,24,25 85:5,
10,16,24 88:24
90:7 92:25 93:8
94:16,19

**using** 77:22 88:10,
25 90:6 91:24

**utensils** 82:25

---

**V**

**vacant** 81:2 86:23

**vaguely** 31:14
63:12

**Vance** 5:20 6:14,16
7:8 8:5 10:13 11:2,
14,17 13:12 35:2
45:8,9,21 58:14
66:7,11 71:18,21,
24 72:3,7,10,14

75:7,10 76:15 78:6
82:10 85:10,16
87:13 88:17,19,22,
24 89:18 98:2
101:13 103:8
104:11

**various** 28:8

**vehicle** 96:10,15,
18,22,25

**verbal** 53:5 63:20
64:23

**verbatim** 53:2

**very** 61:2 77:19
93:15 102:21 104:7
107:9

**vest** 107:3

**via** 21:5

**victim** 58:20

**victims** 43:15

**victims'** 107:1

**view** 52:10

**violated** 58:25
59:14,20

**violence** 110:22
111:1,7

---

**W**

**wait** 25:22

**waiting** 25:5,18

**Wake** 23:17

**walk** 33:7 37:18
41:19 55:12 56:24

**walked** 31:20 53:6
103:4

**walking** 65:7

**WALLACE** 4:2

**want** 4:8 11:22
13:24 18:8 19:10
21:12,13 24:19
37:1 41:14,16
44:23 47:10,13
50:3 61:20 63:16,
17 66:13,23 69:17
70:14,24 75:23
82:20 86:2 91:20
98:12 108:22,23
109:15,19 113:9

**warehouse** 86:23
113:20

**warehouses** 86:23

**warrant** 93:10

**warrants** 8:1 53:7,
8,14 92:18 96:8

**was** 4:3 5:14 6:6,
11,18,21,22,24 7:1,
12,16,18,23 8:8,11,
16,20,22 9:1,2,3,
15,20 10:18,21,22,
24 11:1,11,25
12:12,16,19,23,24
15:13,19,20,23,24
16:4,6,7,17 17:3,5,
13,14,16 19:17
20:15,17,18 21:21,
23 23:22 24:22
25:17 27:2,17
28:11,23,25 29:16
30:5,6,18,19 31:16
32:1,3,6,7 33:2,9
34:15,23 35:1,3,5,
6,7 36:12,17,22
37:3,9,16 38:4,5,
17,23,24 40:4,15,
17,18,25 41:15
42:7 43:4 44:6,9,21
46:11 48:14,22,23
49:9,12 50:13,22

51:12,13,14 52:5,
22,23 53:7,23 54:1,
4,13,18,20,22 55:1,
5 56:14,25 57:2,19
62:5,9 64:13 66:19
68:14 69:1,3,7,9,
13,17 71:12 73:5,6,
14,16,20 75:3,15,
17 80:11 81:2,3,5,
22 84:3 85:13,24
86:14,23,24 87:1,3,
4,9,11 88:16 89:7
90:24 92:14,15,18
93:2 94:10,25 95:9,
12,13,14,16 96:13,
15,17,19,21,22,24
97:6,8,11,12,19
98:17,22 99:24
100:1,22,24 101:1,
3,10 102:4,6,7,25
103:3,6,11,15,17,
18,19,21,23,25
104:1,2,4,7,8
106:21,22,23,25
107:4,10,14,16,19,
20 108:6,9,21
109:7,8 111:14,16
113:17,19

**wash** 34:20

**wasn't** 5:14 10:19
21:24 33:12 34:4,
25 36:6 51:10 77:9
87:4 95:23 103:1,
25 109:6,7,11
112:23 113:24

**Watkins** 12:24 13:4
49:14,21 55:15
56:11 58:12 93:23
94:8,10

**Watkins'** 56:14

**way** 4:21 5:11
28:24 32:13,22
33:9 34:15,24,25



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

35:5,21 43:9 72:6
82:3 87:10,12
93:17 106:8 110:10
111:15

**Wayne** 23:16

**we** 4:24 12:2,7,13,
16 13:20 14:9
15:17 16:1,2 17:7,
23,25 18:12 19:11
20:24 21:5,16
24:10,12,13,14
25:1,9,10,14,19,20
28:5,7,8,13,16,18,
19 29:4,12 30:5,22,
23 31:5,14,16,20
32:1,2,3,7,14 34:2,
20 42:20 45:2 46:9,
10 47:16 52:11
57:12 62:9,12,13
64:21 66:22 67:1
69:9 71:11 75:12,
13,24 76:3,4,7,18
77:12 78:8 79:24
80:21 82:1 88:15
89:9 90:10,18 91:2,
20 94:25 95:7,25
96:7 102:14 103:5,
7 108:9 110:2
113:8,10,16,25

**we'd** 28:14

**we'll** 21:16 25:11,
12 70:5

**we're** 8:4 19:11
20:22 23:6,25
24:25 27:6 29:23
46:9 57:20 60:3
62:12 66:17 79:18
91:13 94:23

**we've** 28:16 32:15,
20 42:19 62:24
79:5,15,16,17,21

**weapon** 88:14,15,
16,18,22,23 92:7

**weapons** 65:10,15
82:22

**wearing** 69:1

**wears** 64:6

**week** 7:14 49:9

**weeks** 7:15

**weighted** 85:15

**Welborn** 49:20
54:5,23,24 55:4,17,
19 56:3 58:12
77:16 93:22 94:6

**Weldon** 4:2 5:7

**well** 9:4 11:21
16:15 17:13 21:1,7
24:19 26:2 34:10
36:17 56:10 57:12
58:7 62:3 68:5
69:12 72:9 77:23
84:20 90:15 91:6
93:15,25 97:17,18
103:23 105:2 110:4

**went** 7:7,9 10:2
14:22 17:9 20:4,11
24:11 28:12 31:9
38:14,15 39:1 53:8,
13 87:7 96:23
100:24 101:2

**were** 6:20 7:3,24
8:3,6,14,19,24
9:11,17,23,25 10:8,
9 11:21,25 12:21
14:21 15:25 16:2,9,
21 21:4 32:24 33:8
37:6,8 38:4 40:24
41:18 44:12 54:11,
17,19,21,24 55:2
62:13 64:10 73:8,
10 75:1 76:8 77:15

80:2,12,15,16
82:12 83:16,20
88:2 94:14,24 95:7,
25 96:4,11 97:1
99:12 103:7,9,10,
21 104:19 108:14,
18 111:6,7,24

**weren't** 15:14
76:24 88:6

**what** 4:8 5:16,25
6:18 7:5,22 8:7,10,
24 9:12,20 10:15,
17,18 11:9,23,25
12:11 13:14 14:9
16:6 17:19,22
19:17,25 24:5,7,22
25:4,9,23 26:9,12,
14,22 28:10 30:13,
25 31:4,22 37:8,11
38:7,9,13,15,25
39:1,7,18,21 40:17
41:7,14,15,21,22
42:1,2,14 43:2,7
44:1,16 46:9 47:4
48:5,12 49:2,12
50:5,13,22 51:2,18
52:4,7,8,10,25
53:19 54:7,8,12
55:8,10,11,24,25
56:4,5,9,12,13
57:7,14,19,20,21,
23,24 58:7,21,22
59:21 61:20,22
62:2,5,11 64:18
66:4 67:8,10,12
68:4,14 69:17
70:12 71:4 72:16
73:3,13 74:4 75:15,
19,20 76:9 77:2
80:14 82:15,23
86:5,6,18,21 88:11,
20 89:3,12,24 90:4,
10 91:12 92:3,14
94:21,24 95:12,15

96:4 97:20 98:9,10,
11,14,24 99:10,20,
21 101:7,8 102:6
103:9,20 105:7,13
107:15,24 108:11,
18 109:19 112:13

**what's** 9:8 14:9
24:17 45:18 56:8
57:18 60:9 65:12
80:20 84:22 94:11
111:21

**whatever** 25:6
26:21 28:20 43:18
51:13 81:20

**when** 7:2,8 8:4,19
9:13,22 10:1,9,19
11:21,25 15:1 16:6
17:1 18:2 22:13
25:5,9 27:14,15,16
28:7 29:3 31:22
33:6,8,17 34:7
35:8,19 37:19
38:10 39:18,21
40:3 41:5,18 48:20
49:4,10 50:8 51:25
54:20,21 55:7,8
56:1 57:1,4 59:10,
13,14,19,20 60:11
64:22 65:22 68:8,
11 75:3,15 79:1
86:19 91:13 92:1
95:4 96:11 98:18,
21 99:2 100:12
101:1 103:21
105:5,8 110:23
111:13

**where** 5:16,23 6:6,
10 9:25 10:22 11:5
14:19 18:20,22
24:11 28:21 34:3
41:19 50:9,21
63:23 67:24 68:21
74:7,9 79:6,7,15,

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
Weldon Wallace Bullock, 02/25/2021

152

Index: wherever..would

21,23 80:15 81:1,8, 10,11 82:1 91:4,20 95:7 98:5 108:1 110:25

**wherever** 62:9

**whether** 12:15 15:2 17:3 21:22 29:23 30:23 42:4 54:18 55:5

**which** 14:15,18 15:5,23,24 17:4,23 23:3 34:15 36:7,20 39:4 40:25 43:9 45:13 46:22 48:20 50:15 66:15 68:8 75:1 76:8,22 79:13 80:2 85:12 91:2 92:15 95:25 99:7 100:20,23 103:11, 12 110:21 111:7 112:9

**while** 6:25 7:11,14 15:25 19:10,11 42:6 47:21

**White** 4:18,19,20 16:25 17:1 19:6 20:7 24:20 26:13, 24 27:18 28:1,25 29:16,20 30:10,18 31:1,7 32:4 33:7 35:6,8 36:10,11 47:14 49:15,19 51:1,3,6,9,19,24 54:1,20,22,24 55:5, 18 56:18 57:14 58:4 59:22 60:16, 20,23 63:2 68:21, 23,24 69:18 77:4 92:18,21 102:20

**White's** 18:15 19:22 21:2,22 24:3 26:9 27:20 37:4,20

48:9 50:6,18,21 55:9 58:13 69:2 77:8

**who** 12:16,21 13:7, 19 14:10,13,20 15:18,20,21 16:9 25:10 28:11,16,18 29:2,20 32:1,4,7 36:17 38:23 40:24 43:23 47:3 49:18, 24 54:1,4 56:1 60:20 61:9,10,14, 17 63:7,18 67:25 70:21 74:3 75:17 80:21 81:19,22 83:16,18,20 85:23 92:6,8 93:8 94:25 100:22 104:11 105:3,21 108:14 113:19

**who's** 13:19 83:13

**whoever** 32:3

**whole** 30:19,21

**why** 11:8,10 28:3,8 31:16 34:6 36:20 61:25 77:6 81:23 104:8

**wife** 111:14,17

**will** 4:10,18 5:5 21:16 24:15 28:10 42:7,22 45:5 46:5, 7,10,22 47:12 65:20 78:12 79:13 84:2 85:6,9,11 106:6 109:2

**willing** 19:15 21:9

**wiped** 107:13

**with** 6:13 7:11 9:21 13:7,21,25 23:25 26:12 28:15,17

32:3 33:14 35:13, 16 40:17 43:11 44:4,23,24 51:1,3, 5,8,19,23,24 52:12 53:5,9 54:10,20,22 55:18,22 56:7,17 57:9 58:14 60:1 61:14,18,19,22 62:14 63:1,7,9,10, 19 65:8 66:25 67:11 69:20,23 76:11,25 77:21 79:22 82:19 84:13, 15,18,21 85:18 86:4,17 88:11,13, 18,21,24 89:17,19, 20,21 91:19,21 93:21,22,23,25 94:11,12 95:2 100:1 101:5,10 102:19,22 104:17, 23 108:5,8 111:12, 14

**within** 14:8,17 15:5, 8,10 21:9 49:9 100:14,16,17

**without** 12:4 13:3 33:9 34:13 55:4 65:18 92:10 112:7

**witness** 4:13 23:23 36:16 42:4 45:23 46:14 48:12 67:5 84:11 86:6,15 90:5, 19

**witnesses** 43:14

**woman** 113:18,19

**won't** 34:12

**wondering** 97:19

**Wood** 5:11

**wooded** 96:23

**woods** 79:17 97:1,2

**word** 16:17 70:14 77:22 108:19

**words** 70:13 106:9

**work** 6:10 8:1 24:10 25:8 29:10 33:15 38:2,5 110:2

**worked** 6:12,14,23, 25 8:12 28:12 101:5,8,19

**working** 6:16 13:25 15:3,9,10 28:17 40:15 41:18 42:15, 23 43:1,2 61:6 81:21 86:24 100:23 104:25 105:10 106:23 107:19 110:10

**worse** 44:14,15

**would** 4:21 5:3 7:14,24,25 8:1 11:8 12:2,3,5,7,9,13 13:20 14:21,22 15:18 16:3,9,13,24 17:12 20:12,13,15 22:12 23:5 24:13, 23 25:7,18,21 26:3, 4,6,18,24 27:3,9 28:3 29:10,13 32:5, 6 33:7,8,23 34:16, 18,22 36:23 37:6 38:2,3,4,7,8 39:1,2, 3 40:5,14,15,16,19, 21,23,25 41:7,12, 13,22,24 42:1,3 43:3,5,9,10,14,15, 16,18,19,22,23 44:1 46:3,8 49:15, 23 52:14,15,18,20 60:1 62:20 63:25 64:11,12,14,16 65:1,3,5 75:19,21,

AO Advanced ONE
LEGAL

(866) 715-7770
advancedONE.com

WHITE vs VANCE COUNTY, NC, et al.
153
Weldon Wallace Bullock, 02/25/2021
Index: wouldn't..you

24 77:24 80:21
81:17,21 82:3,12
83:15 85:3,19,21
94:18 99:7,22
103:4,20 104:14,
20,21,22 105:3
106:15 110:12,14
112:3,16

**wouldn't** 20:17,18
27:11 35:12,13,22
39:25 40:2,9 41:3
43:13 53:16 64:8
81:23 82:17,19
87:24

**wrap** 67:1

**wreck** 106:23
107:4,17

**wrist** 60:8 65:2
67:14

**write** 39:1,8,9,10,
11,12,13,19,25
40:9 75:4

**writes** 41:14

**writing** 17:23 31:19
34:21 52:24

**written** 38:19 39:5
49:5,11 51:13
77:15,16,17

**wrong** 38:14

**wrote** 50:22

———————

**X**

**X-RAY** 25:13

———————

**Y**

**yeah** 16:20 17:12,
13 18:1 29:12
30:17 40:5 41:13

70:15 107:23

**year** 8:23 9:20
99:10,21,25

**years** 6:15 12:19
13:6 28:17 65:25
66:4

**yes** 4:14,17 5:4,21
7:4 10:14 11:15
12:18 16:23 18:21
19:2,8,18,24 22:1,
12,22,25 31:11
33:19 34:1 36:12
39:6 41:6 44:17
46:18 48:4,18 49:3
50:17,20 51:8
56:19 58:17 60:17
61:3,16 66:2,10
67:2 70:4 71:2,23
72:4,8,13,21 73:12,
19 74:14,22 75:9
78:1,8,25 79:3,11
80:17 81:18 82:7
83:11 84:7 86:18
87:2,15 89:13,16,
19,21 90:1,13,22
91:2,12 92:20,23
94:21 95:11,18
97:7,9 99:14 100:5,
22 101:25 102:3
104:6,7 105:9
106:13,18,19
111:8,23 112:11
113:6,21,23

**yet** 13:19

**you** 4:12,15,16,21,
22 5:1,5,10,12,16,
19,21,23,25 6:2,8,
10,20 7:2,3,5,14,
19,20,22,23,24,25
8:1,4,5,12,14 9:11,
17,22,25 10:1,7,8,9
11:21,22,25 12:11,
21 13:1,11,18,22,

23,24 14:3,4,9,21,
22 15:1,2,5,7,8,9,
15,23,24 16:5,6,8,
9,13,21,25 17:11,
19,21,24,25 18:3,4,
5,8,11,17,20,22,23,
25 19:10,14,15,21,
22 20:12,15,18,21
21:5,11,12,13,14,
17,18,21,23,25
22:3,6,8,9,10,12,
15,20 23:1,6,7,9,24
24:5,12,15,19,21,
24 25:17,25 26:4,8,
9,11,13,14 27:9,13,
18,20,24 28:3,18,
22 29:3,9,10 31:6,
12,22 32:2,7,10,11,
19,24 33:2,7,8,13,
17 34:9,10,12,15,
16 35:8,9,14,15,19
36:6,7,14 37:2,5,6,
8,25 38:3,7,22,23
39:8,9,10,11,12,13,
18,21,23,24,25
40:2,3,5,9,10,11,
22,24 41:1,11,12,
18,20,21,22 42:14,
16,19 43:4,5,7,9,
10,11,19,23 44:21,
23 45:5,7,10,16,24
46:5,12,13,16,19
47:6,7,8,12,14,19
48:5,16,19,20 49:4,
18 50:3,4,5,6,7,15,
18 51:1,3,5,6,23,25
52:10,13 53:2 54:1,
7,9,15,24 55:8,11,
24,25 56:1,5,10,17,
20 57:5,14,15,18,
19,21,25 58:3,7,9,
18,21,24 59:3,8,9,
13,15,17 60:9,11,
12,15,18,21,22,25
61:1,4,11,13,15,20,

22,24,25 62:3,4,7,
13,16,19 63:7,10,
14,16,17,20,22
64:4,8,10,12,14,16,
23,24 65:25 66:8,
13,21 67:4,8,24
68:2,7,8,11,14,17,
19,20 69:11,18,25
70:2,12,20,24
71:18,21,24 72:6,
18,22,23 73:1,10,
18,25 74:1,4,5,9,
12,15,23 75:1,22,
23 76:1,8,11,12,14,
16,22,25 77:1,13,
14,20 78:3,11 79:4,
9,23 80:7,13,20,21
81:3,5,15,23,24
82:12,21 83:3,9,12,
22,24 84:5,6,13,24,
25 85:1,3,19 86:1,
9,12,17,19 87:7,9,
16,21,24 88:2,6,9,
20 89:1,5,11,17,22
90:14,15 91:1,6,17
92:21,24 93:18,25
94:14,21 96:5
97:13,18,19 98:3,
14,16 99:2,4,10,12,
16,20,22,24 100:3,
6,8,9,12,16,20,21
101:7,15,16,18
102:1,9,11,15,16,
18,20,21,24 103:5,
8,10,13,14,16,21,
22,24,25 104:4,10,
14,18,22 105:2,5,
10,17,19,22,23
106:2,4,9,10,17,20
107:15 108:15,17,
18 109:3,4,10,15,
19 110:7,12,16,23
111:6,18,22 112:3
113:10,18,25



**you're** 5:2 14:4
21:8,9 33:10,17,24
39:23 44:24 49:2
65:6 67:12 77:2,7
84:21 86:7 87:21
89:24 105:6,8

**you've** 34:18 47:8
48:2 69:25 81:12
84:16 106:12

**you-all** 31:18 46:6
62:11,22 66:25
80:4 106:10 107:22

**young** 36:12,17

**your** 5:3,5,8,10 6:2,
8,18 8:1,2,7,25
16:6 21:10,15
22:23 33:8 35:20
36:8 37:2,4,19
39:24 40:3,12 41:1,
2 44:13 50:5,10,12,
15 51:4,10,19,22,
23 54:23 56:25
57:18 58:9,21
59:21 64:11 65:22
67:21 68:15,17,19
74:23 76:8,14 77:4
78:12,16 82:6
84:21 88:10 89:5,
14,22,23 90:11,21
92:15 93:15,16
94:13,17 97:19,21
100:14,16,17 102:4
105:6,8 110:4

**yourself** 72:20
87:24

