# 16. W. Bullock – J White Background Check Letters



# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone  252-738-2200
Fax 252-738-2220

## Sheriff Peter White

June 7, 2017

Tonya C. Leggett
Clerk of Superior Court
Martin County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200. Thank you in advance.

Capt. W.W. Bullock
Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

_____MARTIN_____ County

In The General Court Of Justice
Before The Clerk

### IN THE MATTER OF:
*Name(s) By Which Individual To Be Searched May Be Known*

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

## CRIMINAL RECORD SEARCH

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

### REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| Name And Address Of Requestor (Including City, State And Zip Code) | Signature Of Requestor |
|---|---|
| VANCE COUNTY SHERIFF'S OFFICE | *Capt. W.W. Bullock* |
| C/O CAPT W.W. BULLOCK | |
| 156 CHURCH ST STE 004 | |
| HENDERSON          NC     27536 | |

### CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| *Not Valid Without The*<br>*Clerk Of Superior Court's Raised Seal*<br>*On Each Page* | Date Of Search |
|---|---|
| | Signature |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2.*

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

### Sheriff Peter White

May 11, 2017

Tracy A. Uhrin
Clerk of Superior Court
Merrimack County, NH

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2207. Thank you in advance.

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

# Office of the Sheriff
## Vance County



**Sheriff Peter White**

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone  252-738-2200
Fax 252-738-2220

May 11, 2017

W. Michael Scanion, Esq
Clerk of Superior Court North
Hillsborough County, NH

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2207.  Thank you in advance.

*Capt. W.W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org



# Office of the Sheriff
## Vance County

**Sheriff Peter White**

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone  252-738-2200
Fax 252-738-2220

May 11, 2017

Marshall Buttrick
Clerk of Superior Court South
Hillsborough County, NH

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2207.  Thank you in advance.

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org



# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

**Sheriff Peter White**

May 11, 2017

Pamela B. Minshew
Clerk of Superior Court
Wayne County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200. Thank you in advance.

Capt. W. W. Bulloch

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

WAYNE _____ County

In The General Court Of Justice
Before The Clerk

| IN THE MATTER OF: | CRIMINAL RECORD SEARCH |
|---|---|

Name(s) By Which Individual To Be Searched May Be Known

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that *no criminal record is found* under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| Name And Address Of Requestor (Including City, State And Zip Code) | Signature Of Requestor |
|---|---|
| CAPT W.W. BULLOCK | *Capt. W.W. Bullock* |
| C/O VANCE COUNTY SHERIFF'S OFFICE | |
| 156 CHURCH ST STE 004 | |
| HENDERSON          NC     27536 | |

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| *Not Valid Without The Clerk Of Superior Court's Raised Seal On Each Page* | Date Of Search |
|---|---|
| | Signature |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony."* G.S. 14-221.2.

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff
## Vance County

**Sheriff Peter White**

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

May 11, 2017

Patricia B. Chastain
Clerk of Superior Court
Franklin County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200. Thank you in advance.

*Capt. W.W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

FRANKLIN _____ County

In The General Court Of Justice
Before The Clerk

| IN THE MATTER OF: | |
|---|---|
| Name(s) By Which Individual To Be Searched May Be Known | **CRIMINAL RECORD SEARCH** |
| JUSTIN JAMEL WHITE, BM, DOB 8/5/1989 | |
| NCOL# 30643245, SS# 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 | G.S. 7A-109, -308(a)(17), -343(3) |

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| Name And Address Of Requestor (Including City, State And Zip Code) | Signature Of Requestor |
|---|---|
| CAPT W.W. BULLOCK | Capt. W.W. Bullock |
| C/O VANCE COUNTY SHERIFF'S OFFICE | |
| 156 CHURCH ST STE 004 | |
| HENDERSON          NC      27536 | |

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| *Not Valid Without The Clerk Of Superior Court's Raised Seal On Each Page* | Date Of Search |
|---|---|
| | Signature |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2.*

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff
## Vance County

### Sheriff Peter White

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

May 11, 2017

Jennifer J. Knox
Clerk of Superior Court
Wake County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200. Thank you in advance.

*Capt. W. W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

_____WAKE_____ County

In The General Court Of Justice
Before The Clerk

**IN THE MATTER OF:**

*Name(s) By Which Individual To Be Searched May Be Known*

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

## CRIMINAL RECORD SEARCH

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

*Name And Address Of Requestor (Including City, State And Zip Code)*

CAPT W.W. BULLOCK

C/O VANCE COUNTY SHERIFF'S OFFICE

156 CHURCH ST STE 004

HENDERSON           NC     27536

*Signature Of Requestor*

Capt. W.W. Bullock

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| *Not Valid Without The* *Clerk Of Superior Court's Raised Seal* *On Each Page* | *Date Of Search* |
| --- | --- |
| | *Signature* |
| | ☐ *Deputy CSC*   ☐ *Assistant CSC*   ☐ *Clerk Of Superior Court* |

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2.*

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone   252-738-2200
Fax 252-738-2220

**Sheriff Peter White**

May 11, 2017

Vasti F. James
Clerk of Superior Court
Bertie County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200.  Thank you in advance.

*Capt. W.W. Bullock*
Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

_____BERTIE_____ County

In The General Court Of Justice
Before The Clerk

*Name(s) By Which Individual To Be Searched May Be Known*

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

## CRIMINAL RECORD SEARCH

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

*Name And Address Of Requestor (Including City, State And Zip Code)*

CAPT W.W. BULLOCK

C/O VANCE COUNTY SHERIFF'S OFFICE

156 CHURCH ST STE 004

HENDERSON          NC     27536

*Signature Of Requestor*

Capt. W.W. Bullock

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

*Not Valid Without The*
*Clerk Of Superior Court's Raised Seal*
*On Each Page*

*Date Of Search*

*Signature*

☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2.*

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts

# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

## Sheriff Peter White

May 11, 2017

Michael J. McArthur
Clerk of Superior Court
Chowan County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2207. Thank you in advance.

Capt. W. W. Bullock
Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

___CHOWAN___ County

In The General Court Of Justice
Before The Clerk

| IN THE MATTER OF: | CRIMINAL RECORD SEARCH |
|---|---|
| *Name(s) By Which Individual To Be Searched May Be Known* | G.S. 7A-109, -308(a)(17), -343(3) |
| JUSTIN JAMEL WHITE, BM, DOB 8/5/1989 NCOL# 30643245, SS# 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 | ☐ For DMV Hearing |

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the *Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above.* In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to *my knowledge*, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| Name And Address Of Requestor (Including City, State And Zip Code) | Signature Of Requestor |
|---|---|
| CAPT W.W. BULLOCK | Capt. W. W. Bulloch |
| C/O VANCE COUNTY SHERIFF'S OFFICE | |
| 156 CHURCH ST STE 004 | |
| HENDERSON          NC          27536 | |

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| *Not Valid Without The Clerk Of Superior Court's Raised Seal On Each Page* | Date Of Search |
|---|---|
| | Signature |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court |

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony."* G.S. 14-221.2.

*(Over)*

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts

# Office of the Sheriff

## Vance County



156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone   252-738-2200
Fax 252-738-2220

### Sheriff Peter White

May 11, 2017

Katherine S. Cartwright
Clerk of Superior Court
Pasquotank County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2207.  Thank you in advance.

*Capt. W. W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN **BLACK INK.**

# STATE OF NORTH CAROLINA

_____PASQUOTANK_____ County

In The General Court Of Justice
Before The Clerk

| IN THE MATTER OF: |
| --- |
| _Name(s) By Which Individual To Be Searched May Be Known_ |
| JUSTIN JAMEL WHITE, BM, DOB 8/5/1989 |
| NCOL# 30643245, SS# 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 |

**CRIMINAL RECORD SEARCH**

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the _Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above_. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| _Name And Address Of Requestor (Including City, State And Zip Code)_ | _Signature Of Requestor_ |
| --- | --- |
| CAPT W.W. BULLOCK | Capt. W.W. Bulloch |
| C/O VANCE COUNTY SHERIFF'S OFFICE | |
| 156 CHURCH ST STE 004 | |
| HENDERSON        NC     27536 | |

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

_Not Valid Without The
Clerk Of Superior Court's Raised Seal
On Each Page_

| _Date Of Search_ |
| --- |
| _Signature_ |
| ☐ _Deputy CSC_    ☐ _Assistant CSC_    ☐ _Clerk Of Superior Court_ |

**NOTE:** _"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2._

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff

## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone   252-738-2200
Fax 252-738-2220

### Sheriff Peter White

May 11, 2017

Todd W. Tilley
Clerk of Superior Court
Perquimans County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2207. Thank you in advance.

*Capt. W.W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

PERQUIMANS     County

In The General Court Of Justice
Before The Clerk

| IN THE MATTER OF: | CRIMINAL RECORD SEARCH |
|---|---|

*Name(s) By Which Individual To Be Searched May Be Known*

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

**CRIMINAL RECORD SEARCH**

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to *my* knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| Name And Address Of Requestor (Including City, State And Zip Code) | Signature Of Requestor |
|---|---|
| CAPT W.W. BULLOCK | *Capt. W.W. Bullock* |
| C/O VANCE COUNTY SHERIFF'S OFFICE | |
| 156 CHURCH ST STE 004 | |
| HENDERSON     NC    27536 | |

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____
to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| | Date Of Search |
|---|---|
| *Not Valid Without The* *Clerk Of Superior Court's Raised Seal* *On Each Page* | Signature |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court |

**NOTE:** *"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2.*

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

**Sheriff Peter White**

June 7, 2017

Sarah Beth F. Rhodes
Clerk of Superior Court
Pitt County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200. Thank you in advance.

*Capt. W. W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

_____ PITT _____ County

In The General Court Of Justice
Before The Clerk

### IN THE MATTER OF:

_Name(s) By Which Individual To Be Searched May Be Known_

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

## CRIMINAL RECORD SEARCH

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

_Name And Address Of Requestor (Including City, State And Zip Code)_

VANCE COUNTY SHERIFF'S OFFICE

C/O CAPT W.W. BULLOCK

156 CHURCH ST STE 004

HENDERSON          NC     27536

_Signature Of Requestor_

Capt. W.W. Bullock

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

_Not Valid Without The_
_Clerk Of Superior Court's Raised Seal_
_On Each Page_

_Date Of Search_

_Signature_

☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court

**NOTE:** _"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2._

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# Office of the Sheriff
## Vance County

**Sheriff Peter White**

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone  252-738-2200
Fax 252-738-2220

June 7, 2017

J.R. Rowell
Clerk of Superior Court
Union County, NC

RE: Justin Jamel White, BM, DOB 08/05/1989, NCOL# 30643245, SS# 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

The Vance County Sheriff's Office is conducting a background on the referenced individual for employment purposes as a full- time Sworn Law Enforcement Officer. Please conduct a criminal background records check on behalf of the Vance County Sheriff's Office and mail the results to: Vance County Sheriff's Office c/o Capt. W.W. Bullock 156 Church Ste. Ste. 004 Henderson, NC 27536.

If you have any questions please call me at 252-738-2200. Thank you in advance.

*Capt. W.W. Bullock*

Capt. W. W. Bullock
Administrative Director
wbullock@vancecounty.org

TYPE OR PRINT IN BLACK INK.

# STATE OF NORTH CAROLINA

_____UNION_____ County

In The General Court Of Justice
Before The Clerk

### IN THE MATTER OF:
Name(s) By Which Individual To Be Searched May Be Known

JUSTIN JAMEL WHITE, BM, DOB 8/5/1989
NCOL# 30643245, SS# 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

## CRIMINAL RECORD SEARCH

G.S. 7A-109, -308(a)(17), -343(3)

☐ For DMV Hearing

## REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. **THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.**

2. Court records are indexed by name only and not by any other identifying characteristics.

3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.

4. The Clerk will search for records under all those names, but only for records under those names.

5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.

6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.

7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

Name And Address Of Requestor (Including City, State And Zip Code)

VANCE COUNTY SHERIFF'S OFFICE

C/O CAPT W.W. BULLOCK

156 CHURCH ST STE 004

HENDERSON          NC     27536

Signature Of Requestor
Capt. W.W. Bullock

## CERTIFICATION

This is to certify that I have searched the indices to criminal actions in this office from _____ to the present and

☐ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____.

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| | Date Of Search |
| --- | --- |
| _Not Valid Without The_ _Clerk Of Superior Court's Raised Seal_ _On Each Page_ | |
| | Signature |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE:** _"Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2._

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts