# 17. W. Bullock – J White
# Use of Force Investigation



# Office of the Sheriff
## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone  252-738-2200
Fax 252-738-2220

## Sheriff Peter White

ADMINISTRATIVE INVESTIGATION

COMPLAINANT: LATWANYA S. OLIVER

ACCUSED: DEPUTY JUSTIN WHITE

INVESTIGATING OFFICER: CAPTAIN W.W. BULLOCK

PREPARED BY: CAPTAIN W.W. BULLOCK*WB*

NATURE OF COMPLAINT: USE OF FORCE

CASE SYNOPSIS:

On Sunday, October 21, 2018 @ 2000hrs Deputy White was on patrol near the N. Garnett St area when he observed a car traveling north on Garnett Street at a speed greater than the posted speed limit. According to White, the vehicle at one point nearly rear-ended another vehicle while traveling north on Norlina Rd. White stated he ran the vehicle registration thru 911. The dispatcher gave him the registration information, White stated 10-4, any 29s, the dispatcher immediately replied negative. White stated to me in the presence of Capt. Watkins he specifically asked for warrant information on the registered owner, but the 911 tape revealed he didn't. White continue to follow the vehicle onto Warrenton Rd from Norlina until the vehicle pulled into the lot of the Shell Station on Warrenton Rd. White pulled into the lot from the Carey Chapel Rd side, never activated his blue lights, but engaged in conversation with the driver, Latwanya Oliver, while he remain in his patrol vehicle. According to White, Oliver became irritated when he drew attention to her previous speed. The two of them exchanged conversation, but Oliver walked away from White. Some point shortly afterwards, White returned to the Sheriff's Office to check for warrants on Oliver. According to White, 911 dispatch has often failed to verify warrants on wanted people he has requested a warrant check. White discovered that Ms. Oliver had 2 outstanding felony warrants.

On Monday, October 22, 2018 @ 0152hrs, White went to 52 Daisy Lane Henderson, NC (see included CFS Report# 1810-049292) and check out at this location as 10-63 (Investigation). White clear the scene approximately 13 mins later. According to White, he knocked at the front and rear door, but no one responded. According to Oliver, someone came to her house @ 0200hrs knocking on the door. She thought it was a friend of hers, and didn't respond. Even though White checked out on an investigation, his intent was to serve the outstanding warrants.



Prior to White going to the residence, he asked Sgt. Welborn to accompany him, but Sgt. Welborn told him no.

White came back to work on night shift on Monday, October 22, 2018 for his 1800-0600hrs duty shift. White returned to 52 Daisy Lane Henderson NC and check out at this location for 10-29 service @ 2016hrs (see included CFS Report# 1810-049445). According to White he identified himself as Deputy White and told Oliver she had a warrant for her arrest. Oliver cooperated with White's instructions until he tried to handcuff her when he got to his patrol vehicle. White said at the point "All hell broke loose". White was able to get 1 handcuff on Oliver. White said (in summary) Oliver began pushing her weight towards his body, pulling away from him, struck his legs 2x leaving a red mark on him, and was failing to obey his request; refusing to get into his patrol car. White stated he performed a takedown maneuver (according to Oliver in effect slamming her to the ground) which he stated was an approved subject control technique (See included Incident Report 18013870). According to Oliver, White slammed her down without his weight upon her, and then cuff her while she was on the ground. While interviewing White in my office with Capt. Watkins as a witness, I asked White what takedown maneuver he was referring to? He stated he didn't know the name of it. Deputy White asked me if there were any other incidents with this agency where someone's arm was broken. I told him I could not recall any incident to that extent.

While Oliver was on the ground, White was able to get the second handcuff on her. She immediately started complaining about her arm being broken. While she was handcuffed on the ground, White radioed in a loud panic voice "S33 Central send me some units to my location". Units acknowledged the traffic and responded code 3 (10-18) towards his location. White then stated "33 Central run um EMS emergency traffic as well have them stage". You could hear someone moaning in the background of his radio traffic. When 911 Dispatch asked could he provide reference (nature of needing EMS), White stated "10-4 use of force Central they will receive further when they get here". White never did acknowledge to the responding units the true nature of his request, and the responding LEO's thought he had shot someone. It was only when Sgt. Welborn arrived on scene the urgent nature of the request was downgraded. Lt. Goolsby and Sgt. Welborn stated Oliver was some distance away from the patrol vehicle when they arrived. This would suggest Oliver was slung downward in a slamming motion away from the patrol vehicle. White stated in his report that Oliver stated a frivolous verbal complaint against him. He was referring to a comment Oliver made to Lt. Goolsby when he arrived on scene. After several examinations of her arm, EMS determined Oliver' left arm was broken; therefore, she was transported to MPMC.

White was instructed to return to the office and start his paperwork, while Lt. Goolsby and Sgt. Welborn went to MPMC. According to MPMC records, Oliver sustained fracture of the Humerus (see After Care Instructions). White determined that Oliver should be charged with Felony Physical Injury to LE and Felony Obstructing Justice; along with the 2 outstanding warrants for Felony Obtaining Property by False Pretense
ILLUSTRATIONS:

Incident Report 18013870
Use of Force Report



Statement of Lt. Goolsby
Statement of Sgt. Welborn
CFS Report 1810-049445
CFS Report 1810-049292
Disk of 911 recording
After Care Instruction from MPMC for Latwanya Oliver
Statement of Latwanya Oliver

CONCLUSION:

Deputy White's actions throughout this process appeared to be over heightened in nature.
Deputy White seemed overly excited with his request for assistance, causing responding units to
be put at a greater risk of danger than necessary; at a point where Oliver was completely detained
only needed non-emergency treatment. Deputy White's Use of Force appear to be contrary to
Use of Force Directive B.9 I. Policy " it is the policy of the Vance County Sheriff's Office that
deputies shall use only that force which is reasonably necessary to effectively bring an incident
under control...." Deputy White could have used other options prior to slamming Oliver to the
ground. Deputy White has mace at his disposal, but believed it to be ineffective because Oliver
was wearing glasses and moving uncontrollably. Deputy White's "take down" maneuver was
contrary to policy in that it cause a fracture of the Humerus bone in her left arm.

RECOMMENDATION:

It is the recommendation of Capt. Watkins, Lt. Goolsby, Sgt. Welborn and the Investigator
Officer that Deputy Justin White' service with the Vance County Sheriff's Office is no longer
needed.



I. POLICY

This policy establishes guidelines related to the use of force, reporting, review, and analysis.

The Vance County Sheriff's Office recognizes and respects the value and special integrity of each human life. By vesting deputies the lawful authority to use force to protect the public welfare, a careful balancing of all human interests is required. Therefore, it is the policy of the Vance County Sheriff's Office that deputies shall use only that force which is reasonably necessary to effectively bring an incident under control while protecting the lives of the officer or another. Deputies shall use physical force in arrest and custody situations only in strict conformance with the United States Constitution, laws of North Carolina, and this policy.

**Approved Weapons**

- A deputy shall, while on or off duty, only carry weapons and ammunition authorized or approved by the Sheriff.

**Impact Weapons**

- The riot and expandable (ASP) batons are the only impact weapons issued to deputies of the Vance County Sheriff's Office. Deputies must complete the appropriate training prior to receiving authorization to carry or use these weapons.

**Chemical Agents**

- Only Sheriff's Office issued chemical agents may be carried and used by deputies of the Vance County Sheriff's Office.

- Prior to the issuance of Oleoresin Capsicum Spray (OC Spray), all deputies shall receive training in its use, which will include instruction and actual application to afford the deputy an understanding of the effects. Any use of OC Spray other than in a training situation or spraying of animals for self-protection shall be reported as required by this policy.

**Use of Other Chemical Agents**

- Authorization to employ tear gas or other chemical agents in riot situations or for other applications involving large numbers of people must be obtained from the Sheriff's Office Captain or higher authority or his/her designee. Any use of tear gas or chemical agents except in a training situation must be reported on the appropriate Incident Report.

Case 5:19-cv-00467-BO   Document 71-17   Filed 04/01/21   Page 5 of 13



# ARREST REPORT

## AGENCY INFO.

**Agency Name:** VANCE COUNTY SHERIFF'S OFFICE

**ORI:** NC0910000

**Date/Time of Arrest** Mo Date Year: 10 | 22 | 2018 | 23:23 Hrs

**OCA:** 18013871

**Taken:** ☐ Prints ☐ Photos

**Fingerprint Card Check Digit # (CKN):**

**Arrest Tract:**

**Residence Tract:**

**Arrest Number:** 1

## ARRESTEE INFORMATION

**Name (Last, First, Middle):** OLIVER, LATWANYA SHAWNTEL

**D.O.B.:** 02/05/1977

**Age:** 41

**Race:** B

**Sex:** F

**Place of Birth:** NC

**Country of Citizenship:** US

**Current Address:** 52 DAISY LANE, HENDERSON, NC 27537

**Phone:** (919) 514-7885

**Occupation:**

☒ Resident ☐ Unknown ☐ Non-Resident

**Employer's Name:** PACIFIC COAST FEATHERS

**Address:** 100 COMFORT DR, Henderson, NC 27536

**Phone:** (252) 436-2300

**Also Known As (Alias Names):** OLIVER, LATWANYA L; HENDRICKS, LATWANYA SHAWNTEL; He

**Hgt:** 5'07"

**Wgt:** 275

**Hair:** BLK

**Eye:** BRO

**Skin Tone:**

**Consumed Drug/Alcohol:** ☐ Yes ☐ No ☒ Unk

**Scars, Marks, Tattoos:**

**Social Security #:** 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

**OLN and State:** 26617872 , NC

**Misc. # and Type:**

**Nearest Relative Name:**

**Address:**

**Phone:**

## ARREST INFO.

**If Armed, Type of Weapon:** 97 - Not Applicable/None

☐ On-View ☐ Criminal Summons ☐ Order for Arrest ☐ Citation ☒ Warrant

**Place of Arrest:** MAGISTRATES OFFICE, Henderson, NC 27536

| Charge | | Counts | OCI Code | Offense Jurisdiction (if not arresting agency) | Statute # | Warr. Date Mo Date Yr |
|---|---|---|---|---|---|---|
| **Charge #1** Obtaining Property by False Pretense | ☒ Fel ☐ Misd | 2 | 1120 | | 14-100 | 11 \| 03 \|2017 |
| **Charge #2** ASSAULT PHY INJ LE/PROB/PAR OF | ☒ Fel ☐ Misd | 1 | 0811 | | 14-34.7C1 | 10 \| 22 \|2018 |
| **Charge #3** OBSTRUCTING JUSTICE | ☒ Fel ☐ Misd | 1 | 2690 | | COMMON LAW | 10 \| 22 \|2018 |

## VEH. INFO.

**VYR:** **Make:** **Model:** **Style:** **Color:** **Lic/Lis:** **Vin:**

**Vehicle:** 1. ☐ Left at Scene ☐ Secured ☐ Unsecure Date/Time _____ Hrs _____
2. ☐ Released to other at owners request ☐ Name of Other _____
3. ☐ Impounded ☐ Place of Storage _____ Inventory on File? _____

## CONFINED BOND INFO.

**Date/Time Confined:** 10/22/2018 23:30 Hrs

**Place Confined:** VANCE COUNTY JAIL

**Committing Magistrate:** COWAN

**Type Bond:** ☐ Written Promise ☐ Unsecured ☐ Secured ☐ No Bond ☐ Other

**Amt. Bond:** $15,000

**Trial Date:** 11/19/2018

**Court of:** VANCE DISTRICT

**City:** HENDERSON

**Assisting Officer Name/ID Number:**

**Released By: Name/Dept/ID:**

**Date/Time Released:** Hrs

## STATUS Codes

L = Lost    S = Stolen    R = Recovered    D = Damaged    Z = Seized    B = Burned    C = Counterfeit / Forged    F = Found
(Check "OJ" column if recovered for other jurisdiction)

## DRUGS AT TIME OF ARREST

| OCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*Check up to 3 types of activity for each*

## COMPLAINANT

**Name:** Complainant ☐ Victim ☐

**Address:**

**Phone:**

## NARRATIVE

ON 10/22/18, 2300 HOURS APPROXIMATELY I SERVED THE AFOREMENTIONED CHARGES AT THE MAGISTRATES OFFICE DUE TO INJURY ARISING OUT OF THE USE OF FORCE, SAME WAS GIVEN AN UNSECURED BOND. THE MAGISTRATES WAS TRANSPORTED MARIA PARHAM HOSPITAL TO DO THE INITIAL APPEARANCE.

## STATUS

**Arresting Officer Signature/ID #:** DEPUTY J. J. WHITE | 259

**Date/Time Submitted** Mo Date Yr: 10 | 23 | 2018 | 6:00 Hrs

**Supervisor Signature:**

**Case Status:** ☐ Further Inv. ☐ Inactive ☒ Closed

**Case Disposition:** ☒ Cleared By Arrest / No Supplement Needed ☐ Arrest/No Investigation

**Arrestee Signature:**

DCI-608F

Rev. 3/92

Case 5:19-cv-00467-BO   Document 71-17   Filed 04/01/21   Page 6 of 13



| Division: Patrol | Computer Number #259 | Rank / Name (First, M.I., Last) |
|---|---|---|
| Patrol Division | 259 | Justin J White |

## Statement

On 10-22-18, 2016 hours, I notified dispatch of a warrant service at 52 Daisy Lane, Henderson, NC 27537. I knocked on the front door and I heard a female ask, who is it? I identified myself as Deputy White with the Vance County Sheriff's Office. The female asked again, who is it? I re-advised the aforementioned. The female stated, I don't believe you, shine your light so I can see you. I adhered to her request and she said, oh ok and opened the front door. The female turned out to be Ms. Latwanya Shawntel Oliver, who was wanted on 2 felony counts of obtaining property by false pretense. Prior to going to the residence, I asked dispatch to verify the felony warrants and they advised same were active. I told Ms. Oliver she had felony warrants and she stated, Lawd, what have I done-I aint done nothing wrong. I stated, you are under arrest and will find out further at the magistrates office. Ms. Oliver stated, I haven't done nothing-can I call my daughter and let her know? I told her she can make a phone call at the station. She said, well, ok, let me get my keys, turn off my lights, lock up my house and stuff. Can I do that? Because you are just ugh. I replied, yes, you can do that. Ms. Oliver turned off some of her lights and walked out of the front door and I asked, aren't you going to lock up and she turned around and said, I forgot, let me get my keys of the dresser and she said we are going to have to go out of the back door because something is wrong with the front door. When we walked out of the back door, she did not pull it all the way through and I pulled it for her and asked, do you have a deadbolt key and she said yes but something is wrong with it. As she was approaching my patrol vehicle, I told her to stop and submit to the handcuffs. She replied, why do you have to handcuff me? I told her it is for my safety as well as yours (standard procedure). I was able to get one handcuff on her and she became irate and would not comply with my lawful orders. She screamed to the top of her lungs help, help, help me-your not taking me anywhere until' I see some papers-I'm not going anywhere. I told her to calm down and that she was making the situation worst. I told her cooperation goes along way with law enforcement when you go before the magistrate or judge. Ms. Oliver stated, ok, sir, I apologize. I went to handcuff the second arm and she went crazy, she lost it. She pulled away from me while saying no, no, I'm not going, leave me alone. I placed her up against my car, opened the rear passenger door instructed her to get in and she became extremely combative by yelling no, I'm not going no where, help, help. She pushed her body against mines and struck me in the lower leg twice. I performed a takedown maneuver, which is an approved subject control technique. To prevent additional manipulation of the handcuffs, I tightened them while on the ground. Ms. Oliver stated, you broke my arms, oooowwwwwww, oooowwwwwww my arms are killing me, they are hurting sir, I think my arms are sprained, I'm in so much pain. I immediately radioed for EMS 10-18 due to injuries sustained from a use of force (2024 hours). Prior to, I called for backup at 2022 hours. Sgt. Welborn arrived on scene first as back up and I told him, she has felony warrants, refused to comply, pulled away and assaulted me. EMS arrived and stated, her arm is not broke because she can move her shoulders. Ms. Oliver continued to scream in pain and the EMS



Supervisor re-examined her arm and said, yep, it is broken. Ms. Oliver was transported to Maria Parham Hospital in Henderson, NC for further medical treatment. I acted in good faith to arrest Ms. Oliver and when she refused I took action as authorized. I used reasonable force to achieve the law enforcement objective and to gain compliance and to ensure public safety. I afforded her every opportunity to comply with my lawful orders and she refused. I do not have a taser and pepper spray would have been ineffective as she was moving uncontrollably and had glasses on, which would have caused same to ricochet (more likely than not). Officer presence and verbalization did not work. Thus, I had to go hands on. I made a good faith effort to maintain and restore order. I followed the objective reasonableness standard under the 4th Amendment to arrest the defendant and to seize her person due to the outstanding felony warrants notwithstanding other violations of law (assault on a law enforcement officer and resisting arrest). It should be noted, Ms. Oliver has a record of communicating threats, simple assault and assault with a deadly weapon (aggravating factors on her part and mitigating factors for me). Ms. Oliver filed a verbal frivolous complaint against me for pulling her over and harassing her at the Shell Gas Station on Warrenton Road. I did not pull her over, I never turned on my lights and sirens. I noticed a car traveling at a high rate of speed on North Garnett Street passing Parker and Bickett Streets, Old Norlina Road and Spring Valley Drive. On 10-21-2018, 2130 hours approximately, I was patrolling Old Norlina Road going towards Main Street (the intersection of Garnett, Beckford, Main and Chestnut). The vehicle was clearly exceeding safe speed. I brought my vehicle up to 60 mph and had trouble keeping up with her in a 35 MPH Zone. It was not until' she almost rear-ended a dark in color truck at the Handy Mart beside Forsyth Skippers that she slowed down but picked the speed right back up. It should be noted, she has a horrible DMV record, 15 speeding tickets, various running a red light/stop signs and several accidents. Had I known this at the time, I would have pulled her and took appropriate action. I ran the tag, which came back active and valid. I asked dispatch to run the registered owner for warrants, which came back negative. Ms. Oliver pulled into the Shell Gas Station and I pulled around to the Carey Chapel Road entrance for the station and saw her exit the vehicle (FFS-2692) and told her to slow it down and to watch her speed. I was trying to have open dialogue with her (community oriented policing ) and she started screaming and yelling for no reason, I know my rights, you should have pulled me back there and wrote the ticket, I know my rights. I advised her it was not too late to write the ticket but I'm trying to talk to you about not speeding in the future. She said, well, write the ticket then and you have a good day. Due to dispatch failing to properly do a warrant check (public safety issue), I was unaware she had felony warrants. It is unfortunate that injuries occurred, however, I have a job to do and the general welfare of the public is first and violators must be apprehended pursuant to standard operating procedures, general statue, common law and judicial precedent (state and federal case law). See Use of Force Report. This is an account of what happened and I reserve the right to amend this statement (addendum) as the situation happened so quickly.

| | | |
|---|---|---|
| **Agency Name** VANCE COUNTY SHERIFF'S OFFICE | **INCIDENT/INVESTIGATION REPORT** | **OCA** 18013870 |

**INCIDENT DATA**

**ORI** NC0910000

**Date / Time Reported** S (M) T W T F S
Month 10 | Day 22 | Yr 2018 | Time 20:16 Hrs

**#1 Crime / Incident(s)**
9910 - WARRANT SERVICE
☐ Attempt ■ Complete
**At Found** S (M) T W T F S
Month 10 | Day 22 | Yr 2018 | Time 20:15 Hrs
**Last Known Secure** S (M) T W T F S
Month 10 | Day 22 | Yr 2018 | Time 20:14 Hrs

**#2 Crime Incident**
☐ Attempt ☐ Complete
**Location of Incident**
52 DAISY LN, HENDERSON, NC 27537
**Offense Tract** 2

**#3 Crime Incident**
☐ Attempt ☐ Complete
**Premise Type**
01 - Home of Victim - Single Family Dwelling
**Victim Residence Type** ☐ Single Family ☐ Multi Family

**MO**

**How Attacked or Committed**
BY ATTEMPTING TO SERVE A WARRANT
**Forcible** ■ Yes ☐ No ☐ N/A
**Weapon / Tools**

**# of Victims** 1
**Type:** ☐ Person ☐ Business ☐ Society ■ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk
**Injury:** ☐ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major
**Drug/Alcohol Use:** ☐ Yes ☐ Unknown ☐ No ☐ N/A

**VICTIM**

**V1 Victim/Business Name (Last, First, Middle)**
STATE OF NORTH CAROLINA
| Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status |
|---|---|---|---|---|---|
| 1 | | | | | ☐ Resident ☐ Non-Resident ☐ Unknown |

**Home Address** | **Home Phone**

**Employer Name/Address** | **Business Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V = Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown
**Code R** **Name (Last, First, Middle)**
WHITE, J J
| Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|
| | | B | M |

**Home Address** | **Home Phone**

**Employer Name/Address**
VANCE COUNTY SHERIFF'S OFFICE - 156 CHURCH ST, Henderson, NC 27536
**Business Phone** (252) 738-2200

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown
**Code R** **Name (Last, First, Middle)**
WELBORN, C M
| Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|
| | | | |

**Home Address**
156 CHURCH STREET, HENDERSON, NC 27536
**Home Phone** (252) 738-2200

**Employer Name/Address** | **Business Phone**

**PROPERTY**

**Status Codes** L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Number of Vehicles Stolen** 0    **Number of Vehicles Recovered** 0

**ID**

**Officer Name** DEPUTY J. J. WHITE   **ID#** 259   **Officer Signature**   **Supervisor Signature** Sgt CM Welborn

**Complainant Signature**

**STATUS**

**Case Status:**
■ Further Investigation
☐ Inactive
☐ Closed/Cleared
☐ Closed/Leads Exhausted

**Case Disposition:**
☐ Unfounded
☐ Cleared by Arrest
☐ Cleared by Arrest by Another Agency
☐ Death of Offender
☐ Juvenile/No Custody
☐ Refuse to Cooperate
☐ Prosecution Declined
☐ Extradition Declined
☐ Located

**Page** 1 **of** 5

DCI-600F

Rev. 3/92



| OCA |
| --- |
| 18013870 |

**Status Codes:** L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

## DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|-----|--------|----------|--------------|----------------|---------|-----|------|------|-----------|-----------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Check up to 3 types of activity for each

## OFFENDER

Offender Used
Alcohol/Drugs: ☐ Yes  ☐ Unk  ■ No  ☐ N/A
Computer: ☐ Yes  ☐ Unk  ☐ No  ■ N/A

Offender 1   Age: 41  Race: B  Sex: F

Age:  Race:  Sex:
Age:  Race:  Sex:
Age:  Race:  Sex:
Age:  Race:  Sex:

Primary Offender
Resident Status
■ Resident
☐ Non-Resident
☐ Unknown

## SUSPECT

Name (Last, First, Middle)
**OLIVER, LATWANYA SHAWNTEL**

Alias or Nickname
LATWANYA L OLIVER ; LATWANYA SHA

Home Address
52 DAISY LANE, HENDERSON, NC 27537

Occupation

Business Address
PACIFIC COAST FEATHERS - 100 COMFORT DR, Henderson, NC 27536

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|-----------|------|-----|--------|--------|-------|------------|------------|-------------|-----------|---------|
| 02/05/1977 \| 41 | B | F | 5'07" | 275 | | BRO | STR | LNG | BRO | Yes |

Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|-----|--------|--------------|-----------|-----------|-------------------|-------|-------|
| | | | | | | | |

Was Suspect Armed?   Type of Weapon   Direction of Travel   Mode of Travel

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|-----|------|-------|-------|-------|---------|-----|
| | | | | | | |

## WITNESS

| Name (last, first, middle) | DOB / Age | Race | Sex | OCA |
|-----------------------------|-----------|------|-----|-----|
| | | | | |

| Home Address | Home Phone | Employer | Phone |
|--------------|------------|----------|-------|
| | | | |

Suspect Hate / Bias Motivated:   Yes ☐   No ■

## NARRATIVE

Narrative
CFS # 1810-049445

MSHEARIN6865 - 2018-10-22 20:22:50

S33 ADV SEND HIM SOME UNITS AT HIS LOCATION

MSHEARIN6865 - 2018-10-22 20:24:56

S33 IS REQUESTING EMS 10-18 TRAFFIC REF USE OF FORCE

JCROTTY9997 - 2018-10-22 20:39:55

OLIVER, LATWANYA SHAWNTEL    02/05/1977   BLACK   FEMALE   26617872 NC   52 DAISY LN

HENDERSON, NC 27537-3095 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   VANCE

17CR53133   WARRANT FOR ARREST   OBTAIN PROPERTY FALSE PRETENSE     NO   NO   NCAWARE     ELECTRONIC

 98 OLIVER, LATWANYA SHAWNTEL    02/05/1977   BLACK   FEMALE   26617872 NC   52 DAISY LN

HENDERSON, NC 27537-3095 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   VANCE

17CR53134   WARRANT FOR ARREST   OBTAIN PROPERTY FALSE PRETENSE     NO   NO   NCAWARE     ELECTRONIC

CAD Disposition = B ARREST MADE


On 10-22-18, 2016 hours, I notified dispatch of a warrant service at 52 Daisy Lane, Henderson,

NC 27537. I knocked on the front door and

I heard a female ask, who is it? I identified myself as Deputy White with the Vance County

Sheriffs Office. The female asked again, who is it?

I re-advised the aforementioned. The female stated, I don't believe you, shine your light so I

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. OCA FILE NO. |
|---|---|---|---|
| VANCE COUNTY SHERIFF'S OFFICE | NC0910000 | ☑ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 18013870 |

**Narrative**

can see you. I adhered to her request and she said, oh ok and opened the front door. The female turned out to be Ms. Latwanya Shawntel Oliver, who was wanted on 2 felony counts of obtaining property by false pretense. Prior to going to the residence, I asked dispatch to verify the felony warrants and they advised same were active. I told Ms. Oliver she had felony warrants and she stated, Lawd, what have I done-I aint done nothing wrong. I stated, you are under arrest and will find out further at the magistrates office. Ms. Oliver stated, I haven't done nothing-can I call my daughter and let her know. I told her she can make a phone call at the station. She said, well, ok, let me get my keys, turn off my lights, lock up my house and stuff. Can I do that? Because you are just ugh. I replied, yes, you can do that. Ms. Oliver turned off some of her lights and walked out of the front door and I asked, aren't you going to lock up and she turned around and said, I forgot, let me get my keys of the dresser and she said we are going to have to go out of the back door because something is wrong with the front door. When we walked out of the back door, she did not pull it all the way through and I pulled it for her and asked, do you have a deadbolt key and she said yes but something is wrong with it. As she was approaching my patrol vehicle, I told her to stop and submit to the handcuffs. She replied, why do you have to handcuff me? I told her it is for my safety as well as yours (standard procedure). I was able to get one handcuff on her and she became irate and would not comply with my lawful orders. She screamed to the top of her lungs help, help, help me-your not taking me anywhere until' I see some papers-I'm not going anywhere. I told her to calm down and that she was making the situation worst. I told her cooperation goes along way with law enforcement when you go before the magistrate or judge. Ms. Oliver stated, ok, sir, I apologize. I went to handcuff the second arm and she went crazy, she lost it. She pulled away from me while saying no, no, I'm not going, leave me alone. I placed her up against my car, opened the rear passenger door instructed her to get in and she became extremely combative by yelling no, I'm not going no where, help, help. She pushed her body against mines and striked me in the lower leg twice. I performed a takedown maneuver, which is an approved subject control technique. To prevent additional manipulation of the handcuffs, I tightened them while on the ground. Ms. Oliver stated, you broke my arms, oo000wwwwwww, ooo0wwwwwww my arms are killing me, they are hurting sir, I think my arms are sprained, I'm in so much pain. I immediately radioed for EMS 10-18 due to injuries sustained from a use of force (2024 hours). Prior to, I called for back up at 2022 hours. Sgt. Welborn arrived on scene first as back up and I told him, she has felony warrants, refused to comply, pulled away and assaulted me. EMS arrived and stated, her arm is not broke because she can move her shoulders. Ms. Oliver continued to scream in pain and the EMS Supervisor re-examined her arm and said, yep, it is broken. Ms. Oliver was transported to Maria Parham Hospital in Henderson, NC for further medical treatment. I acted in good faith to arrest Ms. Oliver and when she refused I took action as authorized. I used reasonable force to achieve the law enforcement objective and to gain compliance and to ensure public safety. I afforded her every opportunity to comply with my lawful orders and she refused. I do not have a taser and pepper spray would have been ineffective as she was moving uncontrollably and had glasses on, which would have caused same to ricohet (more likely than not). Officer presence and verbalization did not work. Thus, I had to go hands on. I made a good faith effort to maintain and restore order. I followed the objective reasonableness standard under the 4th Amendment to arrest the defendant and to seize her person due to the outstanding felony warrants notwithstanding other violation of law (assault on a law enforcement officer and resisting arrest). It should be noted, Ms. Oliver has a record of communicating

| Officer Name / ID | Officer Signature | Date / Time Submitted | |
|---|---|---|---|
| DEPUTY J. J. WHITE - 259 | | 10-23-18 / 0400 hrs | Page 3 of 5 |

DCI-602 F

REV 3/92

Case 5:19-cv-00467-BO   Document 71-17   Filed 04/01/21   Page 11 of 13



# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. OCA FILE NO. |
|---|---|---|---|
| VANCE COUNTY SHERIFF'S OFFICE | NC0910000 | ■ INVESTIGATION  ☐ ARREST<br>☐ SUPPLEMENTARY INV. | 18013870 |

**Narrative**

threats, simple assault and assault with a deadly weapon (aggravating factors on her part and
mitigating factors for me). Ms. Oliver filed a verbal frivolous complaint against me for pulling
her over and harrasing her at the Shell Gas Station on Warrenton Road. I did not pull her over, I
never turned on my lights and sirens. I noticed a car traveling at a high rate of speed on North
Garnett Street passing Parker and Bickett Streets, Old Norlina Road and Spring Valley Drive. On
10-21-2018, 2130 hours approximately, I was patrolling Old Norlina Road going towards Main Street
(the intersection of Garnett, Beckford, Main, Chestnut). The vehicle was clearly exceeding safe
speed. I brought my vehicle up to 60 mph and had trouble keeping up with her in a 35 MPH Zone. It
was not until' she almost rear-ended a dark in color truck at the Handy Mart beside Forsyth
Skippers that she slowed down but picked the speed right back up. It should be noted, she has a
horrible DMV record, 15 speeding tickets, various running a red light/stop signs and several
accidents. Had I known this at the time, I would have pulled her and took appropriate action. I ran
the tag, which came back active and valid. I asked dispatch to run the registered owner for
warrants, which came back negative. Ms. Oliver pulled into the Shell Gas Station and I pulled
around to the Carey Chapel Road entrance for the station and saw her exit the vehicle (FFS-2692)
and told her to slow it down and to watch her speed. I was trying to have open dialogue with her
(community oriented policing ) and she started screaming and yelling for no reason, I know my
rights, you should have pulled me back there and wrote the ticket, I know my rights. I advised her
it was not to late to write the ticket but I'm trying to talk to you about not speeding in the
future. She said, well, write the ticket then and you have a good day. Due to dispatch failing to
properly do a warrant check (public safey issue), I was unaware she had felony warrants. It is
unfortunate that injuries occurred, however, I have a job to do and the general welfare of the
public is first and violators must be apprehended pursuant to standard operating procedures,
general statue, common law and judicial precedent (state and federal case law). See Use of Force
Report.This is an account of what happened and I reserve the right to amend this statement
(addendum) as the situation happened so quickly.

SUPPLEMENT #3    SGT. C. M. WELBORN - 170    10/23/2018    04:37

ON 10-22-2018, I RESPONDED TO 52 DAISY LANE REFERENCE DEPUTY WHITE CALLING FOR ASSISTANCE. WHILE
ENROUTE DEPUTY WHITE CALLED FOR EMS EMERGENCY TRAFFIC REFERENCE TO USE OF FORCE AND EMS WOULD BE
TOLD MORE ONCE ON SCENE. WHEN I ARRIVED ON SCENE VANCE COUNTY EMS WAS ALREADY ON SCENE. WHEN I
ARRIVED I NOTICE A BLACK FEMALE LAYING ON THE GROUND HANDCUFFED AND SHE WAS IDENTIFIED AS LATWANYA
OLIVER. SHE WAS HOLLERING STATING HER ARM WAS BROKE. I ASKED DEPUTY WHITE WHAT HAPPENED AND HE
STATED HE ATTEMPTED TO SERVE MRS. OLIVER WITH FELONY WARRANTS. DEPUTY WHITE STATED MRS. OLIVER
STARTED RESISTING AND BECAME COMBATIVE KICKING HIM TWICE. DEPUTY WHITE STATED HE TOOK HER TO THE
GROUND AND HANDCUFFED HER. DEPUTY WHITE STATED HE CALLED FOR ASSISTANCE AND EMS. VANCE COUNTY EMS
FIRST STATED MRS. OLIVER ARM WAS NOT BROKEN THEN CHIEF OVERTON STATED HER ARM WAS BROKEN. MRS.
OLIVER WAS TRANSPORTED TO MARIA PARHAM MEDICAL CENTER FOR FURTHER TREATMENT. WHEN I ARRIVED AT THE
HOSPTIAL I SPOKE WITH MRS. OLIVER. SHE STATED THAT DEPUTY WHITE WAS HARASSING HER. SHE STATED
DEPUTY WHITE FOLLOWED HER ON SUNDAY FROM JOHN FOSTER HOMES UNTIL SHE PULLED INTO S&N FOOD MART
ABOUT EIGHT OR NINE OCLOCK ON 10-21-2018. MRS. OLIVER STATED DEPUTY WHITE UP TO HER IN THE PARKING
LOT TELLING HER ABOUT HER SPEEDING. SHE STATED WRITE ME A TICKET BECAUSE I KNOW MY RIGHTS. MRS.

| Officer Name / ID | Office Signature | Date / Time Submitted | Page 4 |
|---|---|---|---|
| DEPUTY J. J. WHITE - 259 | | 10-23-18 / 0600hrs | of 5 |
| DCI-602 F | | | REV. 3/92 |

# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. OCA FILE NO. |
|---|---|---|---|
| VANCE COUNTY SHERIFF'S OFFICE | NC0910000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 18013870 |

**Narrative**

OLIVER STATED DEPUTY THEN CAME TO HER RESIDENCE AFTER MIDNIGHT BANGING ON THE FRONT AND SIDE DOOR.

MRS. OLIVER STATED SHE DID NOT LOOK TO SEE WHO IT WAS BUT KNEW IT WAS DEPUTY WHITE. MRS. OLIVER

STATED DEPUTY WHITE CAME BACK TO HER RESIDENCE LATER AND STATED YOU HAVE A WARRANT. MRS. OLIVER

STATED SHE LOCKED THE DOOR AND WALKED TO THE CAR. MRS. OLIVER STATED SHE ASKED TO SEE THE WARRANT.

MRS. OLIVER STATED WHEN SHE GOT TO THE PATROL VEHICLE AND SHE DID NOT GET IN BECAUSE SHE WAS

SCARED. MRS. OLIVER STATED SHE TOLD DEPUTY WHITE TO CALL FOR SOMEONE ELSE. SHE STATED DEPUTY WHITE

PUSHED HER INTO THE PATROL VEHICLE WHEN SHE REFUSED TO GET IN. SHE STATED SHE WAS NOT HANDCUFFED

AND DEPUTY WHITE SLAMMED HER TO THE GROUND. SHE STATED WHILE ON THE GROUND DEPUTY WHITE HANDCUFFED

HER. I SPOKE WITH CHIQUITA MARROW MRS. OLIVER SISTER (252) 432-0289 AND SHE STATED DEPUTY WHITE

CAME TO THE RESIDENCE AFTER MIDNIGHT KNOCKING ON BOTH DOORS AND NOBODY WENT TO THE DOOR AND NOBODY

LOOKED OUT TO SEE HIM. MRS. OLIVER WAS SERVED WITH THE TWO FELONY WARRANTS AND THE CHARGES FOR

OBSTRUCTING OF JUSTICE AND ASSAULT ON LAW ENFORCEMENT OFFICER. SHE WAS GIVEN A $15,000.00 UNSECURED

BOND PER MAGISTATE COWAN. MRS. OLIVER WAS GIVEN A COURT DATE OF 11-19-2018.

| Officer Name / ID | Officer Signature | Date / Time Submitted | Page 5 |
|---|---|---|---|
| DEPUTY J. J. WHITE - 259 | | 10-23-18 / 0400 hrs | of 5 |

DCI-602 F

REV 3/92

Case 5:19-cv-00467-BO   Document 71-17   Filed 04/01/21   Page 13 of 13