# 19. W. Bullock – Order re K9 Dave

# VANCE COUNTY SHERIFF'S OFFICE
# EMPLOYEE COUNSELING RECORD

DATE: 08/20/2018

TIME: 17:00 PM

EMPLOYEE: DEPUTY ADAM HIGHT

Due to the circumstances of the K-9 incident involving K-9 Dave today at the school nutrition warehouse, you are hereby instructed that going forward until further training can be conducted and K-9 Dave satisfactorily certified, you are not to bring K-9 Dave to work. K-9 Dave is to be kept at home secured in his kennel at all times unless you are exercising the dog. Any work conducted with K-9 Dave outside of the kennel shall be ON LEAD until further notice. At no time should K-9 Dave be outside his confines without physical control of the K-9 with actual leads. Per Sheriff White.

_____      _____ 08/20/18
EMPLOYEE SIGNATURE   DATE      SUPERVISOR SIGNATURE   DATE