21.W. Bullock – Termination Action

 

# VANCE COUNTY
## PERSONNEL / PAYROLL ACTION FORM

☐ New Hire/Rehire ☐ Change ☐ Leave of Absence ☑ Termination ☐ Other

**Effective Date:** 10/24/2018     **Date of Hire:** 06/05/2017
**Name:** JUSTIN J. WHITE     **SSN:**
**Address:**     **Marital Status:**
**City/State:**     **Sex:**    **Race:**
**Zip/County:**     **Date of Birth:**
**Department:** SHERIFF'S OFFICE
**Job Title:**     **Grade:**    **Job #:**
**Monthly/Hourly Rate:**     **Annual Salary:**
**Explanation:** SERVICES NO LONGER NEEDED

---

**SHERIFF & 911 ONLY:** *Please check all that apply. Provide a date and a copy of the certification.*

☐ Sheriff Department-BLET Certified:     ☐ 911-EMD Certified:

**Employee Signature:** "Not Available for Signature"    **Date:**
**Department Head Signature:** [signature]    **Date:** 10-25-18
**Human Resources Signature:** [signature]    **Date:** 10/25/2018
**Payroll Signature:**    **Date:**

*This Instrument has been pre-audited in the manner required by the Local Government Budget & Fiscal Control Act.*
**Approved by Finance Director:**    **Date:**

### HUMAN RESOURCES USE ONLY
*Please check all that apply and attach the appropriate forms.*

**Deductions:** ☐ Employee - Medical   ☐ Employee - Dental   ☐ Employee - Life
**Attach the following Forms:** ☐ Federal & State Tax Forms   ☐ Direct Deposit Info   ☐ Longevity
**Upon Employment Separation – Eligible:** ☐ Vacation Payout   ☐ Comp Time Payout
**Retirees Eligible for Benefits:** ☐ Health   ☐ Dental   ☐ Life
**Completed By:**    **Date:**

Form Revised 7/18/13

# EXHIBIT 5