23. W. Bullock – W. Bullock Firearms Quals

CRIMINAL JUSTICE EDUCATION AND TRAINING STANDARDS COMMISSION
NORTH CAROLINA SHERIFFS' EDUCATION AND TRAINING STANDARDS COMMISSION

**Sheriffs' Standards Division**
PO Box 629
Raleigh, NC 27602
Telephone: (919) 779-8213
Fax: (919) 662-4515

**Criminal Justice Standards Division**
Post Office Drawer 149
Raleigh, NC 27602
Telephone: (919) 661-5980
Fax: (919) 779-8210

## FIREARMS QUALIFICATION RECORD INSTRUCTIONS        Form F-9A   *(rev. 01.18)*

This form must be utilized to record the annual In-Service Firearms Training and Qualification for each certified officer in compliance with 12 NCAC 9E .0100 or 12 NCAC 10B .2104. A copy must be maintained in each officer's personnel file at the employing agency, and must be available for inspection by a Commission Staff member. A copy must be attached to the F-5A and submitted to the Criminal Justice Standards Division for all new hires.

| SECTION I: | Must be completed for every officer. |
|---|---|
| SECTION II: | Must be completed for every officer and signed and dated by the instructor(s). |
| SECTION III: | Must be signed and dated by the officer. |
| SECTION IV: | Must be signed and dated by the Agency Head or designated representative. |
| SECTION V: | Must be completed and signed by the specific certified Specialized Firearms Instructor(s). |

**I.   OFFICER'S NAME:** Weldon Bullock            **SSN (Last 4):** ▮

Certified by: NC Criminal Justice Education and Training Standards Commission:   ☐ Yes   ■ No
Certified by: NC Sheriffs' Education and Training Standards Commission:          ■ Yes   ☐ No

**EMPLOYING/APPOINTING AGENCY:** Vance County Sheriff's Office

**II.   FIREARMS INSTRUCTOR COMPLIANCE – CLASSROOM REQUIREMENT**

As a Specialized Firearms Instructor, I do hereby certify that the officer listed above has completed the mandatory classroom portion of the in-service firearms training, as specified in 12 NCAC 9E .0105 or 12 NCAC 10B .2103 as applicable. Failure to complete this training requires that the agency head or designated representative be notified.

The classroom session was completed on 09/06/2018 (date).

William T. Bartholomew        _(signature)_        100061046        9-6-18
Print Name of Firearms Instructor    Signature of Firearms Instructor   Instructor #    Date Signed

**III.   ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

I do hereby certify that I have been advised of my firearms qualification scores by the Specialized Firearms Instructor(s) indicated. I also understand that if I have failed to qualify with any weapons(s) required, I may not carry and/or have access to the weapon until such time as I have qualified. I further understand that I must notify my agency head or designated representative within 24 hours of my failure to qualify, and/or successfully complete the training portion as prescribed in 12 NCAC .9E .0105 or 12 NCAC 10B .2103 as applicable.

_(signature)_ W. Bullock                                              09/06/2018
Signature of Officer                                                  Date Signed

**IV.   AGENCY ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

As agency head, or designated representative, the below signature acknowledges receipt of the above officer's qualification scores and attests that the above officer has satisfactorily completed training on this department's policies regarding the use of force, N.C. State law regarding the use of deadly force, relevant case law, and safety and marksmanship as required in 12 NCAC 9E .0105 or 12 NCAC 10B .2103. I understand that if the officer has failed to qualify with any weapon(s), then I must restrict access to all applicable weapon(s) until such time as the officer has qualified with same.

☑ I certify that the in-service firearms training consisted of a minimum of four (4) hours/credits (For Criminal Justice Commission only.)

_(signature)_                                                          9-17-18
Signature of Agency Head/Designated Representative                     Date Signed

*Page 1 of 2*

Case 5:19-cv-00467-BO   Document 71-23   Filed 04/01/21   Page 2 of 7

**As a certified Specialized Firearms Instructor, I hereby certify that the officer listed below has attained the score(s) as documented below. I understand that if the officer has failed to qualify, then I must deliver a copy of this form to the officer's agency head or designated representative within 72 hours either in person, or by certified mail.**

F-9A (rev. 01.18)

OFFICER'S NAME: Weldon Bullock    NAME OR RANGE LOCATION: HPD Training Center

## V. SERVICE HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 9/6/18 | SA | SIG | P220 | .45CAL | G300658 | 230gr | D | P | Yes | WJ Bartholomew / B / 1000606 |
| 2. 9/6/18 | SA | SIG | P220 | .45CAL | G300658 | 230gr | N | P | Yes | WJ Bartholomew / B / 1000606 |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |

## OFF-DUTY HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 9/6/18 | SA | KAHR | CW9 | 9MM | YB9149 | 147GR | D | P | Yes | WJ Bartholomew / B / 1000606 |
| 2. 9/6/18 | SA | KAHR | CW9 | 9MM | YB9149 | 147GR | N | P | Yes | WJ Bartholomew / B / 1000606 |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |

## SHOTGUN/RIFLE QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 9/6/18 | SG | REM | 870 | 12GA | A8776411M | 00BUCK/SLUG | D | P | Yes | WJ Bartholomew / B / 1000606 |
| 2. 9/6/18 | SG | REM | 870 | 12GA | A8776411M | 00BUCK/SLUG | N | P | Yes | WJ Bartholomew / B / 1000606 |

## AUTOMATIC/SPECIALTY WEAPONS/OTHER

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |

## COMBAT COURSE

| Date | Day/Night | Pass/Fail | Comments | | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|
| 1. 9/6/18 | DAY | Pass | Shoot on the move / Instructional shooting / Q/C shooting | | WJ Bartholomew / B / 1000606 |
| 2. 9/6/18 | NIGHT | Pass | Shoot em up the move / Instructional shooting | | WJ Bartholomew / B / 1000606 |

R- Revolver        S&W- Smith & Wesson    BEN-Benelli      BRO- Browning        SW- Specialized Weapon   Ammunition- Must be duty ammunition or ballistic equivalent ammunition.
SA- Semi Auto Handgun  GLO - Glock        CLT- Colt        H&K- Heckler & Koch  SPF- Springfield         Include sufficient information to fully describe such as caliber, projectile weight and type.
SG- Shotgun        BER- Beretta           WIN- Winchester  MOS- Mossberg        RRV - Rock River         *She *'s Standards handgun night requires use of flashlight at the 5-yd line
AW- Automatic Weapon  RUG- Ruger          ARA - Armalite   REM - Remington                              *She ~dards accepts pass/fail rather than % scores
RF- Rifle          SIG- Sig Sauer         SAV - Savage     BUS – Bushmaster

Page 2 of 2

Case 5:19-cv-00467-BO    Document 71-23    Filed 04/01/21    Page 3 of 7

CRIMINAL JUSTICE EDUCATION AND TRAINING STANDARDS COMMISSION
NORTH CAROLINA SHERIFFS' EDUCATION AND TRAINING STANDARDS COMMISSION

Sheriffs' Standards Division
PO Box 629
Raleigh, NC 27602
Telephone: (919) 779-8213
Fax: (919) 662-4515



Criminal Justice Standards Division
Post Office Drawer 149
Raleigh, NC 27602
Telephone: (919) 661-5980
Fax: (919) 779-8210

## FIREARMS QUALIFICATION RECORD INSTRUCTIONS

Form F-9A  (rev. 01.18)

This form must be utilized to record the annual In-Service Firearms Training and Qualification for each certified officer in compliance with 12 NCAC 9E .0100 or 12 NCAC 10B .2104. A copy must be maintained in each officer's personnel file at the employing agency, and must be available for inspection by a Commission Staff member. A copy must be attached to the F-5A and submitted to the Criminal Justice Standards Division for all new hires.

| | |
|---|---|
| SECTION I: | Must be completed for every officer. |
| SECTION II: | Must be completed for every officer and signed and dated by the instructor(s). |
| SECTION III: | Must be signed and dated by the officer. |
| SECTION IV: | Must be signed and dated by the Agency Head or designated representative. |
| SECTION V: | Must be completed and signed by the specific certified Specialized Firearms Instructor(s). |

I. OFFICER'S NAME: Weldon W. Bullock        SSN (Last 4): [redacted]

Certified by: NC Criminal Justice Education and Training Standards Commission:   ☐ Yes   ☒ No
Certified by: NC Sheriffs' Education and Training Standards Commission:   ☒ Yes   ☐ No

EMPLOYING/APPOINTING AGENCY: Vance Co Sheriff's Office

II. **FIREARMS INSTRUCTOR COMPLIANCE – CLASSROOM REQUIREMENT**

As a Specialized Firearms Instructor, I do hereby certify that the officer listed above has completed the mandatory classroom portion of the in-service firearms training, as specified in 12 NCAC 9E .0105 or 12 NCAC 10B .2103 as applicable. Failure to complete this training requires that the agency head or designated representative be notified.

The classroom session was completed on 2/4/19 (date)

WT Bartholomew / [signature] / 10006/046 / 2/4/19
Print Name of Firearms Instructor / Signature of Firearms Instructor / Instructor # / Date Signed

III. **ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

I do hereby certify that I have been advised of my firearms qualification scores by the Specialized Firearms Instructor(s) indicated. I also understand that if I have failed to qualify with any weapons(s) required, I may not carry and/or have access to the weapon until such time as I have qualified. I further understand that I must notify my agency head or designated representative within 24 hours of my failure to qualify, and/or successfully complete the training portion as prescribed in 12 NCAC .9E .0105 or 12 NCAC 10B .2103 as applicable.

W. Bullock                                                           2/4/19
Signature of Officer                                                 Date Signed

IV. **AGENCY ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

As agency head, or designated representative, the below signature acknowledges receipt of the above officer's qualification scores and attests that the above officer has satisfactorily completed training on this department's policies regarding the use of force, N.C. State law regarding the use of deadly force, relevant case law, and safety and marksmanship as required in 12 NCAC 9E .0105 or 12 NCAC 10B .2103. I understand that if the officer has failed to qualify with any weapon(s), then I must restrict access to all applicable weapon(s) until such time as the officer has qualified with same.

☑ I certify that the in-service firearms training consisted of a minimum of four (4) hours/credits (For Criminal Justice Commission only.)

Sheriff Curt R. Brame                                               2/5/19
Signature of Agency Head/Designated Representative                  Date Signed

**: As a certified Specialized Firearms Instructor, I hereby certify that the officer listed below has attained the score(s) as documented below. I understand that if the officer has failed to qualify, then I must deliver a copy of this form to the officer's agency head or designated representative within 72 hours either in person, or by certified mail.**

F-9A (rev. 01.18)

OFFICER'S NAME: W.W. Bullock NAME OR RANGE LOCATION: HPATC

## V. SERVICE HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) or (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |

## OFF-DUTY HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 2/4/19 | SA | SCCY | CPX-2 | 9mm | 213612 | | D | P | Yes | WTBartholomew /  / 10006104.6 |
| 2. 2/4/19 | SA | SCCY | CPX-2 | 9mm | 213612 | | N | P | Yes | WTBartholomew / / 10006104.6 |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |

## SHOTGUN/RIFLE QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |

## AUTOMATIC/SPECIALTY WEAPONS/OTHER

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |

## COMBAT COURSE

| Date | Day/Night | Pass/Fail | Comments | | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|
| 1. 2/4/19 | Day | Pass | Shoot on the move / situational shooting | | WTBartholomew /1631/ 10006104.6 |
| 2. 2/4/19 | Night | Pass | " | " | WTBartholomew / / 10006104.6 |

R-Revolver S&W- Smith & Wesson BEN-Benelli BRO- Browning SW- Specialized Weapon  
SA- Semi Auto Handgun GLO - Glock CLT- Colt H&K – Heckler & Koch SPF- Springfield  
SG- Shotgun BER- Beretta WIN- Winchester MOS- Mossberg RRV – Rock River  
AW- Automatic Weapon RUG- Ruger ARA - Armalite REM – Remington  
RF- Rifle SIG- Sig Sauer SAV- Savage BUS – Bushmaster

Ammunition- Must be duty ammunition or ballistic equivalent ammunition. Include sufficient information to fully describe such as caliber, projectile weight and type.  
*Sheriff's Standards handgun night requires use of flashlight at the 5-yd line  
*Sheriff's Standards accepts pass/fail rather than % scores

Page 2 of 2

Case 5:19-cv-00467-BO Document 71-23 Filed 04/01/21 Page 5 of 7

CRIMINAL JUSTICE EDUCATION AND TRAINING STANDARDS COMMISSION
NORTH CAROLINA SHERIFFS' EDUCATION AND TRAINING STANDARDS COMMISSION

Sheriffs' Standards Division
PO Box 629
Raleigh, NC 27602
Telephone: (919) 779-8213
Fax: (919) 662-4515



Criminal Justice Standards Division
Post Office Drawer 149
Raleigh, NC 27602
Telephone: (919) 661-5980
Fax: (919) 779-8210

## FIREARMS QUALIFICATION RECORD INSTRUCTIONS

Form F-9A  (rev. 01.18)

This form must be utilized to record the annual In-Service Firearms Training and Qualification for each certified officer in compliance with 12 NCAC 9E .0100 or 12 NCAC 10B .2104. A copy must be maintained in each officer's personnel file at the employing agency, and must be available for inspection by a Commission Staff member. A copy must be attached to the F-5A and submitted to the Criminal Justice Standards Division for all new hires.

| SECTION I: | Must be completed for every officer. |
| SECTION II: | Must be completed for every officer and signed and dated by the instructor(s). |
| SECTION III: | Must be signed and dated by the officer. |
| SECTION IV: | Must be signed and dated by the Agency Head or designated representative. |
| SECTION V: | Must be completed and signed by the specific certified Specialized Firearms Instructor(s). |

**I. OFFICER'S NAME:** Weldon Bullock    SSN (Last 4): XXX-XX-▓▓▓▓

Certified by: NC Criminal Justice Education and Training Standards Commission:   ☐ Yes   ☐ No
Certified by: NC Sheriffs' Education and Training Standards Commission:   ☑ Yes   ☐ No

**EMPLOYING/APPOINTING AGENCY:** Vance Co. Sheriff's office

**II. FIREARMS INSTRUCTOR COMPLIANCE – CLASSROOM REQUIREMENT**

As a Specialized Firearms Instructor, I do hereby certify that the officer listed above has completed the mandatory classroom portion of the in-service firearms training, as specified in 12 NCAC 9E .0105 or 12 NCAC 10B .2103 as applicable. Failure to complete this training requires that the agency head or designated representative be notified.

The classroom session was completed on: 12/22/19 (date)

_William Taylor Bartholomew_  _[signature]_  0006046  12/22/19
Print Name of Firearms Instructor   Signature of Firearms Instructor   Instructor #   Date Signed

William Taylor Bartholomew

**III. ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

I do hereby certify that I have been advised of my firearms qualification scores by the Specialized Firearms Instructor(s) indicated. I also understand that if I have failed to qualify with any weapons(s) required, I may not carry and/or have access to the weapon until such time as I have qualified. I further understand that I must notify my agency head or designated representative within 24 hours of my failure to qualify, and/or successfully complete the training portion as prescribed in 12 NCAC .9E .0105 or 12 NCAC 10B .2103 as applicable.

_W. Bullock_  12/22/19
Signature of Officer   Date Signed

**IV. AGENCY ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

As agency head, or designated representative, the below signature acknowledges receipt of the above officer's qualification scores and attests that the above officer has satisfactorily completed training on this department's policies regarding the use of force, N.C. State law regarding the use of deadly force, relevant case law, and safety and marksmanship as required in 12 NCAC 9E .0105 or 12 NCAC 10B .2103. I understand that if the officer has failed to qualify with any weapon(s), then I must restrict access to all applicable weapon(s) until such time as the officer has qualified with same.

☑ I certify that the in-service firearms training consisted of a minimum of four (4) hours/credits (For Criminal Justice Commission only.)

_Curtis R Brame_
Signature of Agency Head/Designated Representative    Date Signed

Page 1 of 2

Case 5:19-cv-00467-BO   Document 71-23   Filed 04/01/21   Page 6 of 7

**As a certified Specialized Firearms Instructor, I hereby certify that the officer listed below has attained the score(s) as documented below. I understand that if the officer has failed to qualify, then I must deliver a copy of this form to the officer's agency head or designated representative within 72 hours either in person, or by certified mail.**

OFFICER'S NAME: Weldon Bullock    NAME OR RANGE LOCATION: Henderson    F-9A (rev. 01.18)

## V. SERVICE HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) or (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-2-22 | SA | Sig | P220 | 45ACP | G300658 | 230grm | D | P | Yes | WT Bartholomew WB / 000081096 |
| 1-2-22 | SA | Sig | P220 | 45ACP | G300658 | 230grm | N | P | Yes | WT Bartholomew WB / 000081096 |

## OFF-DUTY HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-2-22 | SA | Kahr | CW9 | 9mm | VB9149 | 147grn | D | P | Yes | WT Bartholomew WB / 000081096 |
| 1-2-22 | SA | Kahr | CW9 | 9mm | VB9149 | 147grn | N | P | Yes | WT Bartholomew WB / 000081096 |

## SHOTGUN/RIFLE QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## AUTOMATIC/SPECIALTY WEAPONS/OTHER

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## COMBAT COURSE

| Date | Day/Night | Pass/Fail | Comments | Print and Sign Name & Instructor Number |
|---|---|---|---|---|
| 1. 1/2/22 | Day | Pass | Short Barrel Situational Shooting | WT Bartholomew WB / 000081096 |
| 2. 1/2/22 | Night | Pass | Short Barrel Situational Shooting | WT Bartholomew WB / 000081096 |

R-Revolver  S&W-Smith & Wesson  BEN-Benelli  BRO-Browning  SW-Specialized Weapon    Ammunition- Must be duty ammunition or ballistic equivalent ammunition.
SA-Semi Auto Handgun  GLO-Glock  CLT-Colt  H&K-Heckler & Koch  SPF-Springfield    Include sufficient information to fully describe such as caliber, projectile weight and type.
SG-Shotgun  BER-Beretta  WIN-Winchester  MOS-Mossberg  RRV-Rock River    *Sheriff's Standard handgun night requires use of flashlight at the 5-yd line
AW-Automatic Weapon  RUG-Ruger  ARA-Armalite  REM-Remington    *Sheriff's Standard accepts pass/fail rather than % scores
RF-Rifle  SIG-Sig Sauer  SAV-Savage  BUS-Bushmaster

Page 2 of 2

Case 5:19-cv-00467-BO Document 71-23 Filed 04/01/21 Page 7 of 7