25.W. Bullock – White Letters re Previous Employment

Justin J. White
6606 Clarksburg Place
Mailbox 12
Raleigh, NC 27616

May 22nd, 2017

To Whom it May Concern

Re: Louisburg College Termination

Good morning,

Per my interview on May 10th, 2017, I was instructed to provide a notarized statement pursuant to my dismissal from Louisburg College, Campus Police and Safety Department. I served in the capacity of campus safety officer pending law enforcement certification.

On January 5th, 2017, I was terminated from the aforementioned pursuant to the employee probationary policy. Management felt I was not a good fit and ended the business relationship and wished me the best in my endeavors.

Should you have any further questions or concerns please do not hesitate in contacting me.

Sincerely,

*[signature]* 5/30/2017

Justin White
Jw

Enclosures: (1)
Copy of the Dismissal Letter

Cc: File
Justin White, Applicant
W.W. Bullock, Captain, Vance County Sheriffs Office

State of North Carolina
County of Wake

On this, the __30th__ day of __May__, 20__17__, before me a notary public, the undersigned party, personally appeared __Justin James White__ known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public

My commission expires on
March 14, 2019

[Notary Seal: Linda Rafidi, Notary Public, Wake County, NC]

Justin J. White
6606 Clarksburg Place
Mailbox 12
Raleigh, NC 27616

May 22nd, 2017

To Whom it May Concern

Re: Shaw University Termination

Good morning,

Per my interview on May 10th, 2017, I was instructed to provide a notarized statement pursuant to my dismissal from Shaw University, Campus Police and Security Department. I held the position of campus security officer pending law enforcement certification.

On February 20th, 2017, I was terminated from the above-mentioned. Per human resources, I was discharged under the 6 month probationary period policy. No reason was listed on the dismissal notice. An internal appeal has been filed and such is being weighed by management for final determination.

Should you have any further questions or concerns please do not hesitate in contacting me.

Sincerely,

*[signature]* 5/30/2017

Justin White
Jw

Enclosure: (1)
Copy of Dismissal Letter

Cc: File
Justin White, Applicant
W.W. Bullock, Captain, Vance County Sheriff's Office

State of North Carolina
County of Wake

On this, the 30th day of May, 2017, before me a notary public, the undersigned party, personally appeared Justin Jamel White known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission expires on
March 14, 2019

[Notary Seal: Linda Rafidi, Notary Public, Wake County, NC]