# 26. W. Bullock – White VCSO Application



# Office of the Sheriff

## Vance County

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

*PLEASE ATTACH A PHOTOGRAPH*

**Sheriff Peter White** DATE 3/4/2017

## APPLICATION FOR DEPUTY POSITION

### PLEASE PRINT AND ANSWER ALL QUESTIONS

POSITION APPLIED FOR: Deputy Sheriff

FULL-TIME OR PART-TIME? Full time

NAME IN FULL: Justin Jamel White

PRESENT ADDRESS: 6606 Clarksburg Place – Mailbox 12 (27616)

CITY: Raleigh STATE: NC

HOME PHONE: Home: 252-356-2667  Cell # 919-961-2413  WORK PHONE: N/A

HOW LONG HAVE YOU LIVED THERE? 1 1/2 months approximately

PREVIOUS ADDRESS IF LESS THAN 1 YEAR AT ABOVE ADDRESS: 643 Hwy 45 North - P.O. Box 82 Merry Hill NC 27957

SOCIAL SECURITY NUMBER: ___-__-6961 DATE OF BIRTH: 08 / 15 / 1989

DRIVER'S LICENSE NUMBER & STATE: NC DL 30643245

HEIGHT: 5 FT. 8 IN.   WEIGHT: 245   ANY PHYSICAL DEFECTS? YES __ NO ✓

IF YES TO PHYSICAL DEFECTS, DESCRIBE: N/A

HAVE YOU EVER BEEN EMPLOYED BY VANCE COUNTY? YES____ NO ✓

IF YES, WHAT DEPARTMENT AND WHEN EMPLOYED? N/A

NUMBER OF DAYS LOST TO ILLNESS DURING THE PAST TWO YEARS: N/A

IF MORE THAN 14 DAYS, WHAT WAS THE ILLNESS? N/A

HOW WOULD YOU DESCRIBE THE PRESENT CONDITION OF YOUR HEALTH?  (CIRCLE BELOW)

    EXCELLENT        (GOOD)            FAIR            POOR

EDUCATION – HIGHEST GRADE COMPLETED Graduate School: Master's Degree

HIGH SCHOOL ATTENDED: Perquimans High School

DID YOU GRADUATE? Yes          YEAR GRADUATED: 2007

COLLEGE ATTENDED: University of Mount Olive, NC

    MAJOR: Criminal Justice & Criminology DEGREE: B.S.

BASIC LAW ENFORCEMENT TRAINING (B.L.E.T.) CERTIFIED? Yes     YEAR GRADUATED: 2015

OTHER SCHOOLS ATTENDED  (TRADE, PROFESSIONAL, ETC.):
COA: BLET - Graduated on Dec 15, 2015
Southern New Hampshire University: M.S. in Justice Studies (degree conferred
on 10/15/2015 - official graduation Day 5/2016)

LIST ANY SPECIAL SKILLS YOU POSSESS AND MACHINES YOU CAN OPERATE SUCH AS
COMPUTER, TYPEWRITER, ETC.

APPLICATION FOR EMPLOYMENT (RECORD OF EMPLOYMENT)

HAVE YOU EVER BEEN FIRED OR ASKED TO RESIGN FROM A POSITION? Yes
IF YES, FROM WHERE? AND EXPLAIN CIRCUMSTANCES: See F-3 : Personal History Statement.

NAME OF PRESENT OR LAST COMPANY: Shaw University   PHONE: 919-719-1897
919-828-1730

ADDRESS OF COMPANY: 118 E. South Street Raleigh, NC 27601

TYPE OF BUSINESS: Educational   TITLE OF POSITION: Security officer pndg
Campus Police Officer certified

DATES OF EMPLOYMENT: FROM 11/28/2016   TO 2/20/2017

NAME OF SUPERVISOR: Lee Wood, HR Director

MAY WE CONTACT PRESENT EMPLOYER? Yes

DESCRIPTION OF WORK: Maintain public safety.

FINAL SALARY: $ 35,000 per year   PER: year

REASON FOR LEAVING: Terminated

NAME OF
COMPANY: Louisburg College   PHONE 919-497-3294

ADDRESS OF COMPANY: 501 N. Main Street Louisburg, NC 27549

TYPE OF BUSINESS: Educational   TITLE OF POSITION: Campus Safety Officer

DATES OF EMPLOYMENT: FROM Nov. 21, 2016   TO January 5th 2017

NAME OF SUPERVISOR: Terry Wright, HR Director

MAY WE CONTACT PAST EMPLOYER? Yes
DESCRIPTION OF WORK: Observe & report, open/close buildings, make quarterly rounds, etc.

FINAL SALARY: $13.40   PER hour

REASON FOR LEAVING: Terminated

APPLICATION FOR EMPLOYMENT    (RECORD OF EMPLOYMENT)

NAME OF COMPANY: NC DPS: Bertie Corrections      PHONE: 252-794-8600

ADDRESS OF COMPANY: 218 E. Cooper Hill Rd Windsor NC 27983

TYPE OF BUSINESS: Prison     TITLE OF POSITION: Corrections Officer

DATES OF EMPLOYMENT: FROM 11/5/2012      TO 9/11/2015

NAME OF SUPERVISOR: Nina Griswell, HR Director

MAY WE CONTACT PAST EMPLOYER: Yes

DESCRIPTION OF WORK: Care, custody & control of state offenders

FINAL SALARY: $ 29,800      PER Year

REASON FOR LEAVING: Terminated & reinstated after appeal. Resigned on 9/11/15 for personal reasons (finished blet)

NAME OF COMPANY: Health Care Options      PHONE 252-482-6555

ADDRESS OF COMPANY: 819 W. Broad Street Edenton, NC 27932

TYPE OF BUSINESS: Health Care     TITLE OF POSITION: Receptionist

DATES OF EMPLOYMENT: FROM 5/8/2012      TO 8/31/2012

NAME OF SUPERVISOR: Shirley Stokes, Executive Director

MAY WE CONTACT PAST EMPLOYER? Yes

DESCRIPTION OF WORK: Clerical / Administrative

FINAL SALARY: $ 8.00      PER hour

REASON FOR LEAVING: Site office closed due to budget issues

IN THE SPACE BELOW, WRITE A SHORT PARAGRAPH STATING WHY YOU WANT TO BE A DEPUTY
SHERIFF. USE COMPLETE SENTENCES, GOOD GRAMMAR AND SPELLING.

From youth to current, I have always desired to be a police officer / sheriffs
deputy. I remember watching police shows as a youngster and being attracted
to law enforcement. In other words, its in my blood - apart of me. After
graduating high school, I enrolled in college and graduated with my B.S.
in Criminal Justice from the University of Mount Olive (2012). Afterwards, I
graduated with my M.S. in Justice Studies from Southern New Hampshire University
(2015). Before finishing my graduate degree, I enrolled in BLET at College
of the Albemarle and graduated in December 2015. All of my educational
accomplishments have prepared me for a career in law enforcement. I look forward
in starting my career and gaining a ~~correct~~ wealth of experiences.

I CERTIFY THAT THE ANSWERS GIVEN IN THIS APPLICATION ARE CORRECT TO THE BEST OF MY
KNOWLEDGE. I UNDERSTAND THAT ANY FALSE ANSWERS MAY BE USED AS GROUNDS FOR
DISMISSAL IN THE EVENT I AM EMPLOYED.

_____
SIGNATURE OF APPLICANT

3/4/2017
_____
DATE

**PLEASE NOTE: THIS APPLICATION WILL BE KEPT FOR 6 MONTHS AND THEN DESTROYED**

APPLICATION FOR EMPLOYMENT

## CHARACTER REFERENCES

DO NOT LIST MERE ACQUAINTANCES, PREVIOUS EMPLOYERS OR RELATIVES. LIST ONLY PERSONS WHO KNOW YOU WELL, EITHER PERSONALLY OR IN BUSINESS, WHO CAN ATTEST TO YOUR CHARACTER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Mr. T.J. Langley, State Trooper

ADDRESS: 163 Stevenson Lane Hertford NC 27944

PHONE: 252-619-7185 (cell)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Mrs. Brenda Hawkins

ADDRESS: 334 Breyhill Rd Edenton NC 27932

PHONE: 252-333-6833 (cell)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Dr. Ellen Jordan, Vice President of Academic Affairs, Univ. of Mt. Olive

ADDRESS: 630 Henderson Street Mount Olive, NC 28365

PHONE: 919-221-8199 (cell)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Pastor Janice Williams

ADDRESS: 218 E. Maple Street Mount Olive NC 28365

PHONE: 919-330-2124 (cell)

HAVE YOU EVER BEEN CHARGED WITH ANY CRIMINAL OR TRAFFIC VIOLATIONS, INCLUDING TRAFFIC CITATIONS? Yes, 3 traffic tickets

IF YES, LIST CHARGE, EXPLANATION, PLACE OF ARREST AND DISPOSITION: Sec F-3: Personnel history statement. 1) 2/23/2010 Failing to yield Goldsboro PD (dismissed by DA), 2). 12/11/2010 Going too fast for conditions WCSHP (dismissed by DA), 3). 5-13-2015 Going 70 in a 55 mph (paid ticket before court).

HAVE YOU EVER BEEN SUED OR BEEN A PARTY TO A CIVIL ACTION? Yes, 1

IF YES, PLEASE EXPLAIN: I was sued by Mr. Larry Stokes in October or November 2012 for unpaid rent for $300.00 approximately. Mr. Stokes decided to collect rent after I graduated from college. I never agreed to sued and the judge ruled in my favor. I voluntarily left his property and moved in with my grandmother

HAVE YOU EVER HAD ANYTHING REPOSSESSED? No

IF YES, PLEASE LIST ITEM(S), LOCATION AND DATE(S): N/A

PLEASE LIST YOUR OUTSTANDING DEBTS. No delinquency (creditors)
+ old medical bills

| ITEM(S) | BALANCE OWED |
|---|---|
| First Point Collections - Vident Chowan Hospital | $ 1800.00 |
| First Point Collections - Vident Chowan Hospital | $ 1278.00 |
| SCA collections | $ 200.00 |
| ABC Management Group | $ 31.00 |
| First point Collections - Vident Chowan Hospital | $ 2300.00 |
| | $ |
| | $ |
| | $ |
| | $ |

DO YOU SMOKE? _No_    IF YES, HOW MUCH? _____

DO YOU DRINK ALCOHOL? _Yes_    IF YES, HOW OFTEN? _Special occassions/very seldon_

HAVE YOU EVER TRIED DRUGS? _No_    IF YES, WHAT TYPE(S) AND APPROXIMATE DATE(S)
OF LAST USE:
_N/A_

_____

HAVE YOU EVER BEEN SERVED ANY DOMESTIC VIOLENCE ORDER? _No_    IF YES, LIST
DATE AND COUNTY / STATE:
_N/A_

ARE YOU WILLING TO MOVE TO VANCE COUNTY IF CONSIDERED FOR THIS POSITION? _Yes_

ARE YOU WILLING TO SIGN A TWO-YEAR CONTRACT FOR EMPLOYMENT? _Yes_


_____
SIGNATURE OF APPLICANT

_3/4/2017_
DATE

REVISED 3/01

## AUTHORIZATION TO RELEASE INFORMATION

TO WHOM IT MAY CONCERN:

I hereby authorize the Sheriff of Vance County or any authorized representative of the Vance County Sheriff's Office, within 6 months of this date, to obtain any information in your files pertaining to my employment, military, medical, credit or educational records including, but not limited to academic achievement, attendance, athletic, personal history, disciplinary, medical and credit records  I hereby direct you to release such information upon the request of the bearer.  This release is executed with full knowledge and understanding that the information is for the official use of the Vance County Sheriff's Office.  Consent is granted for the Sheriff of Vance County or his agents to furnish such information as is described above to third parties in the course of fulfilling its official responsibilities.  I hereby release you, as the custodian of such records, and any university, college, school, hospital or repository of medical records, credit bureau, lending institution, bank, consumer reporting agency, previous or current employer, or retail business establishment including its officers, employees, or related personnel, both individually and collectively, from any and all liability for damages of whatever kind, which may at any time result to me, my family, my heirs, or associates due to compliance with this authorization and request to release information pertaining to me, or any attempt to comply with such request contained therein.  Should there be any question as to the validity of this release, you may contact me as indicated below.

Name: _Justin Jamel White_____
                        (Printed or Typed)

Signature _____

Address: _6606 C. Place  Mailbox 12_____

_____Raleigh NC 27616_____

Telephone ( 919 ) 961 - 2413 _____

Witness: _____

### NOTARY PUBLIC

Subscribed and sworn to before me
this _____ day of _____ ,20 ____ .

My Commission Expires: _____

_____
   Signature of Notary

**SEAL**