# 28. P. White- J. White Firearms Quals

CRIMINAL JUSTICE EDUCATION AND TRAINING STANDARDS COMMISSION
NORTH CAROLINA SHERIFFS' EDUCATION AND TRAINING STANDARDS COMMISSION

Sheriffs' Standards Division
PO Box 629
Raleigh, NC 27602
Telephone: (919) 779-8213
Fax: (919) 662-4515

Criminal Justice Standards Division
Post Office Drawer 149
Raleigh, NC 27602
Telephone: (919) 661-5980
Fax: (919) 779-8210



# FIREARMS QUALIFICATION RECORD INSTRUCTIONS

Form F-9A  *(rev. 3.30.17)*

This form must be utilized to record the annual In-Service Firearms Training and Qualification for each certified officer in compliance with 12 NCAC 9E .0100 or 12 NCAC 10B .2104. A copy must be maintained in each officer's personnel file at the employing agency, and must be available for inspection by a Commission Staff member. A copy must be attached to the F-5A and submitted to the Criminal Justice Standards Division for all new hires.

| | |
|---|---|
| SECTION I: | Must be completed for every officer. |
| SECTION II: | Must be completed for every officer and signed and dated by the instructor(s). |
| SECTION III: | Must be signed and dated by the officer. |
| SECTION IV: | Must be signed and dated by the Agency Head or designated representative. |
| SECTION V: | Must be completed and signed by the specific certified Specialized Firearms Instructor(s). |

**I.** OFFICER'S NAME: Justin J White    SSN (Last 4): 6961

Certified by: NC Criminal Justice Education and Training Standards Commission: ☐ Yes ☐ No
Certified by: NC Sheriffs' Education and Training Standards Commission: ☑ Yes ☐ No

EMPLOYING/APPOINTING AGENCY: Vance County Sheriff's Office

**II. FIREARMS INSTRUCTOR COMPLIANCE – CLASSROOM REQUIREMENT**

As a Specialized Firearms Instructor, I do hereby certify that the officer listed above has completed the mandatory classroom portion of the in-service firearms training, as specified in 12 NCAC 9E .0105 or 12 NCAC 10B .2103 as applicable. Failure to complete this training requires that the agency head or designated representative be notified.

The classroom session was completed on 6-5-17 (date).

R.T. Robinson    R.J.R.    1000949952    6-5-17
Print Name of Firearms Instructor    Signature of Firearms Instructor    Instructor #    Date Signed

**III. ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

I do hereby certify that I have been advised of my firearms qualification scores by the Specialized Firearms Instructor(s) indicated. I also understand that if I have failed to qualify with any weapons(s) required, I may not carry and/or have access to the weapon until such time as I have qualified. I further understand that I must notify my agency head or designated representative within 24 hours of my failure to qualify, and/or successfully complete the training portion as prescribed in 12 NCAC .9E .0105 or 12 NCAC 10B .2103 as applicable.

Signature of Officer    6-5-17 Date Signed

**IV. AGENCY ACKNOWLEDGEMENT OF QUALIFICATION SCORES:**

As agency head, or designated representative, the below signature acknowledges receipt of the above officer's qualification scores and attests that the above officer has satisfactorily completed training on this department's policies regarding the use of force, N.C. State law regarding the use of deadly force, relevant case law, and safety and marksmanship as required in 12 NCAC 9E .0105 or 12 NCAC 10B .2103. I understand that if the officer has failed to qualify with any weapon(s), then I must restrict access to all applicable weapon(s) until such time as the officer has qualified with same.

☑ I certify that the in-service firearms training consisted of a minimum of six (6) hours/credits (For Criminal Justice Commission only.)

Signature of Agency Head/Designated Representative    6-5-17 Date Signed

*As a certified Specialized Firearms Instructor, I hereby certify that the officer listed below has attained the score(s) as documented below. I understand that if the officer has failed to qualify, then I must deliver a copy of this form to the officer's agency head or designated representative within 72 hours either in person, or by certified mail.*

OFFICER'S NAME: Justin T White   NAME OR RANGE LOCATION: Henderson Training Center   F-9A (rev. 3/30/17)

## SERVICE HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) or (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 6/5/2017 | SA | Sig Sauer | P220 | 45 CAl | G31D644 | 230 gr | Day | 92.6 | Yes | R.T. Robinson - R.T.R. 1000694952 |
| 2. 6/5/2017 | SA | Sig Sauer | P220 | 45 CAl | G31D644 | 230 gr | Night | 90.0 | Yes | R.T. Robinson - R.T.R. 1000694952 |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |

## OFF-DUTY HANDGUN QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |

## SHOTGUN/RIFLE QUALIFICATION

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 6/5/2017 | SG | Remington | 870 | 12 gauge | AB109369M | 00 Buck / Slug | Day | 84.0 | Yes | R.T. Robinson - R.T.R. 1000694952 |
| 2. 6/5/2017 | SG | Remington | 870 | 12 gauge | AB109369M | 00 Buck / Slug | Night | 85 | Yes | R.T. Robinson - R.T.R. 1000694952 |

## AUTOMATIC/SPECIALTY WEAPONS/OTHER

| Date | Weapon Type | Make | Model | Caliber or Gauge | Serial # | Ammunition | Day(D) Night(N) | Score (%) (P)(F) | Qualify Yes/No | Print and Sign Name & Instructor Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |

## COMBAT COURSE

| Date | Day/Night | Pass/Fail | Comments | Print and Sign Name & Instructor Number |
|---|---|---|---|---|
| 1. 6/5/2017 | Day | P | No Problems Noted | R.T. Robinson - R.T.R. 1000694952 |
| 2. 6/5/2017 | Night | P | No Problems Noted | R.T. Robinson - R.T.R. 1000694952 |

Revolver - Semi Auto Handgun - Shotgun - W-Automatic Weapon - Rifle
S&W- Smith & Wesson   GLO - Glock   BER - Beretta   RUG - Ruger   SIG- Sig Sauer
BEN-Benelli   CLT - Colt   WIN - Winchester   ARA - Armalite   SAV - Savage
BRO- Browning   H&K – Heckler & Koch   MOS-Mossberg   REM – Remington   BUS – Bushmaster
SW- Specialized Weapon   SPF-Springfield   RRV – Rock River

Ammunition- Must be duty ammunition or ballistic equivalent ammunition. Include sufficient information to fully describe such as caliber, projectile weight and type.
*Sheriff's Standards handgun night requires use of flashlight at the 5-yd line
*Sheriff's Standards accepts pass/fail rather than % scores

Page 2 of 2

Case 5:19-cv-00467-BO Document 71-28 Filed 04/01/21 Page 3 of 4

TITLE: USE OF DEADLY FORCE - HANDOUT

NORTH CAROLINA GENERAL STATUTE 15A-401 (d) (2) - USE OF FORCE IN ARREST.

A LAW ENFORCEMENT OFFICER IS JUSTIFIED IN USING DEADLY PHYSICAL FORCE UPON ANOTHER PERSON FOR A PURPOSE SPECIFIED IN SUBDIVISION (1) OF THIS SUBSECTION ONLY WHEN IT IS OR APPEARS TO REASONABLY NECESSARY THEREBY:

A) TO DEFEND HIMSELF OR A THIRD PERSON FROM WHAT HE REASONALBY BELIEVES TO THE USE IMMINENT USE OF DEADLY PHYISCAL FORCE:

B) TO EFFECT AN ARREST OR PREVENT THE ESCAPE FROM THE CUSTODY OF A PERSON WHO HE REASONABLY BELIEVES IS ATTEMPTING TO ESCAPE BY MEANS OF A DEADLY WEAPON, OR WHO BY HIS CONDUCT OR ANY OTHER MEANS INDICATES THAT HE PRESENTS AN IMMINENT THREAT OF DEATH OR SERIOUS PHYSICAL INJURY TO OTHERS UNLESS APPREHENDED WITHOUT DELAY; OR

C) TO PREVENT THE ESCAPE OF A PERSON FROM CUSTODY IMPOSED UPON HIM AS A RESULT OF CONVICTION FOR A FELONY.

NOTHING IN THIS SUBDIVISION CONSTITUTES JUSTIFICATION FOR WILLFUL, MALICIOUS OR CRIMINAL NEGLIGENT CONDUCT ANY PERSON WHICH INJURES OR ENDANGERS ANY PERSON OR PROPERTY, NOR SHALL IT BE CONSTRULED TO EXCUSE OR JUSTIFY THE USE OF UNREASONALBE OR EXCESSIVE FORCE.

NOTE: A LAW ENFORCEMT OFFICER ACTING OUTSIDE OF HIS/HER JURISDICTION ASSUMES THE IDENTITY OF A PRIVATE CITIZEN. WHILE THERE MAY BE JUSTICATION FOR THE INDIVIDUAL'S ACTION WHEN CONFRONTED WITH A CRIMINAL SITUATION, THE OFFICER IS STILL CIVILLY LIABLE. IT IS IMPORTANT TO NOTE THAT A CIVIL JURY MAY VIEW THIS ACTIONS AS A CITIZEN ALTOGETHER DIFFERENTLY THAN IF WERE ACTING AS A SWORN OFFICER WITHIN HIS JURISDICTIONAL LIMITS.

\# 100094953

INSTRUCTOR: R.T. Robinson    DATE: 6-5-17

STUDENT(S) SIGNATURE: [signature]    6/5/17