29. P. White- J. White Raise



# Vance County Human Resources
## 122 Young Street, Suite B
Henderson, NC 27536

June 6, 2018

Justin White
Deputy Sheriff

Dear Mr. White;

On June 5, 2018, you satisfied the eligibility period to receive the first year law enforcement officer $1,500 salary adjustment. Your annual salary will be $34,764 effective June 5, 2018.

If you have any questions, please feel free to give me a call at the above number.

Sincerely,

Argretta R. Johen

c:  Sheriff Peter White

*Argretta R. Johen, HR Director*
*(252) 738-2014*
*(252) 430-0290 (Fax)*

*Johanna M. Torres, HR Specialist*
*(252) 738-2017*