33. P. White- Request for Training Waiver

# Fw: Justin Jamel White

## Weldon Bullock

Tue 6/5/2018 9:26 AM

To:Janie Martin <JMartin@vancecounty.org>; Peter White <pwhite@vancecounty.org>;

---

**From:** Konopka, Diane <dKonopka@ncdoj.gov>
**Sent:** Monday, June 4, 2018 1:46 PM
**To:** Weldon Bullock
**Subject:** RE: Justin Jamel White

Thanks Captain Bullock. I will put this before the Commission when they meet next week.

**From:** Weldon Bullock [mailto:WBullock@vancecounty.org]
**Sent:** Monday, June 04, 2018 12:56 PM
**To:** Konopka, Diane
**Subject:** Re: Justin Jamel White

Ms. Konopka,

I'm sending you this attachment per our conversation on Friday.

Weldon Bullock

---

**From:** Konopka, Diane <dKonopka@ncdoj.gov>
**Sent:** Monday, May 28, 2018 12:52:00 PM
**To:** Weldon Bullock
**Subject:** Justin Jamel White

Hello Captain Bullock,

I am reviewing a request from Justin Jamel White asking the Sheriffs' Commission to grant him a training waiver and credit him with the BLET he completed in December of 2015.

Can you tell me if the Vance County Sheriff's Office is also requesting (in support of) that waiver for Mr. White? Also, Mr. White stated you contacted Sheriffs' Standards on 6/5/2017 in regards to his certification. Do you remember who you spoke with and what specifically was discussed?

Please call me if we need to further discuss. Thank you for your help!
Diane



**Diane N. Konopka**
Director
Sheriffs' Standards Division
Phone: 919-662-4375
Fax: 919-662-4515
dkonopka@ncdoj.gov
1700 Tryon Park Drive, Raleigh, NC  27610
Post Office Box 629, Raleigh, NC  27602-0629
ncdoj.gov

Please note messages to or from this address may be public records.


PUBLIC RECORDS NOTICE: Please note that all emails, information and attachments sent to and from this address are subject to the North Carolina Public Records Act and, subject to certain statutory exceptions, may be disclosed to third parties.

# Office of the Sheriff
## Vance County



156 Church Street, Suite 004  
Henderson, North Carolina 27536-5574

Telephone 252-738-2200  
Fax 252-738-2220

**Sheriff Peter White**

June 1, 2018

Diane Konopka, Director  
North Carolina Sheriffs' Education Training & Standards Division  
Post Office Drawer 629  
Raleigh, NC 27602-8213

RE: Justin Jamel White

Dear Ms. Konopka,

This is a written request asking The Sheriff's Commission to grant Justin Jamel White a training waiver and credit him with the BLET he completed in 2015. The Vance County Sheriff's Office is in full support of a waiver for Deputy White. Deputy White has been sworn with the Vance County Sheriff's Office since June 2017.

If you have need of any further information regarding Deputy White, please do not hesitate to contact me. Thank you for your attention in this matter.

Sincerely,

Sheriff Peter White  
Vance County

PW/jbm

Reply all     Delete    Junk

# Justin Jamel White

Konopka, Diane <dKonopka@ncdoj.gov>                                  Reply all

Weldon Bullock

Action Items

Hello Captain Bullock,

I am reviewing a request from Justin Jamel White asking the Sheriffs' Commission to grant him a training waiver and credit him with the BLET he completed in December of 2015.

Can you tell me if the Vance County Sheriff's Office is also requesting (in support of) that waiver for Mr. White? Also, Mr. White stated you contacted Sheriffs' Standards on 6/5/2017 in regards to his certification. Do you remember who you spoke with and what specifically was discussed?

Please call me if we need to further discuss. Thank you for your help!
Diane



Diane N. Konopka
Director
Sheriffs' Standards Division
Phone: 919-662-4375
Fax: 919-662-4515
dkonopka@ncdoj.gov

ncdoj.gov

Please note messages to or from this address may be public records.

left message 5/29/18 @ 2:38p