42. P. White Resp. to Perf. Appr. Rebut.

# Office of the Sheriff
## Vance County



**Sheriff Peter White**

156 Church Street, Suite 004
Henderson, North Carolina 27536-5574

Telephone 252-738-2200
Fax 252-738-2220

July 13, 2018

Deputy Justin J. White
156 Church Street, Suite 004
Henderson, NC 27536

Dear Deputy White:

This letter is being written in response to your "Performance Appraisal Rebuttal" dated June 15, 2018 and received by me on June 26, 2018. After reviewing your Performance Appraisal on June 13, 2018, completed by Sergeant Myron D. Alexander and dated on June 1, 2018, I instructed the Sergeant, through the chain of command to re-visit the appraisal form in which you indicated that you "strongly disagree" with the ones rated "1".

Sergeant Alexander completed a subsequent appraisal dated June 20, 2018 changing a rating of "1" in the dimension of Interpersonal Skills/Teamwork from a "1" to the rating of "2" which increased your total score by 1, which changed your total from 19 to 20. This particular form indicates that you refused to sign. This adjustment was made because you had only been reprimanded once instead of "several times" as previously listed for this dimension.

In an effort to resolve you disagreeing and refusing to sign the appraisal form, I requested that this appraisal be re-visited once more. This time since you had been supervised by both Sergeant M. D. Alexander and Sergeant C. M. Welborn nearly an equal amount of time during this review period, the review would involve you and both Sergeants which was completed and dated July 2, 2018 and reviewed by me on July 3, 2013. This time your rating of 1 in the dimension of Dependability Attendance was adjusted from a "2" to a "3". This change left you with a total score of 23 which is standard. Your file is maintained in my office and you're welcome to review same. The other incidents you mentioned in your "Rebuttal" have no bearing on your Performance Appraisal.

Sincerely,

Sheriff Peter White
PW/jbm

**EX. G**