45. J. White Susp.

# VANCE COUNTY
## PERSONNEL / PAYROLL ACTION FORM

[ ] New Hire/Rehire  [✓] Change  [ ] Leave of Absence  [ ] Termination  [ ] Other

Effective Date: 02/20/2018                Date of Hire: _____

Name: JUSTIN WHITE                        SSN: _____

Address: _____                          Marital Status: _____

City/State: _____                       Sex: _____   Race: _____

Zip/County: _____                       Date of Birth: _____

Department: SHERIFF'S OFFICE

Job Title: DEPUTY SHERIFF                 Grade: _____   Job #: _____

Monthly/Hourly Rate: _____              Annual Salary: _____

Explanation: UNBECOMING CONDUCT --SUSPENDED FIVE (5) DAYS WITHOUT PAY---
FEBRUARY 20, 25, 26, 27, 28 TO RETURN ON MARCH 1, 2018

---

**SHERIFF & 911 ONLY:** *Please check all that apply. Provide a date and a copy of the certification.*

[ ] Sheriff Department-BLET Certified: _____   [ ] 911-EMD Certified: _____

Employee Signature: *[signed]*             Date: 2-20-18
Department Head Signature: *[signed]*      Date: 2-20-18
Human Resources Signature: _____         Date: _____
Payroll Signature: _____                 Date: _____

*This instrument has been pre-audited in the manner required by the Local Government Budget & Fiscal Control Act*
Approved by Finance Director: _____      Date: _____

### HUMAN RESOURCES USE ONLY
*Please check all that apply and attach the appropriate forms.*

**DEDUCTIONS:** [ ] Employee - Medical   [ ] Employee - Dental   [ ] Employee - Life
**ATTACH THE FOLLOWING FORMS:** [ ] Federal & State Tax Forms   [ ] Direct Deposit Info   [ ] Longevity

Completed By: _____                      Date: _____

*Form Revised 8/11/17*

# VANCE COUNTY SHERIFF'S OFFICE

# OFFICIAL WRITTEN REPRIMAND

DATE: 01/27/18

EMPLOYEE NAME: JUSTIN J WHITE

Has Employee been verbally reprimanded? YES

Has employee been counseled? NOT FOR THIS ISSUE

Is Employee willing to make necessary changes? I CAN NOT ANSWER

REF: OFFICER COMPLAINT, INSUBORDINATION TO ME AND FOR DEFYING PREVIOUS INSTRUCTION ON TRAFFIC MATTERS.

RECORD OF EMPLOYEE CONVERSATION:

      SATURDAY MORNING JAN 27,2018 AT 9:30AM, I CALLED DEPUTY JJ WHITE. THIS WAS IN RESPONSE TO AN OFFICER COMPLAINT CALL I HAD JUST GOTTEN AT HOME FROM SGT. ALEXANDER FROM A JAMIE GOSS. SHE WAS VERY UPSET AT THE FACT THAT SHE WAS SERVED WITH A SUMMONS FOR TRAFFIC VIOLATIONS ALMOST 24 HOURS AFTER THE TRAFFIC STOP, IN WHICH SHE WAS RELEASED. I INFORMED HIM THAT HE HAD NO BUSINESS GOING BACK SERVING CRIMINAL SUMMONS FOR TRAFFIC VIOLATIONS ON PEOPLE BECAUSE HE WAS NOT ISSUED A CITATION BOOK. HE JUMPED BACK AT ME TELLING ME I WAS BEING DISRESPECTFUL TO HIM AND NOT GOING TO TALK TO HIM THAT WAY. I TOLD HIM HIS PRIMARY JOB FUNCTION WAS

NOT TRAFFIC ENFORCEMENT AND HE WAS NOT TO DO THAT AGAIN. I THEN TOLD HIM TO HAVE A GOOD DAY AND HUNG UP.

LATER IN THE DAY, WE WERE ALL IN THE PATROL ROOM AND I HEARD A CONVERSATION BETWEEN SGT. ALEXANDER AND POOLE AND WHITE THAT WAS GETTING HEATED, SO I STEPPED OUT OF MY OFFICE TO LISTEN. POOLE WAS TELLING SGT. ALEXANDER THAT HE DID NOT UNDERSTAND WHY THE SITUATION BETWEEN THEM HAD GOTTEN AS FAR AS IT DID. HE FELT THAT THE SHIFT SHOULD BE ABLE TO TALK "MAN TO MAN" AND IT STAY THERE. THE PROBLEM IS IT APPEARS THEIR IDEA OF MAN TO MAN IS THEY TELL THE SUPERVISORS WHAT THEY ARE GOING TO DO AND IT BE DROPPED. I HAD NOT SPOKEN UP SO FAR I WAS JUST LISTENING AND MAKING SURE IT DID NOT GET OUT OF HAND.

THEN DEP. WHITE STOOD UP AND SPOKE TO ME SAYING HE DID NOT APPRECIATE THE WAY I SPOKE TO HIM THIS MORNING. HE RATTLED OFF FOR SEVERAL MINUTES AND THEN I TOOK A TURN. I ASKED HIM DID HE HAVE A TICKET BOOK AND HE SAID NO. I THEN REITERATED THAT THE REASON HE DID NOT HAVE ONE WAS BECAUSE HIS PRIMARY JOB DESCRIPTION WAS NOT TRAFFIC ENFORCEMENT, IT WAS TO SERVE PAPERS AND ANSWER CALLS. I THEN MENTIONED HIS LACK OF WARRANT SERVICES THAT DIDN'T INCLUDE HIS TRAFFIC SUMMONS. HE THEN SAID HE COULDN'T HELP NO ONE WAS COMING TO THE DOOR AND THAT HE DID WARRANT SERVICES. THEN HE SAID HE ONLY HAD ONE FATHER AND HE WAS A LARGE BLACK MAN AND EVEN HE DIDN'T TELL HIM WHAT TO DO ANYMORE. HE THEN SAID THAT THE DECISIONS HE MADE ABOUT HOW TO DO HIS JOB WERE HIS DECISIONS AND WON'T NOBODY GOING TO TELL HIM WHAT TO DO. AND THEN HE MADE A REFERENCE TO KNOW KNOWING WHY I WAS CALLED "DIRTY

SOUP". I HAVE NEVER HEARD ANYONE REFERENCE ME IN THAT MANNER BEFORE. HE SAID ON THAT NOTE I'M OUT AND STOMPED OUT OF PATROL.

INCLUDED IS A COPY OF MY COUNSELING FORM I PREPARED, AS WELL AS ALL OF WHITE'S ARREST REPORTS FOR THE LAST MONTH. THERE IS ONLY ONE THAT I CAN DETERMINE WAS AN ACTUAL SERVICE ATTEMPT. THE REMAINING ARREST REPORTS ARE ALL FROM TRAFFIC STOPS IN WHICH HE HAD CRIMINAL SUMMONS ISSUED FOR TRAFFIC VIOLATIONS. ONE OR TWO HAD ADDITIONAL WARRANTS, BUT THOSE ALSO HAD HIS OWN TRAFFIC CHARGES. I THEN PRINTED OFF THE CAD REPORT FOR HIM. SINCE DECEMBER 15, MOST OF THE WARRANT CHECKS ON THERE ARE HIS SUMMONS HE SERVED FOR THE TRAFFIC VIOLATIONS OR SUBPOENAS. I RECOGNIZE THE ADDRESSES AS ONES I HAD SUBPOENAS ON. THERE WAS EVEN ONE WITH 10 C-CHARLES CLEAR CODES. THAT WAS SUBPOENAS HE WAS RIDING AROUND IN HIS CAR TWO WEEKS AFTER THEY EXPIRED SO HE DID RETURNS.

I HAD DEPUTY WHITE THE FIRST TWO WEEKS OF FIELD TRAINING. IT WAS CLEARLY EXPLAINED TO HIM IN FIELD TRAINING THAT TRAFFIC ENFORCEMENT WAS NOT A TOP PRIORITY AS HE SEEMED TO WANT TO "GO GET" EVERY MINOR TRAFFIC VIOLATION WE OBSERVED. IT WAS ALSO PREVIOUSLY DISCUSSED BETWEEN SGT. ROBERSON AND DEPUTY WHITE AFTER HE WAS ASSIGNED TO A-SHIFT THAT HE NEEDED TO CEASE STOPPING CARS BECAUSE THE MAJORITY OF HIS STOPS WERE IN THE CITY AND HE KEPT ASKING OTHER PEOPLE TO COME WRITE TICKETS OR ASSIST BECAUSE HE COULD NOT CHARGE PEOPLE.

THIS PRACTICE OF STOPPING CARS AND THEN GOING BACK ISSUING SUMMONS IS IN VIOLATION OF PREVIOUS ORDERS GIVEN TO HIM TO CEASE TRAFFIC ENFORCEMENT.

IT IS MY RECOMMENDATION THAT HE BE SUSPENDED WITHOUT PAY FOR WHATEVER AMOUNT OF TIME THE SHERIFF FEELS APPROPRIATE.

_____   2/20/18
EMPLOYEE SIGNATURE (acknowledging receipt of Reprimand)   DATE


_____   _____
SUPERVISOR SIGNATURE   DATE
Lt. Dunwood Joe Campbell   02/20/18