46. Campbell Stat. re. J. White Traff.

SHERIFF WHITE

REF DEP J J WHITE

06/18/ 2017 BEGAN FIELD TRAINING WITH SGT. D L CAMPBELL. IN THE THIRD WEEK OF TRAINING (AROUND JULY 4 HOLIDAY) ALL THREE TRAINEES WERE ROTATED DUE TO AN ISSUE UNRELATED TO WHITE. HE WAS MOVED TO A-SQUAD UNDER SGT. ROBERSON AND FIELD TRAINING WAS COMPLETED BY DEP. B. WAYNE. DEP. WHITE REMAINED ON THIS SHIFT THROUGHOUT FIELD TRAINING AND WHEN RELEASED UP UNTIL 11/29/2017. BASED UPON SOME ISSUES WITHIN THE SHIFT DEP WHITE WAS MOVED TO B-SQUAD UNDER SGT. MYRON ALEXANDER. HE REMAINED ON B-SQUAD UNTIL AN INCIDENT OCCURRED THAT CAUSED HIS SUSPENSION ON FEB 20, 2018. UPON RETURNING FROM HIS SUSPENSION, HE WAS ASSIGNED TO D-SQUAD UNDER SGT. C. WELBORN WHERE HE HAS REMAINED SINCE.

AS PER THE QUESTION OF JAMIE GOSS I WENT BACK AND RESEARCHED AND FOUND THAT SHE WAS ORIGINALLY CHARGED WITH RECKLESS DRIVING TO ENDANGER, NO

Case 5:19-cv-00467-BO   Document 71-46   Filed 04/01/21   Page 2 of 3

SEAT BELT AND LEFT OF CENTER. THE CHARGES OF RECKLESS DRIVING TO ENDANGER AND SEAT BELT WERE DISMISSED, AND SHE PLEADED TO ONE COUNT OF IMPROPER EQUIPMENT IN LIEU OF LEFT OF CENTER (06/05/2018).

LT. D. L. CAMPBELL