# EXHIBIT INDEX

1. A.1 and A.2 Ethics

2. Amended November EEOC Complaint

3. Application Packet 1

4. Application Packet 2

5. Application Packet 2 Cont.

6. August EEOC Complaint

7. B.6 Domestic Disturbance

8. B.8 Treatment of Prisoners

9. B.9 Use of Force

10. BLET Use of Force

11. W. Bullock - Depo-Cond.

12. Campbell Stmt. re Incident with J. White

13. W. Bullock – D.7 Grievance Procedure

14. W. Bullock – E.1 Personal Conduct

15. W. Bullock – E.2 Investigate Complaints

16. W. Bullock – E.3 Workplace Harassment

17. W. Bullock – F.3 Arrest Procedures

18. W. Bullock – F.13 Use of K-9s

19. W. Bullock – F.5 Report of Separation

20. Handbook E.1

21. J White Background Check Letters

22. J White Rebuttal to Alexander Appraisal

23. W. Bullock – J White Use of Force Investigation

24. J White Employee Perf. App.

25. Notice of Charge of Discrimination

26. Order re K9 Dave

27. P. White Response to J. White re Complaint

28. J White Response to P. White Interrogatories

29. Termination Action

30. Vance County Personnel Policy

31. White Goss Counsel Form

32. **White VCSO Application**

33. **P. White Dep.**

34. **Title VII Compl.***

35. **Pay Action 6/5/17***

36. **Poole Statement***

37. **Wayne Statement***

38. **Roberson Statement***

39. **Campbell 7/18/18 Statement***

40. **Pay Action 10/25/18***

41. **Welborn Appraisal Statement***

42. **Martin Appraisal Statement***

43. **White Written Reprimand***

*Exhibits marked with an asterisk were added after the initial filing.**