# Martin Appraisal Statement

RECEIVED
7-1-18

ON THE DATE AND TIME IN QUESTION DEP. J. WHITE CAME TO ME REQUESTING TO KNOW WHAT HE SHOULD DO IN REGARD TO HIS PERFORMANCE EVALUATION HE RECEIVED FROM SGT. ALEXANDER. I SPOKE TO DEP. WHITE AND ADVISED HIM TO WRITE A LETTER AND REQUEST FOR IT TO BE PLACED IN HIS PERSONAL FILE ALONG WITH THE EVALUATION. THE REASON FOR THIS IS IF SOMEONE ELSE REVIEWED THE EVALUATION THEY WOULD ALSO BE ABLE TO READ HIS OPINION OF WHY HE RECEIVED THE SCORE HE DID. I TOLD DEP. J. WHITE TO MAKE SURE HE SPOKE WITH THE SHERIFF ABOUT HIS SITUATION.

SGT. B. C. MARTIN