Pay Action 6/5/17

# VANCE COUNTY
## PERSONNEL / PAYROLL ACTION FORM

☒ New Hire / Rehire  ☐ Change  ☐ Leave of Absence  ☐ Termination

Effective Date: 06/05/2017

Employee # _____

Name: JUSTIN JAMEL WHITE

Address: 6606 CLARKSBURG PLACE, MAILBOX 12

City/State: RALEIGH    NC

Zip/County: 27616    WAKE

SS#: 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

Marital Status: SINGLE

Date Hired: 06 / 05 / 2017

Department: SHERIFF'S OFFICE

| Deductions | | | | |
|---|---|---|---|---|
| | Number | From | Amount | Maximum |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Monthly or Hourly Salary: $ _____

Time Earned Each Pay Period: _____

Federal Withholding: _____
State Withholding: _____
Time Earned Each Pay Period: _____

Sex: M   Race: B   Date of Birth: 08 / 15 / 1989

Annual Salary: $ 30,012   Job Title: DEPUTY SHERIFF

Grade: _____   Job Code: _____

Explanation: DEPUTY SHERIFF-12 HOUR — EFFECTIVE JUNE 05, 2017 (CERTIFIED)

Employee Signature: [signature]   Date: 6-5-2017

Department Head Approval: [signature]   Date: 5-31-17

Human Resources Signature: _____   Date: _____

Payroll Signature: _____   Date: _____

Revised 9/2014

*This instrument has been pre-audited in the manner required by the Local Government Budget & Fiscal Control Act.*

Approved Finance Director _____