# Payroll Action 10/25/18

 

# VANCE COUNTY
## PERSONNEL / PAYROLL ACTION FORM

☐ New Hire/Rehire ☐ Change ☐ Leave of Absence ☑ Termination ☐ Other

**Effective Date:** 10/24/2018
**Name:** JUSTIN J. WHITE
**Address:**
**City/State:**
**Zip/County:**
**Department:** SHERIFF'S OFFICE
**Job Title:**
**Monthly/Hourly Rate:**
**Explanation:** SERVICES NO LONGER NEEDED

**Date of Hire:** 06/05/2017
**SSN:**
**Marital Status:**
**Sex:** **Race:**
**Date of Birth:**

**Grade:** **Job #:**
**Annual Salary:**

---

**SHERIFF & 911 ONLY:** *Please check all that apply. Provide a date and a copy of the certification.*

☐ Sheriff Department-BLET Certified: ☐ 911 EMD Certified:

**Employee Signature:** "Not Available for Signature"  Date:
**Department Head Signature:** [signature]  Date: 10-25-18
**Human Resources Signature:** [signature]  Date: 10/25/2018
**Payroll Signature:**  Date:

---

*This instrument has been pre-audited in the manner required by the Local Government Budget & Fiscal Control Act.*
**Approved by Finance Director:** _____  Date: _____

### HUMAN RESOURCES USE ONLY
*Please check all that apply and attach the appropriate forms.*

**Deductions:** ☐ Employee - Medical ☐ Employee - Dental ☐ Employee - Life
**Attach the following Forms:** ☐ Federal & State Tax Forms ☐ Direct Deposit Info ☐ Longevity
**Upon Employment Separation - Eligible:** ☐ Vacation Payout ☐ Comp Time Payout
**Retirees Eligible for Benefits:** ☐ Health ☐ Dental ☐ Life
**Completed By:** _____  Date: _____

*Form Revised 7/18/18*