# Poole Statement

On the date in question I and Sgt. Alexander were discussing problems on our shift when we got through with the discussion. Lt. Campbell and Deputy White started arguing. Deputy White told Lt. Campbell that I respect you but you are not going to talk to me any kind of way. Lt. Campbell stated I have told several times and Sgt. Roberson has told you we do not do criminal summons on traffic matters. Deputy White replied you was not there I did was right in that situation if I would not have acted she could have killed someone. Lt. Campbell replied are you state trooper the answer is no. Deputy White stated look my father is a big black man and even he do not talk to me and disrespect me like this I am the only one that has defended you when everyone in the department calls you dirty soup I say you the best training officer we got but I am done with this conversation and Deputy White got up and left.

Signed: Andre Poole

07-18-18