# Roberson Traffic Statement

WHILE DEPUTY WHITE WAS UNDER MY WATCH I TOOK NOTICE THAT HE WAS DOING A LOT OF TRAFFIC STOPS. DURING THE TRAFFIC STOPS DEPUTY WHITE WOULD CALL FOR ANOTHER UNIT TO ASSIST HIM ON THE TRAFFIC STOP, EITHER TO ASSIST HIM WITH SEARCHING THE VEHICLE OR BECAUSE HE DID NOT KNOW WHAT TO DO WITH THE SITUATION. I ASKED DEPUTY WAYNE IF HE DISCUSSED TRAFFIC STOPS WITH DEPUTY WHITE DURING THE LAST THREE WEEKS OF FIELD TRAINING. DEPUTY WAYNE STATED THAT HE HAD TOLD DEPUTY WHITE THAT TRAFFIC ENFORCEMENT WAS NOT A TOP PRIORITY DUE TO A LOT OF DIFFERENCT CIRCUMSTANCES. DEPUTY WAYNE STATED THAT HE HAD ALSO TOLD DEPUTY WHITE THAT HE NEEDED TO STOP DOING TRAFFIC STOPS BECAUSE HE DID NOT HAVE A CITATION BOOK AND HE WAS CALLING FOR ADDITIONAL UNITS EACH TIME HE STOPPED A VEHICLE. I ASLO SPOKE WITH DEPUTY WHITE AND ADVISED HIM THAT HE NEEDED TO EASE UP ON THE TRAFFIC STOPS UNLESS IT WAS A MAJOR VIOLATION THAT HAD TO BE STOPPED SO THAT THE GENERAL PUBLIC DID NOT HAVE A BAD VIEW OF THE VANCE COUNTY SHERIFF'S OFFICE. AFTER DEPUTY WHITE CONTINUED TO STOP VEHICLES I STARTED DOING RESEARCH THROUGH THE CAD SYSTEM TO PULL TRAFFIC STOP RECORDS FOR DEPUTY WHITE. WHILE ON THE CAD COMPUTER CHIEF L. BULLOCK ASKED IF ANYONE HAD SPOKE WITH DEPUTY WHITE ABOUT STOPPING CARS. I ADVISED CHIEF L. BULLOCK THAT I HAD BUT I WAS GOING TO TELL HIM TO STOP WITH THE TRAFFIC STOPS BECAUSE THE MAJORITY OF HIS TRAFFIC STOPS WERE INSIDE THE CITY LIMITS. CHIEF L. BULLOCK ADVISED ME TO TELL DEPUTY WHITE TO STOP THE EXCESSIVE TRAFFIC STOPS. I THEN SPOKE WITH DEPUTY WHITE AND ADVISED HIM THAT HE NEEDED TO STOP THE EXCESSIVE TRAFFIC STOPS AND EVEN EXPLAINED TO HIM THAT THE MAJORITY OF HIS STOPS WERE IN THE CITY. I ALSO EXPLAINED TO DEPUTY WHITE THAT WE HAVE ENOUGH CRIME IN THE COUNTY THAT WE HAVE NO REASON TO BE RIDING AROUND IN THE CITY LOOKING FOR VEHICLES TO STOP. I EXPLAINED THAT DEPUTIES SHOULD BE CHECKING BUSINESSES, STORES, AND SUBDIVISIONS AS A CRIME DETERENT, AND\OR CHECKING WARRANTS AND ANSWERING CALLS. DEPUTY WHITE AGREED TO COMPLY AND FROM THAT POINT ON THE TRAFFIC STOPS THAT WERE CALLED IN BY DEPUTY WHITE ON THE RADIO DECREASED DRAMATICALLY. IF DEPUTY WHITE STOPPED A VEHICLE FROM THAT POINT ON WHILE HE WAS ON MY SHIFT HE WOULD CALL AND EXPLAIN WHY HE STOPPED THE VEHICLE. SHORTLY AFTERWARD DEPUTY WHITE WAS THEN TRANSFERRED TO SGT. ALEXANDER'S SHIFT.


SGT. D.R.ROBERSON

*Sgt DRRoberson*

February 1, 2018