# Wayne Statement

January 30, 2018

As it pertains to Deputy J.J. White's vehicle stops, I as one of his Field Training Officer advised him to only make them if absolutely necessary. I used the specific circumstance of an egregious traffic violation (i.e. failure to stop at a red light or stop sign) if it happens while in his presence. While in Field Training, Deputy White asked if we could "do some traffic" as were not very busy. I responded no and furthered my explanation by stating that our job as a Deputy is to focus on serving papers and that the only time we stop cars is when it's absolutely necessary. I then pointed out that he had not been issued a citation book so there was not much he could do in the event that he did have a reason to perform a vehicle stop. After Field Training, Deputy White performed numerous vehicle stops at the chagrin of those whom he worked with. This was because Deputy White would in essence stop a car, not know what to do, and then call one of his shift partners (or Sergeant) and ask for assistance. Once I noticed this pattern, I told Deputy White that "we aren't really" supposed to be stopping cars but also if you don't know what to do, then stop doing it. His recent practice of obtaining Magistrate Oder's is not something that I taught or have ever mentioned to him. Should there be any more questions, please feel free to contact me.

Deputy Brian K. Wayne