# Welborn Appraisal Statement

RECEIVED
7-1-18

DEPUTY WHITE AND I SPOKE ABOUT HIS PREFORMANCE EVALUATION. DEPUTY WHITE STATED HE WAS NOT SATISFIED WITH THE WAY HIS EVALUATION WAS DONE BY SGT. ALEXANDER. I ADVISED DEPUTY WHITE TO SPEAK TO THE SHERIFF ABOUT THIS SINCE HE WAS NOT SATISFIED. DEPUTY WHITE STATED HE WAS GOING TO TALK TO THE SHERIFF AND THEN TO HUMAN RESOURCES. I ADVISED DEPUTY WHITE THAT HE NEEDED TO TALK TO THE SHERIFF.

SGT. CM WELBORN