```
          IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                   WESTERN DIVISION
                  5:19-CV-00467-BO


JUSTIN J. WHITE,                        )
                                        )
                 Plaintiff,             )
                                        )
     vs.                                )
                                        )
VANCE COUNTY, NORTH CAROLINA;           )
VANCE COUNTY SHERIFF'S OFFICE;          )
PETER WHITE, in his official and        )
individual capacities;                  )
LAWRENCE D. BULLOCK, in his             )
official and individual capacities;     )
WELDON WALLACE BULLOCK, in his          )
official and individual capacities,     )
and WESTERN SURETY COMPANY,             )
a division of CNA SURETY,               )
                                        )
                 Defendants.            )
                                        )
-------------------------------------



          _____

          VIDEOTAPED VIDEO CONFERENCE DEPOSITION
                           OF
                     JUSTIN J. WHITE
          _____



TAKEN VIA VIDEO CONFERENCE AT THE LAW OFFICES OF:
WOMBLE BOND DICKINSON (US) LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

                       02-10-21
                  10:15 O'CLOCK A.M.
          _____

                     Lori Gruber
                    Court Reporter

                  Chaplin & Associates
             132 Joe Knox Ave, Suite 100-G
                  Mooresville, NC 28117
    (704) 606-1434 | (336) 992-1954 | (919) 649-4444
```

Exhibit A

1
## I N D E X
2

3  STIPULATIONS                                                  7
   EXAMINATION
4        By Mr. Castro                                           9
         By Ms. Robinson                                       236
5

6
   ADJOURNMENT                                                242
7  REPORTER CERTIFICATE                                       243
   WITNESS CERTIFICATION                                      244
8  WITNESS ADDENDUM                                           245

9

10
## E X H I B I T S
11

12 Name                      Offered By                  Identified

13 Exhibit 1                 Mr. Castro                          21
     (Amended Notice of Deposition, Plaintiff)
14

15 Exhibit 3                 Mr. Castro                          87
     (Amended Complaint)
16

17 Exhibit 4                 Mr. Castro                         225
     (Plaintiff's Motion for Leave)
18

19 Exhibit 6                 Mr. Castro                          22
     (Plaintiff's Responses to Interrogatories and
20    Requests for Production)

21
   Exhibit 9                 Mr. Castro                          89
22  (Official Written Reprimand)

23
   Exhibit 10                Mr. Castro                          98
24  (Employee Counseling Record, Justin White)

25

Chaplin & Associates, Inc.
www.chaplinandassociates.com
transcripts@chaplinandassociates.com

Case 5:19-cv-00467-BO   Document 74-1   Filed 04/29/21   Page 2 of 8

## E X H I B I T S (Continued)

| Name | Offered By | Identified |
|---|---|---|
| Exhibit 11<br>(Statement from Deputy Brian K. Wayne) | Mr. Castro | 101 |
| Exhibit 12<br>(Statement from Sergeant D.R. Roberson) | Mr. Castro | 104 |
| Exhibit 13<br>(Statement from Sergeant Alexander) | Mr. Castro | 107 |
| Exhibit 14<br>(3-27-18 Incident - Counseling Form) | Mr. Castro | 120 |
| Exhibit 16<br>(3-27-18 Incident - Insurance Form) | Mr. Castro | 125 |
| Exhibit 17<br>(3-27-2018 Video) | Mr. Castro | 126 |
| Exhibit 19<br>(Oliver Incident - Medical Documentation) | Mr. Castro | 169 |
| Exhibit 20<br>(Release Authorizations) | Mr. Castro | 209 |
| Exhibit 24<br>(Statement from Deputy Patel) | Mr. Castro | 224 |
| Exhibit 25<br>(F-5 Report of Separation Form) | Mr. Castro | 204 |

02-10-21                White v Vance/5:19-CV-00467-BO                COPY

Chaplin & Associates, Inc.
www.chaplinandassociates.com
transcripts@chaplinandassociates.com

Case 5:19-cv-00467-BO   Document 74-1   Filed 04/29/21   Page 3 of 8

```
 1                    E X H I B I T S (Continued)
 2
 3    Name                     Offered By              Identified
 4
      Exhibit 28               Mr. Castro                    232
 5     (Tuition Reimbursement Agreement)
```

24 NOTE: Quoted material has been reproduced as read or quoted by the speaker.

02-10-21         White v Vance/5:19-CV-00467-BO              COPY

Chaplin & Associates, Inc.
www.chaplinandassociates.com
transcripts@chaplinandassociates.com

Case 5:19-cv-00467-BO   Document 74-1   Filed 04/29/21   Page 4 of 8

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        WESTERN DIVISION
                       5:19-cv-00467-BO
```

JUSTIN J. WHITE,

    Plaintiff,

    vs.                                    (taken via Zoom)

VANCE COUNTY, NORTH CAROLINA;
VANCE COUNTY SHERIFF'S OFFICE;
PETER WHITE, in his official
and individual capacities;
LAWRENCE D. BULLOCK, in his
official and individual
capacities; and WELDON WALLACE
BULLOCK, in his official and
individual capacities,

    Defendants.

**CERTIFIED TRANSCRIPT**

        Oral deposition of WELDON WALLACE BULLOCK, located in Vance County, North Carolina, taken by Plaintiff on Thursday, February 25, 2021, commencing at 10:06 a.m., before Janet Cooper Haas, a Registered Professional Reporter and Notary Public located in Charlotte, Mecklenburg County, North Carolina.

AdvancedONE LEGAL     (866) 715-7770
advancedONE.com


```
1                     EXAMINATION INDEX

2    WELDON WALLACE BULLOCK (via Zoom)

3         BY MS. ROBINSON                                      4

4

5                       EXHIBIT INDEX

6                                                           MARKED

7    Exhibit 1   3-4-17 J. White VCSO application             21

8    Exhibit 2   J. White background check letters            21

9    Exhibit 3   Directive B.9, Use of Force                  46

10   Exhibit 4   J. White use-of-force administrative         48
                 investigation
11
     Exhibit 5   BLET subject control/arrest techniques       66
12
     Exhibit 6   Directive F.13, Use of Canines               84
13
     Exhibit 7   8-20-18 A. Hight employee counseling         86
14               record

15   Exhibit 8   9-6-18 W. Bullock firearms                   89
                 qualification record instructions
16
     Exhibit 9   9-6-18 use-of-deadly-force handout           90
17
```

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        WESTERN DIVISION
                       5:19-cv-00467-BO
```

**CERTIFIED TRANSCRIPT**

```
JUSTIN J. WHITE,                              )
                                              )
       Plaintiff,                             )
                                              )
v.                                            )
                                              )
VANCE COUNTY, NORTH CAROLINA,                 )
VANCE COUNTY SHERIFF'S OFFICE,                )
PETER WHITE, in his official and              )
individual capacities,                        )
LAWRENCE D. BULLOCK, in his                   )
official and individual capacities,           )
WELDON WALLACE BULLOCK, in his                )
official and individual capacities.           )
                                              )
       Defendants.                            )
_____)
```

        ZOOM DEPOSITION OF PETER WHITE, 30 (b)(6),

held in North Carolina on Friday, February 26, 2021

commencing at 10:17 A.M., before Dodie George,

Shorthand Reporter and Notary Public.

AdvancedONE LEGAL  (866) 715-7770  advancedONE.com



```
 1                    EXAMINATION INDEX
 2   PETER WHITE, 30 (b)(6)
 3      BY MS. ROBINSON                                    4
 4
 5
 6                    INDEX OF EXHIBITS
 7   NO.                                              MARKED
 8   10         Personnel Action Form *Exhibit retained*   56
 9   11         F-5 Report of Separation *Exhibit retained* 59
10   12         Directives A.1 & A.2                       71
11   13         Directive B.6                              79
12   14         Directive B.9                              89
13   15         Directive D.7                             101
14   16         Directive E.2                             106
15   17         Directive E.3                             112
16   18         Request for Training Waiver               133
17   19         J. White's pay raise                      135
18   20         Notice of Charge of Discrimination        136
19   21         J. White's Rebuttal and Complaint         137
20   22         Campbell Statement                        143
21   23         P. White's Response                       146
22
23
24
25
```