UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JUSTIN J. WHITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VANCE COUNTY, NORTH CAROLINA, ) <br> VANCE COUNTY SHERIFF DEPARTMENT, ) <br> VANCE COUNTY SHERIFF, PETER WHITE, ) <br> WELDON W. BULLOCK, LAWRENCE D. ) <br> BULLOCK, and WESTERN ) <br> SURETY COMPANY, ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br> 5:19-CV-467-BO |

**Decision by Court.**
This cause comes before the Court on cross-motions for summary judgment. The appropriate responses and replies have been filed, or the time for doing so has expired, and the matters are ripe for ruling. Also pending before the Court is plaintiff's motion to strike, defendants' motion for extension of time, and plaintiff's motion to seal.

**IT IS ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's order entered February 26, 2020, the motions to dismiss filed by defendants Vance County Sheriff's Office [DE 9] and Vance County [DE 14] are GRANTED. Defendants Vance County Sheriff's Office and Vance County are DISMISSED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** plaintiff's motion to strike [DE 77] is DENIED, defendants' motion for extension of time [DE 78] is GRANTED, and plaintiff's motion to seal [DE 82] is GRANTED. Defendants' motion for summary judgment [DE 64] is GRANTED and plaintiff's motion for summary judgment [DE 68] is DENIED.

This case is closed.

**This judgment filed and entered on December 7, 2021, and served on:**
Sharika Robinson (via CM/ECF Notice of Electronic Filing)
Christopher Geis (via CM/ECF Notice of Electronic Filing)
Brian Castro (via CM/ECF Notice of Electronic Filing)

December 7, 2021

PETER A. MOORE, JR., CLERK

/s/Peter A. Moore, Jr.