UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JUSTIN J. WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VANCE COUNTY, NORTH CAROLINA, )<br>VANCE COUNTY SHERIFF DEPARTMENT, )<br>VANCE COUNTY SHERIFF, PETER WHITE, )<br>WELDON W. BULLOCK, LAWRENCE D. )<br>BULLOCK, and WESTERN )<br>SURETY COMPANY, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br>**ON ATTORNEY FEES**<br>5:19-CV-467-BO |

**Decision by Court.**
This cause comes before the Court on a motion for attorney fees and costs filed by defendants Vance County and Vance County Sheriffs Office. Plaintiff has responded in opposition, the moving defendants have replied, and the matter is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED**, the motion for attorney fees by defendants Vance County and Vance County Sheriffs Office [DE 98] is DENIED..

**This judgment filed and entered on May 18, 2023, and served on:**
Paul Dubbeling (via CM/ECF Notice of Electronic Filing)
Tamika Henderson (via CM/ECF Notice of Electronic Filing)
Bryan Nichols (via CM/ECF Notice of Electronic Filing)
Elizabeth O'Brien (via CM/ECF Notice of Electronic Filing)
William Hill (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

May 18, 2023

 /s/Peter A. Moore, Jr.
By: Deputy Clerk